# EXHIBIT

# B

***Owners***

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

                                                    Issued  04-01-2011
                              **TAILORED PROTECTION POLICY DECLARATIONS**

AGENCY **BLANTON & GRIFFIN INSURANCE AG**                    Renewal Effective 06-16-2011
        18-0545-00     MKT TERR 071    (229) 247-6500    **POLICY NUMBER   024618-48825867-11**

INSURED MATA ENTERPRISES INC
        DBA DAYS INN-MACON

ADDRESS 6000 HARRISON RD                    Company │ **POLICY TERM**
                                            Bill    │ 12:01 a.m.    12:01 a.m.
        MACON, GA  31206-4742                       │ 06-16-2011 to 06-16-2012

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

# FOR COMPANY/AGENCY USE ONLY

THE FOLLOWING DIRECTIVES HAVE BEEN ISSUED FOR THIS POLICY:

ATTACHED FORMS MUST BE VIEWED IN MOBIUS APPS SUITE.

The following attachments were issued with this policy transaction.

| | | | | | |
|---|---|---|---|---|---|
| E55302 200507 | E55428 200811 | E54848 200701 | E59390 200807B | E59350 200801C | E54334 200604 |
| E55174 200412A | E55184 199511 | E55327 200412 | E55352 200810B | E55282 200504 | CG2412 198511 |

Premium/Commission Recap:    $6,969 @ 16.0%

Billing Type: Company Bill    FULL PAY        Account  006770911
Insured Copy Mailed to:  Agency

Trailback Date: 07-19-2010        User-ID: E010167
Original Effective Date: 06-16-2002
0910    0910

Reinsurance Dec Copy:   No

AGENCY **18-0545-00**    POLICY **024618-48825867**                          13563 (8-03)

BLANTON & GRIFFIN INSURANCE AG
PO BOX 1689
VALDOSTA, GA   31603


04-01-2011

**Auto-Owners Insurance**
Life  Home  Car  Business
*The "No Problem" People®*

Your agency's phone number is **(229) 247-6500**

**P.O. BOX 30660, LANSING, MICHIGAN 48909-8160  ●  517-323-1200**
AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY


MATA ENTERPRISES INC
DBA DAYS INN-MACON
6000 HARRISON RD
MACON, GA   31206-4742




Thank you for allowing Auto-Owners to handle your insurance needs.

Auto-Owners Insurance Group is financially sound with sufficient reserves to be ranked among the leaders in the industry for financial security. Our A + + (Superior) rating by the A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need.

If your policy is an audited policy, the billing of the audit premium will be included in your regular premium billing account. This premium is due in full upon billing and failure to pay as billed may result in the cancellation of all policies on the billing account. If you have questions on your audit or about your insurance needs, please contact your agent at the telephone number shown at the top of this letter.

Auto-Owners Insurance - The "No Problem" People ;

**Pay your premium in full, by the due date, and you will receive a discount as shown below:**

| |
|---|
| Total Policy Premium |
| Paid in Full Discount |
| Total Policy Premium If Paid In Full |


\* \* \* \* \* \* \* **THIS IS NOT A BILL.** \* \* \* \* \* \* \*
**IF ADDITIONAL PREMIUM IS OWED, A BILL WILL BE MAILED SEPARATELY. PLEASE PAY ANY UNPAID BILLS.**


² *Serving Our Policyholders and Agents for More Than 90 Years* ²

# *Owners*

55039 (11-87)
Issued  04-01-2011

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Renewal Effective 06-16-2011

AGENCY  BLANTON & GRIFFIN INSURANCE AG
18-0545-00      MKT TERR 071      (229) 247-6500

**POLICY NUMBER   024618-48825867-11**

INSURED  MATA ENTERPRISES INC
DBA DAYS INN-MACON

ADDRESS  6000 HARRISON RD

MACON, GA  31206-4742

Company
Bill

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| 06-16-2011 to | 06-16-2012 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## COMMON POLICY INFORMATION

BUSINESS DESCRIPTION:  Motel Franchise

ENTITY:  Corporation

PROGRAM:  Motel/Hotel Without Restaurant

Discount Applies For Affiliation With:  GREATER MACON CHAMBER OF COMMERCE

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S).          PREMIUM

THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

COMMERCIAL PROPERTY COVERAGE
MINIMUM MOTEL/HOTEL PLUS PREMIUM ADJUSTMENT (CP)
COMMERCIAL GENERAL LIABILITY COVERAGE

TOTAL

PAID IN FULL DISCOUNT

TOTAL POLICY PREMIUM IF PAID IN FULL

The Paid in Full Discount does not apply to fixed fees, statutory charges or minimum premiums. The Paid in Full Discount is based on favorable loss experience for the collective group of policyholders who choose to pay their premiums in full directly to the Company.

---

PREMIUM SHOWN ABOVE FOR COMMERCIAL GENERAL LIABILITY COVERAGE IS AN ADVANCED PREMIUM DEPOSIT AND MAY BE SUBJECT TO AUDIT.

FORMS THAT APPLY TO ALL COVERAGE PART SHOWN ABOVE (EXCEPT GARAGE LIABILITY, DEALER'S BLANKET, COMMERCIAL AUTOMOBILE, IF APPLICABLE)
   55003  (01-87)   IL0017 (11-85)

A  4% CUMULATIVE MULTI-POLICY DISCOUNT APPLIES.  SUPPORTING POLICIES ARE MARKED WITH AN (X):  COMM UMB( ) COMM AUTO( ) WC(X) LIFE( ) PERSONAL( ) FARM( )

A Merit Rating Plan Factor of 0.90 Applies.

Countersigned By: _____

**Owners**

Page    2

55198 (01-07)
Issued  04-01-2011

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Renewal Effective 06-16-2011

AGENCY  BLANTON & GRIFFIN INSURANCE AG
18-0545-00    MKT TERR 071    (229) 247-6500

**POLICY NUMBER  024618-48825867-11**

INSURED  MATA ENTERPRISES INC
DBA DAYS INN-MACON

ADDRESS  6000 HARRISON RD

MACON, GA  31206-4742

Company
Bill

| POLICY TERM |
|---|
| 12:01 a.m.    12:01 a.m. |
| 06-16-2011 to 06-16-2012 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

MOTEL/HOTEL PROPERTY PLUS
COVERAGE PACKAGE DECLARATIONS

The coverages indicated below apply separately to the location(s) and sublocation(s) designated in the Commercial
Property Coverage Declarations.  The corresponding limit of insurance for any one coverage applies to all covered
loss:

a.  at the location designated in the Commercial Property Coverage Declarations, or
b.  away from the location designated in the Commercial Property Coverage Declarations

regardless of the number of locations or sublocations designated in the Commercial Property Coverage
Declarations.

**  The deductible (DED) which applies to each coverage indicated below is the same as the deductible which
applies to each location and sub-location shown on the Commercial Property Coverage Declarations, unless
otherwise indicated:

| COVERAGE | LIMIT | DED |
|---|---|---|
| ARSON REWARD | $7,500 | NONE |
| BUSINESS INCOME & EXTRA EXPENSE INCLUDING NEWLY | 12 MONTH | NONE |
| ACQUIRED LOCATIONS | ACTUAL LOSS SUSTAINED | |
| BUSINESS PERSONAL PROPERTY AT FAIRS OR EXHIBITIONS | $5,000 | ** |
| BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE | UP TO 1,000 FEET | ** |
| DEBRIS REMOVAL | $25,000 | NONE |
| FIRE EXTINGUISHER AND FIRE SUPPRESSION SYSTEM RECHARGE | $10,000 | NONE |
| GLASS BREAKAGE | WITHIN BLDG OR BUSINESS | ** |
| | PERSONAL PROPERTY LIMIT | |
| INVENTORY | UP TO 25% OF BPP LIMIT | NONE |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | $1,000,000 FOR 90 DAYS | ** |
| NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY | $500,000 FOR 90 DAYS | ** |
| OFF-PREMISES UTILITY SERVICE FAILURE | $5,000 | ** |
| ORDINANCE OR LAW | $25,000 | ** |
| OUTDOOR PROPERTY | $10,000 | ** |
| TREES, SHRUBS OR PLANTS | $1,000 PER ITEM | ** |
| PERSONAL EFFECTS AND PROPERTY OF OTHERS | $15,000 | ** |
| POLLUTANT CLEAN UP AND REMOVAL | $25,000 | NONE |

Continued on next page

Page   3                          55198 (01-07)

OWNERS INS. CO.                                                  Issued 04-01-2011

AGENCY BLANTON & GRIFFIN INSURANCE AG          Company  POLICY NUMBER 024618-48825867-11
       18-0545-00      MKT TERR 071            Bill

INSURED MATA ENTERPRISES INC                            Term 06-16-2011  to 06-16-2012

MOTEL/HOTEL PROPERTY PLUS
COVERAGE PACKAGE DECLARATIONS

| COVERAGE | LIMIT | DED |
|---|---|---|
| PROPERTY IN TRANSIT | $25,000 | ** |
| PROPERTY OFF PREMISES | $25,000 | ** |
| REFRIGERATED PRODUCTS | $10,000 | ** |
| REKEYING OF LOCKS | $1,000 | NONE |
| WATER BACK-UP FROM SEWERS OR DRAINS | $15,000 | ** |
| HOUSEHOLD PERSONAL PROPERTY | $5,000 | NONE |
| ACCOUNTS RECEIVABLE | $100,000 | ** |
| SIGNS (ATTACHED AND DETACHED) | $5,000 PER SIGN | ** |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $25,000 | ** |
| SALESPERSON'S SAMPLES | $10,000 | ** |
| VALUABLE PAPERS | $50,000 | ** |
| FINE ARTS, COLLECTIBLES AND MEMORABILIA | $10,000 | ** |
|  | $2,500 PER ITEM |  |
| BAILEES | $5,000 | ** |
|  | $2,500 PER ITEM |  |
| BILLBOARDS OWNED BY THE INSURED | $5,000 | ** |
| EMPLOYEE DISHONESTY | $15,000 | ** |
| FORGERY AND ALTERATION | $10,000 | ** |
| MONEY AND SECURITIES INSIDE PREMISES | $15,000 | ** |
| MONEY AND SECURITIES OUTSIDE PREMISES | $15,000 | ** |
| INNKEEPERS LIABILITY | $5,000 | NONE |
|  | $1,000 PER GUEST |  |
| EXPANDED BUILDING DEFINITION | INCLUDED | NONE |
| FIRE DEPARTMENT SERVICE CHARGE | $5,000 | NONE |

**FORMS THAT APPLY TO THIS COVERAGE PART:**

| | | | | |
|---|---|---|---|---|
| 54182 (06-00) | 54205 (01-07) | 54188 (06-00) | 54199 (06-00) | 54198 (06-00) |
| 54190 (01-07) | 54223 (06-00) | 54184 (06-00) | 54185 (06-00) | 54334 (04-06) |
| 54208 (06-00) | 54191 (06-00) | 54195 (06-00) | 54197 (06-00) | 54192 (06-00) |
| 54196 (06-00) | 54189 (06-00) | 54183 (06-00) | 54186 (06-00) | 54218 (06-00) |
| 54207 (06-00) | 54217 (06-00) | 54216 (06-00) | 54214 (06-00) | 54221 (06-00) |
| 54220 (06-00) | 54219 (06-00) | 54193 (06-00) | 54173 (01-07) | 25006 (01-07) |
| 54338 (01-07) | 54339 (01-07) | | | |

*Owners*

Page    4

54104 (07-87)
Issued  04-01-2011

**TAILORED PROTECTION POLICY DECLARATIONS**

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

Renewal Effective 06-16-2011

AGENCY  BLANTON & GRIFFIN INSURANCE AG
18-0545-00    MKT TERR 071    (229) 247-6500    **POLICY NUMBER   024618-48825867-11**

INSURED  MATA ENTERPRISES INC
DBA DAYS INN-MACON

ADDRESS  6000 HARRISON RD

MACON, GA  31206-4742

| Company Bill | POLICY TERM |
|---|---|
| | 12:01 a.m.    12:01 a.m. |
| | 06-16-2011 to 06-16-2012 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

COMMERCIAL PROPERTY COVERAGE

**COVERAGES PROVIDED**

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

LOCATION 001

**ADDITIONAL** FORMS **THIS LOCATION:**  None

LOC 001    BLDG 001 6000 Harrison Rd
Macon, GA  31206-4742

**OCCUPIED AS:**  Motel Building

**COVERAGE:** Building                    Limit of Insurance    $3,282,800

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 90% | $1,000 | | |
| Basic Group II | 90% | 1,000 | | |
| Special | 90% | 1,000 | | |
| Theft | 90% | 1,000 | | |

**OPTIONAL COVERAGE:**

Replacement Cost

Inflation Guard Factor
Building
1.035

| | LIMITS | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Equipment Breakdown | See Form 54843 | $1,000 | | |
| Motel/Hotel Plus Coverage Pkg | See Dec Page | 1,000 | | |

**COVERAGE:** Personal Property                Limit of Insurance    $356,160

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 90% | $1,000 | | |
| Basic Group II | 90% | 1,000 | | |
| Special | 90% | 1,000 | | |
| Special Including Theft | 90% | 1,000 | | |

Page    5                                  54104 (07-87)
OWNERS INS. CO.                                             Issued 04-01-2011

AGENCY BLANTON & GRIFFIN INSURANCE AG        Company  **POLICY** NUMBER 024618-48825867-11
       18-0545-00    MKT TERR 071           Bill

INSURED MATA ENTERPRISES INC                         Term 06-16-2011  to 06-16-2012

---

## COMMERCIAL PROPERTY COVERAGE

**OPTIONAL COVERAGE:**

Replacement Cost

Inflation Guard Factor
Personal Property
1.009

| | LIMITS | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Equipment Breakdown | See Form 54843 | $1,000 | | |
| Motel/Hotel Plus Coverage Pkg | See Dec Page | 1,000 | | |

**ADDITIONAL FORMS THIS BUILDING:** IL0262 (09-94)  IL0003 (11-85)  59350  (01-08)
CP0131 (11-03)  54093  (03-07)  CP0090 (07-88)  CP0010 (10-91)  54082  (02-05)
54843  (01-07)  54173  (01-07)  25006  (01-07)

**SECURED INTERESTED PARTIES:**  See Attached Schedule

**RATING INFORMATION**

Territory:  056                        County:  Bibb
Program:  Motel/Hotel Without Resta    Construction:  Modified F/R
Specific Rate - Building:   0.033      PC:   03          Class Code:   0747
                                       Specific Rate - Contents:   0.066

LOC 001    BLDG 002 6000 Harrison Rd
           Macon, GA  31206-4742

**OCCUPIED AS:**  Outdoor Sign

**COVERAGE:** Outdoor Signs                  Limit of Insurance        $65,000

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 80% | $1,000 | | |
| Basic Group II | 80% | 1,000 | | |
| Special | 80% | 1,000 | | |
| Theft | 80% | 1,000 | | |

**OPTIONAL COVERAGE:**

Replacement Cost

| | LIMITS | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Equipment Breakdown | See Form 54843 | $1,000 | | |

**ADDITIONAL FORMS THIS BUILDING:** IL0262 (09-94)  IL0003 (11-85)  59350  (01-08)
CP0131 (11-03)  54093  (03-07)  CP0090 (07-88)  CP0010 (10-91)  CP1440 (07-88)
54082  (02-05)  54843  (01-07)

**SECURED INTERESTED PARTIES:**  None

**RATING INFORMATION**

Territory:  056                        County:  Bibb
Program:  Motel/Hotel Without Resta    Construction:  N/A
                                       Spcl Class Rate - Outdoor Signs    0.950
                                       PC:   01          Class Code:    1185

***Owners***

54104 (07-87)
                                                              Issued   04-01-2011
INSURANCE COMPANY                           **TAILORED PROTECTION POLICY DECLARATIONS**
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

                                                        Renewal Effective 06-16-2011
AGENCY  **BLANTON & GRIFFIN INSURANCE AG**
        18-0545-00     MKT TERR 071    (229) 247-6500    **POLICY NUMBER   024618-48825867-11**
INSURED  MATA ENTERPRISES INC
         DBA DAYS INN-MACON

                                                Company    **POLICY TERM**
                                                Bill    12:01 a.m.   12:01 a.m.
ADDRESS  6000 HARRISON RD                                06-16-2011 to 06-16-2012

         MACON, GA  31206-4742

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

COMMERCIAL PROPERTY COVERAGE


TERRORISM - CERTIFIED ACTS    SEE FORM  59350




                              LOCATION 001   PREMIUM

Page    7                                59187 (07-87)
OWNERS INS. CO.                                          Issued 04-01-2011

AGENCY BLANTON & GRIFFIN INSURANCE AG          Company  POLICY NUMBER 024618-48825867-11
       18-0545-00      MKT TERR 071            Bill

INSURED MATA ENTERPRISES INC                            Term 06-16-2011  to 06-16-2012

---

**SECURED INTERESTED PARTIES AND/OR ADDITIONAL PARTIES**


Applies to Loc/Bldg(s):
001/001
 AMERICAN UNITED BANK
 1888 OLD NORCROSS RD
 LAWRENCEVILLE, GA  30044
 Interest:  Mortgagee

# *Owners*

Page    8

55040 (11/87)
Issued   04-01-2011

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Renewal Effective 06-16-2011

AGENCY  BLANTON & GRIFFIN INSURANCE AG
18-0545-00    MKT TERR 071    (229) 247-6500

POLICY NUMBER   024618-48825867-11

INSURED  MATA ENTERPRISES INC
DBA DAYS INN-MACON

ADDRESS  6000 HARRISON RD

MACON, GA  31206-4742

Company
Bill

| **POLICY TERM** | |
| 12:01 a.m. | 12:01 a.m. |
| 06-16-2011 to 06-16-2012 | |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## COMMERCIAL GENERAL LIABILITY COVERAGE

**LIMITS OF INSURANCE**

| | |
|---|---|
| General Aggregate (Other Than Products-Completed Operations) | $2,000,000 |
| Products-Completed Operations Aggregate | 2,000,000 |
| Personal Injury And Advertising Injury | 1,000,000 |
| Each Occurrence | 1,000,000 |
| Hired Auto & Non-Owned Auto | 1,000,000 Each Occurrence |

Commercial General Liability Plus Endorsement

| | |
|---|---|
| Damage to Premises Rented to You (Fire, Lightning, Explosion, Smoke or Water Damage) | 300,000 Any One Premises |
| Medical Payments | 10,000 Any One Person |

Expanded Coverage Details See Form:
    Extended Watercraft
    Personal Injury Extension
    Broadened Supplementary Payments
    Broadened Knowledge Of Occurrence
    Additional Products-Completed Operations Aggregate
    Blanket Additional Insured - Lessor of Leased Equipment
    Blanket Additional Insured - Managers or Lessors of Premises
    Newly Formed or Acquired Organizations Extension
    Blanket Waiver of Subrogation

Twice the "General Aggregate Limit", shown above, is provided at no additional charge for each 12 month period in accordance with form 55300.

    AUDIT TYPE: Annual Audit

**FORMS THAT APPLY TO THIS COVERAGE:** 59350  (01-08)  CG2412 (11-85)  IL0021 (11-85)
IL0262 (09-94)  IL0017 (11-85)  55146  (06-04)  55165  (12-04)  55327  (12-04)
55296  (07-05)  55300  (07-05)  55184  (11-95)  55174  (12-04)  55028  (12-04)
55352  (10-08)  55282  (04-05)

**LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY**

LOC 001  BLDG 001 6000 Harrison Rd
                Macon, GA  31206-4742

**TERRITORY:  003    COUNTY:  Bibb**

Page   9                                    55040 (11/87)
OWNERS INS. CO.                                              Issued 04-01-2011

AGENCY BLANTON & GRIFFIN INSURANCE AG        Company  POLICY NUMBER 024618-48825867-11
       18-0545-00     MKT TERR 071           Bill

INSURED MATA ENTERPRISES INC                          Term 06-16-2011  to 06-16-2012

---

## COMMERCIAL GENERAL LIABILITY COVERAGE

| Classification | Subline | Premium Basis | Rates | Premium |
|---|---|---|---|---|
| **CODE 00501**<br>Commercial General Liability Plus<br>Endorsement Included At 7.5% Of<br>The Premises Operation Premium | Prem/Op | Prem/Op Prem | | |
| **CODE 04001**<br>Hired Auto & Non-Owned<br>Liability | Auto | | | |
| **CODE 45190**<br>Hotels And Motels - With Pools Or<br>Beaches - Less Than Four Stories | Prem/Op<br>Prod/Comp Op | Gross Sales<br>600,000<br>600,000 | Each 1000 | |
| **CODE 49950**<br>Additional Interests<br>Grantor Of Franchise<br>Days Inn Worldwide | Prem/Op | If Any | | |

TERRORISM - CERTIFIED ACTS     SEE FORM  59350

LOCATION  001  PREMIUM

**COMMERCIAL GENERAL LIABILITY**
**55174 (12-04)**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Name of Person or Organization:**
AMERICAN UNITED BANK

**Designation of Premises:**
6000 HARRISON ROAD, MACON, GA 31206

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** **SECTION II - WHO IS AN INSURED** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** Under **SECTION III - LIMITS OF INSURANCE**, the following is added:

The limits of liability for the additional insured are those specified in the written contract or agreement between the insured and the mortgagee, assignee or receiver, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the limits of insurance shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 2003.

55184 (11-95)
COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - GRANTOR OF FRANCHISE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Name of Person or Organization:**
DAYS INN WORLDWIDE, INC., WYNDHAM WORLDWIDE CORP, WYNDHAM HOTEL GROUP
INC

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1.  WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as grantor of a franchise to you.

2.  The following is added to **LIMITS OF INSURANCE**  (Section III):

    8.  The limits of liability for the additional insured are those specified in the written contract or agreement between the Insured and the grantor of franchise, not to exceed the limits provided in this policy.  These limits are inclusive of and not in addition to the limits of insurance shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984

**COMMERCIAL GENERAL LIABILITY**
**55327 (12-04)**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION-SPECIFIED THERAPEUTIC OR COSMETIC SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Description of Operations:**

MOTEL

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** and **SECTION I - COVERAGES, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY, 2. Exclusions,** the following exclusion is added:

With respect to any operation shown in the Schedule, this insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the rendering of or failure to render any service, treatment, advice or instruction relating in any manner to:

1. the appearance of skin;

2. hair treatment, removal or replacement;

3. body piercing of any type;

4. massage, physiotherapy, chiropody;

5. hearing aids or devices;

6. vision aids or devices;

7. cosmetic preparations or applications; or

8. aromatics or perfumes.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Service Office, Inc., 1982, 1988, 1992, 1997, 2000, 2002, 2004.     Page 1 of 1

CG 24 12 11 85
POLICY NUMBER:                                                          COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BOATS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Description of Watercraft:**

NON-MOTORIZED WATERCRAFT AND WATERCRAFT WITH OUTBOARD MOTORS OF 25 HP
OR LESS

**Additional Premium Included**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1.  Exclusion g. of COVERAGE A (Section I) does not apply to any watercraft owned or used by or rented to the insured shown in the Schedule.

2.  WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization legally responsible for the use of any such watercraft you own, provided the actual use is with your permission.

Copyright, Insurance Services Office, Inc., 1984

Case 5:26-cv-00262-MTT    Document 1-2    Filed 06/24/26    Page 17 of 362

COMMERCIAL PROPERTY

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **Covered Property**

   Covered Property, as used in this Coverage Part, means the following types of property for which a Limit of Insurance is shown in the Declarations:

   a. **Building,** meaning the building or structure described in the Declarations, including:

      (1) Completed additions;

      (2) Permanently installed:

         (a) Fixtures;

         (b) Machinery; and

         (c) Equipment;

      (3) Outdoor fixtures;

      (4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      (5) if not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the building or structure;

         (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

   b. **Your Business Personal Property** located in or on the building described in the Declarations or in open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock;"

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

c. **Personal Property of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of the buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of the building described in the Declarations;

m. Underground pipes, flues or drains;

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**n.** The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

**o.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **(1)** Are licensed for use on public roads; or

    **(2)** Are operated principally away from the described premises.

    This paragraph does not apply to:

    **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

    **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale; or

    **(c)** Rowboats or canoes out of water at the described premises;

**p.** The following property while outside of buildings:

    **(1)** Grain, hay, straw or other crops;

    **(2)** Fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

    **(1)** We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

    **(2)** The most we will pay under this Additional Coverage is 25% of:

        **(a)** The amount we pay for the direct physical loss of or damage to Covered Property; plus

        **(b)** The deductible in this policy applicable to that loss or damage.

        But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.

    **(3)** This Additional Coverage does not apply to costs to:

        **(a)** Extract "pollutants" from land or water; or

        **(b)** Remove, restore or replace polluted land or water.

**b. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

    **(1)** While it is being moved or while temporarily stored at another location; and

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

(2) Only if the loss or damage occurs within 10 days after the property is first moved.

c. **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

d. **Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired or Constructed Property**

(1) You may extend the insurance that applies to Building to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is 25% of the Limit of Insurance for Building shown in the Declarations, but not more than $250,000 at each building.

(2) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Your Business Personal Property shown in the Declarations, but not

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

more than $100,000 at each building.

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires.

(b) 30 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b. **Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or your employees. This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers and Records - Cost of Research**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the information on lost or damaged valuable

papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $1,000 at each described premises.

d. **Property Off-Premises**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock", that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

(1) In or on a vehicle;

(2) In the care, custody or control or your salespersons; or

(3) At any fair or exhibition.

The most we will pay for loss or damage under this Extension is $5,000.

e. **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following cause of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant.

Each of these Exclusions is additional insurance. The Additional Condition, Co-insurance, does not apply to these Exclusions.

## B. EXCLUSIONS

See applicable Causes of Loss Form as shown in the Declarations.

## C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1.  Preservation of Property; or

2.  Debris Removal; but if:

    a.  The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

    b.  The debris removal expense exceeds the amount payable under 25% limitation in the Debris Removal Additional Coverage;

    we will pay up to an additional $5,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

## D. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance condition or the Agreed Value Optional Coverage.

## E. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1.  **Abandonment**

    There can be no abandonment of any property to us.

2.  **Appraisal**

    If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    a.  Pay its chosen appraiser; and

    b.  Bear the other expenses of the appraisal and umpire equally.

    If there is an appraisal, we will still retain our right to deny the claim.

3.  **Duties In The Event Of Loss Or Damage**

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of loss or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality.

b. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

c. We will not pay you more than your financial interest in the Covered Property.

d. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**e.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**f.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if:

(1) You have complied with all of the terms of this Coverage Part; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

**a.** Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(1) Vandalism;

(2) Sprinkler leakage, unless you have protected the system against freezing;

(3) Building glass breakage;

(4) Water damage;

(5) Theft; or

(6) Attempted theft.

**b.** Reduce the amount we would otherwise pay for the loss or damage by 15%.

A building is vacant when it does not contain enough business personal property to conduct customary operations.

Buildings under construction are not considered vacant.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in b., c., d., e. and f. below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

This provision does not apply to the following even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**e.** Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

**f.** Valuable Papers and Records, including those which exist on electronic or magnetic media (other than pre-packaged software programs), at the cost of:

(1) Blank materials for reproducing the records; and

(2) Labor to transcribe or copy the records when there is a duplicate.

## F.  ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.  Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of loss, before the application of any deductible by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the limit of insurance, whichever is less.  For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1** (Underinsurance):
When:

| | |
|---|---|
| The value of property is | 250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | 100,000 |
| The Deductible is | $250 |
| The amount of loss is | $ 40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)
Step (2): $100,000 ÷ $200,000 = .50
Step (3): $40,000 x .50 = $20,000
Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2** (Adequate Insurance):
When:

| | |
|---|---:|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)
Step (2): $200,000 ÷ $200,000 = 1.00
Step (3): $40,000 x 1.00 = $40,000
Step (4): $40,000 - $250 = $39,750

We will cover the $39,750 loss in excess of the Deductible. No penalty applies.

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**
When:

| | |
|---|---:|
| The value of the property is: | |
| Bldg. at Location No. 1 | $75,000 |
| Bldg. at Location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $180,000 |
| The Deductible is | $1,000 |
| The amount of loss is Bldg. at Location No. 2 | $30,000 |
| Personal Property at Location No. 2 | $ 20,000 |
| | $ 50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)
Step (2): $180,000 ÷ $225,000 = .80
Step (3): $50,000 x .80 = $40,000
Step (4): $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgage Holders**

**a.** The term "mortgage holder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

e.  If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1)  The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2)  The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

(1)  10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2)  30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

## G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1.  **Agreed Value**

a.  The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies.

We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under the Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b.  If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c.  The terms of this Optional Coverage apply only to loss or damage that occurs:

(1)  On or after the effective date of this Optional Coverage; and

(2)  Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2.  **Inflation Guard**

a.  The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b.  The amount of increase will be:

(1)  The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2)  The percentage of annual increase shown in the Declarations, expressed a decimal (example: 8% is .08), times

(3)  The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Example:

If:

The applicable Limit of
  Insurance is                  $100,000

The annual percentage
  increase is                     8%

The number of days since the
  beginning of the policy
  year (or last policy change)
  is                        146

The amount of increase is
  $100,000 x .08 x 146 ÷ 365 =    $3,200

**3.  Replacement Cost**

  **a.**  Replacement Cost: (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

  **b.**  This Optional Coverage does not apply to:

    **(1)**  Property of others;

    **(2)**  Contents of a residence;

    **(3)**  Manuscripts;

    **(4)**  Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

    **(5)**  "Stock," unless the Including "Stock" option is shown in the Declarations.

  **c.**  You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

  **d.**  We will not pay on a replacement cost basis for any loss or damage:

    **(1)**  Until the lost or damaged property is actually repaired or replaced; and

    **(2)**  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

  **e.**  We will not pay more for loss or damage on a replacement cost basis than the least of:

    **(1)**  The Limit of Insurance applicable to the lost or damaged property;

    **(2)**  The cost to replace, on the same premises, the lost or damaged property with other property:

      **(a)**  Of comparable material and quality; and

      **(b)**  Used for the same purpose; or

    **(3)**  The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**H.  DEFINITIONS**

  **1.**  "**Pollutants**" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

  **2.**  "**Stock**" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

CP 00 90 07 88

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we

Copyright, Insurance Services Office, Inc., 1983, 1987

will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1.  We cover loss or damage commencing:

    a.  During the policy period shown in the Declarations; and

    b.  Within the coverage territory.

2.  The coverage territory is:

    a.  The United States of America (including its territories and possessions);

    b.  Puerto Rico; and

    c.  Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment.  That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them.  But you may waive your rights against another party in writing:

1.  Prior to a loss to your Covered Property or Covered Income.

2.  After a loss to your covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a.  Someone insured by this insurance;

    b.  A business firm:

        (1)  Owned or controlled by you; or

        (2)  That owns or controls you; or

    c.  Your tenant.

This will not restrict your insurance.

Copyright, Insurance Services Office, Inc., 1983, 1987

COMMERCIAL PROPERTY
CP 01 31 11 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

  **1.** We will not pay for loss or damage arising out of any act committed:

   **a.** By or at the direction of any insured; and

   **b.** With the intent to cause a loss.

  **2.** However, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

   **a.** Is otherwise covered under this Coverage Part; and

   **b.** Arose out of an act of family violence by an insured against whom a family violence complaint is brought for such act.

  **3.** If we pay a claim pursuant to Paragraph **B.2.**, our payment to the insured is limited to that insured's legal interest in the property less any payments we first made to a mortgage holder or other party with a legal secured interest in the property.  In no event will we pay more than the Limit of Insurance.

**C.** The following explanation is added with respect to application of the Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria and the Limited Coverage of the same title:

With respect to the portion of Coverage Property that would still have required repair or replacement had there been no "fungus", wet or dry rot or bacteria, this Exclusion and Limited Coverage will not serve to limit the amount of recovery for such repair or replacement.

However, the Exclusions and Limited Coverage shall continue to apply to:

  **1.** The cost to treat, contain, remove or dispose of "fungus" wet rot, dry rot or bacteria beyond that which is required to repair or replace Covered Property;

  **2.** The cost of testing as described in the Limited Coverage; and

  **3.** Any increase in loss under Business Income and/or Extra Expense Forms resulting from **1.** or **2.** above.

Regardless of whether the Exclusion and Limited Coverage apply to a loss, the Limit of Insurance on Covered Property is not increased.  The maximum recoverable, for the total of the cost to repair or replace Covered Property and any additional covered cost to treat, contain, remove, dispose of or test for "fungus", wet or dry rot or bacteria, is the applicable Limit of Insurance on the affected Covered Property.

       Copyright, Insurance Services Office, Inc., 2003

CP 14 40 07 88

POLICY NUMBER:                                                    COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OUTSIDE SIGNS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Prem. No. | Bldg. No. | Construction of Sign | | Limit of Insurance | Causes of Loss Form Applicable | Coinsurance Percentage | Additional Premium |
|-----------|-----------|---------|-------|--------------------|-------------------------------|------------------------|--------------------|
|           |           | Entirely Metal | Other |            |                               |                        |                    |

With respect to outside signs described in the Declarations or in the Schedule:

**A.** "Signs (other than signs attached to buildings)" is deleted from PROPERTY NOT COVERED.

**B.** The second paragraph of the LIMITS OF INSURANCE section does not apply.  The limit applicable to each sign will be shown in the Declarations or in the Schedule.

Copyright, Insurance Services Office, Inc., 1983, 1987

25006 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MOTEL/HOTEL PLUS - CRIME COVERAGE ENDORSEMENT

**Tailored Protection Policy**

This endorsement adds Crime Coverage for the following:

LIABILITY FOR GUESTS PROPERTY - PREMISES

## A. COVERAGE

We will pay those sums that you become legally obligated to pay as damages because of loss or destruction of, or damage to Covered Property. We have the right and duty to defend any suit brought against you seeking damages that are payable under this insurance.

### 1. Covered Property

Any property, other than that specified as Property Not Covered, belonging to your "guests" while the property is:

a. Inside the "premises"; or

b. In your possession.

### 2. Property Not Covered

a. **Samples, Articles for Sale**

Samples or articles carried or held for sale or for delivery after sale.

b. **Vehicles**

Any vehicle including:

(1) Its equipment and accessories; and

(2) Any property contained in or on a vehicle.

### 3. Supplementary Payments

If we defend any suit, we will pay with respect to:

a. **Expenses**

(1) Reasonable expenses you incur at our request;

(2) Expenses we incur; and

(3) Costs charged against you.

b. **Interest**

(1) Interest on the full amount of any judgment that accrues:

(a) After entry of the judgment; and

(b) Before we pay, offer to pay or deposit in court that part of the judgment for which we are liable under this insurance.

(2) Prejudgment interest awarded against you on that part of the judgment we pay.  If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

c. **Loss of Wages or Salary**

Actual loss of wages or salary (but not other income) because of required attendance at hearings or trials connected with

Includes copyrighted material of Insurance Service Office, with its permission.
Copyright, Insurance Service Office, 1984, 1987.                    Page 1 of 4

the suit. But, we will not pay more than $100 per day under this part of the Supplementary Payments.

d. **Premiums for Bonds**

Premiums for the following types of bonds having penalties totaling not more than the Limit of Insurance shown in the Motel/Hotel Plus Coverage Declarations.

(1) Appeal bonds required in the suit; and

(2) Bonds to release attachments. But, we do not have to apply for or furnish those bonds.

Our liability for Supplementary Payments is in addition to the Limit of Insurance shown in the Motel/Hotel Plus Coverage Declarations.

## B. LIMIT OF INSURANCE

1. The most we will pay in the aggregate for all damages because of loss or destruction of or damage to Covered Property in any one "occurrence" is the per occurrence Limit of Insurance shown in the Motel/Hotel Plus Coverage Declarations.

2. Subject to the applicable limit stated in 1. above, the most we will pay for all damages because of loss or destruction of or damage to property of any one "guest" is the per "guest" Limit of Insurance shown in the Motel/Hotel Plus Coverage Declarations.

All loss, destruction or damage involving a single act or series of related acts whether caused by one or more persons is considered one "occurrence".

## C. EXCLUSIONS, CONDITIONS, DEFINITIONS

This insurance is subject to the following:

1. **Exclusions**

We will not pay for damages arising out of, or the defense of any suit connected with, any of the following:

a. **Acts Committed by You or Your Partners**

Loss or destruction of, or damage to property resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

b. **Assumed Liability**

Liability you assume under any written agreement. But this exclusion does not apply to any written agreement entered into with a "guest" before the "occurrence" of any loss, destruction or damage that increases to an amount not exceeding $1,000 any lesser amount for which you may otherwise be liable under any statue.

c. **Fire**

Destruction of, or damage to property resulting from fire.

d. **Food or Liquid**

Destruction of, or damage to property resulting from the spilling, upsetting or leaking of any food or liquid.

e. **Governmental Action**

Loss or destruction of, or damage to property resulting from seizure or destruction of the property by order of governmental authority.

f. **Inherent Vice**

Destruction of, or damage to property resulting from insects, animals, wear and tear, gradual deterioration or inherent vice.

g. **Laundering or Cleaning**

Includes copyrighted material of Insurance Service Office, with its permission.
Copyright, Insurance Service Office, 1984, 1987.

Destruction of, or damage to property while in your care and custody for laundering or cleaning.

### h. Nuclear

Loss or destruction of, or damage to property resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

### i. Release of Others from Liability

Your release of any other person or organization from legal liability.

### j. War and Similar Actions

Loss or destruction of, or damage to property resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## 2. Conditions

### a. Bankruptcy

You or your estate's bankruptcy or insolvency will not relieve us of our obligations under this insurance.

### b. Defense, Investigation and Settlement

(1) We may investigate and settle any claim or suit as we deem expedient.

(2) We will not defend any suit after having paid judgments or settlements equal to the Limit of Insurance shown in the Motel/Hotel Plus Coverage Declarations.

### c. Duties in the Event of Loss, Claim, or Suit

In the event of loss, claim or suit you must:

(1) Notify us promptly of any loss, destruction or damage that may result in a claim;

(2) Give us prompt, written notice of any claim made or suit brought against you and:

(a) Send us immediately, copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

(b) Authorize us to obtain records and other information; and

(c) Cooperate with us in the defense, investigation or settlement of the claim or suit.

You may not voluntarily make a payment, assume any obligation or incur any expense without our consent.

If you have reason to believe that any loss or destruction of, or damage to Covered Property involves a violation of law, you must notify the police.

### d. Joint Insured

(1) If more than one Insured is named in the DECLARATIONS, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

(2) If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every insured.

(3) We will not pay more for damages for which more than one Insured is liable

Includes copyrighted material of Insurance Service Office, with its permission.
Copyright, Insurance Service Office, 1984, 1987.

than the amount we would pay if one Insured were liable for the damages.

**e. Legal Action Against Us**

No person or organization has a right under this insurance:

**(1)** To name us a co-defendant in a suit asking for damages from you; or

**(2)** To sue us on this insurance unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against you obtained after an actual trial.  But, we will not be liable for damages that are not payable under the terms of this insurance or that are in excess of the Limit of Insurance.  An agreed settlement means a settlement and release of liability signed by us, you and the claimant or the claimant's legal representative.

**f. Non-Cumulation of Limit of Insurance**

Limits of Insurance shown in the Motel/Hotel Plus Coverage Declarations do not cumulate from year to year or period to period.

**g. Other Insurance**

This insurance does not apply to damages recoverable or recovered under other insurance or indemnity.  However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the damages, this insurance will apply to that part of the damages not recoverable or recovered under the other insurance.

**h. Policy Period**

**(1)** The Policy Period is the period shown in the DECLARATIONS.

**(2)** We will pay only for damages because of loss or destruction of, or damage to Covered Property incurring during the Policy Period.

**i. Territory**

We will pay only for damages because of your legal liability for loss or destruction of, or damage to Covered Property occurring within the United States of America, U.S. Virgin Island, Puerto Rico, or Canada.

**j. Transfer of Your Rights of Recovery Against Others to Us**

You must transfer to us all your rights of recovery against any person or organization pertaining to the loss for which you were liable and for which we have paid damages or made a settlement.  You must do everything necessary to secure these rights and do nothing to impair them.

**3. Definitions**

**a.** "Occurrence" means an:

**(1)** Act or series of related acts involving one or more persons; or

**(2)** Act or event, or a series of related acts or events not involving any person.

**b.** "Premises" mean the interior of that portion of any building at a location shown in the DECLARATIONS that you occupy in conducting your business.

**c.** "Guest" means that person who has paid a fee for their overnight lodging to you, during that period to which that fee applies.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Service Office, with its permission.
Copyright, Insurance Service Office, 1984, 1987.

54082 (2-05)
COMMERCIAL PROPERTY

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning.  Refer to Section F. - Definitions.

## A. COVERED CAUSES OF LOSS

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1. Excluded in Section B., Exclusions; or

2. Limited in Section C., Limitations;

that follow.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   **b. Earth Movement**

   (1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting.  But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

   (2) Volcanic eruption, explosion or effusion.  But if loss or damage by fire, building glass breakage or volcanic actions results, we will pay for that resulting loss or damage.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

   **d. Nuclear Hazard**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

Nuclear reaction or radiation, or radioactive contamination however caused.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

**e. Off-Premises Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up from a sewer or drain; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

**h. "Fungi", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot, dry rot or bacteria.

But if "fungi", wet rot, dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

1. When "fungi", wet rot, dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions B.1.a. through B.1.h. apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

**b.** Delay, loss of use or loss of market.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

   **(2)** Rust, corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   **(3)** Smog;

   **(4)** Settling, cracking, shrinking or expansion;

   **(5)** Insects, birds, rodents or other animals;

   **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, this does not apply to any resulting loss or damage caused by elevator collision;

   **(7)** The following causes of loss to personal property:

      **(a)** Dampness or dryness of atmosphere;

      **(b)** Changes in or extremes of temperature; or

      **(c)** Marring or scratching.

   But if loss or damage by the "specified causes of loss" or building glass breakage results, we will pay for that resulting loss or damage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosions results, we will pay for that resulting loss or damage. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   **(1)** You do your best to maintain heat in the building or structure; or

   **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   **(1)** Acting alone or in collusion with others; or

   **(2)** Whether or not occurring during the hours of employment.

   This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, except as provided below in the Additional Coverage for Collapse. But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified causes of loss."

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the resulting loss or damage.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3) Materials used in repair, construction, renovation or remodeling; or

      (4) Maintenance;

   of part or all of any property on or off the described premises.

4. **Special Exclusions**

   The following provisions apply only to the specified Coverage Forms.

   a. **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

   We will not pay for:

   (1) Any loss caused by or resulting from:

      (a) Damage or destruction of "finished stock;" or

      (b) The time required to reproduce "finished stock."

   This exclusion does not apply to Extra Expense.

   (2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas, including their lead-in wiring, masts or towers.

   (3) Any increase of loss caused by or resulting from:

      (a) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

      (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

   (4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

   (5) Any other consequential loss.

   b. **Leasehold Interest Coverage Form**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

**(1)** Paragraph B.1.a. Ordinance or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your canceling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c.  Legal Liability Coverage Form**

**(1)** The following Exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph B.1.a., Ordinance or Law;

**(b)** Paragraph B.1.c., Governmental Action;

**(c)** Paragraph B.1.d., Nuclear Hazard;

**(d)** Paragraph B.1.e., Power Failure; and

**(e)** Paragraph B.1.f., War and Military Action.

**(2) Contractual Liability**

We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement.

**(3) Nuclear Hazard**

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**1.** We will not pay for loss of or damage to:

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, unless held for sale by you, caused by or resulting from theft, except as provided in C.5.a. below.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Gutters and downspouts caused by or resulting from weight of snow, ice or sleet.

**C.  LIMITATIONS**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

g. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay more for loss of or damage to glass that is part of a building or structure than $100 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter. We will not pay more than $500 for all loss of or damage to building glass that occurs at any one time.

   This Limitation does not apply to loss or damage by the "specified causes of loss," except vandalism.

3. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Valuable papers and records, such as books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell or other data processing, recording or storage media, and other records.

   b. Animals, and then only if they are killed or their destruction is made necessary.

   c. Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass that is part of a building or structure;

      (2) Containers of property held for sale; or

      (3) Photographic or scientific instrument lenses.

   d. Builders' machinery, tools, and equipment you own or that are entrusted to you, while away from the premises described in the Declarations, except as provided in paragraph C.5.b. below.

4. For loss or damage by theft, the following types of property are covered only up to the limits shown:

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

5. **Builders' Risk Coverage Form Limitations**

   The following provisions apply only to the Builders' Risk Coverage Form.

   a. Limitation 1.d. is replaced by the following:

      d. Building materials and supplies not attached as part of the building or structure caused by or resulting from theft.

   b. Limitation 3.d. is replaced by the following:

      d. Builders' machinery, tools and equipment you own or that are entrusted to you.

6. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

**b.** Is directly caused by freezing.

## D. ADDITIONAL COVERAGE - COLLAPSE

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

1. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

2. Hidden decay;

3. Hidden insect or vermin damage;

4. Weight of people and personal property;

5. Weight of rain that collects on a roof;

6. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss or damage to the following types of property, if otherwise covered in this Coverage Part, under items 2., 3., 4., 5. and 6. unless the loss or damage is a direct result of the collapse of a building:

outdoor radio or television antennas, including their lead-in wiring, masts or towers; awnings, gutters and downspouts; yard fixtures; outdoor swimming pools; fences; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

## E. LIMITED COVERAGE FOR "FUNGI", WET ROT, DRY ROT AND BACTERIA

1. The coverage described in E.2. and E.6. only applies when the "fungi", wet rot, dry rot or bacteria is the result of a "specified cause of loss" other than fire or lighting that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

2. We will pay for loss or damage by "fungi", wet rot, dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungi", wet rot, dry rot or bacteria, including the cost of removal of the "fungi", wet rot, dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot, dry rot or bacteria; and

   c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot, dry rot or bacteria are present.

3. The coverage described under E.2. of this Limited Coverage is limited to 10% of the building or personal property limit of insurance, whichever is greater, subject to a maximum of $100,000 and a minimum of $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot, dry rot or bacteria, we will not pay more than this limit even if the "fungi", wet rot, dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot, dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot, dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot, dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph F.2. (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

6. The following, 6.a. or 6.b., applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

    a. If the loss which resulted in "fungi", wet rot, dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungi", wet rot, dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 45 days. The days need not be consecutive.

    b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungi", wet rot, dry rot or bacteria but remediation of "fungi", wet rot, dry rot or bacteria prolongs the "period of restora-

tion", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 45 days. The days need not be consecutive.

## F. ADDITIONAL COVERAGE EXTENSIONS

1. **Property In Transit.** This Extension applies only to your personal property to which this form applies.

    a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

    b. Loss or damage must be caused by or result from one of the following causes of loss:

        (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

        (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

        (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

    c. The most we will pay for loss or damage under this Extension is $1000.

    This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to the Extension.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

2. **Water Damage, Other Liquids, Powder or Molten Material Damage.** If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes

## G. DEFINITIONS

1. "Fungi" means any type or form of fungus, including, but not limited to, mold, mildew, mycotoxins, spores, scents or byproducts produced or released by any type or form of fungus.

2. "Specified Causes of Loss" means the following:

   Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of ice and snow, ice or sleet; water damage.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      (1) The cost of filling sinkholes; or

      (2) Sinking or collapse of land into man-made underground cavities.

   b. Falling objects does not include loss or damage to:

      (1) Personal property in the open; or

      (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

54093 (3-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGES - WATER DAMAGE EXCLUSION

This endorsement modifies insured provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

Under **B. EXCLUSIONS**, **g. Water** is deleted and replaced by the following:

**g.  Water**

**(1)** Regardless of the cause, flood, surface water, waves, tides, tidal waves, storm surge, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up from a sewer or drain; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1983, 1990                    Page 1 of 1

54173 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MOTEL/HOTEL PLUS ENDORSEMENT

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

1. Under **A. COVERAGE**, **1. Covered Property** sub-paragraph **a. (3)** is deleted and replaced by the following:

   **(3)** Outdoor fixtures including:

   **(a)** Outdoor fences, light poles, storage buildings, pools, radio and television antennas, satellite dishes, awnings, attached signs;

   **(b)** Detached signs on or within 1,000 feet of the premises; and

   **(c)** Billboard signs located anywhere.

2. Under **A. COVERAGE**, **5. Coverage Extensions** the following is added:

   **Household Personal Property**

   You may extend the insurance that applies to Your Business Personal Property to Household

Personal Property located in or on the building described in the Commercial Property Coverage Declarations or in the open (or in a vehicle) within 100 feet of the described premises, usual to the occupancy of the described premises as a living quarters, that:

**(1)** Belongs to you, or at your option:

   **(a)** Your domestic worker; or

   **(b)** A member of your family; or

**(2)** For which you may be legally liable.

This includes property purchased under an installment plan.  The most we will pay under this extension is $5,000 per occurrence.  You may apply up to $500 of this amount for such property while it is away from the described premises.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Service Office, with its permission.
Copyright, Insurance Service Office, 1983, 1984, 1985, 1989.          Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**          54182 (6-00)

## ARSON REWARD

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

**Arson Reward**

We will pay for information which leads to a conviction for arson in connection with a fire loss to Covered Property insured by this policy.  The most we will pay is the Limit of Insurance shown in the Declarations for ARSON REWARD regardless of the number of persons who provide information.  No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984, 1986

54183 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## REKEYING OF LOCKS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

**Rekeying of Locks**

We will pay reasonable necessary expenses you incur to rekey locks on doors of the building described in the Declarations, provided the keys to such locks are a part of a theft loss covered by this policy.  The most we will pay is the Limit of Insurance shown in the Declarations for REKEYING OF LOCKS.  No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54184 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INVENTORY

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A. COVERAGE, 4. Additional Coverages,** the following Additional Coverage is added:

**Inventory**

a.   The Limit of Insurance for Business Personal Property (BPP) will automatically increase by the Limit of Insurance shown in the Declarations for INVENTORY for temporary variations in inventory.

b.   This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 80% of your average monthly values during the lesser of:

   **(1)** The twelve months immediately preceding the date the loss or damage occurs; or

   **(2)** The period of time you have been in business as of the date the loss or damage occurs.

No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1990

54185 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEWLY ACQUIRED OR CONSTRUCTED PROPERTY

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1. Under **A. COVERAGE**, **5. Coverage Extensions**, **a. Newly Acquired or Constructed Property**, is deleted.

2. Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

   **Newly Acquired or Constructed Property**

   **a.** We will pay for direct physical loss or damage to:

   **(1)** Your new buildings while being built on the described premises; and

   **(2)** Buildings you acquire at locations, other than the described premises, intended for:

   **(a)** Similar use as the building described in the Declarations; or

   **(b)** Use as a warehouse.

   The most we will pay for loss or damage is the Limit of Insurance shown in the Declarations for NEWLY ACQUIRED OR CONSTRUCTED PROPERTY.

   **b.** We will pay for direct physical loss of or damage to Your Business Personal Property at any location you acquire other than at fairs or exhibitions.

   The most we will pay for loss or damage is the Limit of Insurance shown in the Declarations for NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY at each building.

   **c.** Coverage for each newly acquired or constructed property will end when any of the following first occurs:

   **(1)** This policy expires.

   **(2)** The number of days shown in the Declarations under:

   **(a)** NEWLY ACQUIRED OR CONSTRUCTED PROPERTY - INCREASED LIMIT; or

   **(b)** NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY - INCREASED LIMIT;

   expire after you acquire or begin to construct the property.

   **(3)** You report values to us.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

(4)  You secure other insurance for such property.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54186 (6-00)

# WATER BACK-UP FROM SEWERS OR DRAINS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.  Subject to the provisions of paragraph **2.** below, under **B. EXCLUSIONS**, **g. Water** subparagraph **(3)** is deleted.

2.  Under **C. LIMITATIONS** the following limitation is added:

In any one loss, we will not pay more than the Limit of Insurance shown in the Declarations under WATER BACK-UP FROM SEWERS OR DRAINS for loss of or damage to Covered Property caused by water back-up from sewers or drains.  In the event that the amount of loss of or damage to Covered Property does not exceed the Limit of Insurance shown in the Declarations for WATER BACKUP FROM SEWERS OR DRAINS, you may, at your option, apply the remainder of this Limit of Insurance to your actual loss of Business Income or necessary Extra Expense, if any, subject to the terms and conditions of the Additional Coverage, Business Income and Extra Expense.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

Page 1 of 1

54188 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS PERSONAL PROPERTY AT FAIRS OR EXHIBITIONS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A**. **COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

**Business Personal Property at Fairs or Exhibitions**

We will pay for direct physical loss of or damage to Your Business Personal Property while it is temporarily at any fair or exhibition caused by or resulting from any Covered Cause of Loss.  This Additional Coverage shall apply for a period not to exceed 15 days at any one fair or exhibition.  This coverage does not apply to Covered Property in or on a vehicle.

Our payment for any one loss at any one fair or exhibition shall not exceed the Limit of Insurance shown in Declarations for BUSINESS PERSONAL PROPERTY AT FAIRS OR EXHIBITIONS.  The Additional Condition, Coinsurance does not apply to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54189 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# REFRIGERATED PRODUCTS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.  Under **A**. **COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

    **Refrigerated Products**

    We shall pay for loss of or damage to "perishable stock" caused directly by any of the following:

    (1)  Mechanical breakdown of the refrigeration system; or

    (2)  The interruption of electrical services to the refrigeration system caused by damage to electrical generating or transmission equipment.

    You must exercise diligence in inspecting and maintaining refrigeration equipment.  If interruption of electrical service or mechanical or electrical breakdown is known, you must use all reasonable means to protect the covered property from further damage.

2.  Under **C**. **LIMITS OF INSURANCE**, the following limitation is added:

    The most we shall pay for all loss or damage caused directly by mechanical or electrical breakdown of the refrigeration system or the interruption of electrical service to the refrigeration system caused by damage to electrical generating or transmission equipment in any one loss is the Limit of Insurance shown in the Declarations for REFRIGERATED PRODUCTS.  In the event that the amount of loss of or damage to "perishable stock" does not exceed the Limit of Insurance shown in the Declarations for REFRIGERATED PRODUCTS, you may, at your option, apply the remainder of this Limit of Insurance to your actual loss of Business Income or necessary Extra Expense, if any, subject to the terms and conditions of the Additional Coverage, Business Income and Extra Expense.

3.  Under the CAUSES OF LOSS - SPECIAL FORM, **B. EXCLUSIONS**, exclusion 2. d. (6) is deleted and replaced by the following exclusion for this endorsement only:

    (6)  Mechanical breakdown, including rupture or bursting caused by centrifugal force.  However, this does not apply to any resulting loss or damage caused by elevator collision or mechanical breakdown of refrigeration systems;

4.  **Definitions**

    The following definition applies only to this Additional Coverage:

    **"Perishable stock"** means merchandise held in storage or for sale that is refrigerated for preservation and is susceptible to loss or damage if the refrigeration fails.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

Page 1 of 1

54190 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FIRE EXTINGUISHER AND FIRE SUPPRESSION SYSTEM RECHARGE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

**Fire Extinguisher And Fire Suppression System Recharge**

We shall pay for the recharging of fire extinguishers and fire suppression systems that you own that have been discharged to control a fire at a premises described in the Declarations.

The most we shall pay to recharge your fire extinguishers and fire suppression systems in any one occurrence is the Limit of Insurance shown in the Declarations for FIRE EXTINGUISHER AND FIRE SUPPRESSION SYSTEM RECHARGE.

No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1987                    Page 1 of 1

54191 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OUTDOOR PROPERTY

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1.  Under **A. COVERAGE**, **5. Coverage Extensions, e. Outdoor Property** is deleted.

2.  Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

    **Outdoor Property**

    We shall pay for direct physical loss or damage to your outdoor fences, radio and television antennas, trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

    (1)  Fire;

    (2)  Lightning;

    (3)  Explosion;

    (4)  Riot or Civil Commotion; or

    (5)  Aircraft.

    Our payment for any one loss for all covered outdoor property shall not exceed the Limit of Insurance shown in the Declarations for OUTDOOR PROPERTY.  Our payment for any one tree, shrub or plant (other than "stock" of trees, shrubs or plants) shall not exceed the Limit of Insurance per item shown in the Declarations under TREES, SHRUBS OR PLANTS.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54192 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY IN TRANSIT

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.  Under **A. COVERAGE, 4. Additional Coverages,** the following Additional Coverage is added:

    **Property In Transit**

    a.  We will pay for direct physical loss or damage to Your Business Personal Property (other than property in the care, custody or control of your salespersons) in transit more than 1000 feet from the described premises covered by or resulting from any of the following causes of loss:

        (1)  Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

        (2)  Vehicle collision, upset or overturn.  Collision means accidental contact of your vehicle with another vehicle or object.  It does not mean your vehicle's contact with the road bed.

        (3)  Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle.  There must be visible marks of the forced entry.

    b.  Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

    c.  Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for PROPERTY IN TRANSIT.

    d.  The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

2.  Under the CAUSES OF LOSS - SPECIAL FORM, **E. ADDITIONAL COVERAGE EXTENSIONS**, **1. Property In Transit** is deleted.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1989, 1990

54193 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## FIRE DEPARTMENT SERVICE CHARGE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A**. **COVERAGE, 4. Additional Coverages, c. Fire Department Service Charge** is deleted and replaced by the following:

    **c.  Fire Department Service Charge**

        When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to the Limit of Insurance shown in the Declarations for FIRE DEPARTMENT SERVICE CHARGE for your liability for fire department service charges:

        **(1)**  Assumed by contract or agreement prior to loss; or

        **(2)**  Required by local ordinance.

        No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54195 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PERSONAL EFFECTS AND PROPERTY OF OTHERS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1.  Under **A. COVERAGE**, **5. Coverage Extensions**, **b. Personal Effects of Others** is deleted.

2.  Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

**Personal Effects and Property of Others**

We shall pay for direct physical loss or damage to:

(1)  Personal effects owned by you, your officers, your partners or your employees caused by or resulting from any Covered Cause of Loss except loss or damage by theft.

(2)  Personal property of others in your care, custody or control caused by or resulting from any Covered Cause of Loss.

Our payment for any one loss at any described premises shall not exceed the Limit of Insurance shown in the Declarations for PERSONAL EFFECTS AND PROPERTY OF OTHERS.  Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

The Additional Condition, Coinsurance does not apply to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54196 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY OFF-PREMISES

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1.  Under **A**. **COVERAGE**, **5. Coverage Extensions**, **d. Property Off-Premises** is deleted.

2.  Under **A**. **COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

    **Property Off-Premises**

    We shall pay for direct physical loss of or damage to your Covered Property, other than ″stock″:

    **(1)** That is temporarily at a location you do not own, lease or operate; and

    **(2)** Caused by or resulting from any Covered Cause of Loss.

    This Coverage does not apply to Covered Property:

    **(1)**  In or on a vehicle;

    **(2)**  In the care, custody or control of your salespersons; or

    **(3)**  At any fair or exhibition.

    Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for PROPERTY OFF-PREMISES.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54197 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLLUTANT CLEAN UP AND REMOVAL

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A**. **COVERAGE**, **4. Additional Coverages**, **d. Pollutant Clean Up and Removal** is deleted and replaced by the following:

**d.  Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period.  The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants".  But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage at each described premises for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy is the Limit of Insurance shown in the Declarations for POLLUTANT CLEAN UP AND REMOVAL.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54198 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## DEBRIS REMOVAL

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **C. LIMITS OF INSURANCE**, the fourth paragraph is deleted and replaced by the following:

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

**1.** Preservation of Property; or

**2.** Debris Removal; but if:

   **a.** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

   **b.** The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

we will pay up to the Limit of Insurance shown in the Declarations for DEBRIS REMOVAL.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54199 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A**. **COVERAGE**, **1. Covered Property**, **Your Business Personal Property**, the phrase ″. . .within 100 feet of the described premises. . .″ is deleted and replaced by ″. . .within the distance, shown in the Declarations for BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE, from the described premises. . .″.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54205 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME AND EXTRA EXPENSE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1.  The following coverages are added to **A. COVERAGE, 4. Additional Coverages**:

    a.  **Business Income**

    Subject to the Limit of Insurance provisions of this endorsement, we will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration".

    Business Income means the:

    (1) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

    (2) Continuing normal operating expenses incurred, including payroll.

    b.  **Extra Expense**

    Subject to the Limit of Insurance provisions of this endorsement, we will pay necessary Extra Expense you incur during the "period of restoration".

    Extra Expense means expense incurred:

    (1) To avoid or minimize the suspension of business and to continue "operations":

    (a) At the described premises or at a "newly acquired location"; or

    (b) At replacement premises or at temporary locations, including:

    1) Relocation expenses; and

    2) Costs to equip and operate the replacement or temporary locations.

    (2) To minimize the suspension of business if you cannot continue "operations".

    (3) (a) To repair or replace any property; or

    (b) To research, replace or restore the lost information on damaged valuable papers and records;

    to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or the Additional Coverage, Business Income.

    Subject to the Limit of Insurance provisions of this endorsement, we will also pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises or to a "newly acquired location" due to direct physical loss of or damage to property, other than at the described premises or at a "newly acquired location", caused by or resulting from any covered Cause of Loss. This coverage will apply for a period of up to two consecutive weeks from the date of that action.

2.  **Limit of Insurance**

    The following provisions apply only to the Additional Coverages, Business Income and Extra Expense.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1984, 1986, 1990          Page 1 of 5

**a.** In the event of loss or damage to Covered Property which is covered by the following Additional Coverages:

**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;

**(2)** REFRIGERATED PRODUCTS;

**(3)** OFF-PREMISES UTILITY SERVICE FAILURE;

**(4)** MECHANICAL BREAKDOWN; or

**(5)** ORDINANCE OR LAW;

and you sustain actual loss of Business Income due to the necessary suspension of your "operations" during the "period of restoration" or incur necessary Extra Expense during the "period of restoration", we shall not pay more than the applicable Limit of Insurance shown in the Declarations for:

**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;

**(2)** REFRIGERATED PRODUCTS;

**(3)** OFF-PREMISES UTILITY SERVICE FAILURE;

**(4)** MECHANICAL BREAKDOWN; or

**(5)** ORDINANCE OR LAW;

for all loss or damage including Business Income and Extra Expense.

**b.** When a specific dollar amount is shown in the Declarations as the Limit of Insurance for BUSINESS INCOME AND EXTRA EXPENSE, and the loss of or damage to Covered Property is not covered by the following Additional Coverages:

**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;

**(2)** REFRIGERATED PRODUCTS;

**(3)** OFF-PREMISES UTILITY SERVICE FAILURE;

**(4)** MECHANICAL BREAKDOWN; or

**(5)** ORDINANCE OR LAW;

the Limit of Insurance shown in the Declarations for BUSINESS INCOME AND EXTRA EXPENSE is the most we will pay for the actual loss of Business Income you sustain due to the suspension of your "operations" during the "period of restoration" and necessary Extra Expense you incur during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises or at a "newly acquired location", including personal property in the open (or in a vehicle) within 100 feet caused by or resulting from any Covered Cause of Loss.

**c.** When the Limit of Insurance shown in the Declarations for BUSINESS INCOME AND EXTRA EXPENSE is shown as, ACTUAL LOSS SUSTAINED, and loss of or damage to Covered Property is not covered by the following Additional Coverages:

**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;

**(2)** REFRIGERATED PRODUCTS;

**(3)** OFF-PREMISES UTILITY SERVICE FAILURE;

**(4)** MECHANICAL BREAKDOWN; or

**(5)** ORDINANCE OR LAW;

we will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration" and necessary Extra Expense you incur during the "period of restoration" that occurs within 12 consecutive months after the date of direct physical loss of or damage to property at the described premises or at a "newly acquired location", including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from any Covered Cause of Loss. This is an additional amount of insurance.

**3.** The following conditions apply in addition to the Common Policy Conditions, Commercial Property Conditions and Commercial Property Loss Conditions.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1984, 1986, 1990

a.  **Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss.  In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire.  If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction.  The appraisers will state separately the amount of Net Income and operating expense or amount of loss.  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding.  Each party will:

(1) Pay its chosen appraiser; and

(2) Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

b.  **Duties In The Event Of Loss Or Damage**

If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

c.  **Limitation - Electronic Media and Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

(1) 60 consecutive days from the date of direct physical loss or damage; or

(2) The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises or at a "newly acquired location" due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

Example No. 1:

A Covered Cause of Loss damages a computer on June 1.  It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred.  We will only pay for the Business Income loss sustained during the period June 1-September 1.  Loss during the period September 2-October 1 is not covered.

Example No. 2:

A Covered Cause of Loss results in the loss of data processing programming records on August 1.  The records are replaced on October 15.  We will only pay for the Business Income loss sustained during the period August 1-September 29 (60 consecutive days).  Loss during the period September 30-October 15 is not covered.

d.  **Loss Determination**

(1) The amount of Business Income loss will be determined based on:

(a) The Net Income of the business if no loss or damage occurred;

(b) The likely Net Income of the business if no loss or damage occurred;

(c) The operation expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(d) Other relevant sources of information, including:

1) Your financial records and accounting procedures;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1984, 1986, 1990

**2)** Bills, invoices and other vouchers; and

**3)** Deeds, liens or contracts.

**(2)** The amount of Extra Expense will be determined based on:

**(a)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**1)** The salvage value that remains of any property bought for temporary use during the "period of restoration" once "operations" are resumed; and

**2)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(b)** All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**(3) Resumption Of Operations**

We will reduce the amount of your:

**(a)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises, at a "newly acquired location" or elsewhere.

**(b)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**(4)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**e. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

**(1)** You have complied with all of the terms of this Coverage Part; and

**(2) (a)** We have reached agreement with you on the amount of loss; or

**(b)** An appraisal award has been made.

**4.** The following definitions apply only to this endorsement:

**"Newly Acquired Location"** means Buildings you acquire at locations, other than the described premises, intended for:

**a.** Similar use as the building described in the Declarations; or

**b.** Use as a warehouse.

Designation as a "newly acquired location" will end when any of the following first occurs:

**a.** This policy expires.

**b.** The number of days shown in the Declarations expire after you acquire the property.

**c.** You report values to us.

**d.** You secure other insurance for such property.

**"Operations"** mean your business activities occurring at the described premises or at a "newly acquired location".

**"Period of Restoration"** means the period of time that:

**a.** Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises or at a "newly acquired location"; and

**b.** Ends on the date when the property at the described premises or at a "newly acquired location" should be repaired, rebuilt or replaced with reasonable speed and similar quality.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1984, 1986, 1990

"Period of restoration" does not include any increased period required due to the enforcement of any law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration".

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1984, 1986, 1990

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

54207 (6-00)

## SIGNS (ATTACHED AND DETACHED)

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A. COVERAGE, 4. Additional Coverages**, the following Additional Coverage is added:

**Signs**

(1) We will pay for direct physical loss of or damage to:

    (a) your signs; or

    (b) signs owned by others in your care, custody or control;

    caused by or resulting from any Covered Cause of Loss.

(2) Under **A. COVERAGE, 2. Property Not Covered,** that portion of **p. (2)** that reads "signs (other than signs attached to buildings)" is deleted.

(3) Under **C. LIMITS OF INSURANCE**, the second paragraph does not apply. The most we will pay for loss or damage to each sign is the Limit of Insurance shown in the Declarations for SIGNS (ATTACHED AND DETACHED). This is an additional amount of insurance.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**    54208 (6-00)

# ORDINANCE OR LAW

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

**A. Coverage**

    **1.**  Coverage A - Coverage For Loss to the Undamaged Portion of the Building.

        If a Covered Cause of Loss occurs to covered Building property and a Limit of Insurance is shown in the Declarations under ORDINANCE OR LAW, we will pay for loss to the undamaged portion of the building caused by enforcement of any ordinance or law that:

        **a.**  Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

        **b.**  Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

        **c.**  Is in force at the time of loss.

    **2.**  Coverage B - Demolition Cost Coverage.

        If a Covered Cause of Loss occurs to covered Building property and a Limit of Insurance is shown in the Declarations under ORDINANCE OR LAW, we will pay the cost to demolish and clear the site of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law in force at the time of loss.

    **3.**  Coverage C - Increased Cost of Construction Coverage.

        If a Covered Cause of Loss occurs to covered Building property and a Limit of Insurance is shown in the Declarations under ORDINANCE OR LAW, we will pay for the increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use ordinance or law in force at the time of loss.  If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law in force at the time of loss.

        However, we will not pay for the increased cost of construction if the building is not repaired or replaced.

**B. Exclusion**

The following exclusion applies only to the coverage provided by this endorsement:

    We will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, cleanup, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

**C. Limit of Insurance**

The most we shall pay for the total of all covered loss caused by the enforcement of any ordinance or law under Coverage A, Coverage B and Coverage C combined, is the Limit of Insurance shown in the Declarations for ORDINANCE OR LAW.  Subject to this Limit of Insurance the following loss payment provisions apply:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1989, 1990

1.  Under Coverage A - Coverage for Loss to the Undamaged Portion of the Building:

    a.  If the Replacement Cost Coverage Option applies and the property is repaired or replaced, on the same or another premises, we will not pay more for loss or damage to Covered Property caused by enforcement of an ordinance or law, than the lesser of:

        (1) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

        (2) The Limit of Insurance shown in the Declarations under ORDINANCE OR LAW.

    b.  If the Replacement Cost Coverage option applies and the property is not repaired or replaced or if the Replacement Cost Coverage option does not apply, we will not pay more for loss or damage to Covered Property caused by enforcement of an ordinance or law, than the lesser of:

        (1) The actual cash value of the building at the time of loss; or

        (2) The Limit of Insurance shown in the Declarations under ORDINANCE OR LAW.

2.  Under Coverage B - Demolition Cost Coverage we will not pay more than the lesser of the following:

    a.  The amount you actually spend to demolish and clear the site of the described premises; or

    b.  The Limit of Insurance shown in the Declarations under ORDINANCE OR LAW.

3.  Under Coverage C - Increased Cost of Construction Coverage:

    a.  We shall not pay:

        (1) Until the property is actually repaired or replaced, at the same or another premises; and

        (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years.  We may extend this period in writing during the two years.

    b.  If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, we will not pay more than the lesser of:

        (1) The increased cost of construction at the same premises; or

        (2) The Limit of Insurance shown in the Declarations under ORDINANCE OR LAW.

    c.  If the ordinance or law requires relocation to another premises, we will not pay more than the lesser of:

        (1) The increased cost of construction at the new premises; or

        (2) The Limit of Insurance shown in the Declarations under ORDINANCE OR LAW.

4.  In the event that the total amount paid under Coverage A, Coverage B and Coverage C combined does not exceed the Limit of Insurance shown in the Declarations for ORDINANCE OR LAW, you may, at your option, apply the remainder of this Limit of Insurance to your actual loss of Business Income or necessary Extra Expense, if any, subject to the terms and conditions of the Additional Coverage, Business Income and Extra Expense.

D.  The terms of this endorsement apply separately to each building to which this endorsement applies.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1989, 1990

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54214 (6-00)

## VALUABLE PAPERS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.  Under the **A. COVERAGE, 4. Additional Coverages**, the following Additional Coverage is added:

    **Valuable Papers**

    We will pay for direct physical loss of or damage to your "valuable papers and records", caused by or resulting from any Covered Cause of Loss, while such papers and records are:

    1.  inside a building at the described premises; or

    2.  being moved outside the described premises; and

    3.  temporarily at a premises, other than the described premises, except storage.  However, we shall pay no more than 10% of the Limit of Insurance shown in the Declarations for VALUABLE PAPERS.

    This coverage does not apply to property:

    1.  held as samples for sale or for delivery after the sale;

    2.  which can not be replaced with property of like kind and quality; or

    3.  which the trading of or transportation of is prohibited by law.

    Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for VALUABLE PAPERS.  The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

    The following additional definitions apply only to this Additional Coverage.

    1.  **"Valuable Papers and Records"**:

        a.  means inscribed, written, or printed documents, manuscripts and records including: books, maps, films, drawings, abstracts, deeds and mortgages.

        b.  does not mean:

            (1)  "money" or "securities"; nor

            (2)  electronic recordings of any kind.

    2.  **"Money"** means:

        a.  currency, coins, bank notes, bullion; and

        b.  travelers checks, register checks and money orders held for sale to the public.

    3.  **"Securities"** means all negotiable and non-negotiable:

        a.  instruments; and

        b.  contracts;

        representing either "money" or other property and includes:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

a. tokens, tickets, stamps; and

b. revenue;

in current use, but does not include "money".

2. The following exclusions apply only to this Additional Coverage.  **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM does not apply to this Additional Coverage.

**Exclusions**

1. We do not cover under this form loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

   a. Seizure or destruction of property by order of governmental authority.  But we will pay for such acts of destruction taken at the time of a fire to prevent its spread if the fire would be covered under this form.

   b. Nuclear reaction, radiation, radioactive contamination, discharge of a nuclear weapon, however caused and whether controlled or uncontrolled, or any consequence of any of these.  We will cover direct loss resulting from fire if caused by any of these, if fire is covered elsewhere in this form.

   c. War (declared or undeclared), civil war, insurrection, rebellion or revolution.

   d. Wear and tear; inherent vice, hidden or latent defect; gradual deterioration; mechanical break down; insects vermin, rodents; depreciation; or by processing or any work on the property.  We will cover direct loss from fire or explosion which is caused by any of these.

   e. Corrosion, rusting, dampness of atmosphere, or extremes of temperature.

   f. Misappropriation, secretion, conversion, infidelity or any dishonest act by you or others or the employees or agents of either to whom the covered property may be entrusted.  This exclusion does not apply to carriers for hire.

   g. Bookkeeping, accounting or errors or omissions in processing or copying, unless fire or explosion ensues and then only for direct loss caused by such fire or explosion.

   h. Electrical or magnetic injury, disturbance or erasure of electronic recordings.  We do cover loss caused by lightning.

   i. Collapse except to the extent it is covered under **D. ADDITIONAL COVERAGE - COLLAPSE**.

2. Except as to ensuing loss or damage not otherwise excluded, we do not cover loss or damage resulting directly or indirectly from:

   a. Acts, omissions or decisions of any person, group, organization or governmental body.

   b. Faulty, inadequate or defective:

      (1) construction, reconstruction, repair, remodeling or renovation;
      (2) materials used in construction, reconstruction, repair, remodeling or renovation;
      (3) design, workmanship, specifications;
      (4) siting, surveying, zoning, planning, development, grading or compaction; or
      (5) maintenance;

      of a part or all of any property.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54216 (6-00)

# SALESPERSON'S SAMPLES

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.  Under the **A. COVERAGE 4. Additional Coverages**, the following Additional Coverage is added:

   **Salesperson's Samples**

   We will pay for direct physical loss of or damage to samples of merchandise described which are:

   1.  owned by you while in your care, custody or control;

   2.  owned by you and in the care, custody or control of your salesperson and/or agents; or

   3.  while in transit, except by parcel post, between your premises and the salesperson and/or agent.

   caused by or resulting from any Covered Cause of Loss.

   This coverage does not apply to:

   1.  Jewelry, furs or articles consisting principally of fur;

   2.  Property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1000 feet of the described premises;

   3.  Property at or on the premises of your salespersons and/or agents; or

   4.  Merchandise intended for sale, which may be sold and shipped by you to others, or which has been purchased by you from others.

   Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for SALESPERSON'S SAMPLES.  The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

2.  The following exclusions apply only to this Additional Coverage.  **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM does not apply to this Additional Coverage.

   **Exclusions**

   We do not cover under this form loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

   1.  Seizure or destruction of property by order of governmental authority.  But we will pay for such acts of destruction taken at the time of a fire to prevent its spread if the fire would be covered under this form.

   2.  Nuclear reaction, radiation, radioactive contamination, discharge of a nuclear weapon, however caused and whether controlled or uncontrolled, or any consequence of any of these.  We will cover direct loss resulting from fire if caused by any of these, if fire is covered elsewhere in this form.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1987, 1990

3.  War (declared or undeclared), civil war, insurrection, rebellion or revolution.

4.  Wear and tear; inherent vice, hidden or latent defect; gradual deterioration; mechanical breakdown; insects vermin, rodents; depreciation; or by processing or any work on the property.  We will cover direct loss from fire or explosion which is caused by any of these.

5.  Corrosion, rusting, dampness of atmosphere, or extremes of temperature.

6.  Misappropriation, secretion, conversion, infidelity or any dishonest act by you or other or the employees or agents of either to whom the covered property may be entrusted.  This exclusion does not apply to carriers for hire.

7.  Artificially generated electrical currents to electrical apparatus.  We will cover loss or damage caused directly by ensuing fire or explosion.

8.  Breakage, marring, scratching, tearing or denting, unless caused by: fire or lightning; aircraft; theft and/or attempted theft; cyclone, tornado or windstorm; earthquake; flood; explosion; malicious damage or collision, derailment or overturn of a transporting conveyance.

9.  Mysterious or unexplained disappearance or from shortage disclosed by taking inventory.

10. Theft from any vehicle, unless at the time of the theft, there is actually in or upon such vehicle your salesperson, representative or a permanent employee, or a person whose sole duty it is to attend the vehicle. This exclusion shall not apply to property in the custody of a common carrier.

3.  In addition to the conditions of this coverage form, the following conditions apply to this Additional Coverage. These additional conditions apply only to this Additional Coverage.

**Conditions**

1.  **PAIR OR SET**

    In case of loss of or damage to any part of a pair or set, we may:

    (a)  repair or replace any part of the pair or set to restore it to its value before the loss; or

    (b)  pay the difference between the actual cash value of the property before and after the loss.

2.  **PARTS**

    In case of loss or damage to any part of property covered, consisting of several parts when complete, we shall pay only for the value of the part lost or damaged.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1987, 1990

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54217 (6-00)

# ELECTRONIC DATA PROCESSING EQUIPMENT

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

Under **A. COVERAGE, 4. Additional Coverages**, the following Additional Coverage is added:

**Electronic Data Processing Equipment**

1. **Covered Property**

   We will pay for:

   a.  direct physical loss of or damage to electronic equipment, component parts of such equipment, "media" and air conditioning equipment necessary for the operation of the electronic equipment:

   (1)  which you own or which is in your care, custody or control; and

   (2)  while located at the premises described in the Declarations; and

   (3)  caused by or resulting from any Covered Cause of Loss.

   We do not cover "laptop computers".

   b.  your costs to research, replace or restore information on "media" which has incurred direct physical loss or damage.

2. **Exclusions**

   The following exclusions apply only to this Additional Coverage.  **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM does not apply to this Additional Coverage.

   We do not cover under this Additional Coverage, loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

   a.  Loss or damage caused by:

   (1)  corrosion or rusting;
   (2)  dryness or dampness of atmosphere; or
   (3)  extremes of temperature;

   unless directly resulting from accidental direct physical damage to the data processing system's air conditioning equipment caused by a peril not excluded.

   b.  Any dishonest, fraudulent or criminal act by:

   (1)  you;
   (2)  your partners; or
   (3)  any of your officers, directors, or trustees;

   whether acting alone or in collusion with others.

   c.  Loss or damage caused by data processing "media" failure, while the "media" is being run through the system.  We will cover loss, damage or expense caused directly by ensuing fire or explosion.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990

    d.   Actual work upon, installation or testing of property covered. We will cover loss caused by ensuing fire or explosion.

    e.   Faulty construction or error in design of the property covered. We will cover loss, damage or expense caused directly by ensuing fire or explosion.

    f.   Delay or loss of market.

    g.   Loss or damage to any "laptop computer".

**3.  Limit of Insurance**

    a.   Our payment for electronic equipment, component parts of such equipment and air conditioning equipment necessary for the operation of such electronic equipment shall not exceed the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

    b.   Our payment for "media" shall not exceed the smallest of the following:

        (1)  the actual cost to repair, replace or reproduce the "media", including your costs to research, replace or restore information;

        (2)  if the "media" is not repaired, replaced or reproduced, the value of blank "media"; or

        (3)  the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

The Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT is the total limit of our liability for loss or damage to all Covered Property in any one occurrence at one location. With respect to Covered Property you do not own, we will pay no more than the amount for which you are legally liable.

The Additional Condition, Coinsurance does not apply to this Additional Coverage.

**4.  Coverage Extensions**

    a.   **Property At Newly Acquired Or Temporary Locations**

        We will pay for direct physical loss or damage to Covered Property caused by or resulting from any Covered Cause of Loss at:

        (1)  any location you acquire for similar occupancy or warehousing purposes; or

        (2)  any temporary location, other than fairs or exhibitions, you acquire for similar occupancy or warehousing purposes;

        other than at the premises shown in the Declarations, but within territorial limits.

        The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

        This coverage extension will stop:

        (1)  60 days from your acquisition or use of such property;

        (2)  on the date, values at such locations are reported to us; or

        (3)  on the expiration date of the policy;

        whichever comes first.

        Additional premium shall be due and payable for values reported from the date the property arrives at such locations.

    b.   **Newly Acquired Property**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990

We will pay for direct physical loss of or damage to property which you acquire of the same type as the property covered at any one location caused by or resulting from any Covered Cause of Loss.

The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

This coverage will stop:

(1) 60 days from your acquisition or use of such property;

(2) on the date values of such property are reported to us; or

(3) on the expiration date of the policy;

whichever occurs first.

Additional premium shall be due and payable for values reported from the date the property is acquired.

5. **Additional Coverages**

   a. **Transportation**

      You may apply up to $10,000, for any one occurrence for loss of or damage to property caused by:

      (1) fire; lightning; windstorm and hail; explosion; smoke; riot and civil commotion; and vandalism and malicious mischief;

      (2) the overturning, upset, or collision of the vehicle, transporting the insured property, with another vehicle object other than the road bed; or

      (3) theft of an entire shipping bale, case or package from a vehicle:

          (a) while such property is in a fully enclosed and securely locked body or compartment; and

          (b) theft results from forcible entry, evidenced by visible marks;

      which occurs during transportation by motor vehicles you own, lease or operate.

      We do not cover under this extension property held as samples, held for rental or sale or that you rent to others while in the care, custody or control or salespersons.

   b. **Business Income and Extra Expense**

      (1) **Business Income**

          (a) Subject to the Limit of Insurance provisions of this additional coverage, we will pay for the actual loss of Business Income you sustain as a direct result of the necessary suspension of your "operations" during the "period of restoration" caused by accidental direct physical loss of or damage to:

              1) the electronic equipment or "media" covered by this Additional Coverage;

              2) the building housing the electronic equipment or "media" that prevents access to and use of the electronic equipment or "media"; or

              3) the air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 100 feet of the building;

          caused by the perils insured against and subject to **2. Exclusions.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990

(b) We will also pay expenses you incur to reduce the covered loss. We will not pay for expenses:

    1) you incur to extinguish a fire; or

    2) expenses that exceed the amount by which the covered loss is reduced.

Business Income means the:

(1) net income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

(2) continuing normal operating expenses incurred, including payroll.

**(2) Extra Expense**

(a) Subject to the Limit of Insurance provisions of this additional coverage, we will pay necessary Extra Expense, other than loss of Business Income, you incur to continue "normal" operations of your business following accidental direct physical loss of or damage to:

    1) the electronic equipment or "media" covered by this Additional Coverage;

    2) the building housing the electronic equipment or "media" that prevents access to and use of the equipment or "media"; or

    3) the air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 100 feet of the building;

caused by the perils insured against and subject to **2. Exclusions.**

You must resume normal operation of your business as soon as practical.

(b) We will also cover the cost to repair, replace or restore:

    1) books of accounts, abstracts, drawings;

    2) card index systems; or

    3) other records or data such as film, tape, disks, drum, cell or other magnetic storage or recording "media" for electronic data processing;

that have been damaged or destroyed by perils we insure against, if such cost:

    1) exceeds the normal cost for such repair, replacement or restoration; and

    2) was incurred to reduce loss under this endorsement.

Extra Expense means expense incurred:

(1) To avoid or minimize the suspension of business and continue "operations":

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990

(a) At the described premises; or

(b) At replacement premises or at temporary locations, including:

    1)   Relocation expenses; and

    2)   Costs to equip and operate the replacement or temporary locations.

    3)   To minimize the suspension of business if you cannot continue "operations".

    4)   (a)  To repair or replace any Covered Property; or

          (b)  To research, replace or restore the lost information on damaged valuable papers and records:

          to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

### (3) Coverage Extension

We extend Business Income and Extra Expense to include the actual loss or damage sustained by you which is a direct result of an interruption of the business as covered by this policy because access to the described business premises is prohibited by order of civil authority because of damage or destruction of property adjacent to the described premises by the perils insured against. Coverage applies while access is denied, but no longer than two consecutive weeks.

### (4) Exclusions

The following exclusions apply to Business Income and Extra Expense provided by this Additional Coverage only, in addition to those contained in **2. Exclusions** above.

(a) We will not be liable for any increase in loss of Business Income or Extra Expense caused by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

    1)   enforcement of any local or state ordinance or law regulating construction, repair or demolition of buildings or structures;

    2)   interference at the described premises by strikers or other persons with:

          a)  rebuilding, repairing or replacing the property; or

          b)  resumption or continuation of business; or

    3)   the suspension, lapse, or cancellation of any lease, license, contract or order beyond the period of restoration.

(b) We will not cover loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990

1) theft of any property, which is not an integral part of a building or structure at the time of loss. We will cover direct loss that ensues from a peril not excluded in this policy. We will cover direct loss by pillage and looting which occurs during and at the immediate place of riot or civil commotion.

2) any other consequential or remote loss.

(5) **Limit of Insurance**

(a) Business Income

Subject to (c) below, we will pay only for loss of your Business Income that occurs during the "period of restoration", but not exceeding 12 consecutive months after the date of accidental direct physical loss of or damage to covered property, resulting from a Covered Cause of Loss.

(b) Extra Expense

Subject to (c) below, we will pay for necessary Extra Expense during the "period of restoration" starting with the date of damage or destruction. Payments under this coverage shall not be limited by the expiration of the policy.

(c) Our total payment for both Business Income and Extra Expense for any one occurrence shall not exceed $100,000.

(6) **Loss Determination**

(a) The amount of Business Income loss will be determined based on:

1) The Net Income of the business if no loss or damage occurred;

2) The likely Net Income of the business if no loss or damage occurred;

3) The operation expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

4) Other relevant sources of information, including;

a) Your financial records and accounting procedures;

b) Bills, invoices and other vouchers; and

c) Deeds, liens or contracts.

(b) The amount of Extra Expense will be determined based on:

1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

a) The salvage value that remains of any property bought for temporary use during the "period of restoration" once "operations" are resumed; and

b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

2) All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

(c) Resumption Of Operations

We will reduce the amount of your:

1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations," in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

(d) If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(7) Loss Payment - Business Income and Extra Expense**

We will pay for covered loss within 30 days after  we receive the sworn proof of loss, if:

(1) You have complied with all of the terms of this Coverage Part; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

**6. Definitions**

The following definitions apply only to this Additional Coverage:

a. **"Laptop computer"** means portable data collectors, notebook (laptop) computers, subnote book computers, palmtop computers, handheld computers and portable or any similar computer.  Laptop computer does not mean cellular phone, wireless phone or pager.

b. **"Media"** means materials on which information is recorded such as film, magnetic tope, paper tape, disks, drums, and cards.  Media includes computer software.

c. **"Normal"** means the condition than would have existed had no loss occurred.

d. **"Operations"** means your business activities occurring at the described premises.

e. **"Period of Restoration"** means the period of time that:

(1) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(2) Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990

(2) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration".

All other policy terms and conditions apply.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54218 (6-00)

# ACCOUNTS RECEIVABLE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.  Under **A. COVERAGE, 4. Additional Coverages**, the following Additional Coverage is added:

    **Accounts Receivable**

    We will pay:

    1.  all amounts your customers owe you that you cannot collect;

    2.  interest charges on loans you secure to offset impaired receipts until we pay these amounts;

    3.  collection costs in excess of normal; and

    4.  other expenses you reasonably incur to re-establish your records;

    which result from direct physical loss of or damage to your records of accounts receivable;

    1.  caused by or resulting from any Covered Cause of Loss; and

    2.  which occurs on the premises described in the Declarations.

    Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for ACCOUNTS RECEIVABLE.

2.  The following exclusions apply only to this Additional Coverage.  **B. EXCLUSIONS** of the CAUSE OF LOSS - SPECIAL FORM does not apply to this Additional Coverage.

    **Exclusions**

    1.  We do not cover loss caused directly or indirectly by any of the following, whether or not any cause or happening contributes concurrently or in any sequence to the loss:

        a.  Seizure or destruction of property by order of governmental authority.  But we will pay for such acts of destruction taken at the time of the fire to prevent its spread if the fire would by covered under this form.

        b.  Nuclear action, meaning nuclear reaction, radiation, radioactive contamination, however caused and whether controlled or uncontrolled, or any consequence of any of these.  Nuclear action includes the discharge of a nuclear weapon, even if accidental.

        c.  War (declared or undeclared), civil war, insurrection, rebellion or revolution.

        d.  Any dishonest act of:

            (1)  you or your employees;

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

Page 1 of 3

(2) your authorized representatives; or

(3) anyone entrusted with the property;

while working or not working and whether alone or in collusion with others.

e. Bookkeeping, accounting or billing errors or omissions.

f. Falsification, alteration, concealment or destruction of records done to conceal the wrongful giving, taking or withholding of money, securities or other property. This exclusion applies only to the extent of the wrongful giving, taking or withholding.

g. Electrical or magnetic injury, disturbance or erasure of electronic recordings. But we do cover direct loss caused by lightning.

h. Voluntary parting with any property by you or anyone entrusted with it if induced to do so by any fraudulent scheme, trick, device or false pretense.

2. We will not pay for any loss that relies solely upon an audit of records on an inventory computation to prove its factual existence.

3. Except as to ensuing loss not otherwise excluded, we do not cover loss resulting directly or indirectly from:

a. Acts or decisions of any person, group, organization or governmental body, or their failure to act or decide.

b. Faulty, inadequate or defective:

(1) construction, reconstruction, repair, remodeling or renovation;

(2) materials used in construction, reconstruction, repair, remodeling or renovation;

(3) design, workmanship, specifications;

(4) siting, surveying, zoning, planning, development, grading or compaction; or

(5) maintenance;

of a part or all of any property.

4. Except as to ensuing loss not otherwise excluded, we do not cover loss resulting directly or indirectly from collapse, unless;

a. the loss involves collapse of a building or part of a building; and

b. the collapse is caused by any of the following:

(1) hidden decay, hidden insect damage or hidden vermin damage;

(2) weight of people; contents, animals, equipment and/or furniture;

(3) defective material or defective methods used in construction, reconstruction, renovation or remodeling;

(4) weight of rain on a roof; or

(5) fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; breakage of glass; falling objects; weight of ice, snow or sleet; water damage; all only as covered in this form.

3. In addition to the conditions of this coverage form, the following conditions apply to this Additional Coverage. These additional conditions apply only to this Additional Coverage.

   a. **Protection of Records of Accounts Receivable**

      For coverage to apply under this Additional Coverage, you must keep all records of accounts receivable in a locked safe or vault when:

      (1) you are not open for business; or

      (2) you are not using such records; or

      (3) such records are not removed from premises as permitted under the Additional Coverage, **Preservation of Property**.

   b. The following is added to the Loss Payment Condition:

      (1) If you cannot accurately establish the accounts receivable outstanding as of the time of loss or damage, the following method will be used:

         (a) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

         (b) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

      (2) The following will be deducted from the total amount of accounts receivable, however that amount is established:

         (a) The amount of the accounts for which there is no loss or damage;

         (b) The amount of the accounts that you are able to re-establish or collect;

         (c) An amount to allow for probable bad debts that you are normally unable to collect; and

         (d) All unearned interest and service charges.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54219 (6-00)

# MONEY AND SECURITIES

This endorsement adds crime coverage to the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**A.  COVERAGE** - We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss.

    **1.  Section 1. - Inside The Premises**

        **a.  Covered Property:**  "Money" and "securities" inside the "premises" or a "banking premises".

        **b.  Covered Causes of Loss**

            **(1)** "Theft"

            **(2)** Disappearance

            **(3)** Destruction

        **c.  Coverage Extensions**

            **(1) Containers of Covered Property:**  We will pay for loss of, and loss from damage to, a locked safe, vault, cash register, cash box or cash drawer located in the "premises" resulting directly from an actual or attempted:

                **(a)** "Theft" of; or

                **(b)** Unlawful entry into

            those containers.

            **(2) Premises Damage:**  We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of Covered Property if you are the owner of the "premises" or are liable for damage to it.

    **2.  Section 2. - Outside The Premises**

        **a.  Covered Property:**  "Money" and "securities" outside the "premises" in the care and custody of a "messenger".

        **b.  Covered Causes of Loss**

            **(1)** "Theft"

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

Page 1 of 9

**(2)** Disappearance

**(3)** Destruction

**c.  Coverage Extension**

**Conveyance Of Property By Armored Motor Vehicle Company:**  We will pay for loss of Covered Property resulting directly from the Covered Cause of Loss while outside the "premises" in the care and custody of an armored motor vehicle company.

But, we will pay only for the amount of loss you cannot recover:

**(1)**  Under your contract with the armored motor vehicle company; and

**(2)**  From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

The amount we pay under this Coverage Extension is part of, not in addition to the Limit of Insurance shown in the Declarations for MONEY AND SECURITIES.

## B.  EXCLUSIONS

We will not pay for loss as specified below:

1.  **Accounting or Arithmetical Errors or Omissions:**  Loss resulting from accounting or arithmetical errors or omissions.

2.  **Acts Committed by You or Your Partners:**  Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

3.  **Acts of Employees, Directors, Trustees or Representatives:**  Loss resulting from any dishonest or criminal act committed by any of your "employees", directors, trustees or authorized representatives:

    **a.**  Acting alone or in collusion with other persons; or

    **b.**  While performing services for you or otherwise.

4.  **Exchanges or Purchases:**  Loss resulting from the giving or surrendering of property in any exchange or purchase.

5.  **Fire:**  Loss from damage to the "premises" resulting from fire, however caused.

6.  **Governmental Action:**  Loss resulting from seizure or destruction of property by order of governmental authority.

7.  **Indirect Loss:**  Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

    **a.**  Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.                    Page 2 of 9
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

   **b.** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

   **c.** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**8. Legal Expenses:** Expenses related to any legal action.

**9. Nuclear:** Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

**10. War and Similar Actions:** Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

**11. Money Operated Devices:** Loss of "property" contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**12. Transfer or Surrender of Property**

   **a.** Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

     **(1)** On the basis of unauthorized instructions; or

     **(2)** As a result of a threat to do:

       **(a)** Bodily harm to any person; or

       **(b)** Damage to any property.

   **b.** But, this exclusion does not apply under COVERAGE, Section 2. to loss of Covered Property while outside the "premises" in the care and custody of a "messenger" if you:

     **(1)** Had no knowledge of any threat at the time the conveyance began; or

     **(2)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**13. Vandalism:** Loss from damage to the "premises" or its exterior or to containers of Covered Property by vandalism or malicious mischief.

**14. Voluntary Parting of Title to or Possession of Property:** Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

## C. LIMIT OF INSURANCE

The most we will pay for loss in any one "occurrence" is the Limit of Insurance shown in the Declarations for MONEY AND SECURITIES.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

**D. DEDUCTIBLE**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations for MONEY AND SECURITIES. We will then pay the amount of loss in excess of the Deductible Amount up to the Limit of Insurance.

**E. GENERAL CONDITIONS**

1. **Consolidation - Merger:** If through consolidation or merger with, or purchase of assets of, some other entity:

   a. Any additional persons become "employees"; or

   b. You acquire the use and control of any additional "premises";

   any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises", but only if you:

   a. Give us written notice within 30 days thereafter; and

   b. Pay us an additional premium.

2. **Discovery Period for Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.

3. **Duties in the Event of Loss**

   a. After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

      (1) Notify us as soon as possible.

      (2) Submit to examination under oath at our request and give us a signed statement of your answers.

      (3) Give us a detailed, sworn proof of loss within 120 days.

      (4) Cooperate with us in the investigation and settlement of any claim.

   b. If you have reason to believe that any loss of or loss from damage to, Covered Property involves a violation of law, you must notify the police.

4. **Joint Insured**

   a. If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

   b. If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

   c. An "employee" of any Insured is considered to be an "employee" of every Insured.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

**d.** If this insurance or any of its coverages is canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

**e.** We will not pay more for loss sustained by more than one Insured than the amount we should pay if all the loss had been sustained by one Insured.

5. **Legal Action Against Us:** You may not bring any legal action against us involving loss:

   **a.** Unless you have complied with all the terms of this insurance;

   **b.** Until 90 days after you have filed proof of loss with us; and

   **c.** Unless brought within 2 years from the date you discover the loss.

6. **Loss Covered Under More Than One Coverage of This Insurance:** If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

   **a.** The actual amount of loss; or

   **b.** The sum of the limits of insurance applicable to those coverages.

7. **Loss Sustained During Prior Insurance**

   **a.** If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

      **(1)** This insurance became effective at the time of cancellation or termination or the prior insurance; and

      **(2)** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

   **b.** The insurance under this Condition is part of, not in addition to, the Limits of Insurance and is limited to the lesser of the amount recoverable under:

      **(1)** This insurance as of its effective date; or

      **(2)** The prior insurance had it remained in effect.

8. **Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:** If any loss is covered:

   **a.** Partly by this insurance; and

   **b.** Partly by any prior canceled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

   the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

9. **Non-Cumulation of Limit of Insurance:** Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

10. **Other Insurance:** This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity, but not or more than the Limit of Insurance.

11. **Ownership of Property; Interests Covered:** The property covered under this insurance is limited to property:

    a. That you own or hold; or

    b. For which you are legally liable.

    However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

12. **Policy Period**

    a. The Policy Period is shown in the Declarations.

    b. Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

13. **Records:** You must keep records of all Covered Property so we can verify the amount of any loss.

14. **Recoveries**

    a. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

       (1) To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any:

       (2) Then to us, until we are reimbursed for the settlement made;

       (3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

    b. Recoveries do not include any recovery:

       (1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

       (2) Of original "securities" after duplicates of them have been issued.

15. **Territory:** This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone or Canada.

16. **Transfer of Your Rights of Recovery Against Others to Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**17. Valuation - Settlement**

    **a.**  Subject to the Limit of Insurance provision we will pay for:

        **(1)**  Loss of "money" but only up to and including its face value.  We may, at our option, pay for loss of "money" issued by any country other than the United States of America;

            **(a)**  At face value in the "money" issued by that country; or

            **(b)**  In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

        **(2)**  Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered.  We may, at our option:

            **(a)**  Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities";

            **(b)**  Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities."  However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

                **1)**  Value of the "securities" at the close of the business on the day the loss was discovered; or

                **2)**  Limit of Insurance.

        **(3)**  Loss of, or loss from damage to "property other than money and securities" or loss from damage to the "premises" for not more than the:

            **(a)**  Actual cash value of the property on the day the loss was discovered;

            **(b)**  Cost of repairing the property or "premises"; or

            **(c)**  Cost of replacing the property with property of like kind and quality.

            We may, at our option, pay the actual cash value of the property or repair or replace it.

            If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

    **b.**  We may, at our option, pay for loss of, or loss from damage to, property other than "money":

        **(1)**  In the "money" of the country in which the loss occurred; or

        **(2)**  In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

    **c.**  Any property that we pay for or replace becomes our property.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

**F. DEFINITIONS**

1. **"Banking Premises"** means the interior of that portion of any building occupied by a banking institution or similar safe depository.

2. **"Employee"** means:

   **a.** Any natural person:

      **(1)** While in your service (and for 30 days after termination of service);

      **(2)** whom you compensate directly by salary, wages or commissions; and

      **(3)** whom you have the right to direct and control while performing services for you; or

   **b.** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding however, any such person while having care and custody of property outside the "premises".

   But "employee" does not mean any:

      **(1)** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

      **(2)** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

3. **"Messenger"** means you, any of your partners or any "employee" while having care and custody of the property outside the "premises".

4. **"Money"** means:

   **a.** Currency, coins and bank notes in current use and having a face value; and

   **b.** Travelers checks, register checks and money orders held for sale to the public.

5. **"Occurrence"** means an:

   **a.** Act or series of related acts involving one or more persons; or

   **b.** Act or event, or a series of related acts or events not involving any person.

6. **"Premises"** means the interior of that portion of any building you occupy in conducting your business.

7. **"Property Other Than Money and Securities"** means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Coverage Form as Property Not Covered.

8. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

   **a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   **b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

9. **"Theft"** means any act of stealing.

10. **"Watchperson"** means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.    Page 9 of 9
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

54220 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FORGERY OR ALTERATION

This endorsement adds Crime Coverage to the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

## A.  COVERAGE

We will pay for loss involving Covered Instruments resulting directly from the Covered Causes of Loss.

1.  **Covered Instruments:**  Checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

    a.  Made or drawn by or drawn upon you;

    b.  Made or drawn by one acting as your agent; or

    that are purported to have been so made or drawn.

2.  **Covered Cause of Loss:**  Forgery or alteration of, on or in any Covered Instrument.

3.  **Coverage Extension**

    **Legal Expenses:**  If you are sued for refusing to pay any Covered Instrument on the basis that it has been forged or altered, and you have our written consent to defend the suit, we will pay for any reasonably legal expenses that you incur and pay in that defense.  The amount we will pay under this extension is in addition to the Limit of Insurance applicable to this insurance.

## B.  EXCLUSIONS

We will not pay for loss as specified below:

1.  **Acts Committed by You or Your Partners:**  Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

2.  **Acts of Employees, Directors, or Trustees:**  We will not pay for loss resulting from any dishonest or criminal act committed by any of your "employees", directors, or trustees:

    a.  Whether acting alone or in collusion with other persons; or

    b.  Whether while performing services for you or otherwise.

3.  **Governmental Action:**  Loss resulting from seizure or destruction or property by order of governmental authority.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987                              Page 1 of 7

4.  **Indirect Loss:** Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

   a.  Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Instruments.

   b.  Payment of damages of any type for which you are legally liable.  But, we will pay compensatory damages arising directly from a loss covered under this insurance.

   c.  Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

5.  **Legal Expenses:** Expenses related to any legal action.

6.  **Nuclear:** Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

7.  **War and Similar Actions:**  Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## C.  LIMIT OF INSURANCE

The most we will pay for loss in any one "occurrence" is the Limit of Insurance shown in the Declarations for FORGERY AND ALTERATION.

## D.  DEDUCTIBLE

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations for FORGERY AND ALTERATION.  We will then pay the amount of loss in excess of the Deductible Amount up to the Limit of Insurance.  This provision does not apply to legal expenses paid under the Coverage Extension.

## E.  GENERAL CONDITIONS

1.  **Consolidation - Merger:**  If through consolidation or merger with, or purchase of assets of, some other entity:

   a.  Any additional persons become "employees"; or

   b.  You acquire the use and control of any additional "premises";

   any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises", but only if you:

   a.  Give us written notice within 30 days thereafter; and

   b.  Pay us an additional premium.

2.  **Discovery Period for Loss:**  We will pay only for covered loss discovered no later than one year from the end of the policy period.

3. **Duties in the Event of Loss:** After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Instruments you must:

   a. Notify us as soon as possible.

   b. Submit to examination under oath at our request and give us a signed statement of your answers.

   c. Give us a detailed, sworn proof of loss within 120 days.

   d. Cooperate with us in the investigation and settlement of any claim.

4. **Joint Insured**

   a. If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

   b. If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

   c. An "employee" of any Insured is considered to be an "employee" of every Insured.

   d. If this insurance or any of its coverages is canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

   e. We will not pay more for loss sustained by more than one Insured than the amount we should pay if all the loss had been sustained by one Insured.

5. **Legal Action Against Us:** You may not bring any legal action against us involving loss:

   a. Unless you have complied with all the terms of this insurance;

   b. Until 90 days after you have filed proof of loss with us; and

   c. Unless brought within 2 years from the date you discover the loss.

6. **Loss Covered Under More Than One Coverage of This Insurance:** If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

   a. The actual amount of loss; or

   b. The sum of the limits of insurance applicable to those coverages.

7. **Loss Sustained During Prior Insurance**

   a. If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

      **(1)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

   (2) The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

   b.  The insurance under this Condition is part of, not in addition to, the Limits of Insurance and is limited to the lesser of the amount recoverable under:

   (1) This insurance as of its effective date; or

   (2) The prior insurance had it remained in effect.

8. **Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:**  If any loss is covered:

   a.  Partly by this insurance; and

   b.  Partly by any prior canceled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

   the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

9. **Non-Cumulation of Limit of Insurance:**  Regardless of the number of years  this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

10. **Other Insurance:**  This insurance does not apply to loss recoverable or recovered under other insurance or indemnity.  However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity, but not or more than the Limit of Insurance.

11. **Ownership of Property; Interests Covered:**  The property covered under this insurance is limited to property:

   a.  That you own or hold; or

   b.  For which you are legally liable.

   However, this insurance is for your benefit only.  It provides no rights or benefits to any other person or organization.

12. **Policy Period**

   a.  The Policy Period is shown in the Declarations.

   b.  Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

13. **Records:**  You must keep records of all Covered Instruments so we can verify the amount of any loss.

14. **Recoveries**

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

**a.** Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

    **(1)** To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any:

    **(2)** Then to us, until we are reimbursed for the settlement made;

    **(3)** Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

**b.** Recoveries do not include any recovery:

    **(1)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

    **(2)** Of original "securities" after duplicates of them have been issued.

**15. Territory:** This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone or Canada.

**16. Transfer of Your Rights of Recovery Against Others to Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**17. Valuation - Settlement**

**a.** Subject to the Limit of Insurance provision we will pay for:

    **(1)** Loss of "money" but only up to and including its face value.  We may, at our option, pay for loss of "money" issued by any country other than the United States of America;

        **(a)** At face value in the "money" issued by that country; or

        **(b)** In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

    **(2)** Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered.  We may, at our option:

        **(a)** Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities";

        **(b)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities".  However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

            **i.** Value of the "securities" at the close of the business on the day the loss was discovered; or

            **ii.** Limit of Insurance.

    **(3)** Loss of, or loss from damage to "property other than money and securities" or loss from damage to the "premises" for not more than the:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

  **(a)** Actual cash value of the property on the day the loss was discovered;

  **(b)** Cost of repairing the property or "premises"; or

  **(c)** Cost of replacing the property with property of like kind and quality.

  We may, at our option, pay the actual cash value of the property or repair or replace it.

  If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

 **b.** We may, at our option, pay for loss of, or loss from damage to, property other than "money:"

  **(1)** In the "money" of the country in which the loss occurred; or

  **(2)** In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

 **c.** Any property that we pay for or replace becomes our property.

**18. Facsimile Signatures:** We will treat mechanically reproduced facsimile signatures the same as handwritten signatures.

**19. Proof of Loss:** You must include with your proof of loss any instrument involved in that loss, or if that is not possible, an affidavit setting forth the amount and cause of loss.

## F. DEFINITIONS

**1.** **"Employee"** means:

 **a.** Any natural person:

  **(1)** While in your service (and for 30 days after termination of service);

  **(2)** Whom you compensate directly by salary, wages or commissions; and

  **(3)** Whom you have the right to direct and control while performing services for you; or

 **b.** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding however, any such person while having care and custody of property outside the "premises".

  But "employee" does not mean any:

  **(1)** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

  **(2)** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

2.  "**Money**" means:

    **a.**  Currency, coins and bank notes in current use and having a face value; and

    **b.**  Travelers checks, register checks and money orders held for sale to the public.

3.  "**Occurrence**" means all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

4.  "**Property Other Than Money and Securities**" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Coverage Form and Property Not Covered.

5.  "**Securities**" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

    **a.**  Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    **b.**  Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money".

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

54221 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE DISHONESTY

This endorsement adds Crime Coverage to the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

## A.  COVERAGE

We will pay for loss involving Covered Instruments resulting directly from the Covered Cause of Loss.

1.  **Covered Property:**  "Money", "securities", and "property other than money and securities".

2.  **Covered Cause of Loss:**  "Employee Dishonesty".

3.  **Coverage Extension**

    **Employee Temporarily Outside Coverage Territory:** We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory General Condition for a period not more than 90 days.  The amount we pay under this Coverage Extension is part of, not in addition to, the Limit of Insurance shown in the Declarations for EMPLOYEE DISHONESTY.

## B.  EXCLUSIONS

We will not pay for loss as specified below:

1.  **Acts Committed by You or Your Partners:**  Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

2.  **Governmental Action:**  Loss resulting from seizure or destruction or property by order of governmental authority.

3.  **Indirect Loss:**  Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

    a.  Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

    b.  Payment of damages of any type for which you are legally liable.  But, we will pay compensatory damages arising directly from a loss covered under this insurance.

    c.  Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

4.  **Legal Expenses:**  Expenses related to any legal action.

5.  **Nuclear:**  Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

6.  **War and Similar Actions:**  Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

7. **Employee Cancelled Under Prior Insurance:** Loss caused by any "employee" of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

8. **Inventory Shortages:** Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

   a. An inventory computation; or

   b. A profit and loss computation.

## C. LIMIT OF INSURANCE

The most we will pay for loss in any one "occurrence" is the Limit of Insurance shown in the Declarations for EMPLOYEE DISHONESTY.

## D. DEDUCTIBLE

1. We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations for EMPLOYEE DISHONESTY. We will then pay the amount of loss in excess of the Deductible Amount up to the Limit of Insurance. This provision does not apply to legal expenses paid under the Coverage Extension.

2. You must:

   a. Give us notice as soon as possible of any loss of the type insured under this Coverage Form even though it falls entirely within the Deductible Amount.

   b. Upon our request, give us a statement describing the loss.

## E. GENERAL CONDITIONS

1. **Consolidation - Merger:** If through consolidation or merger with, or purchase of assets of, some other entity:

   a. Any additional persons become "employees"; or

   b. You acquire the use and control of any additional "premises";

   any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises", but only if you:

   a. Give us written notice within 30 days thereafter; and

   b. Pay us an additional premium.

2. **Discovery Period for Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.

3. **Duties in the Event of Loss:** After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

   a. Notify us as soon as possible.

   b. Submit to examination under oath at our request and give us a signed statement of your answers.

   c. Give us a detailed, sworn proof of loss within 120 days.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

    **d.**  Cooperate with us in the investigation and settlement of any claim.

4. **Joint Insured**

    **a.**  If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance.  If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

    **b.**  If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

    **c.**  An "employee" of any Insured is considered to be an "employee" of every Insured.

    **d.**  If this insurance or any of its coverages is canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

    **e.**  We will not pay more for loss sustained by more than one Insured than the amount we should pay if all the loss had been sustained by one Insured.

5. **Legal Action Against Us:**  You may not bring any legal action against us involving loss:

    **a.**  Unless you have complied with all the terms of this insurance;

    **b.**  Until 90 days after you have filed proof of loss with us; and

    **c.**  Unless brought within 2 years from the date you discover the loss.

6. **Loss Covered Under More Than One Coverage of This Insurance:**  If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

    **a.**  The actual amount of loss; or

    **b.**  The sum of the limits of insurance applicable to those coverages.

7. **Loss Sustained During Prior Insurance**

    **a.**  If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

        **(1)**  This insurance became effective at the time of cancellation or termination or the prior insurance: and

        **(2)**  The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

    **b.**  The insurance under this Condition is part of, not in addition to, the Limits of Insurance and is limited to the lesser of the amount recoverable under:

        **(1)**  This insurance as of its effective date; or

        **(2)**  The prior insurance had it remained in effect.

8. **Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:**  If any loss is covered:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

   **a.** Partly by this insurance; and

   **b.** Partly by any prior canceled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

   the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

9. **Non-Cumulation of Limit of Insurance:**  Regardless of the number of years  this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

10. **Other Insurance:**  This insurance does not apply to loss recoverable or recovered under other insurance or indemnity.  However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity, but not or more than the Limit of Insurance.

11. **Ownership of Property; Interests Covered:**  The property covered under this insurance is limited to property:

    **a.** That you own or hold; or

    **b.** For which you are legally liable.

    However, this insurance is for your benefit only.  It provides no rights or benefits to any other person or organization.

12. **Policy Period**

    **a.** The Policy Period is shown in the Declarations.

    **b.** Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

13. **Records:**  You must keep records of all Covered Property so we can verify the amount of any loss.

14. **Recoveries**

    **a.** Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

        **(1)** To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any:

        **(2)** Then to us, until we are reimbursed for the settlement made;

        **(3)** Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

    **b.** Recoveries do not include any recovery:

        **(1)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

        **(2)** Of original "securities" after duplicates of them have been issued.

15. **Territory:**  This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone or Canada.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

16. **Transfer of Your Rights of Recovery Against Others to Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

17. **Valuation - Settlement**

   a. Subject to the Limit of Insurance provision we will pay for:

   (1) Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America;

   (a) At face value in the "money" issued by that country; or

   (b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

   (2) Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

   (a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities";

   (b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

   i.  Value of the "securities" at the close of the business on the day the loss was discovered; or

   ii. Limit of Insurance.

   (3) Loss of, or loss from damage to "property other than money and securities" or loss from damage to the "premises" for not more than the:

   (a) Actual cash value of the property on the day the loss was discovered;

   (b) Cost of repairing the property or "premises"; or

   (c) Cost of replacing the property with property of like kind and quality.

   We may, at our option, pay the actual cash value of the property or repair or replace it.

   If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

   b. We may, at our option, pay for loss of, or loss from damage to, property other than "money":

   (1) In the "money" of the country in which the loss occurred; or

   (2) In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

   c. Any property that we pay for or replace becomes our property.

18. **Cancellation As To any Employee:** This insurance is cancelled as to any "Employee":

   a. Immediately upon discovery by:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

**(1)** You, or

**(2)** Any of your partners, officers or directors not in collusion with the "employee";

of any dishonest act committed by that "employee" whether before or after becoming employed by you.

**b.** On the date specified in a notice mailed to you.  That date will be least 30 days after the date of mailing. The notice will be mailed to you at your last mailing address known to us.

## F.  DEFINITIONS

**1.**  **"Employee"** means:

   **a.**  Any natural person:

   **(1)** While in your service (and for 30 days after termination of service);

   **(2)** Whom you compensate directly by salary, wages or commissions; and

   **(3)** Whom you have the right to direct and control while performing services for you; or

   **b.**  Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding however, any such person while having care and custody of property outside the "premises".

   But "employee" does not mean any:

   **(1)** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

   **(2)** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

**2.**  **"Employee Dishonesty"** in paragraph A.2. means only dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

   **(1)** Cause you to sustain loss; and also

   **(2)** Obtain financial benefit (other than employee benefits earned in the normal course of employment, including: salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions) for:

   **(a)** The "employee"; or

   **(b)** any person or organization intended by the "employee" to receive that benefit.

**3.**  **"Money"** means:

   **a.**  Currency, coins and bank notes in current use and having a face value; and

   **b.**  Travelers checks, register checks and money orders held for sale to the public.

**4.**  **"Occurrence"** means all loss caused by, or involving one or more "employees", whether the result of a single act or series or acts.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

5. "**Property Other Than Money and Securities**" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Coverage Form and Property Not Covered.

6. "**Securities**" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

   but does not include "money."

All other policy terms and conditions apply.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54223 (6-00)

## GLASS BREAKAGE

This endorsement modifies insurance under the CAUSES OF LOSS - SPECIAL FORM.

Under **C**. **LIMITATIONS**, paragraph **2.** is deleted and replaced by the following:

**2.**   We will not pay more for loss of or damage to glass that is part of a building or structure than the Limit of Insurance shown in the Declarations for GLASS BREAKAGE for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter.  We will not pay more than the Limit of Insurance shown in the Declaration for GLASS BREAKAGE for all loss or damage to building glass that occurs at any one time.

This Limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54334 (4-06)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## OFF-PREMISES UTILITY SERVICE FAILURE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME AND EXTRA EXPENSE
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1. Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

   **Off-Premises Utility Service Failure**

   In the event of the interruption of utility service to the premises described in the Declarations, we shall pay for loss of or damage to Covered Property, actual loss of Business Income and necessary Extra Expense. The interruption must result from direct physical damage by a Covered Cause of Loss to the property of your "local utility service".

2. The most we shall pay for all loss or damage to Covered Property, actual loss of Business Income and necessary Extra Expense in any one loss is the Limit of Insurance shown in the Declarations for OFF-PREMISES UTILITY SERVICE FAILURE. Payment for your actual loss of Business Income and necessary Extra Expense, if any, will be subject to the terms and conditions of the Additional Coverage, BUSINESS INCOME AND EXTRA EXPENSE except **2. Limit of Insurance** does not apply and **4.** is deleted and replaced by the following:

   **"Operations"**, means your business activities occurring at the described premises.

   **"Period of Restoration"**, means the period of time that:

   a. Begins with the interruption of utility service to the premises described in the Declarations caused by direct physical loss or damage by a Covered Cause of Loss to the property of your "local utility service"; and

   b. Ends on the date when the interruption of utility service to the premises described in the Declarations is restored.

   "Period of restoration" does not include any increased period required due to the enforcement of any law that:

   (1) Regulates the  construction, use or repair, or requires the tearing down of any property; or

   (2) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

   The expiration date of this policy will not cut short the "period of restoration".

3. **Exclusions**

   The following exclusions apply only to this endorsement:

   a. **Perishable Stock**

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Office, Inc., 1983, 1990

We will not pay for loss or damage to "perishable stock".

**b. Power or Other Utility Grid Failure**

Under the CAUSES OF LOSS - SPECIAL FORM, B. EXCLUSIONS, exclusion 1.e. Off-Premises Services is deleted and replaced by the following:

**e. Off-Premises Services**

We shall not pay for loss or damage caused by or resulting from the failure to supply "communication supply services", "power supply services" or "water supply services" from any regional or national grid.

**4. Definitions**

The following definitions apply only to this Additional Coverage:

**a. "Communication Supply Services"**, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, that are not located on a described premises and not rented, leased or owned by any insured, such as:

  **(1)** Communication transmission lines, including optic fiber transmission lines;

  **(2)** Coaxial cables; and

  **(3)** Microwave radio relays except satellites.

**b. "Local Utility Service"**, means your billing entity, repair entity or service entity directly supplying your "communication supply services", "power supply services" or "water supply services" to the premises described in the Declarations.

**c. "Perishable Stock"**, means merchandise held in storage or for sale that is refrigerated for preservation and is susceptible to loss or damage if the refrigeration fails.

**d. "Power Supply Services"**, meaning the following types of property supplying electricity, steam or gas to the described premises, that are not located on a described premises and not rented, leased or owned by any insured:

  **(1)** Utility generating plants;

  **(2)** Switching stations;

  **(3)** Substations;

  **(4)** Transformers; and

  **(5)** Transmission lines.

**e. "Water Supply Services"**, mean the following types of property supplying water to the described premises, that are not located on a described premises and not rented, leased or owned by any insured:

  **(1)** Pumping stations; and

  **(2)** Water mains.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Office, Inc., 1983, 1990

54338 (1-07)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FINE ARTS, COLLECTIBLES AND
# MEMORABILIA - BLANKET COVERAGE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1. Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

   **Fine Arts, Collectibles and Memorabilia - Blanket Coverage**

   **a. Coverage**

   We will pay for direct physical loss or damage to fine arts, collectibles and memorabilia owned by you while located within the United States of America and Canada.

   **b. Perils We Insure Against**

   The Covered Cause Of Loss Form shown in the Declarations, does not apply to this Additional Coverage.

   We cover RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

   (1) Excluded in c. Exclusions, immediately below; or

   (2) Limited by any other provision of this policy.

   **c. Exclusions**

   We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   (1) Wear and tear.

   (2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that caused it to damage or destroy itself.

   (3) Insects, birds, rodents, or other animals or vermin.

   (4) Nuclear reaction or radiation, or radioactive contamination, however caused.  But if loss or damage by fire results, we will pay for that resulting loss or damage.

   (5) War, including undeclared or civil war; warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

   (6) An action committed by you or at your direction with the intent to cause loss or damage.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1990

Page 1 of 3

**(7)** Damage caused by any repairing, restoration or retouching process.

**(8)** Breakage of art glass windows, statuary, marble, glassware, bric-a-brac, porcelains and similar fragile articles unless caused by:

**(a)** Fire or lightning;

**(b)** Aircraft;

**(c)** Theft or attempted theft;

**(d)** Windstorm or hail;

**(e)** Earthquake;

**(f)** Flood or storm surge;

**(g)** Malicious damage; or

**(h)** Collision, derailment or overturn of conveyance;

except as we may state otherwise.

**(9)** Loss to fine arts, collectibles or memorabilia on exhibition at any premises other than the premises described in the Declarations.

**(10)** Mysterious disappearance unless the loss is a direct result of forcible entry of which there is visible evidence.

**d. Limit Of Insurance**

We will pay no more than the smallest of either:

**(1)** The cost to replace damaged property with new property of similar quality and features reduced by the amount of decrease in value because of age, wear, obsolescence or market value applicable to the damaged property immediately prior to the loss; or

**(2)** The Limit of Insurance shown in the Declarations for FINE ARTS, COLLECTIBLES OR MEMORABILIA - BLANKET INSURANCE.

In no event shall our payment for all items in any one loss exceed the Limit of Insurance shown in the Declarations for FINE ARTS, COLLECTIBLES OR MEMORABILIA - BLANKET INSURANCE.

This is an additional amount of insurance.

**e. Deductible**

No deductible applies to this Additional Coverage.

**f. Conditions**

**(1)** In case of loss of or damage to any part of a pair or set, we may:

**(a)** repair or replace any part of the pair or set to restore it to its value before the loss; or

**(b)** pay the difference between the actual cash value of the property before and after the loss.

**(2)** In case of loss or damage to any part of property covered, consisting of several parts when complete, we shall pay only for the value of the part lost or damaged.

**2.** Under **A. COVERAGE**, **b. Your Business Personal Property**, **2. Property Not Covered**, the following property is added:

Fine arts, collectibles and memorabilia.

**3.** Under **F. ADDITIONAL CONDITIONS**, **1. Coinsurance**, does not apply to this coverage.

**4.** Under **C. LIMITATIONS**, paragraph **3. c.** does not apply to this Additional Coverage.

**5.** The following **Definitions** apply to this endorsement only:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1990

a. **Fine arts** mean paintings, etchings, pictures, tapestries, art glass windows and other bona fide works of art of rarity, historical value or artistic merit.

b. **Collectibles** mean objects collected as a hobby, for display or as an investment whose value may appreciate.

c. **Memorabilia** means objects valued for their connection to historical events, culture, entertainment or experiences worthy of remembrance.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1990

54339 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BAILEES COVERAGE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1.  Under **A. COVERAGE, 4. Additional Coverages**, the following Additional Coverage is added:

**Bailees Coverage**

**a.  Covered Property**

We will pay for direct physical loss or damage to the property of others that:

(1)  Is in your possession or in the possession of any of your employees; or

(2)  Is being transported by you, any of your employees, a public carrier or mail service.

We will also cover your actual incurred cost for labor and materials.

**b.  Property Not Covered**

We do not cover:

(1)  Property held for storage or for which a storage charge is made.  If you do not have instructions from the owner of the goods to store goods held by you, such goods are not considered stored.

(2)  Property while in the possession of any person, company or corporation other than you, your employees, a public carrier or mail service.

(3)  Any land motor vehicle.

(4)  Watercraft.

(5)  Aircraft including objects falling from aircraft.

(6)  Animals, fish, fowl, reptiles or amphibians.

(7)  Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities.  Lottery tickets held for sale are not securities.

(8)  Contraband or property in the course of illegal transportation or trade.

**c.  Perils We Insure Against**

The Covered Cause Of Loss Form shown in the Declarations, does not apply to this coverage.

We cover direct physical loss or damage to property covered caused by:

(1)  Fire and lightning;

(2)  Windstorm or hail;

(3)  Explosion;

(4)  Collision meaning accidental impact of the transporting vehicle with any other vehicle or object including overturning of the transporting vehicle or collapse of bridges;

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1990.                    Page 1 of 2

**(5)** Strikers, locked-out workmen or persons taking part in labor disturbances; riots and civil commotions;

**(6)** Aircraft including objects falling from aircraft;

**(7)** Flood, meaning rising of navigable waters;

**(8)** Earthquake;

**(9)** Sprinkler leakage;

**(10)** Burglary, if there are signs of forcible entry into the premises or delivery vehicle;

**(11)** Robbery from you, any of your employees, a public carrier or mail service;

**(12)** Transportation risks by public carriers or mail service; and

**(13)** Confusion of goods resulting from any of the above perils.

**d.  Exclusions**

We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**(1)** Nuclear reaction or radiation, or radioactive contamination, however caused.  But if loss or damage by fire results, we will pay for that resulting loss or damage.

**(2)** War, including undeclared or civil war; warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**(3)** Misappropriation, secretion, conversion, infidelity or any dishonest act by you or others or the employees or agents of either to whom the covered property may be entrusted.  This exclusion does not apply to carriers for hire.

**(4)** Delay.

**(5)** Vandalism or malicious mischief.

**(6)** Burglary of property left in your delivery vehicles overnight unless locked and in your building which you occupy.

**e.  Limit Of Insurance**

We will pay no more than the smallest of either:

**(1)** The cost to replace damaged property with new property of similar quality and features reduced by the amount of decrease in value because of age, wear, obsolescence or market value applicable to the damaged property immediately prior to the loss; or

**(2)** The Limit of Insurance shown in the Declarations for BAILEES COVERAGE.

This is an additional amount of insurance.

Our payment for loss of or damage to property of others will only be for the account of the owner of the property.

**f.  Deductible**

No deductible applies to this Additional Coverage.

**2.  Coinsurance**

The Additional Condition, Coinsurance does not apply to this Additional Coverage.

**3.  B. EXCLUSIONS** does not apply to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1990.

54843 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

1.  The **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is amended as follows:

    a.  **A. COVERAGE**, **4. Additional Coverages** is amended as follows:

        (1) **d. Pollutant Clean Up and Removal** is deleted and replaced by the following as it applies to this endorsement only:

            d.  **Pollutant Clean Up and Removal**

                We will pay for the pollutant clean up, removal, repair or replacement of damaged Covered Property resulting from an "Equipment Breakdown". The amount we pay is subject to the Limits of Insurance Section.

                This coverage does not include contamination of perishable stock by a refrigerant.

        (2) The following **Additional Coverages** are added:

            (a) **Expediting Expenses**

                We will pay for the expediting expense loss resulting from an "Equipment Breakdown" with respect to your damaged Covered Property. We will pay the "reasonable extra cost" to:

1)  Make temporary repairs;

2)  Expedite permanent repairs; or

3)  Expedite permanent replacement.

"Reasonable extra cost" shall mean "the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation". The amount we pay is subject to the Limits of Insurance Section.

(b) **Refrigerant Contamination**

We will pay for loss to your Covered Property that is damaged by contamination by a refrigerant used in the refrigerating, cooling or humidity control equipment at the described premises as a result of an "Equipment Breakdown". The amount we pay is subject to the Limits of Insurance Section.

(c) **Spoilage Coverage**

We will pay for loss of perishable goods due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by an "Equipment

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 1988, 1990                                    Page 1 of 7

Breakdown" to types of property covered by this policy, that are:

1) Located on or within 1,000 feet of your described premises; and

2) Owned by you, the building owner (if you are a tenant), or owned by a public utility, or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam internet access, telecommunications services, wide area networks or data transmission.

However, we will not pay for any physical loss or damage caused by or resulting from any of the causes of loss listed below, unless loss or damage not otherwise excluded results, then we will pay for such resulting damage:

1) Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement; or

2) Flood, unless an "Equipment Breakdown" ensues.

Our payment will be based upon the actual replacement cost of the perishable goods at the time of loss. The amount we pay is subject to the Limits of Insurance Section.

**(d) CFC Refrigerants**

We will pay for the "additional costs" to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances.

"Additional costs" mean those in excess of what would have been required to repair or replace Covered Property, had no CFC refrigerant been involved. We will also pay for additional loss as described under Spoilage Coverage or loss of Business Income Coverage provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We will pay no more than the least of the following:

1) The cost to repair the damaged property and replace any lost CFC refrigerant;

2) The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant, and charge the system with a non-CFC refrigerant; or

3) The cost to replace the system with one using a non-CFC refrigerant.

The amount we pay is subject to the Limits of Insurance Section.

**(e) Computer Equipment**

We will pay for direct physical loss or damage to your computers as a result of an "Equipment Breakdown". The amount we pay is subject to the Limits of Insurance Section.

**(f) Business Interruption, Extra Expense and Service Interruption**

Any insurance provided for Business Income or Extra Expense is extended to apply to your loss, damage or expense caused by an "Equipment Breakdown" to equipment that is owned by a utility, landlord or other supplier with whom you have a con-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 1988, 1990

tract to supply you with any of the following services:  electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission.  The equipment must meet the definition of "Equipment Breakdown" except that it is not Covered Property.

We will pay:

1) Your actual loss sustained from a total or partial interruption of business; and

2) The reasonable extra expense you sustain to run your business during the interruption, caused solely by an "Equipment Breakdown", including an "Equipment Breakdown" to any transformer, electrical apparatus, or any covered equipment that is:

   a) Located on or within 1,000 feet of your described premises;

   b) Owned by you, the building owner (if you are a tenant), or owned by a public utility company; and

   c) Used to supply electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission.

The amount we pay is subject to the Limits of Insurance Section.

**(g) Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore the lost information on electronic media and records as a result of an "Equipment Breakdown".

The amount we pay is subject to the Limits of Insurance Section.

This will be part of and not in addition to the limits provided by the "valuable papers and records" coverage under the property form to which this endorsement is attached.

(3) The following is added to **5. Coverage Extensions**:

**Replacement Cost Coverage**

We will pay you the amount you actually spend to repair or replace your damaged property with new property of like kind, capacity, size and quality, whichever is less except for the following:

If any damaged property is not repaired or replaced, then we will pay only the actual cash value at the time of the "Equipment Breakdown".

b. The following provision is added to **B. EXCLUSIONS** as it applies to this endorsement only:

Under Business Interruption, Extra Expense and Service Interruption, we will not pay for:

(1) The interruption of business that would not or could not have been carried on if the "Equipment Breakdown" had not occurred;

(2) Your failure to use due diligence and dispatch and all reasonable means to resume business at the location(s) shown on the Declarations page; or

(3) The part of any loss or expense that is due solely to the suspension, lapse or cancellation of a contract following an "Equipment Breakdown" extending beyond the time business would have resumed if

the contract had not lapsed, been suspended or canceled.

**c. C. LIMITS OF INSURANCE** is deleted and replaced by the following for this endorsement only:

### C. LIMITS OF INSURANCE

(1) The most we will pay for "Equipment Breakdown" for one or more coverages in any one occurrence at any one location is the amount equal to the "total insured value" at each location where "Equipment Breakdown" is shown in the Declarations. This provision does not apply to paragraph **(4)** below.

(2) The limit of insurance for **Pollutant Clean Up and Removal**, **Refrigerant Contamination**, **Spoilage Coverage** and **Data Restoration** are not additional Limits of Insurance, but are included in the "total insured value". We will pay the lesser of "total insured value" or:

(a) For Pollutant Clean Up and Removal, the greater of $25,000 or the limit shown in an endorsement that is attached to the property form;

(b) For Refrigerant Contamination, up to $750,000 for loss or damage;

(c) For Spoilage Coverage, up to $750,000 for loss or damage; and

(d) For Data Restoration, up to $25,000 for loss, damage or expense including actual loss of Business Income you sustain and necessary Extra Expense you incur.

(3) In no event will we pay more than the "total insured value" for each location where "Equipment Breakdown" is shown in the Declarations.

(4) As regards Business Interruption, Extra Expense and Service Interruption, our limit of liability for any one "Equipment Breakdown" is equal to twelve (12) consecutive months of actual loss sustained for a total or partial interruption of your business. The twelve (12) consecutive months begin on the date of the "Equipment Breakdown".

**d.** The following conditions are added to **F. ADDITIONAL CONDITIONS**, as they apply to this endorsement only:

(1) **Suspension**

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly reinstated by delivering or mailing a written notice of suspension or coverage reinstatement to:

(a) Your last known address; or

(b) The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

(2) **Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

(3) **Environmental, Safety and Efficiency Improvements**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 1988, 1990

If Covered Property requires replacement due to an "Equipment Breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not apply to any property to which Actual Cash Value applies.

**(4) Other Insurance Issued By Us**

If this policy provides coverage for Data Processing Equipment Coverages, Electronic Data Processing Equipment, Refrigerated Products or Mechanical Breakdown where two or more of this policy's coverages apply to the same loss or damage, the Coverage of this endorsement shall supercede any coverages provided outside of this Equipment Breakdown Endorsement for the loss or damage that arises out of an "Equipment Breakdown" loss.

This Condition supercedes any similar Condition when provided by us in this policy.

2.  **B. EXCLUSIONS** of the CAUSES OF LOSS FORMS are amended as follows:

    a.  Under CAUSES OF LOSS - BASIC FORM and CAUSES OF LOSS - BROAD FORM, the following exclusions are deleted as they apply to this endorsement only:

        Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires. But if loss or damage by fire results, we will pay for that resulting damage.

        Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage.

b.  Under CAUSES OF LOSS - SPECIAL FORM, the following exclusions are deleted as they apply to this endorsement only:

    Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires. But if loss or damage by fire results, we will pay for that resulting loss or damage.

    Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, this does not apply to any resulting loss or damage caused by elevator collision.

    Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosions results, we will pay for that resulting loss or damage. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

c.  Under **CAUSES OF LOSS - SPECIAL FORM**, **C. LIMITATIONS**, the following limitations are deleted as they apply to this endorsement only:

    **(1)** Steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 1988, 1990

(2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than any explosion.

3. **DEFINITIONS** are amended as follows as they apply to this endorsement only:

a. The **CAUSES OF LOSS - SPECIAL FORM**, "Specified Causes of Loss" is amended to include "Equipment Breakdown".

b. Under **CAUSES OF LOSS - SPECIAL FORM**, **CAUSES OF LOSS - BASIC FORM** and **CAUSES OF LOSS - BROAD FORM**, the following definitions are added:

"Equipment Breakdown" means:

(1) Physical loss or damage both originating within:

(a) Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

1) waste disposal piping;

2) any piping forming part of a fire protective system;

3) furnaces; and

4) any water piping other than:

a) boiler feed water piping between the feed pump and the boiler;

b) boiler condensate return piping; or

c) water piping forming part of a refrigerating or air conditioning system.

(b) All mechanical, electrical, electronic or fiber optic equipment; and

(2) Caused by, resulting from, or consisting of:

(a) Mechanical breakdown;

(b) Electrical or electronic breakdown; or

(c) Rupture, bursting, bulging, implosion, or steam explosion.

However, "Equipment Breakdown" does not mean:

Physical loss or damage caused by or resulting from any of the following; however, if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

(a) Wear and tear;

(b) Rust or other corrosion, decay, deterioration, hidden or latent defect, "fungi", wet rot, dry rot, bacteria or any other quality in property that causes it to damage or destroy itself;

(c) Smog;

(d) Settling, cracking, shrinking or expansion;

(e) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds rodents or other animals;

(f) Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;

(g) Scratching or marring; and

(h) Loss, damage, cost or expense directly caused by, contributed to by,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 1988, 1990

resulting from or arising out of the following causes of loss:

1) Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement; or

2) Flood, unless an "Equipment Breakdown" ensues.

"Total insured value" means:

The sum of the limits for the following coverages if shown at the location where "Equipment Breakdown" is shown in the Declarations:

(1) Building;

(2) Business Personal Property;

(3) Stock;

(4) Personal Property of Others;

(5) Tenants' Improvements and Betterments;

(6) Improvements and Alterations;

(7) Furniture;

(8) Fixtures;

(9) Machinery and Equipment;

(10) Personal Property in the Open;

(11) Legal Liability Real Property;

(12) Business Income and Extra Expense (when Business Income and Extra Expense - 12 months - Actual Loss Sustained is shown, Business Income and Extra Expense applies at 25% of the sum of the building and business personal property limits at that location);

(13) Business Income (Without Extra Expense); and

(14) Extra Expense.

All other policy terms and conditions apply.

54848 (1-07)

# NOTICE TO POLICYHOLDER
## SYSTEMS BREAKDOWN ENDORSEMENT REPLACED BY EQUIPMENT BREAKDOWN ENDORSEMENT

Dear Policyholder:

Your policy currently has the Systems Breakdown Endorsement, form 54147 (06-91), applied.  Effective with this renewal, the new **Equipment Breakdown Endorsement**, **54843 (01-07)**, replaces the Systems Breakdown Endorsement you have previously received.

Some coverages have been broadened and restrictions have been placed on others.  PLEASE REVIEW THIS NEW ENDORSEMENT, 54843 (01-07), AND YOUR POLICY CAREFULLY.

**EXPANSION OF COVERAGE**:

Physical Damage to Covered Property

Physical damage to Covered Property has been broadened.  If you previously had coverage under the Basic Form Systems Breakdown Endorsement, form 54147 (06-91), coverage for you is now expanded.

Refrigerant Contamination

Refrigerant Contamination is currently included for coverage in the Systems Breakdown Endorsement under "Hazardous Material Coverage", with a maximum limit of $25,000.  Under the new Equipment Breakdown form, Refrigerant Contamination, as the result of an "Equipment Breakdown", has its' own limit of coverage.  Coverage for Refrigerant Contamination is now provided up to the limits scheduled in the Declarations, with a maximum of $750,000.

Chlorofluorocarbon (CFC) Refrigerants

Coverage for the additional cost to repair or replace Covered Property because of the presence or use of a refrigerant containing CFC substances has been added.  The Systems Breakdown Endorsement does not currently provide this coverage.

Off Premises Service Interruption

If coverage for Business Income or Extra Expense is provided at the covered location, Off Premises Service Interruption under the Equipment Breakdown Endorsement will now be covered for losses occurring within 1,000 feet of the premises described in the Declarations.  The Systems Breakdown Endorsement currently only provides coverage for losses occurring within 500 feet of the premises described in the Declarations.

Data Restoration

Data Restoration coverage as a result of an "Equipment Breakdown" provides the reasonable and necessary cost to research, replace and restore lost information on electronic media and records.  Coverage is provided up to a limit of $25,000.  The Systems Breakdown Endorsement does not currently provide this coverage.

**LIMITATION OF COVERAGE**:

Limits of Insurance

The Limit of Insurance, as it applies to the Equipment Breakdown Endorsement, is subject to the "total insured value" at the described location, as shown on the Declarations. "Total Insured Value" includes the total limit scheduled on the Declarations for building; business personal property; contents; stock; personal property of others; tenants improvements and betterments; improvements and alterations; furniture; fixtures; machinery and equipment; personal property in the open; legal liability real property and business income and extra expense. The limit of insurance under the Systems Breakdown Endorsement was "unlimited".

Coverage Property

Covered Property, as it applies to the Equipment Breakdown Endorsement, means commercial property owned by you. Coverage for Covered Property is afforded to the Named Insured up to the limits scheduled in the Declarations. Covered Property also includes personal property of others in your care, custody or control, located within 100 feet of the described premises, up to a limit of $2,500. Coverage for personal property of others in your care, custody or control under the Systems Breakdown Endorsement was provided on an Actual Loss Sustained basis.

Spoilage

The Spoilage coverage provided under the Equipment Breakdown Endorsement is limited to a maximum of $750,000. Coverage for Spoilage under the Systems Breakdown Endorsement was provided on an Actual Loss Sustained basis.

This notice is for informational purposes only. **NO COVERAGE IS PROVIDED BY THIS NOTICE AND IT MUST NOT BE CONSTRUED TO REPLACE OR MODIFY ANY PROVISIONS OF YOUR POLICY OR ENDORSEMENTS. YOUR POLICY CONTAINS THE SPECIFIC TERMS, LIMITS AND CONDITIONS OF COVERAGE, AND SUPERCEDES THIS NOTICE**.

If you have any questions concerning this endorsement, please contact your Auto-Owners agent.

**COMMERCIAL GENERAL LIABILITY**
**55028 (12-04)**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The coverage for "bodily injury" and "property damage" liability provided under **SECTION I COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is extended as follows:

**A. COVERAGE**

We will pay those sums the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" arising out of the maintenance or use of an "auto":

1. You do not own;

2. Which is not registered in your name; or

3. Which is not leased or rented to you for more than ninety consecutive days

and which is used in your business.

**B. EXCLUSIONS**

With respect to only the coverage extended by this endorsement, the exclusions which apply to **SECTION I COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, other than the Nuclear Energy Liability Exclusion, are replaced by the following:

This coverage does not apply to:

1. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

2. Any obligations of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

3. **a.** "Bodily injury" or "property damage" arising out of the actual alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   (1) that are, or are contained in any property that is:

       (a) being transported or towed by, handled or prepared for placement into or upon, or taken from the "auto";

       (b) otherwise in the course of transit by you or on your behalf; or

       (c) being disposed of, stored, treated or processed into or upon the "auto";

   (2) before such pollutants or property containing pollutants are moved from the place they are accepted by you or anyone acting on your behalf for placement into or onto the "auto"; or

   (3) after such "pollutants" or property containing "pollutants" are removed from the "auto" to where they are de-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 1 of 4
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.

livered, disposed of or abandoned by you or anyone acting in your behalf.

**3.c.(1)** above does not apply to "pollutants" that are needed or result from the normal mechanical, electrical or hydraulic functioning of the "auto" or its parts, if the discharge, release, escape, seepage, migration or dispersal of such "pollutants" is directly from a part of the "auto" designed to hold, store, receive or dispose of such "pollutants" by the 'auto" manufacturer.

**3.a.(2)** and **3.a.(3)** above do not apply, if as a direct result of maintenance or use of the "auto", "pollutants" or property containing "pollutants" which are not in or upon the 'auto", are upset, overturned or damaged at any premises not owned by or leased by you. The discharge, release, escape, seepage, migration or dispersal of the "pollutants" must be directly caused by such upset, overturn or damage.

**b.** Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

4. "Bodily injury" or "property damage" however caused, arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

5. "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. However, if the insurance under this policy does not apply to the liability of the insured, it also does not apply to such liability assumed by the insured under an "insured contract".

**b.** That the insured would have in the absence of the contract or agreement.

6. "Property damage" to:

**a.** Property owned or being transported by, or rented or loaned to any insured; or

**b.** Property in the care, custody or control of any insured

other than property damage to a residence or a private garage by a private passenger "auto" covered by this coverage.

7. "Bodily injury" to:

**a.** An "employee" of the insured arising out of and in the course of employment by the insured; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**a.** Whether the insured may be liable as an employer or in any other capacity; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 2 of 4
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.

**b.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to:

**a.** Liability assumed by the insured under an "insured contract".

**b.** "Bodily injury" to any "employee" of the insured arising out of and in the course of his or her domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

## C. WHO IS AN INSURED

With respect to only the coverage extended by this endorsement, **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

Each of the following is an insured with respect to this coverage:

**1.** You.

**2.** Your partners if you are designated in the Declarations as a partnership or a joint venture.

**3.** Your members if you are designated in the Declarations as a limited liability company.

**4.** Your executive officers if you are designated in the Declarations as an organization other than a partnership, joint venture or limited liability company.

**5.** Any person using the "auto" and any person or organization legally responsible for the use of an "auto" not owned by such person or organization, provided the actual use is with your permission.

None of the following is an insured:

**1.** Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-employee of such person injured in the course of employment.

**2.** Any person using the "auto" and any person other than you, legally responsible for its use with respect to an "auto" owned or registered in the name of:

**a.** Such person; or

**b.** Any partner or executive officer of yours or a member of his or her household; or

**c.** Any employee or agent of yours who is granted an operating allowance of any sort for the use of such "auto".

**3.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate.

**4.** The owner or lessee (of whom you are a sublessee) of a hired "auto" or the owner of an "auto" you do not own or which is not registered in your name which is used in your business or any agent or employee of any such owner or lessee.

**5.** Any person or organization with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

## D. LIMITS OF INSURANCE

With respect to only the coverage extended by this endorsement, **SECTION III - LIMITS OF INSURANCE** is deleted and replaced by the following:

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 3 of 4
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.

2. We will pay damages for "bodily injury" or "property damage" up to the limits of liability shown in the Declarations for this coverage. Such damages shall be paid as follows:

   a. When Hired Auto and Non-Owned Auto Each Occurrence Limit is shown in the Declarations, such limit is the total amount of coverage and the most we will pay for all damages because of or arising out of all "bodily injury" and "property damage" in any one "occurrence".

   b. When Bodily Injury Hired Auto and Non-Owned Auto Each Occurrence Limit and Property Damage Hired Auto and Non-Owned Auto Each Occurrence Limit are shown in the Declarations:

      (1) The limit shown for Bodily Injury Hired Auto and Non-Owned Auto Each Occurrence is the total amount of coverage and the most we will pay for all damages because of or arising out of all "bodily injury" in any one "occurrence".

      (2) The limit shown for Property Damage Hired Auto and Non-Owned Auto Each Occurrence is the total amount of coverage and the most we will pay for all damages because of or arising out of all "property damage" in any one "occurrence".

E. **ADDITIONAL DEFINITION**

   The following definition applies only to the coverage extended by this endorsement:

   "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 4 of 4
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UPSET AND OVERSPRAY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed the coverage for "property damage" liability with respect to your operations is extended as follows:

**1.  COVERAGE**

We will pay those sums which you become legally obligated to pay for "property damage" caused directly by immediate, abrupt and accidental:

**a.**  Upset, overturn or collision of your "mobile equipment" while transporting; or

**b.**  "Overspray" during your application or dispersal of

"pollutants" which are intended for and normally used in your operations. The operations must be in compliance with local, state, and federal ordinances and laws.

This is not an additional amount of insurance and does not increase the Limits of Insurance stated in the Declarations.

**2.  EXCLUSIONS**

**a.**  With regard only to the coverage provided by this endorsement, Exclusion **f.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is deleted and replaced by the following:

**f.   Pollution**

Any loss, cost or expense arising out of any:

**(1)**  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(2)**  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of covered "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000

**b.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**:

This coverage does not apply to "overspray" resulting from aerial application or dispersal of "pollutants".

3. **DEDUCTIBLE**

Any deductible provision of the policy which is applicable to Property Damage Liability coverage applies to this coverage extension.

4. **DEFINITIONS**

The following definition applies in addition to those in the policy.

"Overspray" means spray, from a device specifically designed for spray application or dispersal, that goes beyond the entire area of intended application or dispersal.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000

COMMERCIAL GENERAL LIABILITY
55165 (12-04)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - USERS OF GOLFMOBILES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**A. SECTION II - WHO IS AN INSURED** is amended to include as an additional insured any person(s) using or legally responsible for the use of golfmobiles loaned or rented to others by you or any of your concessionaires but only for their liability arising out of the use of golfmobiles.

**B.** Under **SECTION III - LIMITS OF INSURANCE**, the following is added:

The limits of liability for the additional insured are those specified in the written contract or agreement between the insured and the user of golfmobiles, not to exceed the limits provided in this policy.  These limits are inclusive of and not in addition to the limits of insurance shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 2003.

COMMERCIAL GENERAL LIABILITY
55282 (4-05)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# GEORGIA LIMITED FUNGI OR BACTERIA COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Fungi and Bacteria Property Damage Aggregate Limit | $ | 50,000 |
|---|---|---|

**A.** The following additional exclusion is added to **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY 2. Exclusions**:

"Bodily injury" arising out of:

**a.** A "fungi or bacteria incident"; or

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to **SECTION I - COVERAGES, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY 2. Exclusions**:

"Personal injury" and "advertising injury" arising out of:

**a.** A "fungi or bacteria incident"; or

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** Coverage provided by this insurance for "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi and Bacteria Property Damage Aggregate Limit as described in Paragraph **D.** of this endorsement.

**D.** The following are added to **SECTION III - LIMITS OF INSURANCE**:

**1.** Subject to Paragraphs **2.** and **3.** of Section III - Limits of Insurance, as applicable, the Fungi and Bacteria Property Damage Aggregate Limit shown in the Schedule of this endorsement is the most we will pay under Coverage A for all "property damage" arising out of one or more "fungi or bacteria incident".

**2.** Subject to the paragraph immediately above, paragraph **5.**, the Each Occurrence Limit and Paragraph **6.**, the Damage To Premises Rented To You Limit, of Section III - Limits of Insurance continue to apply to "property damage" arising out of a "fungi or bacteria incident".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2003

**E.** The following additional definitions are added to **SECTION V - DEFINITIONS**:

"Fungi" means any type or form of fungus, including but not limited to mold, mildew, mycotoxins, spores, scents or byproducts produced or released by any type or form of fungus.

"Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2003

55296 (7-05)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

1. The following exclusion is added to **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions**:

**Distribution Of Material In Violation Of Statutes**

"Bodily injury", or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including, any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

2. The following exclusion is added to **SECTION I - COVERAGES, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY, 2. Exclusions**:

**Distribution Of Material In Violation Of Statutes**

Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including, any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985, 2004.

55300 (7-05)

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may at our discretion investigate any claim or "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III - Limits of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

Page 1 of 21

to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

d. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. However, if the insurance under this policy does not apply to the liability of the insured, it also does not apply to such liability assumed by the insured under an "insured contract".

(2) That the insured would have in the absence of the contract or agreement.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers Compensation And Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of employment by the insured; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.   Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.  However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor.  However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them.  This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring,

cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of covered "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading and unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.  War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.  Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, occupy or use, including any cost or expense incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Property that any of your:

**(a)** "Employees";

**(b)** "Volunteer workers";

**(c)** Partners or members (if you are a partnership or joint venture); or

**(d)** Members (if you are a limited liability company)

own, rent, occupy or use.  However, this exclusion **j.(2)**, shall not apply to your liability for damage to such property;

**(3)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(4)** Property loaned to you;

**(5)** Personal property in the care, custody or control of, or over which physical control is being exercised for any purpose by any insured;

**(6)** That particular part of real property on which any insured or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(7)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(2)**, **(4)** and **(5)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III - Limits Of Insurance.**

Paragraph **(3)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(4)**, **(5)**, **(6)** and **(7)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(7)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property"

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal Injury And Advertising Injury**

"Bodily injury" arising out of "personal injury" or "advertising injury".

**p. Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ a person;

**(b)** Termination of a person's employment;

**(c)** Employment-related practice, policy, act or omission, including but not limited to coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at a person; or

**(d)** Criminal or civil action brought against a person by or at the direction of the insured directly or indirectly related to any offense described in **(a)**, **(b)**, or **(c)** above; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**(2)** Anyone as a consequence of "bodily injury" to a person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, **(c)**, or **(d)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity;

**(2)** Whether the offense is alleged to arise out of the employment during the course or scope of employment, outside the course or scope of employment or after termination of employment;

**(3)** Whether directly or indirectly related to a person's prospective, current or past employment; and

**(4)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q. Asbestos**

Any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos-related particles, dust, irritants, contaminants, "pollutants", toxic elements or materials.

**r. Communicable Disease**

"Bodily Injury" arising out of or resulting from the transmission of any communicable disease by any insured.

**s. Silica Or Silica-Related Dust**

Any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any "silica" or "silica-related dust".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or tempo-rarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may at our discretion investigate any claim or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal injury" and "advertising injury" only if:

**(1)** The "personal injury" or "advertising injury" is caused by an offense arising out of your business; and

**(2)** The offense causing the "personal injury" or "advertising injury" was committed in the "coverage territory" during the policy period.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

2. **Exclusions**

This insurance does not apply to "personal injury" or "advertising injury":

a. **Knowing Violation Of Rights Of Another Or Expected Or Intended Injury**

   (1) Caused by or at the direction of any insured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury"; or

   (2) Expected or intended by any insured. This exclusion **a.(2)**, does not apply to "personal injury".

b. **Material Published With Knowledge Of Falsity**

   Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

   Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

   Arising out of a criminal act or violation of a penal statute or ordinance committed by or at the direction of the insured.

e. **Contractual Liability**

   For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach of Contract**

   Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods - Failure To Conform To Statements Or Representations**

   Arising out of the failure of goods, products or services to conform with any statement or representation of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

   Arising out of the wrong description of the price of goods, products or services.

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

   Arising out of the infringement of copyright, patent, "trademark", trade secret or other intellectual property rights.

   However, this exclusion does not apply to infringement, in your "advertisement" of copyright, "trade dress" or slogan.

j. **Insureds In Media And Internet Type Businesses**

   Committed by an insured whose business is:

   (1) Advertising, broadcasting, publishing or telecasting;

   (2) Designing or determining content of websites for others; or

   (3) An Internet search, access, content or service provider.

   However, this exclusion does not apply to Paragraphs **15. a.**, **b.** and **c.** of "personal injury" under Section **V** - Definitions.

   For the purposes of **j.(1)** of this exclusion, the placing of frames, borders, links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**k. Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control for any purpose.

**l. Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

**(1)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** For any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n. Employment-Related Practices**

**(1)** Arising out of any:

**(a)** Refusal to employ a person;

**(b)** Termination of a person's employment;

**(c)** Employment-related practice, policy, act or omission, including but not limited to coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at a person; or

**(d)** Criminal or civil action brought against a person by or at the direction of the insured directly or indirectly related to any offense described in **(a)**, **(b)**, or **(c)** above; or

**(2)** To anyone as a consequence of "personal injury" or "advertising injury" to a person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, **(c)**, or **(d)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity;

**(2)** Whether the offense is alleged to arise out of the employment during the course or scope of employment, outside the course or scope of employment or after termination of employment;

**(3)** Whether directly or indirectly related to a person's prospective, current or past employment; and

**(4)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**o. Asbestos**

For any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos-related particles, dust, irritants, contaminants, "pollutants", toxic elements or materials.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

p. **Communicable Disease**

Arising out of or resulting from the transmission of any communicable disease by any insured.

q. **War**

However, caused, arising directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

r. **Silica Or Silica-Related Dust**

Any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any "silica" or "silica-related dust".

**COVERAGE C. MEDICAL PAYMENTS**

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury"

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

are payable or must be provided under a workers compensation or disability benefit law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletics contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**h. Asbestos**

For any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos related particle, dust, irritant, contaminant, pollutant, toxic element or material.

**i. Communicable Disease**

Arising out of or resulting from the transmission of any communicable disease by any insured.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

If Coverage **A** or **B** apply, we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.

2. Up to $2000 for premiums on bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We have no obligation to apply for or furnish these bonds.

3. Premiums on appeal bonds or bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We have no obligation to apply for or furnish these bonds.

4. All reasonable expenses incurred by the insured at our request including actual loss of earnings up to $250 a day because of time off from work.

5. All costs taxed against the insured in the "suit".

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II - WHO IS AN INSURED**

1. If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to

their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business, or your "volunteer workers" only while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for "bodily injury", "personal injury" or "advertising injury":

   (1) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

   (2) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1) above;

   (3) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1) or (2) above; or

   (4) Arising out of his or her providing or failing to provide professional health care services.

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

   (1) With respect to liability arising out of the maintenance or use of that property; and

   (2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form

the organization or the end of the policy period, whichever is earlier;

b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage **B** does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products completed operations hazard"; and

   c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal Injury and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. The Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

8. Beginning with the effective date of this policy, we will provide twice the General Aggregate Limit (other than Products-Completed Operations), shown in the Declarations.

   If this policy is written for more than one 12 month period, the General Aggregate Limit for each 12 month period shall never exceed twice the General Aggregate Limit shown in the Declarations. The General Aggregate Limit applies separately to each 12 month period starting with the beginning of the policy period shown in the Declarations.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended af-

ter issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If any claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of any claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of any claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any correspondence, demands, notices, summonses or papers in connection with any claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of any claim or defense of any "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when **b**. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c**. below.

**b. Excess Insurance**

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g**. of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

(2) Any other primary insurance available to an insured, other than an additional insured, covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverage **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that

"suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **Motor Vehicle Laws**

We will provide coverage:

a. Up to the minimum required limits; and

b. Subject to all the terms and conditions of the policy

to comply with any motor vehicle insurance law to the extent such law applies to the "mobile equipment" covered by this Coverage Part.

However, this coverage only applies in the absence of any other applicable insurance.

**SECTION V - DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purpose of attracting customers or supporters is considered an advertisement.

2. "Advertising injury" means injury arising out of one or more of the following offenses:

a. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services in your "advertisement";

b. Oral or written publication, in any manner, of material that violates a person's right of privacy in your "advertisement";

c. The use of another's advertising idea in your "advertisement"; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

   **d.** Infringing upon another's copyright, "trade dress" or slogan in your "advertisement".

**3.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**4.** "Bodily injury" means bodily injury, bodily sickness or bodily disease sustained by a person, including death resulting from any of these at any time.

**5.** "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

   **c.** All other parts of the world if the injury or damage arises out of:

      **(1)** Goods or products made or sold by you in the territory described in **a.** above;

      **(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

      **(3)** "Personal injury" or "advertising injury" offenses that take place through the Internet or similar electronic means of communication

    provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**6.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**7.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**8.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**9.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement

   if such property can be restored to use by:

   **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **b.** Your fulfilling the terms of the contract or agreement.

**10.** "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**11.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**12.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**13.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.**, or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently

attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers; or

**f.** Vehicles not described in **a.**, **b.**, **c.**, or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; or

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**14.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**15.** "Personal injury" means other than "bodily injury" arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy.

**16.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**17.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, shown in the Declarations, states that products-completed operations are included.

**18.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**19.** "Silica" means silicon dioxide (occurring in crys-

talline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**20.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

**21.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**22.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**23.** "Trademark" means any registered or unregistered word, name, symbol, sign, device or any combination thereof used to identify or distinguish a person's or organization's goods, products or services from those of others and to indicate or identify the origin or source of such goods, products or services, even if the origin or source is unknown. "Trademark" includes registered "trade dress" and "trade dress" which is used with or incorporates any "trademark".

**24.** "Trade dress" means the unregistered and nonfunctional distinctive packaging, appearance, image, design, color scheme or shape or combination thereof used to identify or distinguish a person's or organization's goods, products or services from those of others and to indicate or identify the origin or source of such goods, products or services, even if the source is unknown. "Trade dress" does not include:

**a.** Registered "trade dress";

b. "Trademark"; or

c. "Trade dress" which is used with or incorporates any "trademark".

25. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

26. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

27. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

55302 (7-05)

# NOTICE TO POLICYHOLDER
## Fungi or Bacteria Limitation

Dear Policyholder,

The COMMERCIAL GENERAL LIABILITY coverage provided by this policy is amended by form number 55282 (4-05) Limited Fungi or Bacteria.  This endorsement will limit coverage for bodily injury and property damage arising out of fungi, bacteria or mold.

This is for informational purposes only.

Please review this new endorsement and your policy carefully.  If you have any questions concerning this limitation, please contact your Auto-Owners Agency.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COMMERCIAL GENERAL LIABILITY PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

1. **EXTENDED WATERCRAFT LIABILITY**

   Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions**, **g.**, exclusion **(2)** is deleted and is replaced by the following:

   (2) A watercraft you do not own that is:

   (a) Less than 50 feet long; and
   (b) Not being used to carry persons or property for a charge;

2. **BROADENED SUPPLEMENTARY PAYMENTS**

   Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY** and **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**:

   Paragraph **4.**, the amount we will pay for the actual loss of earnings is increased from $250 per day to $400 per day.

3. **ADDITIONAL PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT**

   If the endorsement, EXCLUSION - PRODUCTS COMPLETED OPERATIONS HAZARD, CG 21 04, is not attached to this policy, then the following is added to **SECTION III - LIMITS OF INSURANCE**:

   Commencing with the effective date of this policy, we will provide one additional Products-Completed Operations Aggregate Limit, for each annual period, equal to the amount of the Products-Completed Operations Aggregate Limit shown in the Declarations.  The maximum Products-Completed Operations Aggregate Limit for any annual period will be no more than two times the original Products-Completed Operations Aggregate Limit.

4. **PERSONAL INJURY EXTENSION**

   a. If the endorsement EXCLUSION - PERSONAL INJURY AND ADVERTISING INJURY, 55350, is attached to this policy, then this provision, 4. PERSONAL INJURY EXTENSION, does not apply.

   b. If the endorsement EXCLUSION -- PERSONAL INJURY AND ADVERTISING INJURY, 55350, is not attached to this policy, then under **SECTION V - DEFINITIONS**, 15. "Personal injury" is deleted and replaced by the following:

   15. "Personal injury" means, other than "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.          Page 1 of 4

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication of material that violates a person's right of privacy; or

**f.** Discrimination, humiliation, sexual harassment and any violation of civil rights caused by such discrimination, humiliation or sexual harassment.

**5. BROADENED KNOWLEDGE OF OCCURRENCE**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**, the following paragraph is added:

Paragraphs **a.** and **b.** of this condition will not serve to deny any claim for failure to provide us with notice as soon as practicable after an "occurrence" or an offense which may result in a claim:

**a.** If the notice of a new claim is given to your "employee"; and

**b.** That "employee" fails to provide us with notice as soon as practicable.

This exception shall not apply:

**a.** To you; or

**b.** To any officer, director, partner, risk manager or insurance manager of yours.

**6. DAMAGE TO PREMISES RENTED TO YOU**

Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, the last paragraph is deleted and replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or water damage to premises rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **6. DAMAGE TO PREMISES RENTED TO YOU, a.** Limits of Insurance.

The following additional exclusions apply to "property damage" arising out of Water Damage to premises rented to you or temporarily occupied by you with permission of the owner:

**(1)** "Property damage" to:

**(a)** The interior of the premises caused by or resulting from rain or snow, whether driven by wind or not; or

**(b)** Heating, air conditioning, plumbing or fire protection systems, or other equipment or appliances.

**(2)** "Property damage" caused by or resulting from any of the following:

**(a)** Mechanical breakdown, including bursting or rupture caused by centrifugal force;

**(b)** Cracking, settling, expansion or shrinking;

**(c)** Smoke or smog;

**(d)** Birds, insects, rodents or other animals;

**(e)** Wear and tear;

**(f)** Corrosion, rust, decay, fungus, deterioration, hidden or latent defect or any quality in property that causes such property to destroy or damage itself; or

**(g)** Water that flows or leaks from any heating, air conditioning, plumbing or fire protection system caused by or resulting from freezing, unless:

**1)** You make a reasonable effort to maintain heat in the building or structure; or

**2)** You drain the equipment and shut off the water supply if the heat is not maintained.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.

**(3)** "Property damage" caused directly or indirectly by any of the following:

**(a)** Water that backs up from a drain or sewer;

**(b)** Mud flow or mudslide;

**(c)** Volcanic eruption, explosion or effusion;

**(d)** Any earth movement, such as earthquake, landslide, mine subsidence, earth sinking, earth rising or earth shifting;

**(e)** Regardless of the cause, flood, surface water, waves, tides, tidal waves, storm surge, overflow of any body of water, or their spray, all whether wind driven or not;

**(f)** Water under the ground surface pressing on, or seeping or flowing through:

**1)** Walls, foundations, floors or paved surfaces;
**2)** Basements, whether paved or not; or
**3)** Doors, windows or other openings.

**(4)** "Property damage" for which the insured is obligated to pay as damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of this contract or agreement.

**a. Limits of Insurance**

With respect to this coverage only, under **SECTION III - LIMITS OF INSURANCE**, paragraph **6.** is deleted and replaced by the following:

**6.** The most we will pay under Coverage **A** for damages because of "property damage" to premises rented to you or temporarily occupied by you with permission of the owner arising out of or caused by fire, lightning, explosion, smoke and water

damage is the amount shown in the Declarations under Damage to Premises Rented to You.

**b.** Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance**, paragraph **b.**, the word fire is amended to include fire, lightning, explosion, smoke or water damage.

**7. BLANKET ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT**

**a.** **SECTION II - WHO IS AN INSURED** is amended to include as an additional insured any person or organization with whom you have agreed:

**(1)** In a written contract or agreement, executed prior to loss, to name as an additional insured, or

**(2)** In an oral contract or agreement, executed prior to loss, to name as an additional insured only if a Certificate of Insurance was issued prior to loss indicating that the person or organization was an additional insured

but only with respect to liability for:

**(1)** "Bodily injury";
**(2)** "Property damage";
**(3)** "Personal injury"; or
**(4)** "Advertising injury"

caused in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

**b.** With respect to the insurance afforded to an additional insured, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**c.** The following in added to **SECTION III - LIMITS OF INSURANCE:**

The Limits of Insurance for the additional insured are those specified in the written contract or agreement between the insured and the lessor, not to exceed the limits provided in this policy. These limits are inclusive of and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.

not in addition to the Limits of Insurance shown in the Declarations.

**8. BLANKET ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES**

a. **SECTION II - WHO IS AN INSURED** is amended to include as an additional insured any person or organization with whom you have agreed:

(1) In a written contract or agreement, executed prior to loss, to name as an additional insured; or

(2) In an oral contract or agreement, executed prior to loss, to name as an additional insured only if a Certificate of Insurance was issued prior to loss indicating that the person or organization was an additional insured

but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you.

b. The provision is subject to the following additional exclusions, applicable to this provision only:

(1) Any "occurrence" which takes place after you cease to be a tenant in that premises.

(2) Structural alterations, new construction or demolition operations performed by or on behalf of the additional insured.

c. The following is added to **SECTION III - LIMITS OF INSURANCE**

The Limits of Insurance for the additional insured are those specified in the written contract or agreement between the insured and the manager or lessor of the premises, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the Limits of Insurance shown in the Declarations.

**9. NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

Under **SECTION II - WHO IS AN INSURED**, Paragraph **4.** is deleted and replaced by the following.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**10. BLANKET WAIVER OF SUBROGATION**

The following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, **8. Transfer Of Rights Of Recovery Against Others To Us**.

When you have agreed to waive your right of subrogation in a written contract, executed prior to loss, with any person or organization, we waive any right of recovery we may have against such person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard".

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.                    Page 4 of 4

55428 (11-08)

# NOTICE TO POLICYHOLDER
## COMMERCIAL GENERAL LIABILITY PLUS ENHANCED AT RENEWAL

Dear Policyholder,

Your policy currently has Commercial General Liability Plus Endorsement, Form 55352 (5-06).  Effective with this renewal, the Commercial General Liability Plus Endorsement has been enhanced to broaden and add coverage.

PLEASE REVIEW YOUR POLICY AND FORM 55352 (10-08) CAREFULLY.

The following chart illustrates the changes effective with this renewal.

| COVERAGE | RENEWAL | EXPIRING |
|---|---|---|
| Extended Watercraft Coverage | Less than 50 feet | Less than 50 feet |
| Loss of Earnings | $400 per day | $400 per day |
| Additional Products-Completed Operations Aggregate Limit | Included | Included |
| Personal Injury Extension Coverage | Definition includes discrimination, humiliation, sexual harassment and any violation of civil rights caused by such discrimination, humiliation, and sexual harassment. | Definition includes discrimination and humiliation. |
| Broadened Knowledge of Occurrence | Included | Included |
| Fire, Lightning, Explosion, Smoke or Water Damage Legal Liability** | $300,000 | $300,000 (does not include the peril of smoke) |
| Increased Medical Payments | $10,000 | $10,000 |
| Blanket Additional Insured - Lessor of Leased Equipment | Included | N/A |
| Blanket Additional Insured - Managers or Lessors of Premises | Included | N/A |
| Newly Formed or Acquired Organizations | Extends to 180 days | N/A |
| Blanket Waiver of Subrogation | Included | N/A |

** If your policy occurrence limit is less than $300,000, your Fire, Lightning, Explosion, Smoke or Water Damage Legal Liability limit will be no greater than the policy occurrence limit.  Please contact your Auto-Owners agent if you wish to increase your policy's occurrence limit in order to take full advantage of this new enhancement.

This notice is for informational purposes only.  Your policy contains the specific terms and conditions of coverage.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agent.

59350 (1-08)

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
# AND
# IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

It is agreed:

1. With respect to any one or more certified acts of terrorism, we will not pay any amounts for which we are not responsible because of the application of any provision which results in a cap on our liability for payments for terrorism losses in accordance with the terms of the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

2. Certified act of terrorism means any act certified by the Secretary of the Treasury, in concurrence with:

   a. the Secretary of State; and
   b. the Attorney General of the United States

   to be an act of terrorism as defined and in accordance with the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

3. Under the federal Terrorism Risk Act of 2002 (including ensuing Congressional actions pursuant to the Act) a terrorist act may be certified:

   a. if the aggregate covered commercial property and casualty insurance losses resulting from the terrorist act exceed $5 million; and

   b. (1) if the act of terrorism is:

      a) a violent act; or

      b) an act that is dangerous to human life, property or infrastructure; and

   (2) if the act is committed:

      a) by an individual or individuals as part of an effort to coerce the civilian population of the United States; or

      b) to influence the policy or affect the conduct of the United States government by coercion.

All other policy terms and conditions apply.

# IMPORTANT INFORMATION REGARDING TERRORISM RISK
# INSURANCE COVERAGE

The Terrorism Risk Insurance Act of 2002 was signed into law on November 26, 2002. The Act (including ensuing Congressional actions pursuant to the Act) defines an act of terrorism, to mean any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States to be (i) an act of terrorism; (ii) to be a violent act or an act that is dangerous to human life, property or infrastructure; (iii) to have resulted in damage within the United States or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

Subject to the policy terms and conditions, this policy provides insurance coverage for acts of terrorism as defined in the Act.

Any coverage for certain commercial lines of property and casualty insurance provided by your policy for losses caused by certified acts of terrorism are partially paid by the federal government under a formula established by federal law. Under this formula, the government will reimburse us for 85% of such covered losses that exceed the statutory deductible paid by us. **You should also know that in the event aggregate insured losses exceed $100 billion during any year the Act is in effect, then the federal government and participating United States insurers that have met their insurer deductible shall not be liable for the payment of any portion of that amount of the loss that exceeds $100 billion. In the event that aggregate insured losses exceed $100 billion annually, no additional claims will be paid by the federal government or insurers.** This formula is currently effective through December 31, 2014.

The premium charge, if any, for this coverage is shown separately on the attached Declarations page. In the event of a certified act of terrorism, future policies also may include a government assessed terrorism loss risk-spreading premium in accordance with the provisions of the Act.

Please contact us if you would like to reject coverage for certified acts of terrorism.

59390 (7-08)

# NOTIFICATION OF POSSIBLE CHANGES IN COVERAGE FOR TERRORISM

Dear Policyholder:

The Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) will expire on December 31, 2014 unless the Federal Government extends the Act.  What this means to you is the following:

1.  Subject to policy terms and conditions, the enclosed policy will provide insurance coverage for certified acts of terrorism as defined in the Act only until December 31, 2014.

2.  A conditional endorsement entitled, Conditional Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) is enclosed.  This conditional endorsement will only apply if the Act is not extended or if the Act is revised to increase statutory deductibles, decrease the federal government's share in potential losses above the statutory deductibles, change the levels, terms or conditions of coverage and we are no longer required to make terrorism coverage available and elect not to do so.  It will not apply if the Act is simply extended.

3.  The conditional endorsement will provide coverage for an incident of terrorism pursuant to the terms and conditions of the policy only if the incident does not involve nuclear, biological or chemical material.

4.  A premium charge for the conditional endorsement will be applied effective January 1, 2015.  The premium will be prorated for the remainder of the policy term and is one-half of the current premium charge appearing in the Declarations for TERRORISM - CERTIFIED ACTS.  However, it will only be made if the Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) is not extend.  Revised Declarations will be mailed to you after January 1, 2015.

5.  If the Act is extended without any revision, the enclosed policy will continue to provide coverage for certified acts of terrorism.  The conditional endorsement will not be activated and the changes in coverage or premium referenced above will not apply.

6.  If the Act is extended with revisions or is replaced, and we are required or elect to continue to offer coverage for certified acts of terrorism, we may amend this policy in accordance with the provisions of the revised Act or its replacement.

This notice is for informational purposes only.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency.

IL 00 03 11 85

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> BUSINESS AUTO COVERAGE PART
> COMMERCIAL CRIME COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK

The following is added:

> The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued.  On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

# COMMON POLICY CONDITIONS

IL 00 17 11 85

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATIONS OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

Copyright, Insurance Services Office, 1982, 1983

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, 1982, 1983

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 00 21 11 85

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage:"

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United State of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or

IL 00 21 11 85                Copyright, Insurance Services Office, Inc., 1983, 1984                Page 1 of 2

possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear material" means "source material," "Special nuclear material" or "by-product material;"

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

(a) Any "nuclear reactor;"

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

**IL 00 21 11 85**                    Copyright, Insurance Services Office, Inc., 1983, 1984                    **Page 2 of 2**

IL 02 62 09 94

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    BUSINESSOWNERS POLICY
    COMMERCIAL AUTO COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph A. 1. of the CANCELLATION Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation, stating a future date on which the policy is to be cancelled, subject to the following:

**a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later.

However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

**b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to the first Named Insured and

the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

Our notice will state the effective date of cancellation, which will be the later of the following:

**(1)** 10 days from the date of mailing or delivering our notice, or

**(2)** The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** The following is added to the CANCELLATION Common Policy Condition and supersedes any other provision to the contrary: If we decide to:

**1.** Cancel or nonrenew this policy; or

**2.** Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

**3.** Change any policy provision which would limit or restrict coverage;

Then:

Copyright, Insurance Services Office, Inc., 1993, 1994
Copyright, ISO Commercial Risk Services, Inc., 1993, 1994

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us.  Except as applicable as described in Paragraph C. below, we will mail or deliver notice at least:

1.  10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

2.  45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

3.  45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

C.  The following provisions apply to insurance covering residential real property only provided under the:

BUSINESSOWNERS POLICY;
COMMERCIAL PROPERTY COVERAGE PART;
FARM COVERAGE PART;

if the named insured is a natural person.

With respect to such insurance, the following is added to the CANCELLATION Common Policy Condition and supersedes any provisions to the contrary:

1.  When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first named insured at least 10 days before the date cancellation takes effect.

2.  When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

    a.  Nonpayment of premium, whether payable to us or to our agent;

    b.  Upon discovery of fraud, concealment of a material fact, or material misrepresentative made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

    c.  Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

    d.  Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

    We may cancel by providing notice to the first named insured at least:

    - 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    - 45 days before the effective date of cancellation if we cancel for any of the reasons listed in (b), (c) or (d) above.

Copyright, Insurance Services Office, Inc., 1993, 1994
Copyright, ISO Commercial Risk Services, Inc., 1993, 1994

# *Owners*

| | |
|---|---|
| INSURANCE COMPANY | Issued  04-20-2012 |
| 6101 ANACAPRI BLVD., LANSING, MI 48917-3999 | TAILORED PROTECTION POLICY DECLARATIONS |

AGENCY **BLANTON & GRIFFIN INSURANCE AGENCY**
18-0545-00        MKT TERR 071        (229) 247-6500

Renewal Effective 06-16-2012

POLICY NUMBER    024618-48060782-12

INSURED **MATA ENTERPRISES INC**
**DBA DAYS INN-MACON**

ADDRESS **6000 HARRISON RD**

**MACON, GA   31206-4742**

Company
Bill

| POLICY TERM |
|---|
| 12:01 a.m.    12:01 a.m. |
| 06-16-2012 to 06-16-2013 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## FOR COMPANY/AGENCY USE ONLY

THE FOLLOWING DIRECTIVES HAVE BEEN ISSUED FOR THIS POLICY:

ATTACHED FORMS MUST BE VIEWED IN MOBIUS APPS SUITE.

The following attachments were issued with this policy transaction.

| | | | | | |
|---|---|---|---|---|---|
| 54919 201007 | 54848 200701 | 59390 200807B | 59350 200801C | 54843 200910A | 54189 201008B |
| 55174 200412A | 55184 199511 | 55327 200412 | CG2416 200712 | 55296 200909A | |

Premium/Commission Recap:        $6,798 @ 14.0%

Billing Type: Company Bill      QUARTERLY        Account  006770911
Insured Copy Mailed to:  Agency

Trailback Date: 07-19-2011        User-ID: E009630
Original Effective Date: 06-16-2002
0910      0910

Reinsurance Dec Copy:   No

AGENCY **18-0545-00**    POLICY **024618-48060782**                    13563 (8-03)

BLANTON & GRIFFIN INSURANCE AGENCY
PO BOX 1689
VALDOSTA, GA  31603



**04-20-2012**

Your agency's phone number is **(229) 247-6500**

P.O. BOX 30660, LANSING, MICHIGAN 48909-8160 • 517-323-1200
AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY

MATA ENTERPRISES INC
DBA DAYS INN-MACON
6000 HARRISON RD
MACON, GA  31206-4742

Thank you for allowing Auto-Owners to handle your insurance needs.

Auto-Owners Insurance Group is financially sound with sufficient reserves to be ranked among the leaders in the industry for financial security. Our A++ (Superior) rating by the A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need.

If your policy is an audited policy, the billing of the audit premium will be included in your regular premium billing account. This premium is due in full upon billing and failure to pay as billed may result in the cancellation of all policies on the billing account. If you have questions on your audit or about your insurance needs, please contact your agent at the telephone number shown at the top of this letter.

Auto-Owners Insurance - The "No Problem" People ®

**Pay your premium in full, by the due date, and you will receive a discount as shown below:**

Total Policy Premium
Paid in Full Discount
Total Policy Premium If Paid In Full

**\* \* \* \* \* \* \* THIS IS NOT A BILL. \* \* \* \* \* \* \***
**IF ADDITIONAL PREMIUM IS OWED, A BILL WILL BE MAILED SEPARATELY. PLEASE PAY ANY UNPAID BILLS.**

*~ Serving Our Policyholders and Agents for More Than 90 Years ~*

*Owners*

Page    1                                              55039 (11-87)
                                                Issued   04-20-2012

INSURANCE COMPANY                        TAILORED  PROTECTION  POLICY  DECLARATIONS
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

                                                 Renewal  Effective  06-16-2012
AGENCY   **BLANTON & GRIFFIN INSURANCE AGENCY**
         **18-0545-00        MKT TERR 071      (229) 247-6500**     POLICY NUMBER   024618-48060782-12
INSURED  **MATA ENTERPRISES INC**
         **DBA DAYS INN-MACON**

                                        Company   | POLICY  TERM
ADDRESS  **6000 HARRISON RD**           B i l l   | 12:01 a.m.    12:01 a.m.
                                                  | 06-16-2012  to  06-16-2013
         **MACON, GA  31206-4742**

In  consideration  of  payment  of  the  premium  shown  below,  this  policy  is  renewed.   Please  attach  this
Declarations  and  attachments  to  your  policy.   If  you  have  any  questions,  please  consult  with  your  agent.

### COMMON  POLICY  INFORMATION

**BUSINESS  DESCRIPTION:   Motel  Franchise**

**ENTITY:   Corporation**

**PROGRAM:   Motel/Hotel  Without  Restaurant**

**Discount  Applies  For  Affiliation  With:   GREATER  MACON  CHAMBER  OF  COMMERCE**

---

**THIS  POLICY  CONSISTS  OF  THE  FOLLOWING  COVERAGE  PART(S).                   PREMIUM**

**THIS  PREMIUM  MAY  BE  SUBJECT  TO  ADJUSTMENT.**

**COMMERCIAL  PROPERTY  COVERAGE**
**MINIMUM  MOTEL/HOTEL  PLUS  PREMIUM  ADJUSTMENT  (CP)**
**COMMERCIAL  GENERAL  LIABILITY  COVERAGE**

**TOTAL**

**PAID  IN  FULL  DISCOUNT**

**TOTAL  POLICY  PREMIUM  IF  PAID  IN  FULL**

The  Paid  in  Full  Discount  does  not  apply  to  fixed  fees,  statutory  charges  or  minimum  premiums.
The  Paid  in  Full  Discount  is  based  on  favorable  loss  experience  for  the  collective  group  of
policyholders  who  choose  to  pay  their  premiums  in  full  directly  to  the  Company.

---

PREMIUM SHOWN ABOVE FOR COMMERCIAL GENERAL LIABILITY COVERAGE IS AN ADVANCED PREMIUM
DEPOSIT AND MAY BE SUBJECT TO AUDIT.

**FORMS  THAT  APPLY  TO  ALL  COVERAGE  PART  SHOWN  ABOVE  (EXCEPT  GARAGE  LIABILITY,  DEALER'S
BLANKET,  COMMERCIAL  AUTOMOBILE,  IF  APPLICABLE)**
   **55003  (01-87)    IL0017 (11-85)**

**A  Merit  Rating  Plan  Factor  of  0.90  Applies.**

**Countersigned  By:** _____

# *Owners*

55198 (01-07)
Issued  04-20-2012

INSURANCE COMPANY                    TAILORED PROTECTION POLICY DECLARATIONS
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

Renewal Effective 06-16-2012

AGENCY  BLANTON & GRIFFIN INSURANCE AGENCY
18-0545-00        MKT TERR 071      (229) 247-6500    POLICY NUMBER  024618-48060782-12

INSURED  MATA ENTERPRISES INC
DBA DAYS INN-MACON

| | | POLICY TERM |
|---|---|---|
| ADDRESS 6000 HARRISON RD | Company Bill | 12:01 a.m.   12:01 a.m. |
| MACON, GA  31206-4742 | | 06-16-2012 to 06-16-2013 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this Declarations and attachments to your policy. If you have any questions, please consult with your agent.

## MOTEL/HOTEL PROPERTY PLUS
## COVERAGE PACKAGE DECLARATIONS

The coverages and limits below apply separately to each location or sublocation that sustains a loss to Covered Property and is designated in the Commercial Property Coverage Declarations.

** The deductible (DED) which applies to each coverage indicated below is the same as the deductible which applies to each location and sub-location shown on the Commercial Property Coverage Declarations, unless otherwise indicated:

| COVERAGE | LIMIT | DED |
|---|---|---|
| ARSON REWARD | $7,500 | NONE |
| BUSINESS INCOME & EXTRA EXPENSE INCLUDING NEWLY | 12 MONTH | NONE |
| ACQUIRED LOCATIONS | ACTUAL LOSS SUSTAINED | |
| BUSINESS PERSONAL PROPERTY AT FAIRS OR EXHIBITIONS | $5,000 | ** |
| BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE | UP TO 1,000 FEET | ** |
| DEBRIS REMOVAL | $25,000 | NONE |
| FIRE EXTINGUISHER AND FIRE SUPPRESSION SYSTEM RECHARGE | $10,000 | NONE |
| GLASS BREAKAGE | WITHIN BLDG OR BUSINESS PERSONAL PROPERTY LIMIT | ** |
| INVENTORY | UP TO 25% OF BPP LIMIT | NONE |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | $1,000,000 FOR 90 DAYS | ** |
| NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY | $500,000 FOR 90 DAYS | ** |
| OFF-PREMISES UTILITY SERVICE FAILURE | $50,000 | ** |
| ORDINANCE OR LAW | $50,000 | ** |
| OUTDOOR PROPERTY | $10,000 | ** |
| TREES, SHRUBS OR PLANTS | $1,000 PER ITEM | ** |
| PERSONAL EFFECTS AND PROPERTY OF OTHERS | $15,000 | ** |
| POLLUTANT CLEAN UP AND REMOVAL | $25,000 | NONE |

Continued on next page

Page   3                                       55198 (01-07)
OWNERS INS. CO.                                 Issued 04-20-2012

AGENCY **BLANTON & GRIFFIN INSURANCE AGENCY**       Company   POLICY NUMBER 024618-48060782-12
**18-0545-00      MKT TERR 071**              Bill

INSURED **MATA ENTERPRISES INC**                     Term 06-16-2012  to  06-16-2013

---

### MOTEL/HOTEL PROPERTY PLUS
### COVERAGE PACKAGE DECLARATIONS

| COVERAGE | LIMIT | DED |
|---|---|---|
| **PROPERTY IN TRANSIT** | $25,000 | ** |
| **PROPERTY OFF PREMISES** | $25,000 | ** |
| **REFRIGERATED PRODUCTS** | $10,000 | ** |
| **REKEYING OF LOCKS** | $1,000 | NONE |
| **WATER BACK-UP FROM SEWERS OR DRAINS** | $15,000 | ** |
| **HOUSEHOLD PERSONAL PROPERTY** | $5,000 | NONE |
| **ACCOUNTS RECEIVABLE** | $100,000 | ** |
| **SIGNS (ATTACHED AND DETACHED)** | $5,000 PER SIGN | ** |
| **ELECTRONIC DATA PROCESSING EQUIPMENT** | $25,000 | ** |
| **SALESPERSON'S SAMPLES** | $10,000 | ** |
| **VALUABLE PAPERS** | $50,000 | ** |
| **FINE ARTS, COLLECTIBLES AND MEMORABILIA** | $10,000 | ** |
| | $2,500 PER ITEM | |
| **BAILEES** | $5,000 | ** |
| | $2,500 PER ITEM | |
| **BILLBOARDS OWNED BY THE INSURED** | $5,000 | ** |
| **EMPLOYEE DISHONESTY** | $15,000 | ** |
| **FORGERY AND ALTERATION** | $10,000 | ** |
| **MONEY AND SECURITIES INSIDE PREMISES** | $15,000 | ** |
| **MONEY AND SECURITIES OUTSIDE PREMISES** | $15,000 | ** |
| **INNKEEPERS LIABILITY** | $5,000 | NONE |
| | $1,000 PER GUEST | |
| **EXPANDED BUILDING DEFINITION** | INCLUDED | NONE |
| **FIRE DEPARTMENT SERVICE CHARGE** | $5,000 | NONE |

**FORMS THAT APPLY TO THIS COVERAGE PART:**

| | | | | |
|---|---|---|---|---|
| 54182 (06-00) | 54205 (01-07) | 54188 (06-00) | 54199 (06-00) | 54198 (06-00) |
| 54190 (01-07) | 54223 (06-00) | 54184 (06-00) | 54185 (06-00) | 54334 (04-06) |
| 54208 (06-00) | 54191 (06-00) | 54195 (06-00) | 54197 (06-00) | 54192 (06-00) |
| 54196 (06-00) | 54189 (08-10) | 54183 (06-00) | 54186 (06-00) | 54218 (06-00) |
| 54207 (06-00) | 54217 (06-00) | 54216 (06-00) | 54214 (06-00) | 54221 (06-00) |
| 54220 (06-00) | 54219 (06-00) | 54193 (06-00) | 54173 (01-07) | 25006 (01-07) |
| 54338 (01-07) | 54339 (01-07) | | | |

# *Owners*

| | | |
|---|---|---|
| | Page   4 | 54104 (07-87) |
| | | Issued  04-20-2012 |

**INSURANCE COMPANY**

6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

**Renewal Effective 06-16-2012**

AGENCY  **BLANTON & GRIFFIN INSURANCE AGENCY**
**18-0545-00      MKT TERR 071      (229) 247-6500**

**POLICY NUMBER  024618-48060782-12**

INSURED  **MATA ENTERPRISES INC**
**DBA DAYS INN-MACON**

ADDRESS  **6000 HARRISON RD**

**MACON, GA  31206-4742**

Company
Bill

| POLICY TERM |
|---|
| 12:01 a.m.    12:01 a.m. |
| 06-16-2012 to 06-16-2013 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## COMMERCIAL PROPERTY COVERAGE

**COVERAGES PROVIDED**

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

---

### LOCATION 001

**ADDITIONAL FORMS THIS LOCATION:  None**

**LOC 001    BLDG 001 6000 Harrison Rd**
            **Macon, GA  31206-4742**

**OCCUPIED AS:  Motel Building**

**COVERAGE: Building**                        Limit of Insurance      $3,397,700

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 90% | $1,000 | | |
| Basic Group II | 90% | 1,000 | | |
| Special | 90% | 1,000 | | |
| Theft | 90% | 1,000 | | |

**OPTIONAL COVERAGE:**

Replacement Cost

Inflation Guard Factor
Building
1.027

| | LIMITS | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Equipment Breakdown | See Form 54843 | $1,000 | | |
| Motel/Hotel Plus Coverage Pkg | See Dec Page | 1,000 | | |

**COVERAGE: Personal Property**                Limit of Insurance      $359,370

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 90% | $1,000 | 0.054 | |
| Basic Group II | 90% | 1,000 | 0.016 | |
| Special | 90% | 1,000 | 0.035 | |
| Special Including Theft | 90% | 1,000 | 0.033 | |

Page    5                                54104 (07-87)

OWNERS INS. CO.                                           Issued 04-20-2012

AGENCY **BLANTON & GRIFFIN INSURANCE AGENCY**        Company    POLICY NUMBER 024618-48060782-12
18-0545-00       MKT TERR 071                        Bill

INSURED **MATA ENTERPRISES INC**                                  Term 06-16-2012 to 06-16-2013

---

### COMMERCIAL PROPERTY COVERAGE

**OPTIONAL COVERAGE:**

Replacement Cost

Inflation Guard Factor
Personal Property
1.037

| | LIMITS | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Equipment Breakdown | See Form 54843 | $1,000 | | |
| Motel/Hotel Plus Coverage Pkg | See Dec Page | 1,000 | | |

ADDITIONAL FORMS THIS BUILDING:  IL0262 (09-94)  IL0003 (11-85)  59350 (01-08)
CP0131 (11-03)  54093 (03-07)  CP0090 (07-88)  CP0010 (10-91)  54082 (02-05)
54173 (01-07)  25006 (01-07)  54843 (10-09)

SECURED INTERESTED PARTIES:  See Attached Schedule

**RATING INFORMATION**

Territory:  056                          County:  Bibb
Program:  Motel/Hotel Without Resta      Construction:  Modified F/R
Specific Rate - Building:  0.049         PC:  01          Class Code:  0747
                                         Specific Rate - Contents:  0.093

LOC 001    BLDG 002 6000 Harrison Rd
           Macon, GA  31206-4742

**OCCUPIED AS:**  Outdoor Sign

**COVERAGE:** Outdoor Signs                    Limit of Insurance        $65,000

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 80% | $1,000 | | |
| Basic Group II | 80% | 1,000 | | |
| Special | 80% | 1,000 | | |
| Theft | 80% | 1,000 | | |

**OPTIONAL COVERAGE:**

Replacement Cost

| | LIMITS | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Equipment Breakdown | See Form 54843 | $1,000 | | |

ADDITIONAL FORMS THIS BUILDING:  IL0262 (09-94)  IL0003 (11-85)  59350 (01-08)
CP0131 (11-03)  54093 (03-07)  CP0090 (07-88)  CP0010 (10-91)  CP1440 (07-88)
54082 (02-05)  54843 (10-09)

SECURED INTERESTED PARTIES:  None

**RATING INFORMATION**

Territory:  056                          County:  Bibb
Program:  Motel/Hotel Without Resta      Construction:  N/A
                                         Spcl Class Rate - Outdoor Signs   0.950
                                         PC:  01          Class Code:  1185

# *Owners*

| | | |
|---|---|---|
| | Page   6 | 54104 (07-87) |
| | | Issued  04-20-2012 |

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

TAILORED PROTECTION POLICY DECLARATIONS

Renewal Effective 06-16-2012

AGENCY  **BLANTON & GRIFFIN INSURANCE AGENCY**
18-0545-00       MKT TERR 071      (229) 247-6500

POLICY NUMBER   024618-48060782-12

INSURED  **MATA ENTERPRISES INC
DBA DAYS INN-MACON**

ADDRESS  **6000 HARRISON RD**

**MACON, GA  31206-4742**

Company
Bill

| POLICY TERM |
|---|
| 12:01 a.m.   12:01 a.m. |
| 06-16-2012 **to** 06-16-2013 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## COMMERCIAL PROPERTY COVERAGE

TERRORISM - CERTIFIED ACTS      SEE FORM   59350

LOCATION 001     PREMIUM

Page   7                                          59187 (07-87)
OWNERS INS. CO.                                   Issued 04-20-2012

AGENCY **BLANTON & GRIFFIN INSURANCE AGENCY**         Company   POLICY NUMBER **024618-48060782-12**
**18-0545-00        MKT TERR 071**                   **Bill**

INSURED **MATA ENTERPRISES INC**                     Term **06-16-2012  to  06-16-2013**

---

**SECURED INTERESTED PARTIES AND/OR ADDITIONAL PARTIES**

**Applies to Loc/Bldg(s):**
**001/001**
**AMERIS BANK**
**8770 MAIN ST**
**WOODSTOCK, GA  30188**
**Interest:  Mortgagee**

# *Owners*

Page   8                                        55040 (11/87)
                                                Issued  04-20-2012

INSURANCE COMPANY                    TAILORED PROTECTION POLICY DECLARATIONS
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

AGENCY **BLANTON & GRIFFIN INSURANCE AGENCY**          Renewal Effective 06-16-2012
       18-0545-00      MKT TERR 071      (229) 247-6500    POLICY NUMBER   024618-48060782-12
INSURED **MATA ENTERPRISES INC**
        **DBA DAYS INN-MACON**

|  | POLICY TERM |
|---|---|
| Company Bill | 12:01 a.m.   12:01 a.m. |
| | 06-16-2012 to 06-16-2013 |

ADDRESS **6000 HARRISON RD**

        **MACON, GA   31206-4742**

In consideration of payment of the premium shown below, this policy is renewed. Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## COMMERCIAL GENERAL LIABILITY COVERAGE

LIMITS OF INSURANCE
   General Aggregate                                    $2,000,000
      (Other Than Products-Completed Operations)
   Products-Completed Operations Aggregate              2,000,000
   Personal Injury And Advertising Injury               1,000,000
   Each Occurrence                                      1,000,000
   Hired Auto & Non-Owned Auto                          1,000,000 Each Occurrence

   Commercial General Liability Plus Endorsement

   Damage to Premises Rented to You                      300,000 Any One Premises
      (Fire, Lightning, Explosion, Smoke or Water Damage)
   Medical Payments                                       10,000 Any One Person

   Expanded Coverage Details See Form:
      Extended Watercraft
      Personal Injury Extension
      Broadened Supplementary Payments
      Broadened Knowledge Of Occurrence
      Additional Products-Completed Operations Aggregate
      Blanket Additional Insured - Lessor of Leased Equipment
      Blanket Additional Insured - Managers or Lessors of Premises
      Newly Formed or Acquired Organizations Extension
      Blanket Waiver of Subrogation

Twice the "General Aggregate Limit", shown above, is provided at no additional
charge for each 12 month period in accordance with form 55300.


   AUDIT TYPE: Annual Audit

FORMS THAT APPLY TO THIS COVERAGE: 59350  (01-08)  IL0021 (11-85)  IL0262 (09-94)
IL0017 (11-85)  55146  (06-04)  55165  (12-04)  55327  (12-04)  55300  (07-05)
55184  (11-95)  55174  (12-04)  55028  (12-04)  55352  (10-08)  55282  (04-05)
CG2416 (12-07)  55296  (09-09)




LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY

LOC 001   BLDG 001 6000 Harrison Rd
                   Macon, GA   31206-4742

TERRITORY:  003   COUNTY:  Bibb

Page    9                              55040 (11/87)

OWNERS INS. CO.                                              Issued 04-20-2012

AGENCY **BLANTON & GRIFFIN INSURANCE AGENCY**          Company   POLICY NUMBER 024618-48060782-12
**18-0545-00        MKT TERR 071**                     Bill

INSURED **MATA ENTERPRISES INC**                              Term 06-16-2012  to  06-16-2013

---

### COMMERCIAL GENERAL LIABILITY COVERAGE

| Classification | Subline | Premium Basis | Rates | Premium |
|---|---|---|---|---|
| **CODE 00501** Commercial General Liability Plus Endorsement Included At 7.5% Of The Premises Operation Premium | Prem/Op | Prem/Op Prem | | |
| **CODE 04001** Hired Auto & Non-Owned Liability | Auto | | | |
| **CODE 45190** Hotels And Motels - With Pools Or Beaches - Less Than Four Stories | Prem/Op Prod/Comp Op | Gross Sales 600,000 600,000 | Each 1000 . | |
| **CODE 49950** Additional Interests Grantor Of Franchise Days Inn Worldwide | Prem/Op Prod/Comp Op | Flat Charge Flat Charge | | |

**TERRORISM - CERTIFIED ACTS     SEE FORM  59350**

**LOCATION   001   PREMIUM**

**COMMERCIAL GENERAL LIABILITY**
**55174 (12-04)**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED -
# MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Name of Person or Organization:**
AMERIS BANK

**Designation of Premises:**
6000 HARRISON ROAD, MACON, GA 31206

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** **SECTION II - WHO IS AN INSURED** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, mainte-nance, or use of the premises by you and shown in the Schedule.

**B.** This insurance does not apply to structural alter-ations, new construction and demolition operations performed by or for that person or organization.

**C.** Under **SECTION III - LIMITS OF INSURANCE**, the following is added:

The limits of liability for the additional insured are those specified in the written contract or agreement between the insured and the mortgagee, assignee or receiver, not to exceed the limits provided in this policy. These limits are inclusive of and not in ad-dition to the limits of insurance shown in the Decla-rations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 2003.                    Page 1 of 1

55184 (11-95)
COMMERCIAL GENERAL LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - GRANTOR OF FRANCHISE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

**Name of Person or Organization:**
DAYS INN WORLDWIDE, INC., WYNDHAM WORLDWIDE CORP, WYNDHAM HOTEL GROUP INC

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1.  WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as grantor of a franchise to you.

2.  The following is added to **LIMITS OF INSURANCE** (Section III):

    8.  The limits of liability for the additional insured are those specified in the written contract or agreement between the Insured and the grantor of franchise, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the limits of insurance shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION-SPECIFIED THERAPEUTIC OR COSMETIC SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

**Description of Operations:**

MOTEL

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** and **SECTION I - COVERAGES, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY, 2. Exclusions,** the following exclusion is added:

With respect to any operation shown in the Schedule, this insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the rendering of or failure to render any service, treatment, advice or instruction relating in any manner to:

1. the appearance of skin;

2. hair treatment, removal or replacement;

3. body piercing of any type;

4. massage, physiotherapy, chiropody;

5. hearing aids or devices;

6. vision aids or devices;

7. cosmetic preparations or applications; or

8. aromatics or perfumes.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Service Office, Inc., 1982, 1988, 1992, 1997, 2000, 2002, 2004.       Page 1 of 1

# *Owners*

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

Issued  06-15-2011
**TAILORED PROTECTION POLICY DECLARATIONS**

Rewrite Effective 06-16-2011

AGENCY BLANTON & GRIFFIN INSURANCE AG
18-0545-00     MKT TERR 071    (229) 247-6500

POLICY NUMBER   024618-48060782-11

INSURED MATA ENTERPRISES INC
DBA DAYS INN-MACON

ADDRESS 6000 HARRISON RD

MACON, GA  31206-4742

Company
Bill

| **POLICY TERM** | |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| 06-16-2011 to | 06-16-2012 |

## FOR COMPANY/AGENCY USE ONLY

THE FOLLOWING DIRECTIVES HAVE BEEN ISSUED FOR THIS POLICY:

ATTACHED FORMS MUST BE VIEWED IN MOBIUS APPS SUITE.

The following attachments were issued with this policy transaction.

| | | | | | |
|---|---|---|---|---|---|
| IL0017 198511 | E59390 200807B | IL0262 199409B | IL0003 198511 | E59350 200801C | CP0131 200311A |
| E54093 200703A | CP0090 198807 | CP0010 199110B | E54182 200006A | E54188 200006A | E54199 200006A |
| E54082 200502 | E54843 200701 | E54198 200006A | E54223 200006A | E54184 200006A | E54185 200006A |
| E54208 200006A | E54191 200006A | E54205 200701C | E54190 200701B | E54195 200006A | E54197 200006A |
| E54192 200006A | E54196 200006A | E54189 200006A | E54183 200006A | E54186 200006A | E54218 200006A |
| E54207 200006A | E54217 200006A | E54216 200006A | E54214 200006A | E54221 200006A | E54220 200006A |
| E54219 200006B | E54193 200006A | E54173 200701A | E25006 200701A | E54334 200604 | E54338 200701 |
| E54339 200701 | CP1440 198807 | E55174 200412A | E55184 199511 | E55327 200412 | IL0021 198511 |
| E55146 200406B | E55165 200412A | E55296 200507 | E55300 200507B | E55028 200412B | E55352 200810B |
| E55282 200504 | CG2412 198511 | | | | |

Premium/Commission Recap:      $6,320 @ 16.0%

Billing Type:  Company Bill    FULL PAY      Account  006770911
Insured Copy Mailed to:  Agency

Trailback Date: 06-14-2011      User-ID: E010167
Original Effective Date: 06-16-2002
0910    0910

Reinsurance Dec Copy:   No

AGENCY **18-0545-00**    POLICY **024618-48060782**                13563 (8-03)

BLANTON & GRIFFIN INSURANCE AG
PO BOX 1689
VALDOSTA, GA   31603

06-15-2011



Your agency's phone number is **(229) 247-6500**

**P.O. BOX 30660, LANSING, MICHIGAN 48909-8160 • 517-323-1200**
AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY

MATA ENTERPRISES INC
DBA DAYS INN-MACON
6000 HARRISON RD
MACON, GA   31206-4742

Thank you for allowing Auto-Owners to handle your insurance needs.

Auto-Owners Insurance Group is financially sound with sufficient reserves to be ranked among the leaders in the industry for financial security.  Our A++ (Superior) rating by the A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need.

If your policy is an audited policy, the billing of the audit premium will be included in your regular premium billing account.  This premium is due in full upon billing and failure to pay as billed may result in the cancellation of all policies on the billing account.  If you have questions on your audit or about your insurance needs, please contact your agent at the telephone number shown at the top of this letter.

Auto-Owners Insurance - The "No Problem" People ;

**Pay your premium in full, by the due date, and you will receive a discount as shown below:**

| |
|---|
| Total Policy Premium |
| Paid in Full Discount |
| Total Policy Premium If Paid In Full |

**\* \* \* \* \* \* \* THIS IS NOT A BILL. \* \* \* \* \* \* \***
**IF ADDITIONAL PREMIUM IS OWED, A BILL WILL BE MAILED SEPARATELY.  PLEASE PAY ANY UNPAID BILLS.**

²  *Serving Our Policyholders and Agents for More Than 90 Years* ²

# *Owners*

55039 (11-87)
Issued  06-15-2011

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Rewrite Effective 06-16-2011

AGENCY  BLANTON & GRIFFIN INSURANCE AG
        18-0545-00    MKT TERR 071    (229) 247-6500    **POLICY NUMBER   024618-48060782-11**

INSURED  MATA ENTERPRISES INC
         DBA DAYS INN-MACON

ADDRESS  6000 HARRISON RD

         MACON, GA  31206-4742

Company
Bill

| POLICY TERM |
| --- |
| 12:01 a.m.   12:01 a.m. |
| 06-16-2011 to 06-16-2012 |

---

## COMMON POLICY INFORMATION

BUSINESS DESCRIPTION:  Motel Franchise

ENTITY:  Corporation

PROGRAM:  Motel/Hotel Without Restaurant

Discount Applies For Affiliation With:  GREATER MACON CHAMBER OF COMMERCE

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S).                    PREMIUM

THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

COMMERCIAL PROPERTY COVERAGE
MINIMUM MOTEL/HOTEL PLUS PREMIUM ADJUSTMENT (CP)
COMMERCIAL GENERAL LIABILITY COVERAGE

                                                    TOTAL

                          PAID IN FULL DISCOUNT

                  TOTAL POLICY PREMIUM IF PAID IN FULL

The Paid in Full Discount does not apply to fixed fees, statutory charges or minimum premiums.
The Paid in Full Discount is based on favorable loss experience for the collective group of
policyholders who choose to pay their premiums in full directly to the Company.

---

PREMIUM SHOWN ABOVE FOR COMMERCIAL GENERAL LIABILITY COVERAGE IS AN ADVANCED PREMIUM
DEPOSIT AND MAY BE SUBJECT TO AUDIT.

FORMS THAT APPLY TO ALL COVERAGE PART SHOWN ABOVE (EXCEPT GARAGE LIABILITY, DEALER'S
BLANKET, COMMERCIAL AUTOMOBILE, IF APPLICABLE)
   55003  (01-87)    IL0017 (11-85)


A  4% CUMULATIVE MULTI-POLICY DISCOUNT APPLIES.   SUPPORTING POLICIES ARE MARKED WITH
AN (X):  COMM UMB( ) COMM AUTO( ) WC(X) LIFE( ) PERSONAL( ) FARM( )

A Merit Rating Plan Factor of 0.90 Applies.

Countersigned By:  _____

***Owners***

Page   2

55198 (01-07)
Issued   06-15-2011

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Rewrite Effective 06-16-2011

AGENCY  BLANTON & GRIFFIN INSURANCE AG
18-0545-00    MKT TERR 071    (229) 247-6500

**POLICY NUMBER   024618-48060782-11**

INSURED  MATA ENTERPRISES INC
DBA DAYS INN-MACON

ADDRESS  6000 HARRISON RD

MACON, GA   31206-4742

Company
Bill

| POLICY TERM |
| --- |
| 12:01 a.m.    12:01 a.m. |
| 06-16-2011 to 06-16-2012 |

---

MOTEL/HOTEL PROPERTY PLUS
COVERAGE PACKAGE DECLARATIONS

The coverages indicated below apply separately to the location(s) and sublocation(s) designated in the Commercial Property Coverage Declarations.  The corresponding limit of insurance for any one coverage applies to all covered loss:

a.  at the location designated in the Commercial Property Coverage Declarations, or
b.  away from the location designated in the Commercial Property Coverage Declarations

regardless of the number of locations or sublocations designated in the Commercial Property Coverage Declarations.

**   The deductible (DED) which applies to each coverage indicated below is the same as the deductible which applies to each location and sub-location shown on the Commercial Property Coverage Declarations, unless otherwise indicated:

| COVERAGE | LIMIT | DED |
| --- | --- | --- |
| ARSON REWARD | $7,500 | NONE |
| BUSINESS INCOME & EXTRA EXPENSE INCLUDING NEWLY ACQUIRED LOCATIONS | 12 MONTH ACTUAL LOSS SUSTAINED | NONE |
| BUSINESS PERSONAL PROPERTY AT FAIRS OR EXHIBITIONS | $5,000 | ** |
| BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE | UP TO 1,000 FEET | ** |
| DEBRIS REMOVAL | $25,000 | NONE |
| FIRE EXTINGUISHER AND FIRE SUPPRESSION SYSTEM RECHARGE | $10,000 | NONE |
| GLASS BREAKAGE | WITHIN BLDG OR BUSINESS PERSONAL PROPERTY LIMIT | ** |
| INVENTORY | UP TO 25% OF BPP LIMIT | NONE |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | $1,000,000 FOR 90 DAYS | ** |
| NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY | $500,000 FOR 90 DAYS | ** |
| OFF-PREMISES UTILITY SERVICE FAILURE | $5,000 | ** |
| ORDINANCE OR LAW | $25,000 | ** |
| OUTDOOR PROPERTY | $10,000 | ** |
| TREES, SHRUBS OR PLANTS | $1,000 PER ITEM | ** |
| PERSONAL EFFECTS AND PROPERTY OF OTHERS | $15,000 | ** |
| POLLUTANT CLEAN UP AND REMOVAL | $25,000 | NONE |

Continued on next page

Page    3                                                55198 (01-07)

OWNERS INS. CO.                                                      Issued 06-15-2011

AGENCY BLANTON & GRIFFIN INSURANCE AG              Company    POLICY NUMBER 024618-48060782-11
       18-0545-00      MKT TERR 071              Bill

INSURED MATA ENTERPRISES INC                                    Term 06-16-2011  to 06-16-2012

MOTEL/HOTEL PROPERTY PLUS
COVERAGE PACKAGE DECLARATIONS

| COVERAGE | LIMIT | DED |
|---|---|---|
| PROPERTY IN TRANSIT | $25,000 | ** |
| PROPERTY OFF PREMISES | $25,000 | ** |
| REFRIGERATED PRODUCTS | $10,000 | ** |
| REKEYING OF LOCKS | $1,000 | NONE |
| WATER BACK-UP FROM SEWERS OR DRAINS | $15,000 | ** |
| HOUSEHOLD PERSONAL PROPERTY | $5,000 | NONE |
| ACCOUNTS RECEIVABLE | $100,000 | ** |
| SIGNS (ATTACHED AND DETACHED) | $5,000 PER SIGN | ** |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $25,000 | ** |
| SALESPERSON'S SAMPLES | $10,000 | ** |
| VALUABLE PAPERS | $50,000 | ** |
| FINE ARTS, COLLECTIBLES AND MEMORABILIA | $10,000 | ** |
| | $2,500 PER ITEM | |
| BAILEES | $5,000 | ** |
| | $2,500 PER ITEM | |
| BILLBOARDS OWNED BY THE INSURED | $5,000 | ** |
| EMPLOYEE DISHONESTY | $15,000 | ** |
| FORGERY AND ALTERATION | $10,000 | ** |
| MONEY AND SECURITIES INSIDE PREMISES | $15,000 | ** |
| MONEY AND SECURITIES OUTSIDE PREMISES | $15,000 | ** |
| INNKEEPERS LIABILITY | $5,000 | NONE |
| | $1,000 PER GUEST | |
| EXPANDED BUILDING DEFINITION | INCLUDED | NONE |
| FIRE DEPARTMENT SERVICE CHARGE | $5,000 | NONE |

**FORMS THAT APPLY TO THIS COVERAGE PART:**

| | | | | |
|---|---|---|---|---|
| 54182 (06-00) | 54205 (01-07) | 54188 (06-00) | 54199 (06-00) | 54198 (06-00) |
| 54190 (01-07) | 54223 (06-00) | 54184 (06-00) | 54185 (06-00) | 54334 (04-06) |
| 54208 (06-00) | 54191 (06-00) | 54195 (06-00) | 54197 (06-00) | 54192 (06-00) |
| 54196 (06-00) | 54189 (06-00) | 54183 (06-00) | 54186 (06-00) | 54218 (06-00) |
| 54207 (06-00) | 54217 (06-00) | 54216 (06-00) | 54214 (06-00) | 54221 (06-00) |
| 54220 (06-00) | 54219 (06-00) | 54193 (06-00) | 54173 (01-07) | 25006 (01-07) |
| 54338 (01-07) | 54339 (01-07) | | | |

# *Owners*

Page   4                           54104 (07-87)
                                   Issued   06-15-2011

INSURANCE COMPANY                  **TAILORED PROTECTION POLICY DECLARATIONS**
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

                                   Rewrite Effective 06-16-2011
AGENCY  BLANTON & GRIFFIN INSURANCE AG
        18-0545-00    MKT TERR 071   (229) 247-6500    **POLICY NUMBER   024618-48060782-11**

INSURED MATA ENTERPRISES INC
        DBA DAYS INN-MACON

ADDRESS 6000 HARRISON RD                    Company    **POLICY TERM**
                                            Bill       12:01 a.m.   12:01 a.m.
        MACON, GA  31206-4742                          06-16-2011 to 06-16-2012

---

### COMMERCIAL PROPERTY COVERAGE

**COVERAGES PROVIDED**

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF
INSURANCE IS SHOWN.

---

### LOCATION 001

**ADDITIONAL FORMS THIS LOCATION:**  None

LOC 001   BLDG 001 6000 Harrison Rd
                   Macon, GA  31206-4742

**OCCUPIED AS:**  Motel Building

**COVERAGE:** Building                        Limit of Insurance    $3,282,800

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 90% | $1,000 | | |
| Basic Group II | 90% | 1,000 | | |
| Special | 90% | 1,000 | | |
| Theft | 90% | 1,000 | | |

**OPTIONAL COVERAGE:**

Replacement Cost

        Inflation Guard Factor
        Building
        1.035

| | LIMITS | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Equipment Breakdown | See Form 54843 | $1,000 | | |
| Motel/Hotel Plus Coverage Pkg | See Dec Page | 1,000 | | |

**COVERAGE:** Personal Property              Limit of Insurance    $356,160

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 90% | $1,000 | | |
| Basic Group II | 90% | 1,000 | | |
| Special | 90% | 1,000 | | |
| Special Including Theft | 90% | 1,000 | | |

```
                                          Page   5              54104 (07-87)
OWNERS INS. CO.                                                 Issued 06-15-2011

AGENCY BLANTON & GRIFFIN INSURANCE AG     Company  POLICY NUMBER 024618-48060782-11
       18-0545-00      MKT TERR 071       Bill

INSURED MATA ENTERPRISES INC                       Term 06-16-2011 to 06-16-2012
```

---

### COMMERCIAL PROPERTY COVERAGE

**OPTIONAL COVERAGE:**

Replacement Cost

Inflation Guard Factor
Personal Property
1.009

| | LIMITS | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Equipment Breakdown | See Form 54843 | $1,000 | | |
| Motel/Hotel Plus Coverage Pkg | See Dec Page | 1,000 | | |

**ADDITIONAL FORMS THIS BUILDING:** IL0262 (09-94)  IL0003 (11-85)  59350  (01-08)
CP0131 (11-03)  54093  (03-07)  CP0090 (07-88)  CP0010 (10-91)  54082  (02-05)
54843  (01-07)  54173  (01-07)  25006  (01-07)

**SECURED INTERESTED PARTIES:**  See Attached Schedule

**RATING INFORMATION**

Territory:  056                          County:  Bibb
Program:  Motel/Hotel Without Resta      Construction:  Modified F/R
Specific Rate - Building:  0.033         PC:  03          Class Code:  0747
                                         Specific Rate - Contents:  0.066

LOC 001    BLDG 002 6000 Harrison Rd
                    Macon, GA  31206-4742

**OCCUPIED AS:**  Outdoor Sign

**COVERAGE:** Outdoor Signs                Limit of Insurance          $65,000

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 80% | $1,000 | | |
| Basic Group II | 80% | 1,000 | | |
| Special | 80% | 1,000 | | |
| Theft | 80% | 1,000 | | |

**OPTIONAL COVERAGE:**

Replacement Cost

| | LIMITS | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Equipment Breakdown | See Form 54843 | $1,000 | | |

**ADDITIONAL FORMS THIS BUILDING:** IL0262 (09-94)  IL0003 (11-85)  59350  (01-08)
CP0131 (11-03)  54093  (03-07)  CP0090 (07-88)  CP0010 (10-91)  CP1440 (07-88)
54082  (02-05)  54843  (01-07)

**SECURED INTERESTED PARTIES:**  None

**RATING INFORMATION**

Territory:  056                          County:  Bibb
Program:  Motel/Hotel Without Resta      Construction:  N/A
                                         Spcl Class Rate - Outdoor Signs   0.950
                                         PC:   01          Class Code:   1185

*Owners*

Page   6

54104 (07-87)
Issued  06-15-2011

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Rewrite Effective 06-16-2011

AGENCY  **BLANTON & GRIFFIN INSURANCE AG**
18-0545-00    MKT TERR 071    (229) 247-6500

**POLICY NUMBER   024618-48060782-11**

INSURED  MATA ENTERPRISES INC
DBA DAYS INN-MACON

ADDRESS  6000 HARRISON RD

MACON, GA  31206-4742

Company
Bill

| **POLICY TERM** | |
| --- | --- |
| 12:01 a.m. | 12:01 a.m. |
| 06-16-2011 to | 06-16-2012 |

---

COMMERCIAL PROPERTY COVERAGE

TERRORISM - CERTIFIED ACTS    SEE FORM   59350

LOCATION 001    PREMIUM

Page    7                              59187 (07-87)

OWNERS INS. CO.                                         Issued 06-15-2011

AGENCY BLANTON & GRIFFIN INSURANCE AG          Company  POLICY NUMBER 024618-48060782-11
       18-0545-00      MKT TERR 071           Bill

INSURED MATA ENTERPRISES INC                            Term 06-16-2011  to 06-16-2012

---

**SECURED INTERESTED PARTIES AND/OR ADDITIONAL PARTIES**


Applies to Loc/Bldg(s):
001/001
 AMERICAN UNITED BANK
 1888 OLD NORCROSS RD
 LAWRENCEVILLE, GA  30044
 Interest:  Mortgagee

*Owners*                                    Page   8                              55040 (11/87)
                                                                          Issued  06-15-2011
INSURANCE COMPANY                                    **TAILORED PROTECTION POLICY DECLARATIONS**
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

AGENCY  BLANTON & GRIFFIN INSURANCE AG                            Rewrite Effective 06-16-2011
        18-0545-00      MKT TERR 071      (229) 247-6500      **POLICY NUMBER**   024618-48060782-11
INSURED  MATA ENTERPRISES INC
        DBA DAYS INN-MACON
                                                        Company  | **POLICY TERM** |
ADDRESS  6000 HARRISON RD                               Bill     | 12:01 a.m.   12:01 a.m. |
                                                                 | 06-16-2011 to 06-16-2012 |
        MACON, GA  31206-4742

---

### COMMERCIAL GENERAL LIABILITY COVERAGE

**LIMITS OF INSURANCE**
   General Aggregate                                    $2,000,000
      (Other Than Products-Completed Operations)
   Products-Completed Operations Aggregate               2,000,000
   Personal Injury And Advertising Injury                1,000,000
   Each Occurrence                                       1,000,000
   Hired Auto & Non-Owned Auto                           1,000,000 Each Occurrence

         Commercial General Liability Plus Endorsement

   Damage to Premises Rented to You                        300,000 Any One Premises
      (Fire, Lightning, Explosion, Smoke or Water Damage)
   Medical Payments                                        10,000 Any One Person

   Expanded Coverage Details See Form:
      Extended Watercraft
      Personal Injury Extension
      Broadened Supplementary Payments
      Broadened Knowledge Of Occurrence
      Additional Products-Completed Operations Aggregate
      Blanket Additional Insured - Lessor of Leased Equipment
      Blanket Additional Insured - Managers or Lessors of Premises
      Newly Formed or Acquired Organizations Extension
      Blanket Waiver of Subrogation


Twice the "General Aggregate Limit", shown above, is provided at no additional
charge for each 12 month period in accordance with form 55300.


   AUDIT TYPE: Annual Audit

FORMS THAT APPLY TO THIS COVERAGE: 59350  (01-08)  CG2412 (11-85)  IL0021 (11-85)
IL0262 (09-94)  IL0017 (11-85)  55146  (06-04)  55165  (12-04)  55327  (12-04)
55296  (07-05)  55300  (07-05)  55184  (11-95)  55174  (12-04)  55028  (12-04)
55352  (10-08)  55282  (04-05)




LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY

LOC 001  BLDG 001 6000 Harrison Rd
                  Macon, GA  31206-4742

TERRITORY:  003   COUNTY:  Bibb

Page   9                          55040 (11/87)
OWNERS INS. CO.                                          Issued 06-15-2011

AGENCY BLANTON & GRIFFIN INSURANCE AG        Company  POLICY NUMBER 024618-48060782-11
       18-0545-00     MKT TERR 071            Bill

INSURED MATA ENTERPRISES INC                         Term 06-16-2011 to 06-16-2012

---

## COMMERCIAL GENERAL LIABILITY COVERAGE

| Classification | Subline | Premium Basis | Rates | Premium |
|---|---|---|---|---|
| **CODE 00501** Commercial General Liability Plus Endorsement Included At 7.5% Of The Premises Operation Premium | Prem/Op | Prem/Op Prem | | |
| **CODE 04001** Hired Auto & Non-Owned Liability | Auto | | | |
| **CODE 45190** Hotels And Motels - With Pools Or Beaches - Less Than Four Stories | Prem/Op Prod/Comp Op | Gross Sales 600,000 600,000 | Each 1000 | |
| **CODE 49950** Additional Interests Grantor Of Franchise Days Inn Worldwide | Prem/Op | If Any | | |

TERRORISM - CERTIFIED ACTS     SEE FORM  59350

LOCATION  001  PREMIUM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Name of Person or Organization:**
AMERICAN UNITED BANK

**Designation of Premises:**
6000 HARRISON ROAD, MACON, GA 31206

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A. **SECTION II - WHO IS AN INSURED** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

B. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

C. Under **SECTION III - LIMITS OF INSURANCE**, the following is added:

The limits of liability for the additional insured are those specified in the written contract or agreement between the insured and the mortgagee, assignee or receiver, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the limits of insurance shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 2003.

55184 (11-95)
COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - GRANTOR OF FRANCHISE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Name of Person or Organization:**
DAYS INN WORLDWIDE, INC., WYNDHAM WORLDWIDE CORP, WYNDHAM HOTEL GROUP INC

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1.  WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as grantor of a franchise to you.

2.  The following is added to **LIMITS OF INSURANCE** (Section III):

    8.  The limits of liability for the additional insured are those specified in the written contract or agreement between the Insured and the grantor of franchise, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the limits of insurance shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984

COMMERCIAL GENERAL LIABILITY
55327 (12-04)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION-SPECIFIED THERAPEUTIC OR COSMETIC SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Description of Operations:**

MOTEL

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** and **SECTION I - COVERAGES, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY, 2. Exclusions,** the following exclusion is added:

With respect to any operation shown in the Schedule, this insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the rendering of or failure to render any service, treatment, advice or instruction relating in any manner to:

1. the appearance of skin;

2. hair treatment, removal or replacement;

3. body piercing of any type;

4. massage, physiotherapy, chiropody;

5. hearing aids or devices;

6. vision aids or devices;

7. cosmetic preparations or applications; or

8. aromatics or perfumes.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Service Office, Inc., 1982, 1988, 1992, 1997, 2000, 2002, 2004.          Page 1 of 1

Case 5:26-cv-00262-MTT    Document 1-2    Filed 06/24/26    Page 203 of 362

POLICY NUMBER:

CG 24 12 11 85
COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BOATS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Description of Watercraft:**

NON-MOTORIZED WATERCRAFT AND WATERCRAFT WITH OUTBOARD MOTORS OF 25 HP
OR LESS

**Additional Premium Included**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. Exclusion g. of COVERAGE A (Section I) does not apply to any watercraft owned or used by or rented to the insured shown in the Schedule.

2. WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization legally responsible for the use of any such watercraft you own, provided the actual use is with your permission.

Copyright, Insurance Services Office, Inc., 1984

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANOES OR ROWBOATS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. Exclusion **g.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** does not apply to "bodily injury" or "property damage" arising out of any canoe or rowboat owned or used by or rented to the insured.

2. **Section II - Who Is An Insured** is amended to include as an insured any person or organization legally responsible for the use of any such canoe or rowboat you own, provided the actual use is with your permission.

CG 24 16 12 07                    © ISO Properties, Inc., 2006                    **Page 1 of 1**

CP 00 10 10 91
COMMERCIAL PROPERTY

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS.

**A. COVERAGE**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the following types of property for which a Limit of Insurance is shown in the Declarations:

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Permanently installed:

(a) Fixtures;

(b) Machinery; and

(c) Equipment;

(3) Outdoor fixtures;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) if not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation of Coverage form:

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990                    Page 1 of 12

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock;"

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    (a) Made a part of the building or structure you occupy but do not own; and

    (b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

**c. Personal Property of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of the buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

    (1) The lowest basement floor; or

    (2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of the building described in the Declarations;

m. Underground pipes, flues or drains;

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**n.** The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

**o.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines, other than autos, you hold for sale; or

(c) Rowboats or canoes out of water at the described premises;

**p.** The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

(1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

(b) The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.

(3) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

**b. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**(2)** Only if the loss or damage occurs within 10 days after the property is first moved.

**c.    Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)**    Assumed by contract or agreement prior to loss; or

**(2)**    Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d.    Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**5.    Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.    Newly Acquired or Constructed Property**

**(1)**    You may extend the insurance that applies to Building to apply to:

**(a)**    Your new buildings while being built on the described premises; and

**(b)**    Buildings you acquire at locations, other than the described premises, intended for:

**(i)**    Similar use as the building described in the Declarations; or

**(ii)**    Use as a warehouse.

The most we will pay for loss or damage under this Extension is 25% of the Limit of Insurance for Building shown in the Declarations, but not more than $250,000 at each building.

**(2)**    You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Your Business Personal Property shown in the Declarations, but not

more than $100,000 at each building.

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires.

(b) 30 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b. **Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or your employees. This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers and Records - Cost of Research**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the information on lost or damaged valuable

papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $1,000 at each described premises.

d. **Property Off-Premises**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock", that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

(1) In or on a vehicle;

(2) In the care, custody or control or your salespersons; or

(3) At any fair or exhibition.

The most we will pay for loss or damage under this Extension is $5,000.

e. **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following cause of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant.

Each of these Exclusions is additional insurance. The Additional Condition, Co-insurance, does not apply to these Exclusions.

## B.  EXCLUSIONS

See applicable Causes of Loss Form as shown in the Declarations.

## C.  LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1.  Preservation of Property; or

2.  Debris Removal; but if:

    a.  The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

    b.  The debris removal expense exceeds the amount payable under 25% limitation in the Debris Removal Additional Coverage;

    we will pay up to an additional $5,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

## D.  DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance condition or the Agreed Value Optional Coverage.

## E.  LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1.  **Abandonment**

    There can be no abandonment of any property to us.

2.  **Appraisal**

    If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    a.  Pay its chosen appraiser; and

    b.  Bear the other expenses of the appraisal and umpire equally.

    If there is an appraisal, we will still retain our right to deny the claim.

3.  **Duties In The Event Of Loss Or Damage**

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of loss or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality.

b. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

c. We will not pay you more than your financial interest in the Covered Property.

d. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

e. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

f. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if:

(1) You have complied with all of the terms of this Coverage Part; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

## 5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## 6. Vacancy

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

a. Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(1) Vandalism;

(2) Sprinkler leakage, unless you have protected the system against freezing;

(3) Building glass breakage;

(4) Water damage;

(5) Theft; or

(6) Attempted theft.

b. Reduce the amount we would otherwise pay for the loss or damage by 15%.

A building is vacant when it does not contain enough business personal property to conduct customary operations.

Buildings under construction are not considered vacant.

## 7. Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in b., c., d., e. and f. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

This provision does not apply to the following even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety glazing material if required by law.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**e.** Tenant's Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**f.** Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

**(1)** Blank materials for reproducing the records; and

**(2)** Labor to transcribe or copy the records when there is a duplicate.

## F. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in step (1);

**(3)** Multiply the total amount of loss, before the application of any deductible by the figure determined in step (2); and

**(4)** Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1** (Underinsurance):
When:
The value of property is         250,000
The Coinsurance percentage
  for it is                                  80%
The Limit of Insurance
  for it is                          100,000
The Deductible is             $250
The amount of loss is      $ 40,000
Step (1): $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)
Step (2): $100,000 ÷ $200,000 = .50
Step (3): $40,000 x .50 = $20,000
Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2** (Adequate Insurance):
When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)
Step (2): $200,000 ÷ $200,000 = 1.00
Step (3): $40,000 x 1.00 = $40,000
Step (4): $40,000 - $250 = $39,750

We will cover the $39,750 loss in excess of the Deductible. No penalty applies.

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**
When:

The value of the property is:

| | |
|---|---|
| Bldg. at Location No. 1 | $75,000 |
| Bldg. at Location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| | $250,000 |
| The Coinsurance percentage for it is | 90% |

| | |
|---|---|
| The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $180,000 |
| The Deductible is | $1,000 |
| The amount of loss is Bldg. at Location No. 2 | $30,000 |
| Personal Property at Location No. 2 | $ 20,000 |
| | $ 50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)
Step (2): $180,000 ÷ $225,000 = .80
Step (3): $50,000 x .80 = $40,000
Step (4): $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2.    Mortgage Holders**

**a.** The term "mortage holder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

    **(1)** The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    **(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

**G. OPTIONAL COVERAGES**

If shown in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

    **a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies.

We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

    **b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

    **c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

        **(1)** On or after the effective date of this Optional Coverage; and

        **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

    **a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

    **b.** The amount of increase will be:

        **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

        **(2)** The percentage of annual increase shown in the Declarations, expressed a decimal (example: 8% is .08), times

        **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

Example:

If:

The applicable Limit of
  Insurance is               $100,000

The annual percentage
  increase is                  8%

The number of days since the
  beginning of the policy
  year (or last policy change)
  is                      146

The amount of increase is

$100,000 \times .08 \times 146 \div 365 =$     $3,200

**3.** **Replacement Cost**

  **a.** Replacement Cost: (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

  **b.** This Optional Coverage does not apply to:

    **(1)** Property of others;

    **(2)** Contents of a residence;

    **(3)** Manuscripts;

    **(4)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

    **(5)** "Stock," unless the Including "Stock" option is shown in the Declarations.

  **c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

  **d.** We will not pay on a replacement cost basis for any loss or damage:

    **(1)** Until the lost or damaged property is actually repaired or replaced; and

    **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

  **e.** We will not pay more for loss or damage on a replacement cost basis than the least of:

    **(1)** The Limit of Insurance applicable to the lost or damaged property;

    **(2)** The cost to replace, on the same premises, the lost or damaged property with other property:

      **(a)** Of comparable material and quality; and

      **(b)** Used for the same purpose; or

    **(3)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**H.** **DEFINITIONS**

  **1.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

  **2.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

CP 00 90 07 88

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we

Copyright, Insurance Services Office, Inc., 1983, 1987

will not pay more than the applicable Limit of Insurance.

## H.  POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1.  We cover loss or damage commencing:

    a.  During the policy period shown in the Declarations; and

    b.  Within the coverage territory.

2.  The coverage territory is:

    a.  The United States of America (including its territories and possessions);

    b.  Puerto Rico; and

    c.  Canada.

## I.  TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1.  Prior to a loss to your Covered Property or Covered Income.

2.  After a loss to your covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a.  Someone insured by this insurance;

    b.  A business firm:

        (1)  Owned or controlled by you; or

        (2)  That owns or controls you; or

    c.  Your tenant.

This will not restrict your insurance.

Copyright, Insurance Services Office, Inc., 1983, 1987

COMMERCIAL PROPERTY
CP 01 31 11 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A.  When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

B.  The following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

  1.  We will not pay for loss or damage arising out of any act committed:

    a.  By or at the direction of any insured; and

    b.  With the intent to cause a loss.

  2.  However, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

    a.  Is otherwise covered under this Coverage Part; and

    b.  Arose out of an act of family violence by an insured against whom a family violence complaint is brought for such act.

  3.  If we pay a claim pursuant to Paragraph **B.2.**, our payment to the insured is limited to that insured's legal interest in the property less any payments we first made to a mortgage holder or other party with a legal secured interest in the property.  In no event will we pay more than the Limit of Insurance.

C.  The following explanation is added with respect to application of the Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria and the Limited Coverage of the same title:

With respect to the portion of Coverage Property that would still have required repair or replacement had there been no "fungus", wet or dry rot or bacteria, this Exclusion and Limited Coverage will not serve to limit the amount of recovery for such repair or replacement.

However, the Exclusions and Limited Coverage shall continue to apply to:

  1.  The cost to treat, contain, remove or dispose of "fungus" wet rot, dry rot or bacteria beyond that which is required to repair or replace Covered Property;

  2.  The cost of testing as described in the Limited Coverage; and

  3.  Any increase in loss under Business Income and/or Extra Expense Forms resulting from **1.** or **2.** above.

Regardless of whether the Exclusion and Limited Coverage apply to a loss, the Limit of Insurance on Covered Property is not increased.  The maximum recoverable, for the total of the cost to repair or replace Covered Property and any additional covered cost to treat, contain, remove, dispose of or test for "fungus", wet or dry rot or bacteria, is the applicable Limit of Insurance on the affected Covered Property.

      Copyright, Insurance Services Office, Inc., 2003

POLICY NUMBER:

CP 14 40 07 88

COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OUTSIDE SIGNS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Prem. No. | Bldg. No. | Construction of Sign | | Limit of Insurance | Causes of Loss Form Applicable | Coinsurance Percentage | Additional Premium |
|---|---|---|---|---|---|---|---|
| | | Entirely Metal | Other | | | | |

With respect to outside signs described in the Declarations or in the Schedule:

**A.** "Signs (other than signs attached to buildings)" is deleted from PROPERTY NOT COVERED.

**B.** The second paragraph of the LIMITS OF INSURANCE section does not apply.  The limit applicable to each sign will be shown in the Declarations or in the Schedule.

Copyright, Insurance Services Office, Inc., 1983, 1987

25006 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MOTEL/HOTEL PLUS - CRIME COVERAGE ENDORSEMENT
**Tailored Protection Policy**

This endorsement adds Crime Coverage for the following:

LIABILITY FOR GUESTS PROPERTY - PREMISES

## A. COVERAGE

We will pay those sums that you become legally obligated to pay as damages because of loss or destruction of, or damage to Covered Property. We have the right and duty to defend any suit brought against you seeking damages that are payable under this insurance.

### 1. Covered Property

Any property, other than that specified as Property Not Covered, belonging to your "guests" while the property is:

a. Inside the "premises"; or

b. In your possession.

### 2. Property Not Covered

**a. Samples, Articles for Sale**

Samples or articles carried or held for sale or for delivery after sale.

**b. Vehicles**

Any vehicle including:

(1) Its equipment and accessories; and

(2) Any property contained in or on a vehicle.

### 3. Supplementary Payments

If we defend any suit, we will pay with respect to:

**a. Expenses**

(1) Reasonable expenses you incur at our request;

(2) Expenses we incur; and

(3) Costs charged against you.

**b. Interest**

(1) Interest on the full amount of any judgment that accrues:

(a) After entry of the judgment; and

(b) Before we pay, offer to pay or deposit in court that part of the judgment for which we are liable under this insurance.

(2) Prejudgment interest awarded against you on that part of the judgment we pay.  If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**c. Loss of Wages or Salary**

Actual loss of wages or salary (but not other income) because of required attendance at hearings or trials connected with

Includes copyrighted material of Insurance Service Office, with its permission.
Copyright, Insurance Service Office, 1984, 1987.                    Page 1 of 4

the suit. But, we will not pay more than $100 per day under this part of the Supplementary Payments.

d. **Premiums for Bonds**

Premiums for the following types of bonds having penalties totaling not more than the Limit of Insurance shown in the Motel/Hotel Plus Coverage Declarations.

(1) Appeal bonds required in the suit; and

(2) Bonds to release attachments. But, we do not have to apply for or furnish those bonds.

Our liability for Supplementary Payments is in addition to the Limit of Insurance shown in the Motel/Hotel Plus Coverage Declarations.

B. **LIMIT OF INSURANCE**

1. The most we will pay in the aggregate for all damages because of loss or destruction of or damage to Covered Property in any one "occurrence" is the per occurrence Limit of Insurance shown in the Motel/Hotel Plus Coverage Declarations.

2. Subject to the applicable limit stated in 1. above, the most we will pay for all damages because of loss or destruction of or damage to property of any one "guest" is the per "guest" Limit of Insurance shown in the Motel/Hotel Plus Coverage Declarations.

All loss, destruction or damage involving a single act or series of related acts whether caused by one or more persons is considered one "occurrence".

C. **EXCLUSIONS, CONDITIONS, DEFINITIONS**

This insurance is subject to the following:

1. **Exclusions**

We will not pay for damages arising out of, or the defense of any suit connected with, any of the following:

a. **Acts Committed by You or Your Partners**

Loss or destruction of, or damage to property resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

b. **Assumed Liability**

Liability you assume under any written agreement. But this exclusion does not apply to any written agreement entered into with a "guest" before the "occurrence" of any loss, destruction or damage that increases to an amount not exceeding $1,000 any lesser amount for which you may otherwise be liable under any statue.

c. **Fire**

Destruction of, or damage to property resulting from fire.

d. **Food or Liquid**

Destruction of, or damage to property resulting from the spilling, upsetting or leaking of any food or liquid.

e. **Governmental Action**

Loss or destruction of, or damage to property resulting from seizure or destruction of the property by order of governmental authority.

f. **Inherent Vice**

Destruction of, or damage to property resulting from insects, animals, wear and tear, gradual deterioration or inherent vice.

g. **Laundering or Cleaning**

Includes copyrighted material of Insurance Service Office, with its permission.
Copyright, Insurance Service Office, 1984, 1987.

Destruction of, or damage to property while in your care and custody for laundering or cleaning.

h. **Nuclear**

Loss or destruction of, or damage to property resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

i. **Release of Others from Liability**

Your release of any other person or organization from legal liability.

j. **War and Similar Actions**

Loss or destruction of, or damage to property resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

2. **Conditions**

a. **Bankruptcy**

You or your estate's bankruptcy or insolvency will not relieve us of our obligations under this insurance.

b. **Defense, Investigation and Settlement**

(1) We may investigate and settle any claim or suit as we deem expedient.

(2) We will not defend any suit after having paid judgments or settlements equal to the Limit of Insurance shown in the Motel/Hotel Plus Coverage Declarations.

c. **Duties in the Event of Loss, Claim, or Suit**

In the event of loss, claim or suit you must:

(1) Notify us promptly of any loss, destruction or damage that may result in a claim;

(2) Give us prompt, written notice of any claim made or suit brought against you and:

(a) Send us immediately, copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

(b) Authorize us to obtain records and other information; and

(c) Cooperate with us in the defense, investigation or settlement of the claim or suit.

You may not voluntarily make a payment, assume any obligation or incur any expense without our consent.

If you have reason to believe that any loss or destruction of, or damage to Covered Property involves a violation of law, you must notify the police.

d. **Joint Insured**

(1) If more than one Insured is named in the DECLARATIONS, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

(2) If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every insured.

(3) We will not pay more for damages for which more than one Insured is liable

Includes copyrighted material of Insurance Service Office, with its permission.
Copyright, Insurance Service Office, 1984, 1987.

than the amount we would pay if one Insured were liable for the damages.

e.  **Legal Action Against Us**

No person or organization has a right under this insurance:

(1) To name us a co-defendant in a suit asking for damages from you; or

(2) To sue us on this insurance unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against you obtained after an actual trial. But, we will not be liable for damages that are not payable under the terms of this insurance or that are in excess of the Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, you and the claimant or the claimant's legal representative.

f.  **Non-Cumulation of Limit of Insurance**

Limits of Insurance shown in the Motel/Hotel Plus Coverage Declarations do not cumulate from year to year or period to period.

g.  **Other Insurance**

This insurance does not apply to damages recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the damages, this insurance will apply to that part of the damages not recoverable or recovered under the other insurance.

h.  **Policy Period**

(1) The Policy Period is the period shown in the DECLARATIONS.

(2) We will pay only for damages because of loss or destruction of, or damage to Covered Property incurring during the Policy Period.

i.  **Territory**

We will pay only for damages because of your legal liability for loss or destruction of, or damage to Covered Property occurring within the United States of America, U.S. Virgin Island, Puerto Rico, or Canada.

j.  **Transfer of Your Rights of Recovery Against Others to Us**

You must transfer to us all your rights of recovery against any person or organization pertaining to the loss for which you were liable and for which we have paid damages or made a settlement. You must do everything necessary to secure these rights and do nothing to impair them.

3.  **Definitions**

a.  "Occurrence" means an:

(1) Act or series of related acts involving one or more persons; or

(2) Act or event, or a series of related acts or events not involving any person.

b.  "Premises" mean the interior of that portion of any building at a location shown in the DECLARATIONS that you occupy in conducting your business.

c.  "Guest" means that person who has paid a fee for their overnight lodging to you, during that period to which that fee applies.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Service Office, with its permission.
Copyright, Insurance Service Office, 1984, 1987.                                    Page 4 of 4

54082 (2-05)
COMMERCIAL PROPERTY

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning.  Refer to Section F. - Definitions.

## A. COVERED CAUSES OF LOSS

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1.  Excluded in Section B., Exclusions; or

2.  Limited in Section C., Limitations;

that follow.

## B. EXCLUSIONS

1.  We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a. Ordinance or Law**

    The enforcement of any ordinance or law:

    (1)  Regulating the construction, use or repair of any property; or

    (2)  Requiring the tearing down of any property, including the cost of removing its debris.

    **b. Earth Movement**

    (1)  Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting.  But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

    (2)  Volcanic eruption, explosion or effusion.  But if loss or damage by fire, building glass breakage or volcanic actions results, we will pay for that resulting loss or damage.

    Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

    (a)  Airborne volcanic blast or airborne shock waves;

    (b)  Ash, dust or particulate matter; or

    (c)  Lava flow.

    All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

    Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

    **c. Governmental Action**

    Seizure or destruction of property by order of governmental authority.

    But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

    **d. Nuclear Hazard**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

Nuclear reaction or radiation, or radioactive contamination however caused.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

**e. Off-Premises Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up from a sewer or drain; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

**h. "Fungi", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot, dry rot or bacteria.

But if "fungi", wet rot, dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

1. When "fungi", wet rot, dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions B.1.a. through B.1.h. apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

b. Delay, loss of use or loss of market.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

c.  Smoke, vapor or gas from agricultural smudging or industrial operations.

d.  (1)  Wear and tear;

(2)  Rust, corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3)  Smog;

(4)  Settling, cracking, shrinking or expansion;

(5)  Insects, birds, rodents or other animals;

(6)  Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, this does not apply to any resulting loss or damage caused by elevator collision;

(7)  The following causes of loss to personal property:

(a)  Dampness or dryness of atmosphere;

(b)  Changes in or extremes of temperature; or

(c)  Marring or scratching.

But if loss or damage by the "specified causes of loss" or building glass breakage results, we will pay for that resulting loss or damage.

e.  Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosions results, we will pay for that resulting loss or damage. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f.  Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

g.  Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1)  You do your best to maintain heat in the building or structure; or

(2)  You drain the equipment and shut off the supply if the heat is not maintained.

h.  Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1)  Acting alone or in collusion with others; or

(2)  Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

i.  Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j.  Rain, snow, ice or sleet to personal property in the open.

k.  Collapse, except as provided below in the Additional Coverage for Collapse. But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

l.  Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified causes of loss."

3.  We will not pay for loss or damage caused by or resulting from any of the following.  But if loss or damage by a Covered Cause of Loss results, we will pay for the resulting loss or damage.

    a.  Weather conditions.  But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

    b.  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

    c.  Faulty, inadequate or defective:

        (1) Planning, zoning, development, surveying, siting;

        (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

        (3) Materials used in repair, construction, renovation or remodeling; or

        (4) Maintenance;

        of part or all of any property on or off the described premises.

4.  **Special Exclusions**

    The following provisions apply only to the specified Coverage Forms.

    a.  **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

        We will not pay for:

        (1) Any loss caused by or resulting from:

            (a) Damage or destruction of "finished stock;" or

            (b) The time required to reproduce "finished stock."

            This exclusion does not apply to Extra Expense.

        (2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas, including their lead-in wiring, masts or towers.

        (3) Any increase of loss caused by or resulting from:

            (a) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

            (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

        (4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

        (5) Any other consequential loss.

    b.  **Leasehold Interest Coverage Form**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

(1) Paragraph B.1.a. Ordinance or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

  (a) Your canceling the lease;

  (b) The suspension, lapse or cancellation of any license; or

  (c) Any other consequential loss.

c. **Legal Liability Coverage Form**

  (1) The following Exclusions do not apply to insurance under this Coverage Form:

    (a) Paragraph B.1.a., Ordinance or Law;

    (b) Paragraph B.1.c., Governmental Action;

    (c) Paragraph B.1.d., Nuclear Hazard;

    (d) Paragraph B.1.e., Power Failure; and

    (e) Paragraph B.1.f., War and Military Action.

  (2) **Contractual Liability**

    We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement.

  (3) **Nuclear Hazard**

    We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. LIMITATIONS**

**1.** We will not pay for loss of or damage to:

  a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

  b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

  c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

    (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

    (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

  d. Building materials and supplies not attached as part of the building or structure, unless held for sale by you, caused by or resulting from theft, except as provided in C.5.a. below.

  e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

  f. Gutters and downspouts caused by or resulting from weight of snow, ice or sleet.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

g. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay more for loss of or damage to glass that is part of a building or structure than $100 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter. We will not pay more than $500 for all loss of or damage to building glass that occurs at any one time.

   This Limitation does not apply to loss or damage by the "specified causes of loss," except vandalism.

3. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Valuable papers and records, such as books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell or other data processing, recording or storage media, and other records.

   b. Animals, and then only if they are killed or their destruction is made necessary.

   c. Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass that is part of a building or structure;

      (2) Containers of property held for sale; or

      (3) Photographic or scientific instrument lenses.

   d. Builders' machinery, tools, and equipment you own or that are entrusted to you, while away from the premises described in the Declarations, except as provided in paragraph C.5.b. below.

4. For loss or damage by theft, the following types of property are covered only up to the limits shown:

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

5. **Builders' Risk Coverage Form Limitations**

   The following provisions apply only to the Builders' Risk Coverage Form.

   a. Limitation 1.d. is replaced by the following:

      d. Building materials and supplies not attached as part of the building or structure caused by or resulting from theft.

   b. Limitation 3.d. is replaced by the following:

      d. Builders' machinery, tools and equipment you own or that are entrusted to you.

6. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

## D. ADDITIONAL COVERAGE - COLLAPSE

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

1. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

2. Hidden decay;

3. Hidden insect or vermin damage;

4. Weight of people and personal property;

5. Weight of rain that collects on a roof;

6. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss or damage to the following types of property, if otherwise covered in this Coverage Part, under items 2., 3., 4., 5. and 6. unless the loss or damage is a direct result of the collapse of a building:

outdoor radio or television antennas, including their lead-in wiring, masts or towers; awnings, gutters and downspouts; yard fixtures; outdoor swimming pools; fences; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

## E. LIMITED COVERAGE FOR "FUNGI", WET ROT, DRY ROT AND BACTERIA

1. The coverage described in E.2. and E.6. only applies when the "fungi", wet rot, dry rot or bacteria is the result of a "specified cause of loss" other than fire or lighting that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

2. We will pay for loss or damage by "fungi", wet rot, dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungi", wet rot, dry rot or bacteria, including the cost of removal of the "fungi", wet rot, dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot, dry rot or bacteria; and

   c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot, dry rot or bacteria are present.

3. The coverage described under E.2. of this Limited Coverage is limited to 10% of the building or personal property limit of insurance, whichever is greater, subject to a maximum of $100,000 and a minimum of $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot, dry rot or bacteria, we will not pay more than this limit even if the "fungi", wet rot, dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot, dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot, dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot, dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph F.2. (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

6. The following, 6.a. or 6.b., applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

   a. If the loss which resulted in "fungi", wet rot, dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungi", wet rot, dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 45 days. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungi", wet rot, dry rot or bacteria but remediation of "fungi", wet rot, dry rot or bacteria prolongs the "period of restora-

tion", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 45 days. The days need not be consecutive.

**F. ADDITIONAL COVERAGE EXTENSIONS**

1. **Property In Transit.** This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   c. The most we will pay for loss or damage under this Extension is $1000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to the Extension.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001                Page 8 of 9

**2. Water Damage, Other Liquids, Powder or Molten Material Damage.** If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes

## G. DEFINITIONS

1. "Fungi" means any type or form of fungus, including, but not limited to, mold, mildew, mycotoxins, spores, scents or byproducts produced or released by any type or form of fungus.

2. "Specified Causes of Loss" means the following:

   Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of ice and snow, ice or sleet; water damage.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      (1) The cost of filling sinkholes; or

      (2) Sinking or collapse of land into man-made underground cavities.

   b. Falling objects does not include loss or damage to:

      (1) Personal property in the open; or

      (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2001

54093 (3-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGES - WATER DAMAGE EXCLUSION

This endorsement modifies insured provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

Under **B. EXCLUSIONS**, **g. Water** is deleted and replaced by the following:

**g.  Water**

**(1)** Regardless of the cause, flood, surface water, waves, tides, tidal waves, storm surge, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up from a sewer or drain; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1983, 1990

54173 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MOTEL/HOTEL PLUS ENDORSEMENT

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

1. Under **A. COVERAGE**, **1. Covered Property** sub-paragraph **a. (3)** is deleted and replaced by the following:

   (3) Outdoor fixtures including:

   (a) Outdoor fences, light poles, storage buildings, pools, radio and television antennas, satellite dishes, awnings, attached signs;

   (b) Detached signs on or within 1,000 feet of the premises; and

   (c) Billboard signs located anywhere.

2. Under **A. COVERAGE**, **5. Coverage Extensions** the following is added:

   **Household Personal Property**

   You may extend the insurance that applies to Your Business Personal Property to Household Personal Property located in or on the building described in the Commercial Property Coverage Declarations or in the open (or in a vehicle) within 100 feet of the described premises, usual to the occupancy of the described premises as a living quarters, that:

   (1) Belongs to you, or at your option:

   (a) Your domestic worker; or

   (b) A member of your family; or

   (2) For which you may be legally liable.

   This includes property purchased under an installment plan.  The most we will pay under this extension is $5,000 per occurrence.  You may apply up to $500 of this amount for such property while it is away from the described premises.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Service Office, with its permission.
Copyright, Insurance Service Office, 1983, 1984, 1985, 1989.                Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**                 54182 (6-00)

## ARSON REWARD

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

**Arson Reward**

We will pay for information which leads to a conviction for arson in connection with a fire loss to Covered Property insured by this policy.  The most we will pay is the Limit of Insurance shown in the Declarations for ARSON REWARD regardless of the number of persons who provide information.  No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.


Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984, 1986

54183 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# REKEYING OF LOCKS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

**Rekeying of Locks**

We will pay reasonable necessary expenses you incur to rekey locks on doors of the building described in the Declarations, provided the keys to such locks are a part of a theft loss covered by this policy.  The most we will pay is the Limit of Insurance shown in the Declarations for REKEYING OF LOCKS.  No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54184 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INVENTORY

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A. COVERAGE, 4. Additional Coverages,** the following Additional Coverage is added:

**Inventory**

a.   The Limit of Insurance for Business Personal Property (BPP) will automatically increase by the Limit of Insurance shown in the Declarations for INVENTORY for temporary variations in inventory.

b.   This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 80% of your average monthly values during the lesser of:

(1)  The twelve months immediately preceding the date the loss or damage occurs; or

(2)  The period of time you have been in business as of the date the loss or damage occurs.

No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1990

54185 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEWLY ACQUIRED OR CONSTRUCTED PROPERTY

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1. Under **A. COVERAGE**, **5. Coverage Extensions**, **a. Newly Acquired or Constructed Property**, is deleted.

2. Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

   **Newly Acquired or Constructed Property**

   a. We will pay for direct physical loss or damage to:

      (1) Your new buildings while being built on the described premises; and

      (2) Buildings you acquire at locations, other than the described premises, intended for:

          (a) Similar use as the building described in the Declarations; or

          (b) Use as a warehouse.

      The most we will pay for loss or damage is the Limit of Insurance shown in the Declarations for NEWLY ACQUIRED OR CONSTRUCTED PROPERTY.

   b. We will pay for direct physical loss of or damage to Your Business Personal Property at any location you acquire other than at fairs or exhibitions.

      The most we will pay for loss or damage is the Limit of Insurance shown in the Declarations for NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY at each building.

   c. Coverage for each newly acquired or constructed property will end when any of the following first occurs:

      (1) This policy expires.

      (2) The number of days shown in the Declarations under:

          (a) NEWLY ACQUIRED OR CONSTRUCTED PROPERTY - INCREASED LIMIT; or

          (b) NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY - INCREASED LIMIT;

          expire after you acquire or begin to construct the property.

      (3) You report values to us.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

(4) You secure other insurance for such property.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54186 (6-00)

## WATER BACK-UP FROM SEWERS OR DRAINS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.    Subject to the provisions of paragraph **2.** below, under **B. EXCLUSIONS**, **g**. **Water** subparagraph **(3)** is deleted.

2.    Under **C.** **LIMITATIONS** the following limitation is added:

In any one loss, we will not pay more than the Limit of Insurance shown in the Declarations under WATER BACK-UP FROM SEWERS OR DRAINS for loss of or damage to Covered Property caused by water back-up from sewers or drains.  In the event that the amount of loss of or damage to Covered Property does not exceed the Limit of Insurance shown in the Declarations for WATER BACKUP FROM SEWERS OR DRAINS, you may, at your option, apply the remainder of this Limit of Insurance to your actual loss of Business Income or necessary Extra Expense, if any, subject to the terms and conditions of the Additional Coverage, Business Income and Extra Expense.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

Page 1 of 1

54188 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS PERSONAL PROPERTY AT FAIRS OR EXHIBITIONS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A**. **COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

**Business Personal Property at Fairs or Exhibitions**

We will pay for direct physical loss of or damage to Your Business Personal Property while it is temporarily at any fair or exhibition caused by or resulting from any Covered Cause of Loss.  This Additional Coverage shall apply for a period not to exceed 15 days at any one fair or exhibition.  This coverage does not apply to Covered Property in or on a vehicle.

Our payment for any one loss at any one fair or exhibition shall not exceed the Limit of Insurance shown in Declarations for BUSINESS PERSONAL PROPERTY AT FAIRS OR EXHIBITIONS.  The Additional Condition, Coinsurance does not apply to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54189 (8-10)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REFRIGERATED PRODUCTS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1. Under **A. COVERAGE, 4. Additional Coverages**, the following Additional Coverage is added:
   **Refrigerated Products**
   We shall pay for loss of or damage to "perishable stock" caused directly by any of the following:
   (1) Mechanical breakdown of the refrigeration system; or
   (2) The interruption of electrical services to the refrigeration system caused by direct physical damage to the electrical generating or transmission equipment of your "local utility service".
   You must exercise diligence in inspecting and maintaining refrigeration equipment. If interruption of electrical service or mechanical or electrical breakdown is known, you must use all reasonable means to protect the covered property from further damage.

2. Under **C. LIMITS OF INSURANCE**, the following limitation is added:
   The most we shall pay for all loss or damage caused directly by mechanical or electrical breakdown of the refrigeration system or the interruption of electrical service to the refrigeration system caused by direct physical damage by a Covered Cause of Loss to the electrical generating or transmission equipment of your "local utility service" in any one loss is the Limit of Insurance shown in the Declarations for REFRIGERATED PRODUCTS. In the event that the amount of loss of or damage to "perishable stock" does not exceed the Limit of Insurance shown in the Declarations for REFRIGERATEDPRODUCTS, you may, at your option, apply the remainder of this Limit of Insurance to your actual loss of Business income or necessary Extra Expense, if any, subject to the terms and conditions of the Additional Coverage. Business Income and Extra Expense.

3. Under the CAUSE OF LOSS - SPECIAL FORM, **B. EXCLUSIONS**:
   a. Exclusion **1.e. Off-Premises Services** is deleted and replaced by the following exclusion.

   e. **Off-Premises Services**
      We shall not pay for loss or damage caused by or resulting from the failure to supply "power supply services" from any regional or national grid.

   b. Exclusion **2.d.(6)** is deleted and replaced by the following exclusion for this Additional Coverage only:
      (6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, this does not apply to any resulting loss or damage caused by elevator collision or mechanical breakdown of refrigeration systems.

4. **Definitions**
   The following definitions apply only to this Additional Coverage
   **"Local Utility Services"**, means your billing entity, repair entity or service entity directly providing "power supply services" to the premises described in the Declarations.
   **"Perishable stock"** means merchandise held in storage or for sale that is refrigerated for preservation and is susceptible to loss or damage if the refrigeration fails.
   **"Power Supply Services"**, means the following types of property supplying electricity to the described premises that are not located on a described premises and not rented, leased or owned by any insured:
   (1) Utility generating plants;
   (2) Switching stations;
   (3) Substations;
   (4) Transformers; and
   (5) Transmission lines.

   All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
54189 (8-10)          Copyright, ISO Commercial Risk Services, Inc., 1983, 1990          Page 1 of 1

54190 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FIRE EXTINGUISHER AND FIRE SUPPRESSION SYSTEM RECHARGE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A**. **COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

**Fire Extinguisher And Fire Suppression System Recharge**

We shall pay for the recharging of fire extinguishers and fire suppression systems that you own that have been discharged to control a fire at a premises described in the Declarations.

The most we shall pay to recharge your fire extinguishers and fire suppression systems in any one occurrence is the Limit of Insurance shown in the Declarations for FIRE EXTINGUISHER AND FIRE SUPPRESSION SYSTEM RECHARGE.

No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1987                Page 1 of 1

54191 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OUTDOOR PROPERTY

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1.  Under **A**. **COVERAGE**, **5. Coverage Extensions, e. Outdoor Property** is deleted.

2.  Under **A**. **COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

**Outdoor Property**

We shall pay for direct physical loss or damage to your outdoor fences, radio and television antennas, trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

Our payment for any one loss for all covered outdoor property shall not exceed the Limit of Insurance shown in the Declarations for OUTDOOR PROPERTY. Our payment for any one tree, shrub or plant (other than "stock" of trees, shrubs or plants) shall not exceed the Limit of Insurance per item shown in the Declarations under TREES, SHRUBS OR PLANTS.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54192 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY IN TRANSIT

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.  Under **A. COVERAGE, 4. Additional Coverages,** the following Additional Coverage is added:

    **Property In Transit**

    a.  We will pay for direct physical loss or damage to Your Business Personal Property (other than property in the care, custody or control of your salespersons) in transit more than 1000 feet from the described premises covered by or resulting from any of the following causes of loss:

        **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

        **(2)** Vehicle collision, upset or overturn.  Collision means accidental contact of your vehicle with another vehicle or object.  It does not mean your vehicle's contact with the road bed.

        **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle.  There must be visible marks of the forced entry.

    b.  Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

    c.  Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for PROPERTY IN TRANSIT.

    d.  The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

2.  Under the CAUSES OF LOSS - SPECIAL FORM, **E. ADDITIONAL COVERAGE EXTENSIONS**, **1. Property In Transit** is deleted.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1989, 1990

54193 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FIRE DEPARTMENT SERVICE CHARGE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A**. **COVERAGE, 4. Additional Coverages, c. Fire Department Service Charge** is deleted and replaced by the following:

    **c.  Fire Department Service Charge**

        When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to the Limit of Insurance shown in the Declarations for FIRE DEPARTMENT SERVICE CHARGE for your liability for fire department service charges:

        **(1)**  Assumed by contract or agreement prior to loss; or

        **(2)**  Required by local ordinance.

        No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54195 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## PERSONAL EFFECTS AND PROPERTY OF OTHERS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1.  Under **A. COVERAGE**, **5. Coverage Extensions**, **b. Personal Effects of Others** is deleted.

2.  Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

**Personal Effects and Property of Others**

We shall pay for direct physical loss or damage to:

(1)  Personal effects owned by you, your officers, your partners or your employees caused by or resulting from any Covered Cause of Loss except loss or damage by theft.

(2)  Personal property of others in your care, custody or control caused by or resulting from any Covered Cause of Loss.

Our payment for any one loss at any described premises shall not exceed the Limit of Insurance shown in the Declarations for PERSONAL EFFECTS AND PROPERTY OF OTHERS.  Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

The Additional Condition, Coinsurance does not apply to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54196 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY OFF-PREMISES

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1.  Under **A**. **COVERAGE**, **5. Coverage Extensions**, **d. Property Off-Premises** is deleted.

2.  Under **A**. **COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

     **Property Off-Premises**

     We shall pay for direct physical loss of or damage to your Covered Property, other than "stock":

     **(1)** That is temporarily at a location you do not own, lease or operate; and

     **(2)** Caused by or resulting from any Covered Cause of Loss.

     This Coverage does not apply to Covered Property:

     **(1)**  In or on a vehicle;

     **(2)**  In the care, custody or control of your salespersons; or

     **(3)**  At any fair or exhibition.

     Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for PROPERTY OFF-PREMISES.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54197 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## POLLUTANT CLEAN UP AND REMOVAL

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A. COVERAGE, 4. Additional Coverages, d. Pollutant Clean Up and Removal** is deleted and replaced by the following:

**d.  Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period.  The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants".  But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage at each described premises for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy is the Limit of Insurance shown in the Declarations for POLLUTANT CLEAN UP AND REMOVAL.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54198 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## DEBRIS REMOVAL

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **C. LIMITS OF INSURANCE**, the fourth paragraph is deleted and replaced by the following:

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

**1.**   Preservation of Property; or

**2.**   Debris Removal; but if:

    **a.**   The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

    **b.**   The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

we will pay up to the Limit of Insurance shown in the Declarations for DEBRIS REMOVAL.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54199 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A**. **COVERAGE**, **1. Covered Property**, **Your Business Personal Property**, the phrase ″. . .within 100 feet of the described premises. . .″ is deleted and replaced by ″. . .within the distance, shown in the Declarations for BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE, from the described premises. . .″.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54205 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME AND EXTRA EXPENSE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**1.** The following coverages are added to **A. COVERAGE, 4. Additional Coverages**:

**a.  Business Income**

Subject to the Limit of Insurance provisions of this endorsement, we will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration".

Business Income means the:

**(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**(2)** Continuing normal operating expenses incurred, including payroll.

**b.  Extra Expense**

Subject to the Limit of Insurance provisions of this endorsement, we will pay necessary Extra Expense you incur during the "period of restoration".

Extra Expense means expense incurred:

**(1)** To avoid or minimize the suspension of business and to continue "operations":

**(a)** At the described premises or at a "newly acquired location"; or

**(b)** At replacement premises or at temporary locations, including:

**1)** Relocation expenses; and

**2)** Costs to equip and operate the replacement or temporary locations.

**(2)** To minimize the suspension of business if you cannot continue "operations".

**(3) (a)** To repair or replace any property; or

**(b)** To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or the Additional Coverage, Business Income.

Subject to the Limit of Insurance provisions of this endorsement, we will also pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises or to a "newly acquired location" due to direct physical loss of or damage to property, other than at the described premises or at a "newly acquired location", caused by or resulting from any covered Cause of Loss. This coverage will apply for a period of up to two consecutive weeks from the date of that action.

**2.  Limit of Insurance**

The following provisions apply only to the Additional Coverages, Business Income and Extra Expense.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1984, 1986, 1990                Page 1 of 5

**a.** In the event of loss or damage to Covered Property which is covered by the following Additional Coverages:

**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;

**(2)** REFRIGERATED PRODUCTS;

**(3)** OFF-PREMISES UTILITY SERVICE FAILURE;

**(4)** MECHANICAL BREAKDOWN; or

**(5)** ORDINANCE OR LAW;

and you sustain actual loss of Business Income due to the necessary suspension of your "operations" during the "period of restoration" or incur necessary Extra Expense during the "period of restoration", we shall not pay more than the applicable Limit of Insurance shown in the Declarations for:

**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;

**(2)** REFRIGERATED PRODUCTS;

**(3)** OFF-PREMISES UTILITY SERVICE FAILURE;

**(4)** MECHANICAL BREAKDOWN; or

**(5)** ORDINANCE OR LAW;

for all loss or damage including Business Income and Extra Expense.

**b.** When a specific dollar amount is shown in the Declarations as the Limit of Insurance for BUSINESS INCOME AND EXTRA EXPENSE, and the loss of or damage to Covered Property is not covered by the following Additional Coverages:

**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;

**(2)** REFRIGERATED PRODUCTS;

**(3)** OFF-PREMISES UTILITY SERVICE FAILURE;

**(4)** MECHANICAL BREAKDOWN; or

**(5)** ORDINANCE OR LAW;

the Limit of Insurance shown in the Declarations for BUSINESS INCOME AND EXTRA EXPENSE is the most we will pay for the actual loss of Business Income you sustain due to the suspension of your "operations" during the "period of restoration" and necessary Extra Expense you incur during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises or at a "newly acquired location", including personal property in the open (or in a vehicle) within 100 feet caused by or resulting from any Covered Cause of Loss.

**c.** When the Limit of Insurance shown in the Declarations for BUSINESS INCOME AND EXTRA EXPENSE is shown as, ACTUAL LOSS SUSTAINED, and loss of or damage to Covered Property is not covered by the following Additional Coverages:

**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;

**(2)** REFRIGERATED PRODUCTS;

**(3)** OFF-PREMISES UTILITY SERVICE FAILURE;

**(4)** MECHANICAL BREAKDOWN; or

**(5)** ORDINANCE OR LAW;

we will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration" and necessary Extra Expense you incur during the "period of restoration" that occurs within 12 consecutive months after the date of direct physical loss of or damage to property at the described premises or at a "newly acquired location", including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from any Covered Cause of Loss. This is an additional amount of insurance.

**3.** The following conditions apply in addition to the Common Policy Conditions, Commercial Property Conditions and Commercial Property Loss Conditions.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1984, 1986, 1990

a.  **Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

(1) Pay its chosen appraiser; and

(2) Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

b.  **Duties In The Event Of Loss Or Damage**

If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

c.  **Limitation - Electronic Media and Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

(1) 60 consecutive days from the date of direct physical loss or damage; or

(2) The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises or at a "newly acquired location" due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

Example No. 1:

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1-September 1. Loss during the period September 2-October 1 is not covered.

Example No. 2:

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1-September 29 (60 consecutive days). Loss during the period September 30-October 15 is not covered.

d.  **Loss Determination**

(1) The amount of Business Income loss will be determined based on:

(a) The Net Income of the business if no loss or damage occurred;

(b) The likely Net Income of the business if no loss or damage occurred;

(c) The operation expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(d) Other relevant sources of information, including:

1) Your financial records and accounting procedures;

2)  Bills, invoices and other vouchers; and

3)  Deeds, liens or contracts.

(2)  The amount of Extra Expense will be determined based on:

(a)  All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred.  We will deduct from the total of such expenses:

1)  The salvage value that remains of any property bought for temporary use during the "period of restoration" once "operations" are resumed; and

2)  Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(b)  All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

(3)  **Resumption Of Operations**

We will reduce the amount of your:

(a)  Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises, at a "newly acquired location" or elsewhere.

(b)  Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

(4)  If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

e.  **Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

(1)  You have complied with all of the terms of this Coverage Part; and

(2)  (a)  We have reached agreement with you on the amount of loss; or

(b)  An appraisal award has been made.

4.  The following definitions apply only to this endorsement:

"**Newly Acquired Location**" means Buildings you acquire at locations, other than the described premises, intended for:

a.  Similar use as the building described in the Declarations; or

b.  Use as a warehouse.

Designation as a "newly acquired location" will end when any of the following first occurs:

a.  This policy expires.

b.  The number of days shown in the Declarations expire after you acquire the property.

c.  You report values to us.

d.  You secure other insurance for such property.

"**Operations**" mean your business activities occurring at the described premises or at a "newly acquired location".

"**Period of Restoration**" means the period of time that:

a.  Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises or at a "newly acquired location"; and

b.  Ends on the date when the property at the described premises or at a "newly acquired location" should be repaired, rebuilt or replaced with reasonable speed and similar quality.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1984, 1986, 1990

"Period of restoration" does not include any increased period required due to the enforcement of any law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration".

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1984, 1986, 1990

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54207 (6-00)

## SIGNS (ATTACHED AND DETACHED)

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A. COVERAGE, 4. Additional Coverages**, the following Additional Coverage is added:

**Signs**

(1)  We will pay for direct physical loss of or damage to:

(a)  your signs; or

(b)  signs owned by others in your care, custody or control;

caused by or resulting from any Covered Cause of Loss.

(2)  Under **A. COVERAGE, 2. Property Not Covered,** that portion of **p. (2)** that reads "signs (other than signs attached to buildings)" is deleted.

(3)  Under **C. LIMITS OF INSURANCE**, the second paragraph does not apply.  The most we will pay for loss or damage to each sign is the Limit of Insurance shown in the Declarations for SIGNS (ATTACHED AND DETACHED).  This is an additional amount of insurance.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**     54208 (6-00)

# ORDINANCE OR LAW

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

## A. Coverage

1. Coverage A - Coverage For Loss to the Undamaged Portion of the Building.

   If a Covered Cause of Loss occurs to covered Building property and a Limit of Insurance is shown in the Declarations under ORDINANCE OR LAW, we will pay for loss to the undamaged portion of the building caused by enforcement of any ordinance or law that:

   a. Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

   b. Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   c. Is in force at the time of loss.

2. Coverage B - Demolition Cost Coverage.

   If a Covered Cause of Loss occurs to covered Building property and a Limit of Insurance is shown in the Declarations under ORDINANCE OR LAW, we will pay the cost to demolish and clear the site of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law in force at the time of loss.

3. Coverage C - Increased Cost of Construction Coverage.

   If a Covered Cause of Loss occurs to covered Building property and a Limit of Insurance is shown in the Declarations under ORDINANCE OR LAW, we will pay for the increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use ordinance or law in force at the time of loss.  If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law in force at the time of loss.

   However, we will not pay for the increased cost of construction if the building is not repaired or replaced.

## B. Exclusion

The following exclusion applies only to the coverage provided by this endorsement:

We will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, cleanup, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

## C. Limit of Insurance

The most we shall pay for the total of all covered loss caused by the enforcement of any ordinance or law under Coverage A, Coverage B and Coverage C combined, is the Limit of Insurance shown in the Declarations for ORDINANCE OR LAW.  Subject to this Limit of Insurance the following loss payment provisions apply:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1989, 1990

1. Under Coverage A - Coverage for Loss to the Undamaged Portion of the Building:

   a. If the Replacement Cost Coverage Option applies and the property is repaired or replaced, on the same or another premises, we will not pay more for loss or damage to Covered Property caused by enforcement of an ordinance or law, than the lesser of:

      (1) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      (2) The Limit of Insurance shown in the Declarations under ORDINANCE OR LAW.

   b. If the Replacement Cost Coverage option applies and the property is not repaired or replaced or if the Replacement Cost Coverage option does not apply, we will not pay more for loss or damage to Covered Property caused by enforcement of an ordinance or law, than the lesser of:

      (1) The actual cash value of the building at the time of loss; or

      (2) The Limit of Insurance shown in the Declarations under ORDINANCE OR LAW.

2. Under Coverage B - Demolition Cost Coverage we will not pay more than the lesser of the following:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Limit of Insurance shown in the Declarations under ORDINANCE OR LAW.

3. Under Coverage C - Increased Cost of Construction Coverage:

   a. We shall not pay:

      (1) Until the property is actually repaired or replaced, at the same or another premises; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   b. If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, we will not pay more than the lesser of:

      (1) The increased cost of construction at the same premises; or

      (2) The Limit of Insurance shown in the Declarations under ORDINANCE OR LAW.

   c. If the ordinance or law requires relocation to another premises, we will not pay more than the lesser of:

      (1) The increased cost of construction at the new premises; or

      (2) The Limit of Insurance shown in the Declarations under ORDINANCE OR LAW.

4. In the event that the total amount paid under Coverage A, Coverage B and Coverage C combined does not exceed the Limit of Insurance shown in the Declarations for ORDINANCE OR LAW, you may, at your option, apply the remainder of this Limit of Insurance to your actual loss of Business Income or necessary Extra Expense, if any, subject to the terms and conditions of the Additional Coverage, Business Income and Extra Expense.

D. The terms of this endorsement apply separately to each building to which this endorsement applies.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1989, 1990

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54214 (6-00)

# VALUABLE PAPERS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.  Under the **A. COVERAGE, 4. Additional Coverages**, the following Additional Coverage is added:

**Valuable Papers**

We will pay for direct physical loss of or damage to your "valuable papers and records", caused by or resulting from any Covered Cause of Loss, while such papers and records are:

1.  inside a building at the described premises; or

2.  being moved outside the described premises; and

3.  temporarily at a premises, other than the described premises, except storage.  However, we shall pay no more than 10% of the Limit of Insurance shown in the Declarations for VALUABLE PAPERS.

This coverage does not apply to property:

1.  held as samples for sale or for delivery after the sale;

2.  which can not be replaced with property of like kind and quality; or

3.  which the trading of or transportation of is prohibited by law.

Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for VALUABLE PAPERS.  The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

The following additional definitions apply only to this Additional Coverage.

1.  **"Valuable Papers and Records"**:

    a.  means inscribed, written, or printed documents, manuscripts and records including: books, maps, films, drawings, abstracts, deeds and mortgages.

    b.  does not mean:

        (1)  "money" or "securities"; nor

        (2)  electronic recordings of any kind.

2.  **"Money"** means:

    a.  currency, coins, bank notes, bullion; and

    b.  travelers checks, register checks and money orders held for sale to the public.

3.  **"Securities"** means all negotiable and non-negotiable:

    a.  instruments; and

    b.  contracts;

    representing either "money" or other property and includes:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

Page 1 of 2

a. tokens, tickets, stamps; and

b. revenue;

in current use, but does not include "money".

2. The following exclusions apply only to this Additional Coverage. **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM does not apply to this Additional Coverage.

**Exclusions**

1. We do not cover under this form loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

   a. Seizure or destruction of property by order of governmental authority.  But we will pay for such acts of destruction taken at the time of a fire to prevent its spread if the fire would be covered under this form.

   b. Nuclear reaction, radiation, radioactive contamination, discharge of a nuclear weapon, however caused and whether controlled or uncontrolled, or any consequence of any of these.  We will cover direct loss resulting from fire if caused by any of these, if fire is covered elsewhere in this form.

   c. War (declared or undeclared), civil war, insurrection, rebellion or revolution.

   d. Wear and tear; inherent vice, hidden or latent defect; gradual deterioration; mechanical break down; insects vermin, rodents; depreciation; or by processing or any work on the property.  We will cover direct loss from fire or explosion which is caused by any of these.

   e. Corrosion, rusting, dampness of atmosphere, or extremes of temperature.

   f. Misappropriation, secretion, conversion, infidelity or any dishonest act by you or others or the employees or agents of either to whom the covered property may be entrusted.  This exclusion does not apply to carriers for hire.

   g. Bookkeeping, accounting or errors or omissions in processing or copying, unless fire or explosion ensues and then only for direct loss caused by such fire or explosion.

   h. Electrical or magnetic injury, disturbance or erasure of electronic recordings.  We do cover loss caused by lightning.

   i. Collapse except to the extent it is covered under **D. ADDITIONAL COVERAGE - COLLAPSE**.

2. Except as to ensuing loss or damage not otherwise excluded, we do not cover loss or damage resulting directly or indirectly from:

   a. Acts, omissions or decisions of any person, group, organization or governmental body.

   b. Faulty, inadequate or defective:

      (1) construction, reconstruction, repair, remodeling or renovation;
      (2) materials used in construction, reconstruction, repair, remodeling or renovation;
      (3) design, workmanship, specifications;
      (4) siting, surveying, zoning, planning, development, grading or compaction; or
      (5) maintenance;

      of a part or all of any property.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990                Page 2 of 2

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

54216 (6-00)

# SALESPERSON'S SAMPLES

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.  Under the **A. COVERAGE 4. Additional Coverages**, the following Additional Coverage is added:

    **Salesperson's Samples**

    We will pay for direct physical loss of or damage to samples of merchandise described which are:

    1.  owned by you while in your care, custody or control;

    2.  owned by you and in the care, custody or control of your salesperson and/or agents; or

    3.  while in transit, except by parcel post, between your premises and the salesperson and/or agent.

    caused by or resulting from any Covered Cause of Loss.

    This coverage does not apply to:

    1.  Jewelry, furs or articles consisting principally of fur;

    2.  Property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1000 feet of the described premises;

    3.  Property at or on the premises of your salespersons and/or agents; or

    4.  Merchandise intended for sale, which may be sold and shipped by you to others, or which has been purchased by you from others.

    Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for SALESPERSON'S SAMPLES.  The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

2.  The following exclusions apply only to this Additional Coverage.  **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM does not apply to this Additional Coverage.

    **Exclusions**

    We do not cover under this form loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

    1.  Seizure or destruction of property by order of governmental authority.  But we will pay for such acts of destruction taken at the time of a fire to prevent its spread if the fire would be covered under this form.

    2.  Nuclear reaction, radiation, radioactive contamination, discharge of a nuclear weapon, however caused and whether controlled or uncontrolled, or any consequence of any of these.  We will cover direct loss resulting from fire if caused by any of these, if fire is covered elsewhere in this form.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1987, 1990

3. War (declared or undeclared), civil war, insurrection, rebellion or revolution.

4. Wear and tear; inherent vice, hidden or latent defect; gradual deterioration; mechanical breakdown; insects vermin, rodents; depreciation; or by processing or any work on the property. We will cover direct loss from fire or explosion which is caused by any of these.

5. Corrosion, rusting, dampness of atmosphere, or extremes of temperature.

6. Misappropriation, secretion, conversion, infidelity or any dishonest act by you or other or the employees or agents of either to whom the covered property may be entrusted. This exclusion does not apply to carriers for hire.

7. Artificially generated electrical currents to electrical apparatus. We will cover loss or damage caused directly by ensuing fire or explosion.

8. Breakage, marring, scratching, tearing or denting, unless caused by: fire or lightning; aircraft; theft and/or attempted theft; cyclone, tornado or windstorm; earthquake; flood; explosion; malicious damage or collision, derailment or overturn of a transporting conveyance.

9. Mysterious or unexplained disappearance or from shortage disclosed by taking inventory.

10. Theft from any vehicle, unless at the time of the theft, there is actually in or upon such vehicle your salesperson, representative or a permanent employee, or a person whose sole duty it is to attend the vehicle. This exclusion shall not apply to property in the custody of a common carrier.

3. In addition to the conditions of this coverage form, the following conditions apply to this Additional Coverage. These additional conditions apply only to this Additional Coverage.

**Conditions**

1. **PAIR OR SET**

   In case of loss of or damage to any part of a pair or set, we may:

   (a) repair or replace any part of the pair or set to restore it to its value before the loss; or

   (b) pay the difference between the actual cash value of the property before and after the loss.

2. **PARTS**

   In case of loss or damage to any part of property covered, consisting of several parts when complete, we shall pay only for the value of the part lost or damaged.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1987, 1990

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

54217 (6-00)

# ELECTRONIC DATA PROCESSING EQUIPMENT

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

Under **A. COVERAGE, 4. Additional Coverages**, the following Additional Coverage is added:

**Electronic Data Processing Equipment**

**1. Covered Property**

We will pay for:

a.  direct physical loss of or damage to electronic equipment, component parts of such equipment, "media" and air conditioning equipment necessary for the operation of the electronic equipment:

(1)  which you own or which is in your care, custody or control; and

(2)  while located at the premises described in the Declarations; and

(3)  caused by or resulting from any Covered Cause of Loss.

We do not cover "laptop computers".

b.  your costs to research, replace or restore information on "media" which has incurred direct physical loss or damage.

**2. Exclusions**

The following exclusions apply only to this Additional Coverage.  **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM does not apply to this Additional Coverage.

We do not cover under this Additional Coverage, loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

a.  Loss or damage caused by:

(1)  corrosion or rusting;
(2)  dryness or dampness of atmosphere; or
(3)  extremes of temperature;

unless directly resulting from accidental direct physical damage to the data processing system's air conditioning equipment caused by a peril not excluded.

b.  Any dishonest, fraudulent or criminal act by:

(1)  you;
(2)  your partners; or
(3)  any of your officers, directors, or trustees;

whether acting alone or in collusion with others.

c.  Loss or damage caused by data processing "media" failure, while the "media" is being run through the system.  We will cover loss, damage or expense caused directly by ensuing fire or explosion.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990

Page 1 of 8

d.   Actual work upon, installation or testing of property covered.  We will cover loss caused by ensuing fire or explosion.

e.   Faulty construction or error in design of the property covered.  We will cover loss, damage or expense caused directly by ensuing fire or explosion.

f.   Delay or loss of market.

g.   Loss or damage to any "laptop computer".

**3.   Limit of Insurance**

a.   Our payment for electronic equipment, component parts of such equipment and air conditioning equipment necessary for the operation of such electronic equipment shall not exceed the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

b.   Our payment for "media" shall not exceed the smallest of the following:

(1)   the actual cost to repair, replace or reproduce the "media", including your costs to research, replace or restore information;

(2)   if the "media" is not repaired, replaced or reproduced, the value of blank "media"; or

(3)   the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

The Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT is the total limit of our liability for loss or damage to all Covered Property in any one occurrence at one location. With respect to Covered Property you do not own, we will pay no more than the amount for which you are legally liable.

The Additional Condition, Coinsurance does not apply to this Additional Coverage.

**4.   Coverage Extensions**

a.   **Property At Newly Acquired Or Temporary Locations**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from any Covered Cause of Loss at:

(1)   any location you acquire for similar occupancy or warehousing purposes; or

(2)   any temporary location, other than fairs or exhibitions, you acquire for similar occupancy or warehousing purposes;

other than at the premises shown in the Declarations, but within territorial limits.

The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

This coverage extension will stop:

(1)   60 days from your acquisition or use of such property;

(2)   on the date, values at such locations are reported to us; or

(3)   on the expiration date of the policy;

whichever comes first.

Additional premium shall be due and payable for values reported from the date the property arrives at such locations.

b.   **Newly Acquired Property**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990

We will pay for direct physical loss of or damage to property which you acquire of the same type as the property covered at any one location caused by or resulting from any Covered Cause of Loss.

The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

This coverage will stop:

(1)  60 days from your acquisition or use of such property;

(2)  on the date values of such property are reported to us; or

(3)  on the expiration date of the policy;

whichever occurs first.

Additional premium shall be due and payable for values reported from the date the property is acquired.

### 5. Additional Coverages

#### a. Transportation

You may apply up to $10,000, for any one occurrence for loss of or damage to property caused by:

(1)  fire; lightning; windstorm and hail; explosion; smoke; riot and civil commotion; and vandalism and malicious mischief;

(2)  the overturning, upset, or collision of the vehicle, transporting the insured property, with another vehicle object other than the road bed; or

(3)  theft of an entire shipping bale, case or package from a vehicle:

   (a)  while such property is in a fully enclosed and securely locked body or compartment; and

   (b)  theft results from forcible entry, evidenced by visible marks;

which occurs during transportation by motor vehicles you own, lease or operate.

We do not cover under this extension property held as samples, held for rental or sale or that you rent to others while in the care, custody or control or salespersons.

#### b. Business Income and Extra Expense

##### (1) Business Income

(a)  Subject to the Limit of Insurance provisions of this additional coverage, we will pay for the actual loss of Business Income you sustain as a direct result of the necessary suspension of your "operations" during the "period of restoration" caused by accidental direct physical loss of or damage to:

   1)  the electronic equipment or "media" covered by this Additional Coverage;

   2)  the building housing the electronic equipment or "media" that prevents access to and use of the electronic equipment or "media"; or

   3)  the air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 100 feet of the building;

caused by the perils insured against and subject to **2. Exclusions.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990                              Page 3 of 8

(b) We will also pay expenses you incur to reduce the covered loss. We will not pay for expenses:

    1) you incur to extinguish a fire; or

    2) expenses that exceed the amount by which the covered loss is reduced.

Business Income means the:

(1) net income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

(2) continuing normal operating expenses incurred, including payroll.

**(2) Extra Expense**

(a) Subject to the Limit of Insurance provisions of this additional coverage, we will pay necessary Extra Expense, other than loss of Business Income, you incur to continue "normal" operations of your business following accidental direct physical loss of or damage to:

    1) the electronic equipment or "media" covered by this Additional Coverage;

    2) the building housing the electronic equipment or "media" that prevents access to and use of the equipment or "media"; or

    3) the air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 100 feet of the building;

caused by the perils insured against and subject to **2. Exclusions.**

You must resume normal operation of your business as soon as practical.

(b) We will also cover the cost to repair, replace or restore:

    1) books of accounts, abstracts, drawings;

    2) card index systems; or

    3) other records or data such as film, tape, disks, drum, cell or other magnetic storage or recording "media" for electronic data processing;

that have been damaged or destroyed by perils we insure against, if such cost:

    1) exceeds the normal cost for such repair, replacement or restoration; and

    2) was incurred to reduce loss under this endorsement.

Extra Expense means expense incurred:

(1) To avoid or minimize the suspension of business and continue "operations":

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990

(a) At the described premises; or

(b) At replacement premises or at temporary locations, including:

    1) Relocation expenses; and

    2) Costs to equip and operate the replacement or temporary locations.

    3) To minimize the suspension of business if you cannot continue "operations".

    4) (a) To repair or replace any Covered Property; or

        (b) To research, replace or restore the lost information on damaged valuable papers and records:

        to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

**(3) Coverage Extension**

We extend Business Income and Extra Expense to include the actual loss or damage sustained by you which is a direct result of an interruption of the business as covered by this policy because access to the described business premises is prohibited by order of civil authority because of damage or destruction of property adjacent to the described premises by the perils insured against. Coverage applies while access is denied, but no longer than two consecutive weeks.

**(4) Exclusions**

The following exclusions apply to Business Income and Extra Expense provided by this Additional Coverage only, in addition to those contained in **2. Exclusions** above.

(a) We will not be liable for any increase in loss of Business Income or Extra Expense caused by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

    1) enforcement of any local or state ordinance or law regulating construction, repair or demolition of buildings or structures;

    2) interference at the described premises by strikers or other persons with:

        a) rebuilding, repairing or replacing the property; or

        b) resumption or continuation of business; or

    3) the suspension, lapse, or cancellation of any lease, license, contract or order beyond the period of restoration.

(b) We will not cover loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

1) theft of any property, which is not an integral part of a building or structure at the time of loss. We will cover direct loss that ensues from a peril not excluded in this policy. We will cover direct loss by pillage and looting which occurs during and at the immediate place of riot or civil commotion.

2) any other consequential or remote loss.

(5) **Limit of Insurance**

(a) Business Income

Subject to (c) below, we will pay only for loss of your Business Income that occurs during the "period of restoration", but not exceeding 12 consecutive months after the date of accidental direct physical loss of or damage to covered property, resulting from a Covered Cause of Loss.

(b) Extra Expense

Subject to (c) below, we will pay for necessary Extra Expense during the "period of restoration" starting with the date of damage or destruction. Payments under this coverage shall not be limited by the expiration of the policy.

(c) Our total payment for both Business Income and Extra Expense for any one occurrence shall not exceed $100,000.

(6) **Loss Determination**

(a) The amount of Business Income loss will be determined based on:

1) The Net Income of the business if no loss or damage occurred;

2) The likely Net Income of the business if no loss or damage occurred;

3) The operation expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

4) Other relevant sources of information, including;

a) Your financial records and accounting procedures;

b) Bills, invoices and other vouchers; and

c) Deeds, liens or contracts.

(b) The amount of Extra Expense will be determined based on:

1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

a) The salvage value that remains of any property bought for temporary use during the "period of restoration" once "operations" are resumed; and

b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990

    2)   All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

  (c)  Resumption Of Operations

    We will reduce the amount of your:

    1)   Business Income loss, other than Extra Expense, to the extent you can resume your "operations," in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

    2)   Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

  (d)  If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

(7) **Loss Payment - Business Income and Extra Expense**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

(1) You have complied with all of the terms of this Coverage Part; and

(2) (a) We have reached agreement with you on the amount of loss; or

    (b) An appraisal award has been made.

## 6. Definitions

The following definitions apply only to this Additional Coverage:

a. **"Laptop computer"** means portable data collectors, notebook (laptop) computers, subnote book computers, palmtop computers, handheld computers and portable or any similar computer. Laptop computer does not mean cellular phone, wireless phone or pager.

b. **"Media"** means materials on which information is recorded such as film, magnetic tope, paper tape, disks, drums, and cards. Media includes computer software.

c. **"Normal"** means the condition than would have existed had no loss occurred.

d. **"Operations"** means your business activities occurring at the described premises.

e. **"Period of Restoration"** means the period of time that:

(1) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(2) Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990

(2)  Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration".

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1987, 1990

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54218 (6-00)

# ACCOUNTS RECEIVABLE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.  Under **A. COVERAGE, 4. Additional Coverages**, the following Additional Coverage is added:

    **Accounts Receivable**

    We will pay:

    1.  all amounts your customers owe you that you cannot collect;

    2.  interest charges on loans you secure to offset impaired receipts until we pay these amounts;

    3.  collection costs in excess of normal; and

    4.  other expenses you reasonably incur to re-establish your records;

    which result from direct physical loss of or damage to your records of accounts receivable;

    1.  caused by or resulting from any Covered Cause of Loss; and

    2.  which occurs on the premises described in the Declarations.

    Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for ACCOUNTS RECEIVABLE.

2.  The following exclusions apply only to this Additional Coverage.  **B. EXCLUSIONS** of the CAUSE OF LOSS - SPECIAL FORM does not apply to this Additional Coverage.

    **Exclusions**

    1.  We do not cover loss caused directly or indirectly by any of the following, whether or not any cause or happening contributes concurrently or in any sequence to the loss:

        a.  Seizure or destruction of property by order of governmental authority.  But we will pay for such acts of destruction taken at the time of the fire to prevent its spread if the fire would by covered under this form.

        b.  Nuclear action, meaning nuclear reaction, radiation, radioactive contamination, however caused and whether controlled or uncontrolled, or any consequence of any of these.  Nuclear action includes the discharge of a nuclear weapon, even if accidental.

        c.  War (declared or undeclared), civil war, insurrection, rebellion or revolution.

        d.  Any dishonest act of:

            (1)  you or your employees;

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

Page 1 of 3

(2)  your authorized representatives; or

(3)  anyone entrusted with the property;

while working or not working and whether alone or in collusion with others.

e.  Bookkeeping, accounting or billing errors or omissions.

f.  Falsification, alteration, concealment or destruction of records done to conceal the wrongful giving, taking or withholding of money, securities or other property.  This exclusion applies only to the extent of the wrongful giving, taking or withholding.

g.  Electrical or magnetic injury, disturbance or erasure of electronic recordings.  But we do cover direct loss caused by lightning.

h.  Voluntary parting with any property by you or anyone entrusted with it if induced to do so by any fraudulent scheme, trick, device or false pretense.

2.  We will not pay for any loss that relies solely upon an audit of records on an inventory computation to prove its factual existence.

3.  Except as to ensuing loss not otherwise excluded, we do not cover loss resulting directly or indirectly from:

a.  Acts or decisions of any person, group, organization or governmental body, or their failure to act or decide.

b.  Faulty, inadequate or defective:

(1)  construction, reconstruction, repair, remodeling or renovation;

(2)  materials used in construction, reconstruction, repair, remodeling or renovation;

(3)  design, workmanship, specifications;

(4)  siting, surveying, zoning, planning, development, grading or compaction; or

(5)  maintenance;

of a part or all of any property.

4.  Except as to ensuing loss not otherwise excluded, we do not cover loss resulting directly or indirectly from collapse, unless;

a.  the loss involves collapse of a building or part of a building; and

b.  the collapse is caused by any of the following:

(1)  hidden decay, hidden insect damage or hidden vermin damage;

(2)  weight of people; contents, animals, equipment and/or furniture;

(3)  defective material or defective methods used in construction, reconstruction, renovation or remodeling;

(4)  weight of rain on a roof; or

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990                    Page 2 of 3

(5)  fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; breakage of glass; falling objects; weight of ice, snow or sleet; water damage; all only as covered in this form.

3.  In addition to the conditions of this coverage form, the following conditions apply to this Additional Coverage. These additional conditions apply only to this Additional Coverage.

    a.  **Protection of Records of Accounts Receivable**

    For coverage to apply under this Additional Coverage, you must keep all records of accounts receivable in a locked safe or vault when:

    (1)  you are not open for business; or

    (2)  you are not using such records; or

    (3)  such records are not removed from premises as permitted under the Additional Coverage, **Preservation of Property**.

    b.  The following is added to the Loss Payment Condition:

    (1)  If you cannot accurately establish the accounts receivable outstanding as of the time of loss or damage, the following method will be used:

      (a)  Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

      (b)  Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

    (2)  The following will be deducted from the total amount of accounts receivable, however that amount is established:

      (a)  The amount of the accounts for which there is no loss or damage;

      (b)  The amount of the accounts that you are able to re-establish or collect;

      (c)  An amount to allow for probable bad debts that you are normally unable to collect; and

      (d)  All unearned interest and service charges.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**    54219 (6-00)

# MONEY AND SECURITIES

This endorsement adds crime coverage to the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**A.  COVERAGE** - We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss.

    **1.  Section 1. - Inside The Premises**

        **a.  Covered Property:**  "Money" and "securities" inside the "premises" or a "banking premises".

        **b.  Covered Causes of Loss**

            **(1)** "Theft"

            **(2)** Disappearance

            **(3)** Destruction

        **c.  Coverage Extensions**

            **(1) Containers of Covered Property:**  We will pay for loss of, and loss from damage to, a locked safe, vault, cash register, cash box or cash drawer located in the "premises" resulting directly from an actual or attempted:

                **(a)** "Theft" of; or

                **(b)** Unlawful entry into

            those containers.

            **(2) Premises Damage:**  We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of Covered Property if you are the owner of the "premises" or are liable for damage to it.

    **2.  Section 2. - Outside The Premises**

        **a.  Covered Property:**  "Money" and "securities" outside the "premises" in the care and custody of a "messenger".

        **b.  Covered Causes of Loss**

            **(1)** "Theft"

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

**(2)** Disappearance

**(3)** Destruction

c. **Coverage Extension**

**Conveyance Of Property By Armored Motor Vehicle Company:** We will pay for loss of Covered Property resulting directly from the Covered Cause of Loss while outside the "premises" in the care and custody of an armored motor vehicle company.

But, we will pay only for the amount of loss you cannot recover:

**(1)** Under your contract with the armored motor vehicle company; and

**(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

The amount we pay under this Coverage Extension is part of, not in addition to the Limit of Insurance shown in the Declarations for MONEY AND SECURITIES.

## B. EXCLUSIONS

We will not pay for loss as specified below:

1. **Accounting or Arithmetical Errors or Omissions:** Loss resulting from accounting or arithmetical errors or omissions.

2. **Acts Committed by You or Your Partners:** Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

3. **Acts of Employees, Directors, Trustees or Representatives:** Loss resulting from any dishonest or criminal act committed by any of your "employees", directors, trustees or authorized representatives:

   a. Acting alone or in collusion with other persons; or

   b. While performing services for you or otherwise.

4. **Exchanges or Purchases:** Loss resulting from the giving or surrendering of property in any exchange or purchase.

5. **Fire:** Loss from damage to the "premises" resulting from fire, however caused.

6. **Governmental Action:** Loss resulting from seizure or destruction of property by order of governmental authority.

7. **Indirect Loss:** Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

   a. Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.          Page 2 of 9
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

**b.** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

**c.** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**8. Legal Expenses:** Expenses related to any legal action.

**9. Nuclear:** Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

**10. War and Similar Actions:** Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

**11. Money Operated Devices:** Loss of "property" contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**12. Transfer or Surrender of Property**

**a.** Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

**(1)** On the basis of unauthorized instructions; or

**(2)** As a result of a threat to do:

**(a)** Bodily harm to any person; or

**(b)** Damage to any property.

**b.** But, this exclusion does not apply under COVERAGE, Section 2. to loss of Covered Property while outside the "premises" in the care and custody of a "messenger" if you:

**(1)** Had no knowledge of any threat at the time the conveyance began; or

**(2)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**13. Vandalism:** Loss from damage to the "premises" or its exterior or to containers of Covered Property by vandalism or malicious mischief.

**14. Voluntary Parting of Title to or Possession of Property:** Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**C. LIMIT OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the Limit of Insurance shown in the Declarations for MONEY AND SECURITIES.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

**D. DEDUCTIBLE**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations for MONEY AND SECURITIES. We will then pay the amount of loss in excess of the Deductible Amount up to the Limit of Insurance.

**E. GENERAL CONDITIONS**

**1. Consolidation - Merger:** If through consolidation or merger with, or purchase of assets of, some other entity:

    **a.** Any additional persons become "employees"; or

    **b.** You acquire the use and control of any additional "premises";

any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises", but only if you:

    **a.** Give us written notice within 30 days thereafter; and

    **b.** Pay us an additional premium.

**2. Discovery Period for Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.

**3. Duties in the Event of Loss**

    **a.** After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

        **(1)** Notify us as soon as possible.

        **(2)** Submit to examination under oath at our request and give us a signed statement of your answers.

        **(3)** Give us a detailed, sworn proof of loss within 120 days.

        **(4)** Cooperate with us in the investigation and settlement of any claim.

    **b.** If you have reason to believe that any loss of or loss from damage to, Covered Property involves a violation of law, you must notify the police.

**4. Joint Insured**

    **a.** If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

    **b.** If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

    **c.** An "employee" of any Insured is considered to be an "employee" of every Insured.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

**d.** If this insurance or any of its coverages is canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

**e.** We will not pay more for loss sustained by more than one Insured than the amount we should pay if all the loss had been sustained by one Insured.

**5. Legal Action Against Us:** You may not bring any legal action against us involving loss:

**a.** Unless you have complied with all the terms of this insurance;

**b.** Until 90 days after you have filed proof of loss with us; and

**c.** Unless brought within 2 years from the date you discover the loss.

**6. Loss Covered Under More Than One Coverage of This Insurance:** If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

**a.** The actual amount of loss; or

**b.** The sum of the limits of insurance applicable to those coverages.

**7. Loss Sustained During Prior Insurance**

**a.** If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

**(1)** This insurance became effective at the time of cancellation or termination or the prior insurance; and

**(2)** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

**b.** The insurance under this Condition is part of, not in addition to, the Limits of Insurance and is limited to the lesser of the amount recoverable under:

**(1)** This insurance as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**8. Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:** If any loss is covered:

**a.** Partly by this insurance; and

**b.** Partly by any prior canceled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

9. **Non-Cumulation of Limit of Insurance:** Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

10. **Other Insurance:** This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity, but not or more than the Limit of Insurance.

11. **Ownership of Property; Interests Covered:** The property covered under this insurance is limited to property:

    a. That you own or hold; or

    b. For which you are legally liable.

    However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

12. **Policy Period**

    a. The Policy Period is shown in the Declarations.

    b. Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

13. **Records:** You must keep records of all Covered Property so we can verify the amount of any loss.

14. **Recoveries**

    a. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

       (1) To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any:

       (2) Then to us, until we are reimbursed for the settlement made;

       (3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

    b. Recoveries do not include any recovery:

       (1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

       (2) Of original "securities" after duplicates of them have been issued.

15. **Territory:** This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone or Canada.

16. **Transfer of Your Rights of Recovery Against Others to Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**17. Valuation - Settlement**

a. Subject to the Limit of Insurance provision we will pay for:

(1) Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America;

(a) At face value in the "money" issued by that country; or

(b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

(2) Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

(a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities";

(b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities." However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

1) Value of the "securities" at the close of the business on the day the loss was discovered; or

2) Limit of Insurance.

(3) Loss of, or loss from damage to "property other than money and securities" or loss from damage to the "premises" for not more than the:

(a) Actual cash value of the property on the day the loss was discovered;

(b) Cost of repairing the property or "premises"; or

(c) Cost of replacing the property with property of like kind and quality.

We may, at our option, pay the actual cash value of the property or repair or replace it.

If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

b. We may, at our option, pay for loss of, or loss from damage to, property other than "money":

(1) In the "money" of the country in which the loss occurred; or

(2) In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

c. Any property that we pay for or replace becomes our property.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

**F. DEFINITIONS**

1. **"Banking Premises"** means the interior of that portion of any building occupied by a banking institution or similar safe depository.

2. **"Employee"** means:

   **a.** Any natural person:

      **(1)** While in your service (and for 30 days after termination of service);

      **(2)** whom you compensate directly by salary, wages or commissions; and

      **(3)** whom you have the right to direct and control while performing services for you; or

   **b.** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding however, any such person while having care and custody of property outside the "premises".

      But "employee" does not mean any:

      **(1)** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

      **(2)** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

3. **"Messenger"** means you, any of your partners or any "employee" while having care and custody of the property outside the "premises".

4. **"Money"** means:

   **a.** Currency, coins and bank notes in current use and having a face value; and

   **b.** Travelers checks, register checks and money orders held for sale to the public.

5. **"Occurrence"** means an:

   **a.** Act or series of related acts involving one or more persons; or

   **b.** Act or event, or a series of related acts or events not involving any person.

6. **"Premises"** means the interior of that portion of any building you occupy in conducting your business.

7. **"Property Other Than Money and Securities"** means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Coverage Form as Property Not Covered.

8. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.    Page 8 of 9
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

9. "**Theft**" means any act of stealing.

10. "**Watchperson**" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

All other policy terms and conditions apply.

54220 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FORGERY OR ALTERATION

This endorsement adds Crime Coverage to the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

## A.  COVERAGE

We will pay for loss involving Covered Instruments resulting directly from the Covered Causes of Loss.

1.  **Covered Instruments:**  Checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

    a.  Made or drawn by or drawn upon you;

    b.  Made or drawn by one acting as your agent; or

    that are purported to have been so made or drawn.

2.  **Covered Cause of Loss:**  Forgery or alteration of, on or in any Covered Instrument.

3.  **Coverage Extension**

    **Legal Expenses:**  If you are sued for refusing to pay any Covered Instrument on the basis that it has been forged or altered, and you have our written consent to defend the suit, we will pay for any reasonably legal expenses that you incur and pay in that defense.  The amount we will pay under this extension is in addition to the Limit of Insurance applicable to this insurance.

## B.  EXCLUSIONS

We will not pay for loss as specified below:

1.  **Acts Committed by You or Your Partners:**  Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

2.  **Acts of Employees, Directors, or Trustees:**  We will not pay for loss resulting from any dishonest or criminal act committed by any of your "employees", directors, or trustees:

    a.  Whether acting alone or in collusion with other persons; or

    b.  Whether while performing services for you or otherwise.

3.  **Governmental Action:**  Loss resulting from seizure or destruction or property by order of governmental authority.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

Page 1 of 7

4. **Indirect Loss:** Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

   a. Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Instruments.

   b. Payment of damages of any type for which you are legally liable.  But, we will pay compensatory damages arising directly from a loss covered under this insurance.

   c. Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

5. **Legal Expenses:**  Expenses related to any legal action.

6. **Nuclear:**  Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

7. **War and Similar Actions:**  Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## C. LIMIT OF INSURANCE

The most we will pay for loss in any one "occurrence" is the Limit of Insurance shown in the Declarations for FORGERY AND ALTERATION.

## D. DEDUCTIBLE

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations for FORGERY AND ALTERATION.  We will then pay the amount of loss in excess of the Deductible Amount up to the Limit of Insurance.  This provision does not apply to legal expenses paid under the Coverage Extension.

## E. GENERAL CONDITIONS

1. **Consolidation - Merger:**  If through consolidation or merger with, or purchase of assets of, some other entity:

   a. Any additional persons become "employees"; or

   b. You acquire the use and control of any additional "premises";

   any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises", but only if you:

   a. Give us written notice within 30 days thereafter; and

   b. Pay us an additional premium.

2. **Discovery Period for Loss:**  We will pay only for covered loss discovered no later than one year from the end of the policy period.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

3. **Duties in the Event of Loss:**  After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Instruments you must:

   **a.**  Notify us as soon as possible.

   **b.**  Submit to examination under oath at our request and give us a signed statement of your answers.

   **c.**  Give us a detailed, sworn proof of loss within 120 days.

   **d.**  Cooperate with us in the investigation and settlement of any claim.

4. **Joint Insured**

   **a.**  If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance.  If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

   **b.**  If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

   **c.**  An "employee" of any Insured is considered to be an "employee" of every Insured.

   **d.**  If this insurance or any of its coverages is canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

   **e.**  We will not pay more for loss sustained by more than one Insured than the amount we should pay if all the loss had been sustained by one Insured.

5. **Legal Action Against Us:**  You may not bring any legal action against us involving loss:

   **a.**  Unless you have complied with all the terms of this insurance;

   **b.**  Until 90 days after you have filed proof of loss with us; and

   **c.**  Unless brought within 2 years from the date you discover the loss.

6. **Loss Covered Under More Than One Coverage of This Insurance:**  If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

   **a.**  The actual amount of loss; or

   **b.**  The sum of the limits of insurance applicable to those coverages.

7. **Loss Sustained During Prior Insurance**

   **a.**  If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

      **(1)**  This insurance became effective at the time of cancellation or termination of the prior insurance; and

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

(2) The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

b. The insurance under this Condition is part of, not in addition to, the Limits of Insurance and is limited to the lesser of the amount recoverable under:

(1) This insurance as of its effective date; or

(2) The prior insurance had it remained in effect.

8. **Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:**  If any loss is covered:

a. Partly by this insurance; and

b. Partly by any prior canceled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

9. **Non-Cumulation of Limit of Insurance:**  Regardless of the number of years  this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

10. **Other Insurance:**  This insurance does not apply to loss recoverable or recovered under other insurance or indemnity.  However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity, but not or more than the Limit of Insurance.

11. **Ownership of Property; Interests Covered:**  The property covered under this insurance is limited to property:

a. That you own or hold; or

b. For which you are legally liable.

However, this insurance is for your benefit only.  It provides no rights or benefits to any other person or organization.

12. **Policy Period**

a. The Policy Period is shown in the Declarations.

b. Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

13. **Records:**  You must keep records of all Covered Instruments so we can verify the amount of any loss.

14. **Recoveries**

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

a.   Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

    **(1)**  To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any:

    **(2)**  Then to us, until we are reimbursed for the settlement made;

    **(3)**  Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

**b.**  Recoveries do not include any recovery:

    **(1)**  From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

    **(2)**  Of original "securities" after duplicates of them have been issued.

**15. Territory:**  This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone or Canada.

**16. Transfer of Your Rights of Recovery Against Others to Us:**  You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**17. Valuation - Settlement**

**a.**  Subject to the Limit of Insurance provision we will pay for:

    **(1)**  Loss of "money" but only up to and including its face value.  We may, at our option, pay for loss of "money" issued by any country other than the United States of America;

        **(a)**  At face value in the "money" issued by that country; or

        **(b)**  In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

    **(2)**  Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered.  We may, at our option:

        **(a)**  Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities";

        **(b)**  Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities".  However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

            **i.**  Value of the "securities" at the close of the business on the day the loss was discovered; or

            **ii.**  Limit of Insurance.

    **(3)**  Loss of, or loss from damage to "property other than money and securities" or loss from damage to the "premises" for not more than the:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

**(a)** Actual cash value of the property on the day the loss was discovered;

**(b)** Cost of repairing the property or "premises"; or

**(c)** Cost of replacing the property with property of like kind and quality.

We may, at our option, pay the actual cash value of the property or repair or replace it.

If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

**b.** We may, at our option, pay for loss of, or loss from damage to, property other than "money:"

**(1)** In the "money" of the country in which the loss occurred; or

**(2)** In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

**c.** Any property that we pay for or replace becomes our property.

**18. Facsimile Signatures:** We will treat mechanically reproduced facsimile signatures the same as handwritten signatures.

**19. Proof of Loss:** You must include with your proof of loss any instrument involved in that loss, or if that is not possible, an affidavit setting forth the amount and cause of loss.

## F. DEFINITIONS

**1.** **"Employee"** means:

**a.** Any natural person:

**(1)** While in your service (and for 30 days after termination of service);

**(2)** Whom you compensate directly by salary, wages or commissions; and

**(3)** Whom you have the right to direct and control while performing services for you; or

**b.** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding however, any such person while having care and custody of property outside the "premises".

But "employee" does not mean any:

**(1)** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

2.  "**Money**" means:

    a.  Currency, coins and bank notes in current use and having a face value; and

    b.  Travelers checks, register checks and money orders held for sale to the public.

3.  "**Occurrence**" means all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

4.  "**Property Other Than Money and Securities**" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Coverage Form and Property Not Covered.

5.  "**Securities**" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

    a.  Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    b.  Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money".

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

54221 (6-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE DISHONESTY

This endorsement adds Crime Coverage to the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**A.  COVERAGE**

We will pay for loss involving Covered Instruments resulting directly from the Covered Cause of Loss.

1.  **Covered Property:** "Money", "securities", and "property other than money and securities".

2.  **Covered Cause of Loss:** "Employee Dishonesty".

3.  **Coverage Extension**

    **Employee Temporarily Outside Coverage Territory:** We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory General Condition for a period not more than 90 days.  The amount we pay under this Coverage Extension is part of, not in addition to, the Limit of Insurance shown in the Declarations for EMPLOYEE DISHONESTY.

**B.  EXCLUSIONS**

We will not pay for loss as specified below:

1.  **Acts Committed by You or Your Partners:**  Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

2.  **Governmental Action:**  Loss resulting from seizure or destruction or property by order of governmental authority.

3.  **Indirect Loss:**  Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

    a.  Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

    b.  Payment of damages of any type for which you are legally liable.  But, we will pay compensatory damages arising directly from a loss covered under this insurance.

    c.  Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

4.  **Legal Expenses:**  Expenses related to any legal action.

5.  **Nuclear:**  Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

6.  **War and Similar Actions:**  Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

7. **Employee Cancelled Under Prior Insurance:** Loss caused by any "employee" of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

8. **Inventory Shortages:** Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

   a. An inventory computation; or

   b. A profit and loss computation.

## C. LIMIT OF INSURANCE

The most we will pay for loss in any one "occurrence" is the Limit of Insurance shown in the Declarations for EMPLOYEE DISHONESTY.

## D. DEDUCTIBLE

1. We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations for EMPLOYEE DISHONESTY. We will then pay the amount of loss in excess of the Deductible Amount up to the Limit of Insurance. This provision does not apply to legal expenses paid under the Coverage Extension.

2. You must:

   a. Give us notice as soon as possible of any loss of the type insured under this Coverage Form even though it falls entirely within the Deductible Amount.

   b. Upon our request, give us a statement describing the loss.

## E. GENERAL CONDITIONS

1. **Consolidation - Merger:** If through consolidation or merger with, or purchase of assets of, some other entity:

   a. Any additional persons become "employees"; or

   b. You acquire the use and control of any additional "premises";

   any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises", but only if you:

   a. Give us written notice within 30 days thereafter; and

   b. Pay us an additional premium.

2. **Discovery Period for Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.

3. **Duties in the Event of Loss:** After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

   a. Notify us as soon as possible.

   b. Submit to examination under oath at our request and give us a signed statement of your answers.

   c. Give us a detailed, sworn proof of loss within 120 days.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

   **d.** Cooperate with us in the investigation and settlement of any claim.

**4. Joint Insured**

   **a.** If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance.  If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

   **b.** If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

   **c.** An "employee" of any Insured is considered to be an "employee" of every Insured.

   **d.** If this insurance or any of its coverages is canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

   **e.** We will not pay more for loss sustained by more than one Insured than the amount we should pay if all the loss had been sustained by one Insured.

**5. Legal Action Against Us:**  You may not bring any legal action against us involving loss:

   **a.** Unless you have complied with all the terms of this insurance;

   **b.** Until 90 days after you have filed proof of loss with us; and

   **c.** Unless brought within 2 years from the date you discover the loss.

**6. Loss Covered Under More Than One Coverage of This Insurance:**  If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

   **a.** The actual amount of loss; or

   **b.** The sum of the limits of insurance applicable to those coverages.

**7. Loss Sustained During Prior Insurance**

   **a.** If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

      **(1)** This insurance became effective at the time of cancellation or termination or the prior insurance: and

      **(2)** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

   **b.** The insurance under this Condition is part of, not in addition to, the Limits of Insurance and is limited to the lesser of the amount recoverable under:

      **(1)** This insurance as of its effective date; or

      **(2)** The prior insurance had it remained in effect.

**8. Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:**  If any loss is covered:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

   **a.** Partly by this insurance; and

   **b.** Partly by any prior canceled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

9. **Non-Cumulation of Limit of Insurance:** Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

10. **Other Insurance:** This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity, but not or more than the Limit of Insurance.

11. **Ownership of Property; Interests Covered:** The property covered under this insurance is limited to property:

   **a.** That you own or hold; or

   **b.** For which you are legally liable.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

12. **Policy Period**

   **a.** The Policy Period is shown in the Declarations.

   **b.** Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

13. **Records:** You must keep records of all Covered Property so we can verify the amount of any loss.

14. **Recoveries**

   **a.** Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

      **(1)** To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any:

      **(2)** Then to us, until we are reimbursed for the settlement made;

      **(3)** Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

   **b.** Recoveries do not include any recovery:

      **(1)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

      **(2)** Of original "securities" after duplicates of them have been issued.

15. **Territory:** This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone or Canada.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

16. **Transfer of Your Rights of Recovery Against Others to Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

17. **Valuation - Settlement**

   a. Subject to the Limit of Insurance provision we will pay for:

      (1) Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America;

         (a) At face value in the "money" issued by that country; or

         (b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

      (2) Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

         (a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities";

         (b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

            i.   Value of the "securities" at the close of the business on the day the loss was discovered; or

            ii.  Limit of Insurance.

      (3) Loss of, or loss from damage to "property other than money and securities" or loss from damage to the "premises" for not more than the:

         (a) Actual cash value of the property on the day the loss was discovered;

         (b) Cost of repairing the property or "premises"; or

         (c) Cost of replacing the property with property of like kind and quality.

         We may, at our option, pay the actual cash value of the property or repair or replace it.

         If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

   b. We may, at our option, pay for loss of, or loss from damage to, property other than "money":

      (1) In the "money" of the country in which the loss occurred; or

      (2) In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

   c. Any property that we pay for or replace becomes our property.

18. **Cancellation As To any Employee:** This insurance is cancelled as to any "Employee":

   a. Immediately upon discovery by:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

**(1)** You, or

**(2)** Any of your partners, officers or directors not in collusion with the "employee";

of any dishonest act committed by that "employee" whether before or after becoming employed by you.

**b.** On the date specified in a notice mailed to you. That date will be least 30 days after the date of mailing. The notice will be mailed to you at your last mailing address known to us.

## F. DEFINITIONS

**1.** **"Employee"** means:

    **a.** Any natural person:

        **(1)** While in your service (and for 30 days after termination of service);

        **(2)** Whom you compensate directly by salary, wages or commissions; and

        **(3)** Whom you have the right to direct and control while performing services for you; or

    **b.** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding however, any such person while having care and custody of property outside the "premises".

    But "employee" does not mean any:

        **(1)** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

        **(2)** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

**2.** **"Employee Dishonesty"** in paragraph A.2. means only dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

    **(1)** Cause you to sustain loss; and also

    **(2)** Obtain financial benefit (other than employee benefits earned in the normal course of employment, including: salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions) for:

        **(a)** The "employee"; or

        **(b)** any person or organization intended by the "employee" to receive that benefit.

**3.** **"Money"** means:

    **a.** Currency, coins and bank notes in current use and having a face value; and

    **b.** Travelers checks, register checks and money orders held for sale to the public.

**4.** **"Occurrence"** means all loss caused by, or involving one or more "employees", whether the result of a single act or series or acts.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

5.  "**Property Other Than Money and Securities**" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Coverage Form and Property Not Covered.

6.  "**Securities**" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

    a.  Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    b.  Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money."

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

54223 (6-00)

## GLASS BREAKAGE

This endorsement modifies insurance under the CAUSES OF LOSS - SPECIAL FORM.

Under **C**. **LIMITATIONS**, paragraph **2.** is deleted and replaced by the following:

2.    We will not pay more for loss of or damage to glass that is part of a building or structure than the Limit of Insurance shown in the Declarations for GLASS BREAKAGE for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter.  We will not pay more than the Limit of Insurance shown in the Declaration for GLASS BREAKAGE for all loss or damage to building glass that occurs at any one time.

       This Limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

54334 (4-06)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OFF-PREMISES UTILITY SERVICE FAILURE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME AND EXTRA EXPENSE
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.  Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

    **Off-Premises Utility Service Failure**

    In the event of the interruption of utility service to the premises described in the Declarations, we shall pay for loss of or damage to Covered Property, actual loss of Business Income and necessary Extra Expense.  The interruption must result from direct physical damage by a Covered Cause of Loss to the property of your "local utility service".

2.  The most we shall pay for all loss or damage to Covered Property, actual loss of Business Income and necessary Extra Expense in any one loss is the Limit of Insurance shown in the Declarations for OFF-PREMISES UTILITY SERVICE FAILURE.  Payment for your actual loss of Business Income and necessary Extra Expense, if any, will be subject to the terms and conditions of the Additional Coverage, BUSINESS INCOME AND EXTRA EXPENSE except **2. Limit of Insurance** does not apply and **4.** is deleted and replaced by the following:

    **"Operations"**, means your business activities occurring at the described premises.

    **"Period of Restoration"**, means the period of time that:

    a.  Begins with the interruption of utility service to the premises described in the Declarations caused by direct physical loss or damage by a Covered Cause of Loss to the property of your "local utility service"; and

    b.  Ends on the date when the interruption of utility service to the premises described in the Declarations is restored.

    "Period of restoration" does not include any increased period required due to the enforcement of any law that:

    (1)  Regulates the  construction, use or repair, or requires the tearing down of any property; or

    (2)  Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

    The expiration date of this policy will not cut short the "period of restoration".

3.  **Exclusions**

    The following exclusions apply only to this endorsement:

    a.  **Perishable Stock**

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Office, Inc., 1983, 1990

Page 1 of 2

We will not pay for loss or damage to "perishable stock".

**b. Power or Other Utility Grid Failure**

Under the CAUSES OF LOSS - SPECIAL FORM, B. EXCLUSIONS, exclusion 1.e. Off-Premises Services is deleted and replaced by the following:

**e. Off-Premises Services**

We shall not pay for loss or damage caused by or resulting from the failure to supply "communication supply services", "power supply services" or "water supply services" from any regional or national grid.

**4. Definitions**

The following definitions apply only to this Additional Coverage:

**a.** "**Communication Supply Services**", meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, that are not located on a described premises and not rented, leased or owned by any insured, such as:

   **(1)** Communication transmission lines, including optic fiber transmission lines;

   **(2)** Coaxial cables; and

   **(3)** Microwave radio relays except satellites.

**b.** "**Local Utility Service**", means your billing entity, repair entity or service entity directly supplying your "communication supply services", "power supply services" or "water supply services" to the premises described in the Declarations.

**c.** "**Perishable Stock**", means merchandise held in storage or for sale that is refrigerated for preservation and is susceptible to loss or damage if the refrigeration fails.

**d.** "**Power Supply Services**", meaning the following types of property supplying electricity, steam or gas to the described premises, that are not located on a described premises and not rented, leased or owned by any insured:

   **(1)** Utility generating plants;

   **(2)** Switching stations;

   **(3)** Substations;

   **(4)** Transformers; and

   **(5)** Transmission lines.

**e.** "**Water Supply Services**", mean the following types of property supplying water to the described premises, that are not located on a described premises and not rented, leased or owned by any insured:

   **(1)** Pumping stations; and

   **(2)** Water mains.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Office, Inc., 1983, 1990

54338 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FINE ARTS, COLLECTIBLES AND
# MEMORABILIA - BLANKET COVERAGE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1.  Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

    **Fine Arts, Collectibles and Memorabilia - Blanket Coverage**

    **a.  Coverage**

    We will pay for direct physical loss or damage to fine arts, collectibles and memorabilia owned by you while located within the United States of America and Canada.

    **b.  Perils We Insure Against**

    The Covered Cause Of Loss Form shown in the Declarations, does not apply to this Additional Coverage.

    We cover RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

    (1) Excluded in c. Exclusions, immediately below; or

    (2) Limited by any other provision of this policy.

    **c.  Exclusions**

    We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    (1) Wear and tear.

    (2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that caused it to damage or destroy itself.

    (3) Insects, birds, rodents, or other animals or vermin.

    (4) Nuclear reaction or radiation, or radioactive contamination, however caused.  But if loss or damage by fire results, we will pay for that resulting loss or damage.

    (5) War, including undeclared or civil war; warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

    (6) An action committed by you or at your direction with the intent to cause loss or damage.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1990          Page 1 of 3

**(7)** Damage caused by any repairing, restoration or retouching process.

**(8)** Breakage of art glass windows, statuary, marble, glassware, bric-a-brac, porcelains and similar fragile articles unless caused by:

    **(a)** Fire or lightning;

    **(b)** Aircraft;

    **(c)** Theft or attempted theft;

    **(d)** Windstorm or hail;

    **(e)** Earthquake;

    **(f)** Flood or storm surge;

    **(g)** Malicious damage; or

    **(h)** Collision, derailment or overturn of conveyance;

    except as we may state otherwise.

**(9)** Loss to fine arts, collectibles or memorabilia on exhibition at any premises other than the premises described in the Declarations.

**(10)** Mysterious disappearance unless the loss is a direct result of forcible entry of which there is visible evidence.

**d. Limit Of Insurance**

We will pay no more than the smallest of either:

**(1)** The cost to replace damaged property with new property of similar quality and features reduced by the amount of decrease in value because of age, wear, obsolescence or market value applicable to the damaged property immediately prior to the loss; or

**(2)** The Limit of Insurance shown in the Declarations for FINE ARTS, COLLECTIBLES OR MEMORABILIA - BLANKET INSURANCE.

In no event shall our payment for all items in any one loss exceed the Limit of Insurance shown in the Declarations for FINE ARTS, COLLECTIBLES OR MEMORABILIA - BLANKET INSURANCE.

This is an additional amount of insurance.

**e. Deductible**

No deductible applies to this Additional Coverage.

**f. Conditions**

**(1)** In case of loss of or damage to any part of a pair or set, we may:

    **(a)** repair or replace any part of the pair or set to restore it to its value before the loss; or

    **(b)** pay the difference between the actual cash value of the property before and after the loss.

**(2)** In case of loss or damage to any part of property covered, consisting of several parts when complete, we shall pay only for the value of the part lost or damaged.

**2.** Under **A. COVERAGE**, **b. Your Business Personal Property**, **2. Property Not Covered**, the following property is added:

Fine arts, collectibles and memorabilia.

**3.** Under **F. ADDITIONAL CONDITIONS**, **1. Coinsurance**, does not apply to this coverage.

**4.** Under **C. LIMITATIONS**, paragraph **3. c.** does not apply to this Additional Coverage.

**5.** The following **Definitions** apply to this endorsement only:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1990

a. **Fine arts** mean paintings, etchings, pictures, tapestries, art glass windows and other bona fide works of art of rarity, historical value or artistic merit.

b. **Collectibles** mean objects collected as a hobby, for display or as an investment whose value may appreciate.

c. **Memorabilia** means objects valued for their connection to historical events, culture, entertainment or experiences worthy of remembrance.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1990

54339 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BAILEES COVERAGE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1.  Under **A. COVERAGE, 4. Additional Coverages**, the following Additional Coverage is added:

    **Bailees Coverage**

    a.  **Covered Property**

        We will pay for direct physical loss or damage to the property of others that:

        (1)  Is in your possession or in the possession of any of your employees; or

        (2)  Is being transported by you, any of your employees, a public carrier or mail service.

        We will also cover your actual incurred cost for labor and materials.

    b.  **Property Not Covered**

        We do not cover:

        (1)  Property held for storage or for which a storage charge is made.  If you do not have instructions from the owner of the goods to store goods held by you, such goods are not considered stored.

        (2)  Property while in the possession of any person, company or corporation other than you, your employees, a public carrier or mail service.

        (3)  Any land motor vehicle.

        (4)  Watercraft.

        (5)  Aircraft including objects falling from aircraft.

        (6)  Animals, fish, fowl, reptiles or amphibians.

        (7)  Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities.  Lottery tickets held for sale are not securities.

        (8)  Contraband or property in the course of illegal transportation or trade.

    c.  **Perils We Insure Against**

        The Covered Cause Of Loss Form shown in the Declarations, does not apply to this coverage.

        We cover direct physical loss or damage to property covered caused by:

        (1)  Fire and lightning;

        (2)  Windstorm or hail;

        (3)  Explosion;

        (4)  Collision meaning accidental impact of the transporting vehicle with any other vehicle or object including overturning of the transporting vehicle or collapse of bridges;

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1990.          Page 1 of 2

(5) Strikers, locked-out workmen or persons taking part in labor disturbances; riots and civil commotions;

(6) Aircraft including objects falling from aircraft;

(7) Flood, meaning rising of navigable waters;

(8) Earthquake;

(9) Sprinkler leakage;

(10) Burglary, if there are signs of forcible entry into the premises or delivery vehicle;

(11) Robbery from you, any of your employees, a public carrier or mail service;

(12) Transportation risks by public carriers or mail service; and

(13) Confusion of goods resulting from any of the above perils.

**d.  Exclusions**

We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

(1) Nuclear reaction or radiation, or radioactive contamination, however caused.  But if loss or damage by fire results, we will pay for that resulting loss or damage.

(2) War, including undeclared or civil war; warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

(3) Misappropriation, secretion, conversion, infidelity or any dishonest act by you or others or the employees or agents of either to whom the covered property may be entrusted.  This exclusion does not apply to carriers for hire.

(4) Delay.

(5) Vandalism or malicious mischief.

(6) Burglary of property left in your delivery vehicles overnight unless locked and in your building which you occupy.

**e.  Limit Of Insurance**

We will pay no more than the smallest of either:

(1) The cost to replace damaged property with new property of similar quality and features reduced by the amount of decrease in value because of age, wear, obsolescence or market value applicable to the damaged property immediately prior to the loss; or

(2) The Limit of Insurance shown in the Declarations for BAILEES COVERAGE.

This is an additional amount of insurance.

Our payment for loss of or damage to property of others will only be for the account of the owner of the property.

**f.  Deductible**

No deductible applies to this Additional Coverage.

**2.  Coinsurance**

The Additional Condition, Coinsurance does not apply to this Additional Coverage.

**3.  B. EXCLUSIONS** does not apply to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1986, 1990.                    Page 2 of 2

54843 (10-09)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

1. The **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is amended as follows:

   a. **A. COVERAGE**, **4. Additional Coverages** is amended as follows:

      (1) **d. Pollutant Clean Up and Removal** is deleted and replaced by the following as it applies to this endorsement only:

         d. **Pollutant Clean Up and Removal**

            We will pay for the pollutant clean up, removal, repair or replacement of damaged Covered Property resulting from an "Equipment Breakdown". The amount we pay is subject to the Limits of Insurance Section.

            This coverage does not include contamination of perishable stock by a refrigerant.

      (2) The following **Additional Coverages** are added:

         (a) **Expediting Expenses**

            We will pay for the expediting expense loss resulting from an "Equipment Breakdown" with respect to your damaged Covered Property. We will pay the "reasonable extra cost" to:

   1) Make temporary repairs;

   2) Expedite permanent repairs; or

   3) Expedite permanent replacement.

   "Reasonable extra cost" shall mean "the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation". The amount we pay is subject to the Limits of Insurance Section.

         (b) **Refrigerant Contamination**

            We will pay for loss to your Covered Property that is damaged by contamination by a refrigerant used in the refrigerating, cooling or humidity control equipment at the described premises as a result of an "Equipment Breakdown". The amount we pay is subject to the Limits of Insurance Section.

         (c) **Spoilage Coverage**

            We will pay for loss of perishable goods due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by an "Equipment

Breakdown" to types of property cov-
ered by this policy, that are:

1) Located on or within 1,000 feet of
your described premises; and

2) Owned by you, the building owner
(if you are a tenant), or owned by
a public utility, or other supplier
with whom you have a contract to
supply you with any of the follow-
ing services: electrical power,
waste disposal, air conditioning,
refrigeration, heating, natural gas,
compressed air, water, steam,
internet access, telecommunica-
tions services, wide area networks
or data transmission.

However, we will not pay for any
physical loss or damage caused by or
resulting from any of the causes of
loss listed below, unless loss or dam-
age not otherwise excluded results,
then we will pay for such resulting
damage:

1) Fire, lightning, combustion explo-
sion, windstorm or hail, weight of
snow, ice or sleet, falling objects,
smoke, aircraft or vehicles, riot or
civil commotion, vandalism, sink-
hole collapse, volcanic action,
leakage from fire extinguishing
equipment, water damage, earth
movement; or

2) Flood, unless an "Equipment
Breakdown" ensues.

Our payment will be based upon the
actual replacement cost of the perish-
able goods at the time of loss. The
amount we pay is subject to the Limits
of Insurance Section.

**(d) CFC Refrigerants**

We will pay for the "additional costs"
to repair or replace Covered Property
because of the use or presence of a

refrigerant containing CFC (chloro-
fluorocarbon) substances.

"Additional costs" mean those in ex-
cess of what would have been re-
quired to repair or replace Covered
Property, had no CFC refrigerant been
involved. We will also pay for addi-
tional loss as described under Spoil-
age Coverage or loss of Business In-
come Coverage provided by this en-
dorsement, caused by the presence of
a refrigerant containing CFC sub-
stances.

We will pay no more than the least of
the following:

1) The cost to repair the damaged
property and replace any lost CFC
refrigerant;

2) The cost to repair the damaged
property, retrofit the system to ac-
cept a non-CFC refrigerant, and
charge the system with a non-CFC
refrigerant; or

3) The cost to replace the system
with one using a non-CFC refrig-
erant.

The amount we pay is subject to the
Limits of Insurance Section.

**(e) Computer Equipment**

We will pay for direct physical loss or
damage to your computers as a result
of an "Equipment Breakdown". The
amount we pay is subject to the Limits
of Insurance Section.

**(f) Business Interruption, Extra Expense
and Service Interruption**

Any insurance provided for Business
Income or Extra Expense is extended
to apply to your loss, damage or ex-
pense caused by an "Equipment
Breakdown" to equipment that is
owned by a utility, landlord or other
supplier with whom you have a con-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

tract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "Equipment Breakdown" except that it is not Covered Property.

We will pay:

1) Your actual loss sustained from a total or partial interruption of business; and

2) The reasonable extra expense you sustain to run your business during the interruption, caused solely by an "Equipment Breakdown", including an "Equipment Breakdown" to any transformer, electrical apparatus, or any covered equipment that is:

   a) Located on or within 1,000 feet of your described premises;

   b) Owned by you, the building owner (if you are a tenant), or owned by a public utility company; and

   c) Used to supply electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission.

The amount we pay is subject to the Limits of Insurance Section.

**(g) Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore the lost information on electronic media and records as a result of an "Equipment Breakdown".

The amount we pay is subject to the Limits of Insurance Section.

This will be part of and not in addition to the limits provided by the "valuable papers and records" coverage under the property form to which this endorsement is attached.

(3) The following is added to **5. Coverage Extensions**:

**Replacement Cost Coverage**

We will pay you the amount you actually spend to repair or replace your damaged property with new property of like kind, capacity, size and quality, whichever is less except for the following:

If any damaged property is not repaired or replaced, then we will pay only the actual cash value at the time of the "Equipment Breakdown".

b. The following provision is added to **B. EXCLUSIONS** as it applies to this endorsement only:

Under Business Interruption, Extra Expense and Service Interruption, we will not pay for:

(1) The interruption of business that would not or could not have been carried on if the "Equipment Breakdown" had not occurred;

(2) Your failure to use due diligence and dispatch and all reasonable means to resume business at the location(s) shown on the Declarations page; or

(3) The part of any loss or expense that is due solely to the suspension, lapse or cancellation of a contract following an "Equipment Breakdown" extending beyond the time business would have resumed if

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

the contract had not lapsed, been suspended or canceled.

**c.** **C. LIMITS OF INSURANCE** is deleted and replaced by the following for this endorsement only:

## C. LIMITS OF INSURANCE

(1) The most we will pay for "Equipment Breakdown" for one or more coverages in any one occurrence at any one location is the amount equal to the "total insured value" at each location where "Equipment Breakdown" is shown in the Declarations. This provision does not apply to paragraph **(4)** below.

(2) The limit of insurance for **Pollutant Clean Up and Removal**, **Refrigerant Contamination**, **Spoilage Coverage** and **Data Restoration** are not additional Limits of Insurance, but are included in the "total insured value". We will pay the lesser of "total insured value" or:

(a) For Pollutant Clean Up and Removal, the greater of $25,000 or the limit shown in an endorsement that is attached to the property form;

(b) For Refrigerant Contamination, up to $750,000 for loss or damage;

(c) For Spoilage Coverage, up to $750,000 for loss or damage; and

(d) For Data Restoration, up to $25,000 for loss, damage or expense including actual loss of Business Income you sustain and necessary Extra Expense you incur.

(3) In no event will we pay more than the "total insured value" for each location where "Equipment Breakdown" is shown in the Declarations.

(4) As regards Business Interruption, Extra Expense and Service Interruption, our limit of liability for any one "Equipment Breakdown" is equal to twelve (12) consecutive months of actual loss sustained for a total or partial interruption of your business. The twelve (12) consecutive months begin on the date of the "Equipment Breakdown".

**d.** The following conditions are added to **F. ADDITIONAL CONDITIONS**, as they apply to this endorsement only:

(1) **Suspension**

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly reinstated by delivering or mailing a written notice of suspension or coverage reinstatement to:

(a) Your last known address; or

(b) The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

(2) **Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

(3) **Environmental, Safety and Efficiency Improvements**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

54843 (10-09)          Copyright ISO Properties, Inc., 1988, 1990          Page 4 of 8

If Covered Property requires replacement due to an "Equipment Breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not apply to any property to which Actual Cash Value applies.

(4) **Green Environmental and Efficiency Improvements**

If Covered Property requires repair or replacement due to an "Equipment Breakdown", we will pay:

a. The lesser of the reasonable and necessary additional cost incurred by you to repair or replace physically damaged Covered Property with equipment of like kind and quality which qualifies as "Green". Like kind and quality includes similar size and capacity.

b. The additional reasonable and necessary fees incurred by you for an accredited professional certified by a "Green Authority" to participate in the repair or replacement of physically damaged Covered Property as "Green".

c. The additional reasonable and necessary cost incurred by you for certification or recertification of the repaired or replaced Covered Property as "Green".

d. The additional reasonable and necessary cost incurred by you for "Green" in the removal, disposal or recycling of damaged Covered Property.

e. The business interruption (if covered within the policy to which this Equipment Breakdown Endorsement is at-

tached) loss during the additional time required for repair or replacement of Covered Property, consistent with "Green", in the coverage above.

We will not pay more than 125%, up to a maximum limit of $100,000, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs and any business interruption loss incurred as stated above.

**Green Environmental and Efficiency Improvements** does not cover any of the following:

a. Covered Property does not include stock, raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which you are legally liable, or personal property of others.

b. Any loss adjusted on any valuation basis other than a repair or replacement cost basis as per E. LOSS CONDITIONS, **4. Loss Payment**.

c. Any loss covered under any other section of this policy.

d. Any cost incurred due to any law or ordinance with which you were legally obligated to comply with prior to the time of the "Equipment Breakdown".

(5) **Other Insurance Issued By Us**

If this policy provides coverage for Data Processing Equipment Coverages, Electronic Data Processing Equipment, Refrigerated Products or Mechanical Breakdown where two or more of this policy's coverages apply to the same loss or damage, the Coverage of this endorsement shall supercede any coverages provided outside of this Equipment Breakdown En-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

dorsement for the loss or damage that arises out of an "Equipment Breakdown" loss.

This Condition supercedes any similar Condition when provided by us in this policy.

2. **B. EXCLUSIONS** of the CAUSES OF LOSS FORMS are amended as follows:

   a. Under CAUSES OF LOSS - BASIC FORM and CAUSES OF LOSS - BROAD FORM, the following exclusions are deleted as they apply to this endorsement only:

   Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires. But if loss or damage by fire results, we will pay for that resulting damage.

   Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

   Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage.

   b. Under CAUSES OF LOSS - SPECIAL FORM, the following exclusions are deleted as they apply to this endorsement only:

   Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires. But if loss or damage by fire results, we will pay for that resulting loss or damage.

   Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, this does not apply to any resulting loss or damage caused by elevator collision.

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosions results, we will pay for that resulting loss or damage. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   c. Under **CAUSES OF LOSS - SPECIAL FORM, C. LIMITATIONS**, the following limitations are deleted as they apply to this endorsement only:

   (1) Steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   (2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than any explosion.

3. **DEFINITIONS** are amended as follows as they apply to this endorsement only:

   a. The **CAUSES OF LOSS - SPECIAL FORM**, "Specified Causes of Loss" is amended to include "Equipment Breakdown".

   b. Under **CAUSES OF LOSS - SPECIAL FORM, CAUSES OF LOSS - BASIC FORM** and **CAUSES OF LOSS - BROAD FORM**, the following definitions are added:

   "Equipment Breakdown" means:

   (1) Physical loss or damage both originating within:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

54843 (10-09)                    Copyright ISO Properties, Inc., 1988, 1990                    Page 6 of 8

**(a)** Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

**1)** waste disposal piping;

**2)** any piping forming part of a fire protective system;

**3)** furnaces; and

**4)** any water piping other than:

**a)** boiler feed water piping between the feed pump and the boiler;

**b)** boiler condensate return piping; or

**c)** water piping forming part of a refrigerating or air conditioning system.

**(b)** All mechanical, electrical, electronic or fiber optic equipment; and

**(2)** Caused by, resulting from, or consisting of:

**(a)** Mechanical breakdown;

**(b)** Electrical or electronic breakdown; or

**(c)** Rupture, bursting, bulging, implosion, or steam explosion.

However, "Equipment Breakdown" does not mean:

Physical loss or damage caused by or resulting from any of the following; however, if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

**(a)** Wear and tear;

**(b)** Rust or other corrosion, decay, deterioration, hidden or latent defect, "fungi", wet rot, dry rot, bacteria or any other quality in property that causes it to damage or destroy itself;

**(c)** Smog;

**(d)** Settling, cracking, shrinking or expansion;

**(e)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(f)** Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;

**(g)** Scratching or marring; and

**(h)** Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

**1)** Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement; or

**2)** Flood, unless an "Equipment Breakdown" ensues.

"Total insured value" means:

The sum of the limits for the following coverages if shown at the location where "Equipment Breakdown" is shown in the Declarations:

**(1)** Building;

**(2)** Business Personal Property;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(3) Stock;

(4) Personal Property of Others;

(5) Tenants Improvements and Betterments;

(6) Improvements and Alterations;

(7) Furniture;

(8) Fixtures;

(9) Machinery and Equipment;

(10) Personal Property in the Open;

(11) Legal Liability Real Property;

(12) Business Income and Extra Expense (when Business Income and Extra Expense - 12 months - Actual Loss Sustained is shown, Business Income and Extra Expense applies at 25% of the sum of the building and business personal property limits at that location);

(13) Business Income (Without Extra Expense); and

(14) Extra Expense.

"Green" means products, materials, methods and processes certified by a "Green Authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

"Green Authority" means an authority on "Green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "Green" Building Initiative Green Globes®, Energy Star Rating System or any other recognized "Green" rating system.

"Production machinery" means any machine which processes, forms, shapes or transports raw materials, materials in process, waste materials or finished products.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

54848 (1-07)

# NOTICE TO POLICYHOLDER
## SYSTEMS BREAKDOWN ENDORSEMENT REPLACED BY EQUIPMENT BREAKDOWN ENDORSEMENT

Dear Policyholder:

Your policy currently has the Systems Breakdown Endorsement, form 54147 (06-91), applied.  Effective with this renewal, the new **Equipment Breakdown Endorsement**, **54843 (01-07)**, replaces the Systems Breakdown Endorsement you have previously received.

Some coverages have been broadened and restrictions have been placed on others.  PLEASE REVIEW THIS NEW ENDORSEMENT, 54843 (01-07), AND YOUR POLICY CAREFULLY.

**EXPANSION OF COVERAGE**:

Physical Damage to Covered Property

Physical damage to Covered Property has been broadened.  If you previously had coverage under the Basic Form Systems Breakdown Endorsement, form 54147 (06-91), coverage for you is now expanded.

Refrigerant Contamination

Refrigerant Contamination is currently included for coverage in the Systems Breakdown Endorsement under "Hazardous Material Coverage", with a maximum limit of $25,000.  Under the new Equipment Breakdown form, Refrigerant Contamination, as the result of an "Equipment Breakdown", has its' own limit of coverage.  Coverage for Refrigerant Contamination is now provided up to the limits scheduled in the Declarations, with a maximum of $750,000.

Chlorofluorocarbon (CFC) Refrigerants

Coverage for the additional cost to repair or replace Covered Property because of the presence or use of a refrigerant containing CFC substances has been added.  The Systems Breakdown Endorsement does not currently provide this coverage.

Off Premises Service Interruption

If coverage for Business Income or Extra Expense is provided at the covered location, Off Premises Service Interruption under the Equipment Breakdown Endorsement will now be covered for losses occurring within 1,000 feet of the premises described in the Declarations.  The Systems Breakdown Endorsement currently only provides coverage for losses occurring within 500 feet of the premises described in the Declarations.

Data Restoration

Data Restoration coverage as a result of an "Equipment Breakdown" provides the reasonable and necessary cost to research, replace and restore lost information on electronic media and records.  Coverage is provided up to a limit of $25,000.  The Systems Breakdown Endorsement does not currently provide this coverage.

**LIMITATION OF COVERAGE**:

Limits of Insurance

The Limit of Insurance, as it applies to the Equipment Breakdown Endorsement, is subject to the "total insured value" at the described location, as shown on the Declarations.  "Total Insured Value" includes the total limit scheduled on the Declarations for building; business personal property;  contents; stock; personal property of others; tenants improvements and betterments; improvements and alterations; furniture; fixtures; machinery and equipment; personal property in the open; legal liability real property and business income and extra expense.  The limit of insurance under the Systems Breakdown Endorsement was "unlimited".

Coverage Property

Covered Property, as it applies to the Equipment Breakdown Endorsement, means commercial property owned by you.  Coverage for Covered Property is afforded to the Named Insured up to the limits scheduled in the Declarations.  Covered Property also includes personal property of others in your care, custody or control, located within 100 feet of the described premises, up to a limit of $2,500.  Coverage for personal property of others in your care, custody or control under the Systems Breakdown Endorsement was provided on an Actual Loss Sustained basis.

Spoilage

The Spoilage coverage provided under the Equipment Breakdown Endorsement is limited to a maximum of $750,000.  Coverage for Spoilage under the Systems Breakdown Endorsement was provided on an Actual Loss Sustained basis.

This notice is for informational purposes only.  **NO COVERAGE IS PROVIDED BY THIS NOTICE AND IT MUST NOT BE CONSTRUED TO REPLACE OR MODIFY ANY PROVISIONS OF YOUR POLICY OR ENDORSEMENTS.  YOUR POLICY CONTAINS THE SPECIFIC TERMS, LIMITS AND CONDITIONS OF COVERAGE**, **AND SUPERCEDES THIS NOTICE**.

If you have any questions concerning this endorsement, please contact your Auto-Owners agent.

54919 (7-10)

# NOTICE TO POLICYHOLDER
## REFRIGERATED PRODUCTS

Dear Policyholder,

Your policy previously included the Refrigerated Products endorsement, 54189 (6-00).  Effective with this renewal, 54189 (6-00) has been replaced by a new edition of the Refrigerated Products endorsement, 54189 (8-10).

The new edition of the Refrigerated Products endorsement limits coverage for loss or damage to perishable stock resulting from interruption of electrical services to the refrigeration system caused by direct physical damage by a Covered Cause of Loss to the electrical generating or transmission equipment of your local electrical service.

This notice is for informational purposes only.  Your policy contains the specific terms and conditions of coverage.

If you have any questions regarding your policy or this notice, please contact your Auto-Owners agent.

COMMERCIAL GENERAL LIABILITY
55028 (12-04)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The coverage for "bodily injury" and "property damage" liability provided under **SECTION I COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is extended as follows:

**A. COVERAGE**

We will pay those sums the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" arising out of the maintenance or use of an "auto":

1.  You do not own;

2.  Which is not registered in your name; or

3.  Which is not leased or rented to you for more than ninety consecutive days

and which is used in your business.

**B. EXCLUSIONS**

With respect to only the coverage extended by this endorsement, the exclusions which apply to **SECTION I COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, other than the Nuclear Energy Liability Exclusion, are replaced by the following:

This coverage does not apply to:

1.  "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

2.  Any obligations of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

3.  **a.**  "Bodily injury" or "property damage" arising out of the actual alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    (1) that are, or are contained in any property that is:

      (a) being transported or towed by, handled or prepared for placement into or upon, or taken from the "auto";

      (b) otherwise in the course of transit by you or on your behalf; or

      (c) being disposed of, stored, treated or processed into or upon the "auto";

    (2) before such pollutants or property containing pollutants are moved from the place they are accepted by you or anyone acting on your behalf for placement into or onto the "auto"; or

    (3) after such "pollutants" or property containing "pollutants" are removed from the "auto" to where they are de-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.     Page 1 of 4
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.

livered, disposed of or abandoned by you or anyone acting in your behalf.

**3.c.(1)** above does not apply to "pollutants" that are needed or result from the normal mechanical, electrical or hydraulic functioning of the "auto" or its parts, if the discharge, release, escape, seepage, migration or dispersal of such "pollutants" is directly from a part of the "auto" designed to hold, store, receive or dispose of such "pollutants" by the 'auto" manufacturer.

**3.a.(2)** and **3.a.(3)** above do not apply, if as a direct result of maintenance or use of the "auto", "pollutants" or property containing "pollutants" which are not in or upon the 'auto", are upset, overturned or damaged at any premises not owned by or leased by you. The discharge, release, escape, seepage, migration or dispersal of the "pollutants" must be directly caused by such upset, overturn or damage.

**b.** Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

4. "Bodily injury" or "property damage" however caused, arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

5. "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. However, if the insurance under this policy does not apply to the liability of the insured, it also does not apply to such liability assumed by the insured under an "insured contract".

**b.** That the insured would have in the absence of the contract or agreement.

6. "Property damage" to:

**a.** Property owned or being transported by, or rented or loaned to any insured; or

**b.** Property in the care, custody or control of any insured

other than property damage to a residence or a private garage by a private passenger "auto" covered by this coverage.

7. "Bodily injury" to:

**a.** An "employee" of the insured arising out of and in the course of employment by the insured; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**a.** Whether the insured may be liable as an employer or in any other capacity; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 2 of 4
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.

**b.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to:

**a.** Liability assumed by the insured under an "insured contract".

**b.** "Bodily injury" to any "employee" of the insured arising out of and in the course of his or her domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

## C. WHO IS AN INSURED

With respect to only the coverage extended by this endorsement, **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

Each of the following is an insured with respect to this coverage:

**1.** You.

**2.** Your partners if you are designated in the Declarations as a partnership or a joint venture.

**3.** Your members if you are designated in the Declarations as a limited liability company.

**4.** Your executive officers if you are designated in the Declarations as an organization other than a partnership, joint venture or limited liability company.

**5.** Any person using the "auto" and any person or organization legally responsible for the use of an "auto" not owned by such person or organization, provided the actual use is with your permission.

None of the following is an insured:

**1.** Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-employee of such person injured in the course of employment.

**2.** Any person using the "auto" and any person other than you, legally responsible for its use with respect to an "auto" owned or registered in the name of:

**a.** Such person; or

**b.** Any partner or executive officer of yours or a member of his or her household; or

**c.** Any employee or agent of yours who is granted an operating allowance of any sort for the use of such "auto".

**3.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate.

**4.** The owner or lessee (of whom you are a sublessee) of a hired "auto" or the owner of an "auto" you do not own or which is not registered in your name which is used in your business or any agent or employee of any such owner or lessee.

**5.** Any person or organization with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

## D. LIMITS OF INSURANCE

With respect to only the coverage extended by this endorsement, **SECTION III - LIMITS OF INSURANCE** is deleted and replaced by the following:

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

2.  We will pay damages for "bodily injury" or "property damage" up to the limits of liability shown in the Declarations for this coverage. Such damages shall be paid as follows:

    a.  When Hired Auto and Non-Owned Auto Each Occurrence Limit is shown in the Declarations, such limit is the total amount of coverage and the most we will pay for all damages because of or arising out of all "bodily injury" and "property damage" in any one "occurrence".

    b.  When Bodily Injury Hired Auto and Non-Owned Auto Each Occurrence Limit and Property Damage Hired Auto and Non-Owned Auto Each Occurrence Limit are shown in the Declarations:

        (1) The limit shown for Bodily Injury Hired Auto and Non-Owned Auto Each Occurrence is the total amount of coverage and the most we will pay for all damages because of or arising out of all "bodily injury" in any one "occurrence".

        (2) The limit shown for Property Damage Hired Auto and Non-Owned Auto Each Occurrence is the total amount of coverage and the most we will pay for all damages because of or arising out of all "property damage" in any one "occurrence".

**E.  ADDITIONAL DEFINITION**

The following definition applies only to the coverage extended by this endorsement:

"Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 4 of 4
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.

COMMERCIAL GENERAL LIABILITY
55146 (6-04)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# UPSET AND OVERSPRAY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed the coverage for "property damage" liability with respect to your operations is extended as follows:

### 1. COVERAGE

We will pay those sums which you become legally obligated to pay for "property damage" caused directly by immediate, abrupt and accidental:

**a.** Upset, overturn or collision of your "mobile equipment" while transporting; or

**b.** "Overspray" during your application or dispersal of

"pollutants" which are intended for and normally used in your operations. The operations must be in compliance with local, state, and federal ordinances and laws.

This is not an additional amount of insurance and does not increase the Limits of Insurance stated in the Declarations.

### 2. EXCLUSIONS

**a.** With regard only to the coverage provided by this endorsement, Exclusion **f.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is deleted and replaced by the following:

#### f. Pollution

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of covered "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000                    Page 1 of 2

**b.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**:

This coverage does not apply to "overspray" resulting from aerial application or dispersal of "pollutants".

## 3. DEDUCTIBLE

Any deductible provision of the policy which is applicable to Property Damage Liability coverage applies to this coverage extension.

## 4. DEFINITIONS

The following definition applies in addition to those in the policy.

"Overspray" means spray, from a device specifically designed for spray application or dispersal, that goes beyond the entire area of intended application or dispersal.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000

COMMERCIAL GENERAL LIABILITY
55165 (12-04)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - USERS OF GOLFMOBILES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**A.** **SECTION II - WHO IS AN INSURED** is amended to include as an additional insured any person(s) using or legally responsible for the use of golfmobiles loaned or rented to others by you or any of your concessionaires but only for their liability arising out of the use of golfmobiles.

**B.** Under **SECTION III - LIMITS OF INSURANCE**, the following is added:

The limits of liability for the additional insured are those specified in the written contract or agreement between the insured and the user of golfmobiles, not to exceed the limits provided in this policy.  These limits are inclusive of and not in addition to the limits of insurance shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 2003.

COMMERCIAL GENERAL LIABILITY
55282 (4-05)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# GEORGIA LIMITED FUNGI OR BACTERIA COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Fungi and Bacteria Property Damage Aggregate Limit | $ | 50,000 |
|---|---|---|

**A.** The following additional exclusion is added to **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY 2. Exclusions**:

"Bodily injury" arising out of:

**a.** A "fungi or bacteria incident"; or

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to **SECTION I - COVERAGES, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY 2. Exclusions**:

"Personal injury" and "advertising injury" arising out of:

**a.** A "fungi or bacteria incident"; or

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** Coverage provided by this insurance for "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi and Bacteria Property Damage Aggregate Limit as described in Paragraph **D.** of this endorsement.

**D.** The following are added to **SECTION III - LIMITS OF INSURANCE**:

**1.** Subject to Paragraphs **2.** and **3.** of Section III - Limits of Insurance, as applicable, the Fungi and Bacteria Property Damage Aggregate Limit shown in the Schedule of this endorsement is the most we will pay under Coverage A for all "property damage" arising out of one or more "fungi or bacteria incident".

**2.** Subject to the paragraph immediately above, paragraph **5.**, the Each Occurrence Limit and Paragraph **6.**, the Damage To Premises Rented To You Limit, of Section III - Limits of Insurance continue to apply to "property damage" arising out of a "fungi or bacteria incident".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2003

**E.** The following additional definitions are added to **SECTION V - DEFINITIONS**:

"Fungi" means any type or form of fungus, including but not limited to mold, mildew, mycotoxins, spores, scents or byproducts produced or released by any type or form of fungus.

"Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2003

55296 (9-09)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. The following exclusion is added to **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, 2. Exclusions:

**Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

c. The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

d. Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

2. The following exclusion is added to **SECTION I - COVERAGES, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY**, 2. Exclusions:

**Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal injury" or "advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

c. The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

d. Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

55300 (7-05)

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy.  The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning.  Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

## COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may at our discretion investigate any claim or "occurrence" and settle any claim or "suit" that may result.  But:

      (1) The amount we will pay for damages is limited as described in Section **III** - Limits of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part.  If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

d. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. However, if the insurance under this policy does not apply to the liability of the insured, it also does not apply to such liability assumed by the insured under an "insured contract".

(2) That the insured would have in the absence of the contract or agreement.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers Compensation And Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of employment by the insured; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring,

cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of covered "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading and unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, occupy or use, including any cost or expense incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Property that any of your:

**(a)** "Employees";

**(b)** "Volunteer workers";

**(c)** Partners or members (if you are a partnership or joint venture); or

**(d)** Members (if you are a limited liability company)

own, rent, occupy or use. However, this exclusion **j.(2)**, shall not apply to your liability for damage to such property;

**(3)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(4)** Property loaned to you;

**(5)** Personal property in the care, custody or control of, or over which physical control is being exercised for any purpose by any insured;

**(6)** That particular part of real property on which any insured or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(7)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(2)**, **(4)** and **(5)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III - Limits Of Insurance**.

Paragraph **(3)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(4)**, **(5)**, **(6)** and **(7)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(7)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.    Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.    Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

**m.   Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)**  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.    Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)**  "Your product";

**(2)**  "Your work"; or

**(3)**  "Impaired property"

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.    Personal Injury And Advertising Injury**

"Bodily injury" arising out of "personal injury" or "advertising injury".

**p.    Employment-Related Practices**

"Bodily injury" to:

**(1)**  A person arising out of any:

**(a)**  Refusal to employ a person;

**(b)**  Termination of a person's employment;

**(c)**  Employment-related practice, policy, act or omission, including but not limited to coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at a person; or

**(d)**  Criminal or civil action brought against a person by or at the direction of the insured directly or indirectly related to any offense described in **(a)**, **(b)**, or **(c)** above; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**(2)** Anyone as a consequence of "bodily injury" to a person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, **(c)**, or **(d)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity;

**(2)** Whether the offense is alleged to arise out of the employment during the course or scope of employment, outside the course or scope of employment or after termination of employment;

**(3)** Whether directly or indirectly related to a person's prospective, current or past employment; and

**(4)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q. Asbestos**

Any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos-related particles, dust, irritants, contaminants, "pollutants", toxic elements or materials.

**r. Communicable Disease**

"Bodily Injury" arising out of or resulting from the transmission of any communicable disease by any insured.

**s. Silica Or Silica-Related Dust**

Any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any "silica" or "silica-related dust".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may at our discretion investigate any claim or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal injury" and "advertising injury" only if:

**(1)** The "personal injury" or "advertising injury" is caused by an offense arising out of your business; and

**(2)** The offense causing the "personal injury" or "advertising injury" was committed in the "coverage territory" during the policy period.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

2.  **Exclusions**

This insurance does not apply to "personal injury" or "advertising injury":

a.  **Knowing Violation Of Rights Of Another Or Expected Or Intended Injury**

    (1) Caused by or at the direction of any insured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury"; or

    (2) Expected or intended by any insured. This exclusion **a.(2)**, does not apply to "personal injury".

b.  **Material Published With Knowledge Of Falsity**

    Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c.  **Material Published Prior To Policy Period**

    Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d.  **Criminal Acts**

    Arising out of a criminal act or violation of a penal statute or ordinance committed by or at the direction of the insured.

e.  **Contractual Liability**

    For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f.  **Breach of Contract**

    Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g.  **Quality Or Performance Of Goods - Failure To Conform To Statements Or Representations**

    Arising out of the failure of goods, products or services to conform with any statement or representation of quality or performance made in your "advertisement".

h.  **Wrong Description Of Prices**

    Arising out of the wrong description of the price of goods, products or services.

i.  **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

    Arising out of the infringement of copyright, patent, "trademark", trade secret or other intellectual property rights.

    However, this exclusion does not apply to infringement, in your "advertisement" of copyright, "trade dress" or slogan.

j.  **Insureds In Media And Internet Type Businesses**

    Committed by an insured whose business is:

    (1) Advertising, broadcasting, publishing or telecasting;

    (2) Designing or determining content of websites for others; or

    (3) An Internet search, access, content or service provider.

    However, this exclusion does not apply to Paragraphs **15. a.**, **b.** and **c.** of "personal injury" under Section **V** - Definitions.

    For the purposes of **j.(1)** of this exclusion, the placing of frames, borders, links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**k.  Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control for any purpose.

**l.  Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.  Pollution**

(1)  Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2)  For any loss, cost or expense arising out of any:

(a)  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b)  Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n.  Employment-Related Practices**

(1)  Arising out of any:

(a)  Refusal to employ a person;

(b)  Termination of a person's employment;

(c)  Employment-related practice, policy, act or omission, including but not limited to coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at a person; or

(d)  Criminal or civil action brought against a person by or at the direction of the insured directly or indirectly related to any offense described in **(a)**, **(b)**, or **(c)** above; or

(2)  To anyone as a consequence of "personal injury" or "advertising injury" to a person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, **(c)**, or **(d)** above is directed.

This exclusion applies:

(1)  Whether the insured may be liable as an employer or in any other capacity;

(2)  Whether the offense is alleged to arise out of the employment during the course or scope of employment, outside the course or scope of employment or after termination of employment;

(3)  Whether directly or indirectly related to a person's prospective, current or past employment; and

(4)  To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**o.  Asbestos**

For any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos-related particles, dust, irritants, contaminants, "pollutants", toxic elements or materials.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**p. Communicable Disease**

Arising out of or resulting from the transmission of any communicable disease by any insured.

**q. War**

However, caused, arising directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**r. Silica Or Silica-Related Dust**

Any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any "silica" or "silica-related dust".

## COVERAGE C. MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury"

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

are payable or must be provided under a workers compensation or disability benefit law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletics contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**h. Asbestos**

For any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos related particle, dust, irritant, contaminant, pollutant, toxic element or material.

**i. Communicable Disease**

Arising out of or resulting from the transmission of any communicable disease by any insured.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

If Coverage **A** or **B** apply, we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.

2. Up to $2000 for premiums on bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We have no obligation to apply for or furnish these bonds.

3. Premiums on appeal bonds or bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We have no obligation to apply for or furnish these bonds.

4. All reasonable expenses incurred by the insured at our request including actual loss of earnings up to $250 a day because of time off from work.

5. All costs taxed against the insured in the "suit".

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II - WHO IS AN INSURED**

1. If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business, or your "volunteer workers" only while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for "bodily injury", "personal injury" or "advertising injury":

   **(1)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

   **(2)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)** above;

   **(3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)** or **(2)** above; or

   **(4)** Arising out of his or her providing or failing to provide professional health care services.

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

   **(1)** With respect to liability arising out of the maintenance or use of that property; and

   **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form

the organization or the end of the policy period, whichever is earlier;

b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage **B** does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products completed operations hazard"; and

   c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal Injury and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. The Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

8. Beginning with the effective date of this policy, we will provide twice the General Aggregate Limit (other than Products-Completed Operations), shown in the Declarations.

   If this policy is written for more than one 12 month period, the General Aggregate Limit for each 12 month period shall never exceed twice the General Aggregate Limit shown in the Declarations. The General Aggregate Limit applies separately to each 12 month period starting with the beginning of the policy period shown in the Declarations.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended af-

ter issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If any claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of any claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of any claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any correspondence, demands, notices, summonses or papers in connection with any claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of any claim or defense of any "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

    (a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

    (b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

    (c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

    (d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

(2) Any other primary insurance available to an insured, other than an additional insured, covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverage **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

    **a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

    **b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and

send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **Motor Vehicle Laws**

We will provide coverage:

a. Up to the minimum required limits; and

b. Subject to all the terms and conditions of the policy

to comply with any motor vehicle insurance law to the extent such law applies to the "mobile equipment" covered by this Coverage Part.

However, this coverage only applies in the absence of any other applicable insurance.

**SECTION V - DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purpose of attracting customers or supporters is considered an advertisement.

2. "Advertising injury" means injury arising out of one or more of the following offenses:

a. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services in your "advertisement";

b. Oral or written publication, in any manner, of material that violates a person's right of privacy in your "advertisement";

c. The use of another's advertising idea in your "advertisement"; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

    **d.** Infringing upon another's copyright, "trade dress" or slogan in your "advertisement".

**3.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**4.** "Bodily injury" means bodily injury, bodily sickness or bodily disease sustained by a person, including death resulting from any of these at any time.

**5.** "Coverage territory" means:

    **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

    **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

    **c.** All other parts of the world if the injury or damage arises out of:

        **(1)** Goods or products made or sold by you in the territory described in **a.** above;

        **(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

        **(3)** "Personal injury" or "advertising injury" offenses that take place through the Internet or similar electronic means of communication

    provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**6.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**7.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**8.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**9.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.** You have failed to fulfill the terms of a contract or agreement

    if such property can be restored to use by:

    **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

    **b.** Your fulfilling the terms of the contract or agreement.

**10.** "Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

    **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.** An elevator maintenance agreement; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**11.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**12.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**13.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.**, or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently

attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers; or

**f.** Vehicles not described in **a.**, **b.**, **c.**, or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; or

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**14.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**15.** "Personal injury" means other than "bodily injury" arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy.

**16.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**17.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 19 of 21
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, shown in the Declarations, states that products-completed operations are included.

18. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

19. "Silica" means silicon dioxide (occurring in crys-

talline, amorphous and impure forms), silica particles, silica dust or silica compounds.

20. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

21. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

22. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

23. "Trademark" means any registered or unregistered word, name, symbol, sign, device or any combination thereof used to identify or distinguish a person's or organization's goods, products or services from those of others and to indicate or identify the origin or source of such goods, products or services, even if the origin or source is unknown. "Trademark" includes registered "trade dress" and "trade dress" which is used with or incorporates any "trademark".

24. "Trade dress" means the unregistered and non-functional distinctive packaging, appearance, image, design, color scheme or shape or combination thereof used to identify or distinguish a person's or organization's goods, products or services from those of others and to indicate or identify the origin or source of such goods, products or services, even if the source is unknown. "Trade dress" does not include:

a. Registered "trade dress";

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

b. "Trademark"; or

c. "Trade dress" which is used with or incorporates any "trademark".

25. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

26. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

   (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   (2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

27. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      (2) The providing of or failure to provide warnings or instructions.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COMMERCIAL GENERAL LIABILITY PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

1. **EXTENDED WATERCRAFT LIABILITY**

   Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions**, **g.**, exclusion **(2)** is deleted and is replaced by the following:

   > **(2)** A watercraft you do not own that is:
   >
   > > **(a)** Less than 50 feet long; and
   > > **(b)** Not being used to carry persons or property for a charge;

2. **BROADENED SUPPLEMENTARY PAYMENTS**

   Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY** and **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**:

   Paragraph **4.**, the amount we will pay for the actual loss of earnings is increased from $250 per day to $400 per day.

3. **ADDITIONAL PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT**

   If the endorsement, EXCLUSION - PRODUCTS COMPLETED OPERATIONS HAZARD, CG 21 04, is not attached to this policy, then the following is added to **SECTION III - LIMITS OF INSURANCE**:

   Commencing with the effective date of this policy, we will provide one additional Products-Completed Operations Aggregate Limit, for each annual period, equal to the amount of the Products-Completed Operations Aggregate Limit shown in the Declarations.  The maximum Products-Completed Operations Aggregate Limit for any annual period will be no more than two times the original Products-Completed Operations Aggregate Limit.

4. **PERSONAL INJURY EXTENSION**

   **a.** If the endorsement EXCLUSION - PERSONAL INJURY AND ADVERTISING INJURY, 55350, is attached to this policy, then this provision, **4. PERSONAL INJURY EXTENSION**, does not apply.

   **b.** If the endorsement EXCLUSION -- PERSONAL INJURY AND ADVERTISING INJURY, 55350, is not attached to this policy, then under **SECTION V - DEFINITIONS**, **15.** "Personal injury" is deleted and replaced by the following:

   > **15.** "Personal injury" means, other than "bodily injury", arising out of one or more of the following offenses:
   >
   > > **a.** False arrest, detention or imprisonment;
   > >
   > > **b.** Malicious prosecution;
   > >
   > > **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.        Page 1 of 4

d.  Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e.  Oral or written publication of material that violates a person's right of privacy; or

f.  Discrimination, humiliation, sexual harassment and any violation of civil rights caused by such discrimination, humiliation or sexual harassment.

5.  **BROADENED KNOWLEDGE OF OCCURRENCE**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**, the following paragraph is added:

Paragraphs **a.** and **b.** of this condition will not serve to deny any claim for failure to provide us with notice as soon as practicable after an "occurrence" or an offense which may result in a claim:

a.  If the notice of a new claim is given to your "employee"; and

b.  That "employee" fails to provide us with notice as soon as practicable.

This exception shall not apply:

a.  To you; or

b.  To any officer, director, partner, risk manager or insurance manager of yours.

6.  **DAMAGE TO PREMISES RENTED TO YOU**

Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, the last paragraph is deleted and replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or water damage to premises rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this cover-

age as described in **6. DAMAGE TO PREMISES RENTED TO YOU, a.** Limits of Insurance.

The following additional exclusions apply to "property damage" arising out of Water Damage to premises rented to you or temporarily occupied by you with permission of the owner:

(1)  "Property damage" to:

(a)  The interior of the premises caused by or resulting from rain or snow, whether driven by wind or not; or

(b)  Heating, air conditioning, plumbing or fire protection systems, or other equipment or appliances.

(2)  "Property damage" caused by or resulting from any of the following:

(a)  Mechanical breakdown, including bursting or rupture caused by centrifugal force;

(b)  Cracking, settling, expansion or shrinking;

(c)  Smoke or smog;

(d)  Birds, insects, rodents or other animals;

(e)  Wear and tear;

(f)  Corrosion, rust, decay, fungus, deterioration, hidden or latent defect or any quality in property that causes such property to destroy or damage itself; or

(g)  Water that flows or leaks from any heating, air conditioning, plumbing or fire protection system caused by or resulting from freezing, unless:

1)  You make a reasonable effort to maintain heat in the building or structure; or

2)  You drain the equipment and shut off the water supply if the heat is not maintained.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.

**(3)** "Property damage" caused directly or indirectly by any of the following:

**(a)** Water that backs up from a drain or sewer;

**(b)** Mud flow or mudslide;

**(c)** Volcanic eruption, explosion or effusion;

**(d)** Any earth movement, such as earthquake, landslide, mine subsidence, earth sinking, earth rising or earth shifting;

**(e)** Regardless of the cause, flood, surface water, waves, tides, tidal waves, storm surge, overflow of any body of water, or their spray, all whether wind driven or not;

**(f)** Water under the ground surface pressing on, or seeping or flowing through:

**1)** Walls, foundations, floors or paved surfaces;
**2)** Basements, whether paved or not; or
**3)** Doors, windows or other openings.

**(4)** "Property damage" for which the insured is obligated to pay as damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of this contract or agreement.

**a.** **Limits of Insurance**

With respect to this coverage only, under **SECTION III - LIMITS OF INSURANCE**, paragraph **6.** is deleted and replaced by the following:

**6.** The most we will pay under Coverage **A** for damages because of "property damage" to premises rented to you or temporarily occupied by you with permission of the owner arising out of or caused by fire, lightning, explosion, smoke and water damage is the amount shown in the Declarations under Damage to Premises Rented to You.

**b.** Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance**, paragraph **b.**, the word fire is amended to include fire, lightning, explosion, smoke or water damage.

**7.** **BLANKET ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT**

**a.** **SECTION II - WHO IS AN INSURED** is amended to include as an additional insured any person or organization with whom you have agreed:

**(1)** In a written contract or agreement, executed prior to loss, to name as an additional insured, or

**(2)** In an oral contract or agreement, executed prior to loss, to name as an additional insured only if a Certificate of Insurance was issued prior to loss indicating that the person or organization was an additional insured

but only with respect to liability for:

**(1)** "Bodily injury";
**(2)** "Property damage";
**(3)** "Personal injury"; or
**(4)** "Advertising injury"

caused in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

**b.** With respect to the insurance afforded to an additional insured, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**c.** The following in added to **SECTION III - LIMITS OF INSURANCE**:

The Limits of Insurance for the additional insured are those specified in the written contract or agreement between the insured and the lessor, not to exceed the limits provided in this policy. These limits are inclusive of and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.

Page 3 of 4

not in addition to the Limits of Insurance shown in the Declarations.

8. **BLANKET ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES**

   a. **SECTION II - WHO IS AN INSURED** is amended to include as an additional insured any person or organization with whom you have agreed:

      (1) In a written contract or agreement, executed prior to loss, to name as an additional insured; or

      (2) In an oral contract or agreement, executed prior to loss, to name as an additional insured only if a Certificate of Insurance was issued prior to loss indicating that the person or organization was an additional insured

      but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you.

   b. The provision is subject to the following additional exclusions, applicable to this provision only:

      (1) Any "occurrence" which takes place after you cease to be a tenant in that premises.

      (2) Structural alterations, new construction or demolition operations performed by or on behalf of the additional insured.

   c. The following is added to **SECTION III - LIMITS OF INSURANCE**

      The Limits of Insurance for the additional insured are those specified in the written contract or agreement between the insured and the manager or lessor of the premises, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the Limits of Insurance shown in the Declarations.

9. **NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

Under **SECTION II - WHO IS AN INSURED**, Paragraph **4.** is deleted and replaced by the following.

   4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

      a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

      b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

      c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

      No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

10. **BLANKET WAIVER OF SUBROGATION**

   The following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, **8. Transfer Of Rights Of Recovery Against Others To Us**.

   When you have agreed to waive your right of subrogation in a written contract, executed prior to loss, with any person or organization, we waive any right of recovery we may have against such person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard".

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004.          Page 4 of 4

59350 (1-08)

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
# AND
# IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

It is agreed:

1.  With respect to any one or more certified acts of terrorism, we will not pay any amounts for which we are not responsible because of the application of any provision which results in a cap on our liability for payments for terrorism losses in accordance with the terms of the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

2.  Certified act of terrorism means any act certified by the Secretary of the Treasury, in concurrence with:

    a.  the Secretary of State; and
    b.  the Attorney General of the United States

    to be an act of terrorism as defined and in accordance with the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

3.  Under the federal Terrorism Risk Act of 2002 (including ensuing Congressional actions pursuant to the Act) a terrorist act may be certified:

    a.  if the aggregate covered commercial property and casualty insurance losses resulting from the terrorist act exceed $5 million; and

    b.  (1) if the act of terrorism is:

        a)  a violent act; or

        b)  an act that is dangerous to human life, property or infrastructure; and

        (2) if the act is committed:

        a)  by an individual or individuals as part of an effort to coerce the civilian population of the United States; or

        b)  to influence the policy or affect the conduct of the United States government by coercion.

All other policy terms and conditions apply.

# IMPORTANT INFORMATION REGARDING TERRORISM RISK
# INSURANCE COVERAGE

The Terrorism Risk Insurance Act of 2002 was signed into law on November 26, 2002. The Act (including ensuing Congressional actions pursuant to the Act) defines an act of terrorism, to mean any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States to be (i) an act of terrorism; (ii) to be a violent act or an act that is dangerous to human life, property or infrastructure; (iii) to have resulted in damage within the United States or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

Subject to the policy terms and conditions, this policy provides insurance coverage for acts of terrorism as defined in the Act.

Any coverage for certain commercial lines of property and casualty insurance provided by your policy for losses caused by certified acts of terrorism are partially paid by the federal government under a formula established by federal law. Under this formula, the government will reimburse us for 85% of such covered losses that exceed the statutory deductible paid by us. **You should also know that in the event aggregate insured losses exceed $100 billion during any year the Act is in effect, then the federal government and participating United States insurers that have met their insurer deductible shall not be liable for the payment of any portion of that amount of the loss that exceeds $100 billion. In the event that aggregate insured losses exceed $100 billion annually, no additional claims will be paid by the federal government or insurers.** This formula is currently effective through December 31, 2014.

The premium charge, if any, for this coverage is shown separately on the attached Declarations page. In the event of a certified act of terrorism, future policies also may include a government assessed terrorism loss risk-spreading premium in accordance with the provisions of the Act.

Please contact us if you would like to reject coverage for certified acts of terrorism.

Page 2 of 2

59390 (7-08)

# NOTIFICATION OF POSSIBLE CHANGES IN COVERAGE FOR
# TERRORISM

Dear Policyholder:

The Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) will expire on December 31, 2014 unless the Federal Government extends the Act.  What this means to you is the following:

1.  Subject to policy terms and conditions, the enclosed policy will provide insurance coverage for certified acts of terrorism as defined in the Act only until December 31, 2014.

2.  A conditional endorsement entitled, Conditional Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) is enclosed.  This conditional endorsement will only apply if the Act is not extended or if the Act is revised to increase statutory deductibles, decrease the federal government's share in potential losses above the statutory deductibles, change the levels, terms or conditions of coverage and we are no longer required to make terrorism coverage available and elect not to do so.  It will not apply if the Act is simply extended.

3.  The conditional endorsement will provide coverage for an incident of terrorism pursuant to the terms and conditions of the policy only if the incident does not involve nuclear, biological or chemical material.

4.  A premium charge for the conditional endorsement will be applied effective January 1, 2015.  The premium will be prorated for the remainder of the policy term and is one-half of the current premium charge appearing in the Declarations for TERRORISM - CERTIFIED ACTS.  However, it will only be made if the Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) is not extend.  Revised Declarations will be mailed to you after January 1, 2015.

5.  If the Act is extended without any revision, the enclosed policy will continue to provide coverage for certified acts of terrorism.  The conditional endorsement will not be activated and the changes in coverage or premium referenced above will not apply.

6.  If the Act is extended with revisions or is replaced, and we are required or elect to continue to offer coverage for certified acts of terrorism, we may amend this policy in accordance with the provisions of the revised Act or its replacement.

This notice is for informational purposes only.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency.

IL 00 03 11 85

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    BUSINESS AUTO COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

## COMMON POLICY CONDITIONS

IL 00 17 11 85

All Coverage Parts included in this policy are subject to the following conditions.

### A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. EXAMINATIONS OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

### E. PREMIUMS

The first Named Insured shown in the Declarations:

Copyright, Insurance Services Office, 1982, 1983

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, 1982, 1983

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 00 21 11 85

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage:"

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United State of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or

IL 00 21 11 85                Copyright, Insurance Services Office, Inc., 1983, 1984                **Page 1 of 2**

possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear material" means "source material," "Special nuclear material" or "by-product material;"

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

(a) Any "nuclear reactor;"

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

IL 02 62 09 94

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph A. 1. of the CANCELLATION Common Policy Condition is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation, stating a future date on which the policy is to be cancelled, subject to the following:

   a. If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later.

      However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

   b. If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

   Our notice will state the effective date of cancellation, which will be the later of the following:

   (1) 10 days from the date of mailing or delivering our notice, or

   (2) The effective date of cancellation stated in the first Named Insured's notice to us.

B. The following is added to the CANCELLATION Common Policy Condition and supersedes any other provision to the contrary: If we decide to:

1. Cancel or nonrenew this policy; or

2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

3. Change any policy provision which would limit or restrict coverage;

Then:

Copyright, Insurance Services Office, Inc., 1993, 1994
Copyright, ISO Commercial Risk Services, Inc., 1993, 1994

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable as described in Paragraph C. below, we will mail or deliver notice at least:

1. 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

2. 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

3. 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

C. The following provisions apply to insurance covering residential real property only provided under the:

BUSINESSOWNERS POLICY;
COMMERCIAL PROPERTY COVERAGE PART;
FARM COVERAGE PART;

if the named insured is a natural person.

With respect to such insurance, the following is added to the CANCELLATION Common Policy Condition and supersedes any provisions to the contrary:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first named insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

a. Nonpayment of premium, whether payable to us or to our agent;

b. Upon discovery of fraud, concealment of a material fact, or material misrepresentative made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

c. Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

d. Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

We may cancel by providing notice to the first named insured at least:

- 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

- 45 days before the effective date of cancellation if we cancel for any of the reasons listed in (b), (c) or (d) above.

Copyright, Insurance Services Office, Inc., 1993, 1994
Copyright, ISO Commercial Risk Services, Inc., 1993, 1994