# EXHIBIT

# E

SOUTHERN CASUALTY CLAIMS BRANCH
PO BOX 100044
DULUTH, GA 30096-9344

Mata Enterprises, Inc.
c/o B.B. Patel, Registered Agent
6000 Harrison Road
Macon, Georgia 31206-4742

Claim 300-0134949-2026





| | Southern Casualty Claims Branch |
|---|---|
| | PO Box 100044 \| Duluth GA 30096-9344 |
| | p. 844-756-4154 \| f. 517-886-8600 \| auto-owners.com |
| | SouthernCasualty.clm@aoins.com |

June 1, 2026

Mata Enterprises, Inc.
c/o B.B. Patel, Registered Agent
6000 Harrison Road
Macon, Georgia 31206-4742
mbp1104@gmail.com

**VIA ELECTRONIC MAIL, U.S. FIRST CLASS & CERTIFIED MAIL –
RETURN RECEIPT REQUESTED**

RE:    Claim Number:    300-0134949-2026
        Insured:    Mata Enterprises, Inc. d/b/a Days Inn-Macon;
                Meldimata LLC
        Policy Numbers:    024618-48060782-11; 024618-48060782-12;
                024618-80060782-13
        Date of Loss:    September 2011 - February 2013
        Location:    6000 Harrison Road, Macon, Georgia 31206-4742
        Lawsuit:    *K.J. and N.J. v. Meldimata, LLC d/b/a Days Inn &*
                *Bridgeview Inn and Suites; Mata Enterprises, Inc.; Ankit*
                *Patel; B.B. Patel; and Kanta B. Patel*
                State Court of Bibb County, Georgia
                Case No. 25-SCCV-101565

**SUPPLEMENTAL RESERVATION OF RIGHTS**

Dear Mata Enterprises, Inc.:

This letter supplements Owners Insurance Company's prior reservation of rights letters to Mata Enterprises Inc. and Meldimata, LLC, dated March 6, 2026, and March 9, 2026. Those letters are fully incorporated by reference.

Owners Insurance Company ("Owners") continues to provide you with a defense in the lawsuit styled as *K.J. and N.J. v. Meldimata, LLC d/b/a Days Inn & Bridgeview Inn and Suites; Mata Enterprises, Inc.; Ankit Patel; B.B. Patel; and Kanta B. Patel*, in the State Court of Bibb County, Georgia, Case No. 25-SCCV-101565 (the "Underlying Lawsuit"), subject to a full and complete reservation of all rights, remedies, and defenses available under the aforementioned Policies and applicable law. No action taken by Owners, including the continued defense of any defendant, constitutes a waiver of any coverage position or policy defense.

*Auto-Owners*

## BACKGROUND FACTS AND ALLEGATIONS

Please understand that the discussion of allegations in the Underlying Lawsuit does not mean that Owners agrees the allegations are true or accurate. The allegations are summarized solely to explain the coverage issues and Owners' reservation of rights.

The Complaint filed in the Underlying Lawsuit alleges that two minor plaintiffs, K.J. and N.J., were trafficked for sex and falsely imprisoned at the Days Inn located at 6000 Harrison Road, Macon, Georgia, from approximately September 2011 through February 2013. The Complaint alleges that the motel was a longstanding public nuisance and that Defendants negligently, recklessly, knowingly, and/or intentionally permitted prostitution, sex trafficking, violence, drugs, and related criminal activity to continue on the premises.

The Complaint alleges that Mata Enterprises, Inc. owned and operated the motel from at least 1998 through October 21, 2013, including the entire time period when Plaintiffs were allegedly trafficked and falsely imprisoned at the property. The Complaint further alleges that Meldimata LLC was formed on October 15, 2013 and acquired the property from Mata Enterprises, Inc. on October 21, 2013, approximately eight months after Arthur Gerald Reid's arrest for sex trafficking minors at the motel and approximately two months after Reid's federal indictment.

The Complaint alleges that Ankit Patel served as Secretary of Mata Enterprises, Inc., B.B. Patel served as CEO, and Kanta B. Patel served as CFO during the relevant period. The Complaint further alleges that these same individuals owned, operated, managed, or controlled Meldimata LLC after the transfer.

The Complaint alleges that Defendants Meldimata LLC and Mata Enterprises, Inc. should be treated as a single entity under theories of successor liability, alter ego, and fraudulent transfer. Specifically, the Complaint alleges that the transfer from Mata Enterprises to Meldimata occurred shortly after Reid's arrest and indictment, was not an arm's-length transaction because the property was sold for substantially less than its prior sale price, and that the transfer was intended to shield assets and avoid liability arising from the "well-publicized" sex-trafficking prosecution at the property.

For the reasons detailed below, Owners continues to investigate this claim and defend you under a complete reservation of rights. Owners reserves its right to disclaim at any later date any obligation of Owners under the Policies, and to assert the defense of non-coverage under the Policies.

## THE POLICIES

We refer you to Commercial General Liability Coverage Form 55300 (7-05), which reads:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

*Auto-Owners*

*Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.*

*Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.*

*The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.*

*Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.*

### *SECTION I – COVERAGES*

### *COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY*

### *1. Insuring Agreement*

*a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may at our discretion investigate any claim or "occurrence" and settle any claim or "suit" that may result. But:*

*(1) The amount we will pay for damages is limited as described in Section **III** - Limits of Insurance; and*

*(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.*

*No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.*

*b. This insurance applies to "bodily injury" and "property damage" only if:*

*(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";*

*(2) The "bodily injury" or "property damage" occurs during the policy period; and*

*(3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice*

*Auto-Owners*

*of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.*

*c. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:*

*(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;*

*(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or*

*(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.*

*d. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".*

## 2. Exclusions

*This insurance does not apply to:*

### a. Expected Or Intended Injury

*"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.*

*[. . .]*

### o. Personal Injury And Advertising Injury

*"Bodily injury" arising out of "personal injury" or "advertising injury".*

## COVERAGE B – PERSONAL INJURY AND ADVERTISING INJURY LIABILITY

## 1. Insuring Agreement

*Auto-Owners*

*a. We will pay those sums that the insured be- comes legally obligated to pay as damages be- cause of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:*

*(1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and*

*(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.*

*No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments –Coverages **A** and **B**.*

*b. This insurance applies to "personal injury" or "advertising injury" caused by an offense arising out of your business but only if:*

*(1) The "personal injury" or "advertising injury" is caused by an offense arising out of your business; and*

*(2) The offense causing the "personal injury" or "advertising injury" was committed in the "coverage territory" during the policy period.*

*2. Exclusions*

*This insurance does not apply to "personal injury" or "advertising injury":*

*a. Knowing Violation Of Rights Of Another Or Intended Injury*

*(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury"; or*

*(2) Expected or intended by any insured. This exclusion **a.(2),** does not apply to "personal injury".*

*[. . .]*

*d. Criminal Acts*

*Arising out of a criminal act or violation of a penal statute or ordinance committed by or at the direction of the insured.*

*[...]*

*Auto-Owners*

### SECTION II – WHO IS AN INSURED

**1.** *If you are designated in the Declarations as:*

**a.** *An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.*

**b.** *A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.*

**c.** *A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.*

**d.** *An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.*

**e.** *A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.*

*[...]*

**4.** *Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:*

**a.** *Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;*

**b.** *Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and*

**c.** *Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.*

*No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.*

*Auto-Owners*

*[...]*

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

*Auto-Owners*

*No person or organization has a right under this Coverage Part:*

*a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or*

*b. To sue us on this Coverage Part unless all of its terms have been fully complied with.*

*A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.*

*[…]*

### *SECTION V – DEFINITIONS*

*2. "Advertising injury" means injury, arising out of one or more of the following offenses:*

*a. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;*

*b. Oral or written publication, in any manner, of material that violates a person's right of privacy;*

*c. The use of another's advertising idea in your "advertisement"; or*

*d. Infringing upon another's copyright, trade dress or slogan in your "advertisement".*

*4. "Bodily injury" means bodily injury, bodily sickness or bodily disease sustained by a person, including death resulting from any of these at any time.*

*5. "Coverage territory" means:*

*a. The United States of America (including its territories and possessions), Puerto Rico and Canada;*

*b. International waters or airspace, but only if the injury or damage occurs in the course of*

*Auto-Owners*

*travel or transportation between any places included in **a.** above; or*

*c. All other parts of the world if the injury or damage arises out of:*

*(1) Goods or products made or sold by you in the territory described in **a.** above;*

*(2) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or*

*(3) "Personal injury" or "advertising injury" offenses that take place through the Internet or similar electronic means of communication provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.*

**14.** *"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.*

**15.** *"Personal injury" means other than "bodily injury" arising out of one or more of the following offenses:*

*a. False arrest, detention or imprisonment;*

*b. Malicious prosecution;*

*c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;*

*d. Oral or written publication, in any manner, of material that slander or libels a person or organization or disparages a person's or organization's good, products or services; or*

*e. Oral or written publication, in any manner, of material that violates a person's right of privacy*

**18.** *"Property damage" means:*

*a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or*

*b. Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.*

*For the purposes of this insurance, electronic data is not tangible property.*

*Auto-Owners*

*As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.*

**21.** *"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:*

**a.** *An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or*

**b.** *Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.*

The Policies contain the Commercial General Liability Plus Endorsement, Form 55352 (10-08), which contains the following provision addressing notice:

**5. BROADENED KNOWLEDGE OF OCCURRENCE**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit,** *the following paragraph is added:*

*Paragraphs **a.** and **b.** of this condition will not serve to deny any claim for failure to provide us with notice as soon as practicable after an "occurrence" or an offense which may result in a claim:*

**a.** *If the notice of a new claim is given to your "employee"; and*

**b.** *That "employee" fails to provide us with notice as soon as practicable.*

*This exception shall not apply:*

**a.** *To you; or*

**b.** *To any officer, director, partner, risk manager or insurance manager of yours.*

*Auto-Owners*

## Reservation of Rights

Owners continues to investigate the facts and allegations surrounding this claim and the Underlying Lawsuit to determine whether coverage exists under the Policies' insuring agreements, definitions, conditions, exclusions, endorsements, and limitations, including, but not limited to, the provisions quoted above and the provisions identified in Owners' prior reservation of rights letters dated March 6, 2026, and March 9, 2026. Although Owners is continuing to provide you with a defense in the Underlying Lawsuit, that defense is being provided subject to a full and complete reservation of rights. Owners expressly reserves all rights under the Policies and applicable law.

If the allegations summarized above are true, you and the other named defendants knew in 2013 of a serious occurrence or offense at the insured motel involving the alleged sex trafficking of minors, law enforcement intervention, federal prosecution, and potential civil liability. The Complaint further alleges that the property was transferred to Meldimata LLC shortly thereafter in an attempt to avoid liability arising from the alleged sex trafficking. Owners did not receive notice of this matter until on or about February 12, 2026, more than twelve years later and after the Underlying Lawsuit had been filed.

Accordingly, Owners specifically reserves its right to deny any duty to defend or indemnify, and to deny any other coverage obligation under the Policies, based on the failure of any insured to comply with the Policies' notice conditions, including the obligation to provide notice as soon as practicable of an "occurrence" or offense which may result in a claim and the obligation to provide timely notice of a claim or suit. Because the Policies further provide that no person or organization may sue Owners unless all terms of the applicable Coverage Part have been fully complied with, Owners expressly reserves its position that timely compliance with the Policies' notice conditions is a condition precedent to coverage. Owners further reserves its right to seek a judicial determination of its rights and obligations under the Policies.

Owners expressly reserves all rights to deny coverage, in whole or in part, under any applicable provision of the Policies; to withdraw from its defense; to file or participate in a declaratory judgment action; to intervene in the underlying lawsuit for appropriate relief; and to assert any other rights or defenses available under the Policies or applicable law. Owners does not waive and expressly reserves all rights to assert additional coverage defenses that may become apparent through further investigation, discovery, pleadings, testimony, motions, rulings, settlement demands, or trial.

Because of the possibility that coverage may not be afforded under the Policies for some or all claims asserted against you, you have the right to retain counsel of your own choosing, at your own expense, to assist in your defense and protect your interests.

Owners' reservation of rights is based on the allegations, the terms and conditions of the Policies, and the information provided to date. If you have any additional information that you believe may

*Auto-Owners*

affect coverage, please provide that information immediately. If any of the facts or information stated above are inaccurate or incomplete, please advise Owners immediately in writing.

All rights, terms, conditions, exclusions, endorsements, and limitations in the Policies are in full force and effect and are completely reserved. No action by any employee, agent, attorney, representative, or other person on behalf of Owners, or hired by Owners on behalf of any insured, shall waive or be construed as having waived any right, term, condition, exclusion, endorsement, limitation, or other provision of the Policies. This letter does not constitute a waiver of any rights under the Policies or applicable law, and Owners will continue its investigation and defense under a full and complete reservation of rights.

If you have any questions concerning this reservation of rights, please contact me at 770.237.5841, ext. 50582, or by email at Walters.Cole@aoins.com.


Sincerely,

Cole Walters
Claim Representative
Southern Casualty Claims Branch

Page Intentionally Blank

SOUTHERN CASUALTY CLAIMS BRANCH
PO BOX 100044
DULUTH, GA 30096-9344

Meldimata LLC
c/o Ankit Patel, Registered Agent
6000 Harrison Road
Macon, Georgia 31206-4742

Claim 300-0134949-2026





| | **Southern Casualty Claims Branch** |
|---|---|
| | PO Box 100044 \| Duluth GA 30096-9344 |
| | p. 844-756-4154 \| f. 517-886-8600 \| auto-owners.com |
| | SouthernCasualty.clm@aoins.com |

June 1, 2026

Meldimata LLC
c/o Ankit Patel, Registered Agent
6000 Harrison Road
Macon, Georgia 31206-4742
mbp1104@gmail.com

<u>**VIA ELECTRONIC MAIL, U.S. FIRST CLASS & CERTIFIED MAIL –
RETURN RECEIPT REQUESTED**</u>

RE: | Claim Number: | 300-0134949-2026
--- | --- | ---
| Insured: | Mata Enterprises, Inc. d/b/a Days Inn-Macon; Meldimata LLC
| Policy Numbers: | 024618-48060782-11; 024618-48060782-12; 024618-80060782-13
| Date of Loss: | September 2011 - February 2013
| Location: | 6000 Harrison Road, Macon, Georgia 31206-4742
| Lawsuit: | *K.J. and N.J. v. Meldimata, LLC d/b/a Days Inn & Bridgeview Inn and Suites; Mata Enterprises, Inc.; Ankit Patel; B.B. Patel; and Kanta B. Patel* State Court of Bibb County, Georgia Case No. 25-SCCV-101565

<u>**SUPPLEMENTAL RESERVATION OF RIGHTS**</u>

Dear Mata Enterprises, Inc.:

This letter supplements Owners Insurance Company's prior reservation of rights letters to Mata Enterprises Inc. and Meldimata, LLC, dated March 6, 2026, and March 9, 2026. Those letters are fully incorporated by reference.

Owners Insurance Company ("Owners") continues to provide you with a defense in the lawsuit styled as *K.J. and N.J. v. Meldimata, LLC d/b/a Days Inn & Bridgeview Inn and Suites; Mata Enterprises, Inc.; Ankit Patel; B.B. Patel; and Kanta B. Patel*, in the State Court of Bibb County, Georgia, Case No. 25-SCCV-101565 (the "Underlying Lawsuit"), subject to a full and complete reservation of all rights, remedies, and defenses available under the aforementioned Policies and applicable law. No action taken by Owners, including the continued defense of any defendant, constitutes a waiver of any coverage position or policy defense.

Serving our Policyholders and Agents Since 1916

**Auto-Owners**

## BACKGROUND FACTS AND ALLEGATIONS

Please understand that the discussion of allegations in the Underlying Lawsuit does not mean that Owners agrees the allegations are true or accurate. The allegations are summarized solely to explain the coverage issues and Owners' reservation of rights.

The Complaint filed in the Underlying Lawsuit alleges that two minor plaintiffs, K.J. and N.J., were trafficked for sex and falsely imprisoned at the Days Inn located at 6000 Harrison Road, Macon, Georgia, from approximately September 2011 through February 2013. The Complaint alleges that the motel was a longstanding public nuisance and that Defendants negligently, recklessly, knowingly, and/or intentionally permitted prostitution, sex trafficking, violence, drugs, and related criminal activity to continue on the premises.

The Complaint alleges that Mata Enterprises, Inc. owned and operated the motel from at least 1998 through October 21, 2013, including the entire time period when Plaintiffs were allegedly trafficked and falsely imprisoned at the property. The Complaint further alleges that Meldimata LLC was formed on October 15, 2013 and acquired the property from Mata Enterprises, Inc. on October 21, 2013, approximately eight months after Arthur Gerald Reid's arrest for sex trafficking minors at the motel and approximately two months after Reid's federal indictment.

The Complaint alleges that Ankit Patel served as Secretary of Mata Enterprises, Inc., B.B. Patel served as CEO, and Kanta B. Patel served as CFO during the relevant period. The Complaint further alleges that these same individuals owned, operated, managed, or controlled Meldimata LLC after the transfer.

The Complaint alleges that Defendants Meldimata LLC and Mata Enterprises, Inc. should be treated as a single entity under theories of successor liability, alter ego, and fraudulent transfer. Specifically, the Complaint alleges that the transfer from Mata Enterprises to Meldimata occurred shortly after Reid's arrest and indictment, was not an arm's-length transaction because the property was sold for substantially less than its prior sale price, and that the transfer was intended to shield assets and avoid liability arising from the "well-publicized" sex-trafficking prosecution at the property.

Although the Complaint asserts that Meldimata LLC is liable under theories of successor liability, alter ego, fraudulent transfer, de facto merger, and mere continuation, those allegations do not establish that Meldimata LLC was an insured under an Owners policy during the period when Plaintiffs allegedly sustained bodily injury or personal injury. The Policies identify Mata Enterprises, Inc. d/b/a Days Inn-Macon as the named insured during the alleged trafficking period. Meldimata LLC was not added as a named insured under an Owners policy until March 13, 2014, more than one year after the alleged trafficking period had ended.

For the reasons detailed below, Owners continues to investigate this claim and defend you under a complete reservation of rights. Owners reserves its right to disclaim at any later date any obligation of Owners under the Policies, and to assert the defense of non-coverage under the Policies.

*Auto-Owners*

## THE POLICIES

We refer you to Commercial General Liability Coverage Form 55300 (7-05), which reads:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

*Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.*

*Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.*

*The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.*

*Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.*

### SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

**a.** *We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may at our discretion investigate any claim or "occurrence" and settle any claim or "suit" that may result. But:*

> **(1)** *The amount we will pay for damages is limited as described in Section **III** - Limits of Insurance; and*

> **(2)** *Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.*

> *No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.*

**b.** *This insurance applies to "bodily injury" and "property damage" only if:*

> **(1)** *The "bodily injury" or "property damage" is caused by an "occurrence" that*

**Auto-Owners**

takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**d.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

*[. . .]*

**o. Personal Injury And Advertising Injury**

*Auto-Owners*

"Bodily injury" arising out of "personal injury" or "advertising injury".

### COVERAGE B – PERSONAL INJURY AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured be- comes legally obligated to pay as damages be- cause of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section *III* – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages *A* or *B* or medical expenses under Coverage *C*.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments –Coverages *A* and *B*.

**b.** This insurance applies to "personal injury" or "advertising injury" caused by an offense arising out of your business but only if:

**(1)** The "personal injury" or "advertising injury" is caused by an offense arising out of your business; and

**(2)** The offense causing the "personal injury" or "advertising injury" was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to "personal injury" or "advertising injury":

**a. Knowing Violation Of Rights Of Another Or Intended Injury**

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury"; or

**(2)** Expected or intended by any insured. This exclusion **a.(2),** does not apply to "personal injury".

*[. . .]*

*Auto-Owners*

### d. Criminal Acts

*Arising out of a criminal act or violation of a penal statute or ordinance committed by or at the direction of the insured.*

*[...]*

### SECTION II – WHO IS AN INSURED

*1. If you are designated in the Declarations as:*

*a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.*

*b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.*

*c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.*

*d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.*

*e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.*

*[...]*

*4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:*

*a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;*

*b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and*

*Auto-Owners*

*c. Coverage **B** does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.*

*No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.*

*[...]*

***SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS***

***2. Duties In The Event Of Occurrence, Offense, Claim Or Suit***

***a.*** *You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:*

   ***(1)*** *How, when and where the "occurrence" or offense took place;*

   ***(2)*** *The names and addresses of any injured persons and witnesses; and*

   ***(3)*** *The nature and location of any injury or damage arising out of the "occurrence" or offense.*

***b.*** *If a claim is made or "suit" is brought against any insured, you must:*

   ***(1)*** *Immediately record the specifics of the claim or "suit" and the date received; and*

   ***(2)*** *Notify us as soon as practicable.*

   *You must see to it that we receive written notice of the claim or "suit" as soon as practicable.*

***c.*** *You and any other involved insured must:*

   ***(1)*** *Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";*

   ***(2)*** *Authorize us to obtain records and other information;*

   ***(3)*** *Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and*

   ***(4)*** *Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.*

*Auto-Owners*

**d.** *No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.*

### 3. Legal Action Against Us

*No person or organization has a right under this Coverage Part:*

**a.** *To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or*

**b.** *To sue us on this Coverage Part unless all of its terms have been fully complied with.*

*A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.*

*[…]*

### SECTION V – DEFINITIONS

**2.** *"Advertising injury" means injury, arising out of one or more of the following offenses:*

**a.** *Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;*

**b.** *Oral or written publication, in any manner, of material that violates a person's right of privacy;*

**c.** *The use of another's advertising idea in your "advertisement"; or*

**d.** *Infringing upon another's copyright, trade dress or slogan in your "advertisement".*

**4.** *"Bodily injury" means bodily injury, bodily sickness or bodily disease sustained by a person, including death resulting from any of these at any time.*

*Auto-Owners*

**5.** *"Coverage territory" means:*

    **a.** *The United States of America (including its territories and possessions), Puerto Rico and Canada;*

    **b.** *International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or*

    **c.** *All other parts of the world if the injury or damage arises out of:*

        **(1)** *Goods or products made or sold by you in the territory described in **a.** above;*

        **(2)** *The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or*

        **(3)** *"Personal injury" or "advertising injury" offenses that take place through the Internet or similar electronic means of communication provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.*

**14.** *"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.*

**15.** *"Personal injury" means other than "bodily injury" arising out of one or more of the following offenses:*

    **a.** *False arrest, detention or imprisonment;*

    **b.** *Malicious prosecution;*

    **c.** *The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;*

    **d.** *Oral or written publication, in any manner, of material that slander or libels a person or organization or disparages a person's or organization's good, products or services; or*

    **e.** *Oral or written publication, in any manner, of material that violates a person's right of privacy*

**18.** *"Property damage" means:*

    **a.** *Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused*

*Auto-Owners*

*it; or*

*b. Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.*

*For the purposes of this insurance, electronic data is not tangible property.*

*As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.*

*21. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:*

*a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or*

*b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.*

The Policies contain the Commercial General Liability Plus Endorsement, Form 55352 (10-08), which contains the following provision addressing notice:

*5. BROADENED KNOWLEDGE OF OCCURRENCE*

*Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit, the following paragraph is added:*

*Paragraphs a. and b. of this condition will not serve to deny any claim for failure to provide us with notice as soon as practicable after an "occurrence" or an offense which may result in a claim:*

*a. If the notice of a new claim is given to your "employee"; and*

*b. That "employee" fails to provide us with notice as soon as practicable.*

*This exception shall not apply:*

*a. To you; or*

*Auto-Owners*

**b.** *To any officer, director, partner, risk manager*
*or insurance manager of yours.*

### Reservation of Rights

Owners continues to investigate the facts and allegations surrounding this claim and the Underlying Lawsuit to determine whether coverage exists under the Policies' insuring agreements, definitions, conditions, exclusions, endorsements, and limitations, including, but not limited to, the provisions quoted above and the provisions identified in Owners' prior reservation of rights letters dated March 6, 2026, and March 9, 2026. Although Owners is continuing to provide you with a defense in the Underlying Lawsuit, that defense is being provided subject to a full and complete reservation of rights. Owners expressly reserves all rights under the Policies and applicable law.

The Complaint alleges that Plaintiffs' bodily injury and personal injury occurred from approximately September 2011 through February 2013. Meldimata LLC did not exist during that period, did not acquire the motel until October 21, 2013, and was not named as an insured under an Owners policy until March 13, 2014. Accordingly, Owners specifically reserves its right to assert that Meldimata LLC does not qualify as an insured for claims and damages alleged in the Underlying Lawsuit.

Owners further reserves its rights based on late notice. The Complaint alleges that Meldimata LLC was formed and acquired the motel shortly after Reid's arrest and federal indictment, and further alleges that the transfer of the property was an attempt to avoid liability arising from the alleged sex trafficking at the motel. If those allegations are true, Meldimata LLC, through its members, managers, or agents, knew of a serious occurrence, offense, or potential claim involving alleged sex trafficking of minors at the property in 2013. Owners did not receive notice of this matter until on or about February 12, 2026, more than twelve years after Meldimata LLC allegedly acquired the motel and after the Underlying Lawsuit had been filed. Owners specifically reserves its right to deny any coverage obligation based on your failure to provide timely notice as required under the Policies.

Owners specifically reserves its right to deny any duty to defend or indemnify, and to deny any other coverage obligation under the Policies, because the bodily injury and personal injury alleged in the Underlying Lawsuit occurred before Meldimata LLC was formed, before you acquired the motel, and before you became a named insured under any Owners policy. Owners further reserves its right to deny coverage based on your failure to comply with the Policies' notice conditions, including the obligation to provide notice as soon as practicable of an "occurrence" or offense which may result in a claim and the obligation to provide timely notice of a claim or suit. Because the Policies further provide that no person or organization may sue Owners unless all terms of the applicable Coverage Part have been fully complied with, Owners expressly reserves its position that timely compliance with the Policies' notice conditions is a condition precedent to coverage.

This reservation of rights is based on the information presently available to Owners. Owners does not waive, and expressly reserves, all rights, defenses, limitations, exclusions, and conditions

*Auto-Owners*

available under the Policies and applicable law. This letter is not intended to identify every potential coverage issue, policy provision, exclusion, condition, or defense that may apply. Owners reserves the right to supplement or amend this reservation of rights as additional facts become known, as the pleadings are amended, as discovery is conducted, as additional claim materials are received, or as otherwise appropriate.

If you believe that any of the facts or information stated in this letter are inaccurate, please advise Owners immediately. Owners will continue its investigation and will take whatever steps are appropriate to protect its rights and your interests, with the understanding that it does so under a complete reservation of rights and without waiving its right to disclaim or deny coverage in the future. Owners reserves the right to supplement this reservation of rights letter upon receipt of additional information that may become available through its investigation, discovery, amended pleadings, or otherwise.

In light of the potential coverage concerns, you may wish to retain, at your own expense, personal counsel to represent your interests in this matter. In the event you have not already done so, you should place any and all other liability insurers on notice of the claim.

You are formally placed on notice that any activity by Owners, including investigation, settlement discussions, participation in the defense, retention or payment of defense counsel, filing or participation in a declaratory judgment action, or any other action taken with respect to the claim or lawsuit, does not constitute a waiver of any rights, defenses, limitations, exclusions, conditions, or remedies available to Owners under the Policies or applicable law.

While Owners has attempted to identify the policy language relevant to its coverage concerns, the failure to identify any specific policy provision, exclusion, condition, limitation, or defense shall not be considered a waiver of any policy defenses, terms, rights, or conditions. Owners expressly reserves the right to deny coverage based upon any other defense, term, right, condition, limitation, or exclusion, regardless of whether it is specifically identified above.

Owners reserves the right to litigate the coverage issues outlined in this letter and to file a declaratory judgment action in a court of appropriate jurisdiction, if necessary. Nothing contained in this letter, or any act by Owners or its representatives, should be construed as an admission of coverage, waiver, or estoppel of any known or unknown coverage defense Owners may have under the Policies or applicable law. This letter does not waive or modify any provision or condition contained in the Policies.

You should not discuss this claim with anyone except an Owners representative, appointed defense counsel, or your own personal attorney.

All rights, terms, conditions, limitations, and exclusions in the Policies are in full force and effect and are completely reserved. No action by any employee, agent, attorney, representative, or other person on behalf of Owners, or retained by Owners, shall waive or be construed as waiving any right, term, condition, exclusion, limitation, or other provision of the Policies.

*Auto-Owners*

If you have any questions concerning this reservation of rights, please contact me at 770.237.5841, ext. 50582, or by email at Walters.Cole@aoins.com.


Sincerely,

Cole Walters
Claim Representative
Southern Casualty Claims Branch

Page Intentionally Blank

SOUTHERN CASUALTY CLAIMS BRANCH
PO BOX 100044
DULUTH, GA 30096-9344

Ankit Patel
6000 Harrison Road
Macon, Georgia 31206-4742

Claim 300-0134949-2026





**Southern Casualty Claims Branch**
PO Box 100044 | Duluth GA 30096-9344
p. 844-756-4154 | f. 517-886-8600 | auto-owners.com
SouthernCasualty.clm@aoins.com

June 1, 2026

Ankit Patel
6000 Harrison Road
Macon, Georgia 31206-4742
mbp1104@gmail.com

<u>**VIA ELECTRONIC MAIL, U.S. FIRST CLASS & CERTIFIED MAIL –
RETURN RECEIPT REQUESTED**</u>

| | | |
|---|---|---|
| RE: | Claim Number: | 300-0134949-2026 |
| | Insured: | Mata Enterprises, Inc. d/b/a Days Inn-Macon; Meldimata LLC |
| | Policy Numbers: | 024618-48060782-11; 024618-48060782-12; 024618-80060782-13 |
| | Date of Loss: | September 2011 - February 2013 |
| | Location: | 6000 Harrison Road, Macon, Georgia 31206-4742 |
| | Lawsuit: | *K.J. and N.J. v. Meldimata, LLC d/b/a Days Inn & Bridgeview Inn and Suites; Mata Enterprises, Inc.; Ankit Patel; B.B. Patel; and Kanta B. Patel* State Court of Bibb County, Georgia Case No. 25-SCCV-101565 |

<u>**SUPPLEMENTAL RESERVATION OF RIGHTS**</u>

Dear Ankit Patel:

This letter supplements Owners Insurance Company's prior reservation of rights letters to Mata Enterprises Inc. and Meldimata, LLC, dated March 6, 2026, and March 9, 2026. Those letters are fully incorporated by reference.

Owners Insurance Company ("Owners") continues to provide you with a defense in the lawsuit styled as *K.J. and N.J. v. Meldimata, LLC d/b/a Days Inn & Bridgeview Inn and Suites; Mata Enterprises, Inc.; Ankit Patel; B.B. Patel; and Kanta B. Patel*, in the State Court of Bibb County, Georgia, Case No. 25-SCCV-101565 (the "Underlying Lawsuit"), subject to a full and complete reservation of all rights, remedies, and defenses available under the aforementioned Policies and applicable law. No action taken by Owners, including the continued defense of any defendant, constitutes a waiver of any coverage position or policy defense.

<u>**BACKGROUND FACTS AND ALLEGATIONS**</u>

Serving our Policyholders and Agents Since 1916

*Auto-Owners*

Please understand that the discussion of allegations in the Underlying Lawsuit does not mean that Owners agrees the allegations are true or accurate. The allegations are summarized solely to explain the coverage issues and Owners' reservation of rights.

The Complaint filed in the Underlying Lawsuit alleges that two minor plaintiffs, K.J. and N.J., were trafficked for sex and falsely imprisoned at the Days Inn located at 6000 Harrison Road, Macon, Georgia, from approximately September 2011 through February 2013. The Complaint alleges that the motel was a longstanding public nuisance and that Defendants negligently, recklessly, knowingly, and/or intentionally permitted prostitution, sex trafficking, violence, drugs, and related criminal activity to continue on the premises.

The Complaint alleges that Mata Enterprises, Inc. owned and operated the motel from at least 1998 through October 21, 2013, including the entire time period when Plaintiffs were allegedly trafficked and falsely imprisoned at the property. The Complaint further alleges that Meldimata LLC was formed on October 15, 2013, and acquired the property from Mata Enterprises, Inc. on October 21, 2013, approximately eight months after Arthur Gerald Reid's arrest for sex trafficking minors at the motel and approximately two months after Reid's federal indictment.

The Complaint alleges that Ankit Patel served as Secretary of Mata Enterprises, Inc., B.B. Patel served as CEO, and Kanta B. Patel served as CFO during the relevant period. The Complaint further alleges that these same individuals owned, operated, managed, or controlled Meldimata LLC after the transfer.

The Complaint alleges that Defendants Meldimata LLC and Mata Enterprises, Inc. should be treated as a single entity under theories of successor liability, alter ego, and fraudulent transfer. Specifically, the Complaint alleges that the transfer from Mata Enterprises to Meldimata occurred shortly after Reid's arrest and indictment, was not an arm's-length transaction because the property was sold for substantially less than its prior sale price, and that the transfer was intended to shield assets and avoid liability arising from the "well-publicized" sex-trafficking prosecution at the property.

For the reasons detailed below, Owners continues to investigate this claim and defend you under a complete reservation of rights. Owners reserves its right to disclaim at any later date any obligation of Owners under the Policies, and to assert the defense of non-coverage under the Policies.

## THE POLICIES

We refer you to Commercial General Liability Coverage Form 55300 (7-05), which reads:

### *COMMERCIAL GENERAL LIABILITY COVERAGE FORM*

*Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.*

*Auto-Owners*

*Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.*

*The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.*

*Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.*

## *SECTION I – COVERAGES*

## *COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY*

### *1. Insuring Agreement*

*a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may at our discretion investigate any claim or "occurrence" and settle any claim or "suit" that may result. But:*

*(1) The amount we will pay for damages is limited as described in Section **III** - Limits of Insurance; and*

*(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.*

*No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.*

*b. This insurance applies to "bodily injury" and "property damage" only if:*

*(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";*

*(2) The "bodily injury" or "property damage" occurs during the policy period; and*

*(3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property*

*Auto-Owners*

*damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.*

*c. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:*

*(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;*

*(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or*

*(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.*

*d. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".*

## 2. Exclusions

*This insurance does not apply to:*

### a. Expected Or Intended Injury

*"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.*

*[. . .]*

### o. Personal Injury And Advertising Injury

*"Bodily injury" arising out of "personal injury" or "advertising injury".*

## COVERAGE B – PERSONAL INJURY AND ADVERTISING INJURY LIABILITY

## 1. Insuring Agreement

*a. We will pay those sums that the insured be- comes legally obligated to pay as damages be- cause of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those*

*Auto-Owners*

*damages. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:*

*(1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and*

*(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.*

*No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments –Coverages **A** and **B**.*

***b.*** *This insurance applies to "personal injury" or "advertising injury" caused by an offense arising out of your business but only if:*

*(1) The "personal injury" or "advertising injury" is caused by an offense arising out of your business; and*

*(2) The offense causing the "personal injury" or "advertising injury" was committed in the "coverage territory" during the policy period.*

***2. Exclusions***

*This insurance does not apply to "personal injury" or "advertising injury":*

***a. Knowing Violation Of Rights Of Another Or Intended Injury***

*(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury"; or*

*(2) Expected or intended by any insured. This exclusion **a.(2),** does not apply to "personal injury".*

*[. . .]*

***d. Criminal Acts***

*Arising out of a criminal act or violation of a penal statute or ordinance committed by or at the direction of the insured.*

*[...]*

***SECTION II – WHO IS AN INSURED***

*Auto-Owners*

**1.** *If you are designated in the Declarations as:*

    **a.** *An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.*

    **b.** *A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.*

    **c.** *A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.*

    **d.** *An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.*

    **e.** *A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.*

    *[...]*

**4.** *Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:*

    **a.** *Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;*

    **b.** *Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and*

    **c.** *Coverage **B** does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.*

    *No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.*

*[...]*

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

*Auto-Owners*

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** *You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:*

   **(1)** *How, when and where the "occurrence" or offense took place;*

   **(2)** *The names and addresses of any injured persons and witnesses; and*

   **(3)** *The nature and location of any injury or damage arising out of the "occurrence" or offense.*

**b.** *If a claim is made or "suit" is brought against any insured, you must:*

   **(1)** *Immediately record the specifics of the claim or "suit" and the date received; and*

   **(2)** *Notify us as soon as practicable.*

   *You must see to it that we receive written notice of the claim or "suit" as soon as practicable.*

**c.** *You and any other involved insured must:*

   **(1)** *Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";*

   **(2)** *Authorize us to obtain records and other information;*

   **(3)** *Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and*

   **(4)** *Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.*

   **d.** *No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.*

**3. Legal Action Against Us**

   *No person or organization has a right under this Coverage Part:*

*Auto-Owners*

*a. To join us as a party or otherwise bring us
into a "suit" asking for damages from an insured; or*

*b. To sue us on this Coverage Part unless all of
its terms have been fully complied with.*

*A person or organization may sue us to recover
on an agreed settlement or on a final judgment
against an insured obtained after an actual trial;
but we will not be liable for damages that are not
payable under the terms of this Coverage Part or
that are in excess of the applicable limit of insurance.
An agreed settlement means a settlement
and release of liability signed by us, the insured
and the claimant or the claimant's legal representative.*

*[…]*

### SECTION V – DEFINITIONS

*2. "Advertising injury" means injury, arising out of one or more of the following offenses:*

*a. Oral or written publication, in any manner, of material that slanders or libels a
person or organization or disparages a person's or organization's goods,
products or services;*

*b. Oral or written publication, in any manner, of material that violates a person's
right of privacy;*

*c. The use of another's advertising idea in your "advertisement"; or*

*d. Infringing upon another's copyright, trade dress or slogan in your
"advertisement".*

*4. "Bodily injury" means bodily injury, bodily sickness or bodily disease sustained by a person,
including death resulting from any of these at any time.*

*5. "Coverage territory" means:*

*a. The United States of America (including its territories and possessions), Puerto Rico and
Canada;*

*b. International waters or airspace, but only if the injury or damage occurs in the course of
travel or transportation between any places included in a. above; or*

*c. All other parts of the world if the injury or damage arises out of:*

*Auto-Owners*

*(1) Goods or products made or sold by you in the territory described in **a.** above;*

*(2) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or*

*(3) "Personal injury" or "advertising injury" offenses that take place through the Internet or similar electronic means of communication provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.*

**14.** *"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.*

**15.** *"Personal injury" means other than "bodily injury" arising out of one or more of the following offenses:*

**a.** *False arrest, detention or imprisonment;*

**b.** *Malicious prosecution;*

**c.** *The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;*

**d.** *Oral or written publication, in any manner, of material that slander or libels a person or organization or disparages a person's or organization's good, products or services; or*

**e.** *Oral or written publication, in any manner, of material that violates a person's right of privacy*

**18.** *"Property damage" means:*

**a.** *Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or*

**b.** *Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.*

*For the purposes of this insurance, electronic data is not tangible property.*

*As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing*

*Auto-Owners*

*devices or any other media which are used with electronically controlled equipment.*

**21.** *"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:*

> *a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or*

> *b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.*

The Policies contain the Commercial General Liability Plus Endorsement, Form 55352 (10-08), which contains the following provision addressing notice:

> **5. BROADENED KNOWLEDGE OF OCCURRENCE**
>
> Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit,** *the following paragraph is added:*
>
> *Paragraphs* **a.** *and* **b.** *of this condition will not serve to deny any claim for failure to provide us with notice as soon as practicable after an "occurrence" or an offense which may result in a claim:*
>
> **a.** *If the notice of a new claim is given to your "employee"; and*
>
> **b.** *That "employee" fails to provide us with notice as soon as practicable.*
>
> *This exception shall not apply:*
>
> **a.** *To you; or*
>
> **b.** *To any officer, director, partner, risk manager or insurance manager of yours.*

### Reservation of Rights

Owners continues to investigate the facts and allegations surrounding this claim and the Underlying Lawsuit to determine whether coverage exists under the Policies' insuring agreements, definitions, conditions, exclusions, endorsements, and limitations, including, but not limited to, the provisions quoted above and the provisions identified in Owners' prior reservation of rights

*Auto-Owners*

letters dated March 6, 2026, and March 9, 2026. Although Owners is continuing to provide you with a defense in the Underlying Lawsuit, that defense is being provided subject to a full and complete reservation of rights. Owners expressly reserves all rights under the Policies and applicable law.

If the allegations summarized above are true, you and the other named defendants knew in 2013 of a serious occurrence or offense at the insured motel involving the alleged sex trafficking of minors, law enforcement intervention, federal prosecution, and potential civil liability. The Complaint further alleges that the property was transferred to Meldimata LLC shortly thereafter in an attempt to avoid liability arising from the alleged sex trafficking. Owners did not receive notice of this matter until on or about February 12, 2026, more than twelve years later and after the Underlying Lawsuit had been filed.

Accordingly, Owners specifically reserves its right to deny any duty to defend or indemnify, and to deny any other coverage obligation under the Policies, based on the failure of any insured to comply with the Policies' notice conditions, including the obligation to provide notice as soon as practicable of an "occurrence" or offense which may result in a claim and the obligation to provide timely notice of a claim or suit. Because the Policies further provide that no person or organization may sue Owners unless all terms of the applicable Coverage Part have been fully complied with, Owners expressly reserves its position that timely compliance with the Policies' notice conditions is a condition precedent to coverage.

This reservation of rights is based on the information presently available to Owners. Owners does not waive, and expressly reserves, all rights, defenses, limitations, exclusions, and conditions available under the Policies and applicable law. This letter is not intended to identify every potential coverage issue, policy provision, exclusion, condition, or defense that may apply. Owners reserves the right to supplement or amend this reservation of rights as additional facts become known, as the pleadings are amended, as discovery is conducted, as additional claim materials are received, or as otherwise appropriate.

If you believe that any of the facts or information stated in this letter are inaccurate, please advise Owners immediately. Owners will continue its investigation and will take whatever steps are appropriate to protect its rights and your interests, with the understanding that it does so under a complete reservation of rights and without waiving its right to disclaim or deny coverage in the future. Owners reserves the right to supplement this reservation of rights letter upon receipt of additional information that may become available through its investigation, discovery, amended pleadings, or otherwise.

In light of the potential coverage concerns, you may wish to retain, at your own expense, personal counsel to represent your interests in this matter. In the event you have not already done so, you should place any and all other liability insurers on notice of the claim.

You are formally placed on notice that any activity by Owners, including investigation, settlement discussions, participation in the defense, retention or payment of defense counsel, filing or participation in a declaratory judgment action, or any other action taken with respect to the claim

**Auto-Owners**

or lawsuit, does not constitute a waiver of any rights, defenses, limitations, exclusions, conditions, or remedies available to Owners under the Policies or applicable law.

While Owners has attempted to identify the policy language relevant to its coverage concerns, the failure to identify any specific policy provision, exclusion, condition, limitation, or defense shall not be considered a waiver of any policy defenses, terms, rights, or conditions. Owners expressly reserves the right to deny coverage based upon any other defense, term, right, condition, limitation, or exclusion, regardless of whether it is specifically identified above.

Owners reserves the right to litigate the coverage issues outlined in this letter and to file a declaratory judgment action in a court of appropriate jurisdiction, if necessary. Nothing contained in this letter, or any act by Owners or its representatives, should be construed as an admission of coverage, waiver, or estoppel of any known or unknown coverage defense Owners may have under the Policies or applicable law. This letter does not waive or modify any provision or condition contained in the Policies.

You should not discuss this claim with anyone except an Owners representative, appointed defense counsel, or your own personal attorney.

All rights, terms, conditions, limitations, and exclusions in the Policies are in full force and effect and are completely reserved. No action by any employee, agent, attorney, representative, or other person on behalf of Owners, or retained by Owners, shall waive or be construed as waiving any right, term, condition, exclusion, limitation, or other provision of the Policies.

If you have any questions concerning this reservation of rights, please contact me at 770.237.5841, ext. 50582, or by email at Walters.Cole@aoins.com.

Sincerely,

Cole Walters
Claim Representative
Southern Casualty Claims Branch

Page Intentionally Blank

SOUTHERN CASUALTY CLAIMS BRANCH
PO BOX 100044
DULUTH, GA 30096-9344

B.B. Patel
6000 Harrison Road
Macon, Georgia 31206-4742

Claim 300-0134949-2026





| | **Southern Casualty Claims Branch** |
|---|---|
| | PO Box 100044 \| Duluth GA 30096-9344 |
| | p. 844-756-4154 \| f. 517-886-8600 \| auto-owners.com |
| | SouthernCasualty.clm@aoins.com |

June 1, 2026

B.B. Patel
6000 Harrison Road
Macon, Georgia 31206-4742
mbp1104@gmail.com

**<u>VIA ELECTRONIC MAIL, U.S. FIRST CLASS & CERTIFIED MAIL –
RETURN RECEIPT REQUESTED</u>**

RE:   Claim Number:      300-0134949-2026
      Insured:           Mata Enterprises, Inc. d/b/a Days Inn-Macon;
                         Meldimata LLC
      Policy Numbers:    024618-48060782-11; 024618-48060782-12;
                         024618-80060782-13
      Date of Loss:      September 2011 - February 2013
      Location:          6000 Harrison Road, Macon, Georgia 31206-4742
      Lawsuit:           *K.J. and N.J. v. Meldimata, LLC d/b/a Days Inn &
                         Bridgeview Inn and Suites; Mata Enterprises, Inc.; Ankit
                         Patel; B.B. Patel; and Kanta B. Patel*
                         State Court of Bibb County, Georgia
                         Case No. 25-SCCV-101565

**<u>SUPPLEMENTAL RESERVATION OF RIGHTS</u>**

Dear B.B. Patel:

This letter supplements Owners Insurance Company's prior reservation of rights letters to Mata
Enterprises Inc. and Meldimata, LLC, dated March 6, 2026, and March 9, 2026. Those letters are
fully incorporated by reference.

Owners Insurance Company ("Owners") continues to provide you with a defense in the lawsuit
styled as *K.J. and N.J. v. Meldimata, LLC d/b/a Days Inn & Bridgeview Inn and Suites; Mata
Enterprises, Inc.; Ankit Patel; B.B. Patel; and Kanta B. Patel*, in the State Court of Bibb County,
Georgia, Case No. 25-SCCV-101565 (the "Underlying Lawsuit"), subject to a full and complete
reservation of all rights, remedies, and defenses available under the aforementioned Policies and
applicable law. No action taken by Owners, including the continued defense of any defendant,
constitutes a waiver of any coverage position or policy defense.

**<u>BACKGROUND FACTS AND ALLEGATIONS</u>**

*Auto-Owners*

Please understand that the discussion of allegations in the Underlying Lawsuit does not mean that Owners agrees the allegations are true or accurate. The allegations are summarized solely to explain the coverage issues and Owners' reservation of rights.

The Complaint filed in the Underlying Lawsuit alleges that two minor plaintiffs, K.J. and N.J., were trafficked for sex and falsely imprisoned at the Days Inn located at 6000 Harrison Road, Macon, Georgia, from approximately September 2011 through February 2013. The Complaint alleges that the motel was a longstanding public nuisance and that Defendants negligently, recklessly, knowingly, and/or intentionally permitted prostitution, sex trafficking, violence, drugs, and related criminal activity to continue on the premises.

The Complaint alleges that Mata Enterprises, Inc. owned and operated the motel from at least 1998 through October 21, 2013, including the entire time period when Plaintiffs were allegedly trafficked and falsely imprisoned at the property. The Complaint further alleges that Meldimata LLC was formed on October 15, 2013 and acquired the property from Mata Enterprises, Inc. on October 21, 2013, approximately eight months after Arthur Gerald Reid's arrest for sex trafficking minors at the motel and approximately two months after Reid's federal indictment.

The Complaint alleges that Ankit Patel served as Secretary of Mata Enterprises, Inc., B.B. Patel served as CEO, and Kanta B. Patel served as CFO during the relevant period. The Complaint further alleges that these same individuals owned, operated, managed, or controlled Meldimata LLC after the transfer.

The Complaint alleges that Defendants Meldimata LLC and Mata Enterprises, Inc. should be treated as a single entity under theories of successor liability, alter ego, and fraudulent transfer. Specifically, the Complaint alleges that the transfer from Mata Enterprises to Meldimata occurred shortly after Reid's arrest and indictment, was not an arm's-length transaction because the property was sold for substantially less than its prior sale price, and that the transfer was intended to shield assets and avoid liability arising from the "well-publicized" sex-trafficking prosecution at the property.

For the reasons detailed below, Owners continues to investigate this claim and defend you under a complete reservation of rights. Owners reserves its right to disclaim at any later date any obligation of Owners under the Policies, and to assert the defense of non-coverage under the Policies.

## THE POLICIES

We refer you to Commercial General Liability Coverage Form 55300 (7-05), which reads:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

*Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.*

*Auto-Owners*

*Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.*

*The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.*

*Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.*

### SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

*a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may at our discretion investigate any claim or "occurrence" and settle any claim or "suit" that may result. But:*

*(1) The amount we will pay for damages is limited as described in Section **III** - Limits of Insurance; and*

*(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.*

*No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.*

*b. This insurance applies to "bodily injury" and "property damage" only if:*

*(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";*

*(2) The "bodily injury" or "property damage" occurs during the policy period; and*

*(3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property*

*Auto-Owners*

*damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.*

**c.** *"Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:*

**(1)** *Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;*

**(2)** *Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or*

**(3)** *Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.*

**d.** *Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".*

**2. Exclusions**

*This insurance does not apply to:*

**a. Expected Or Intended Injury**

*"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.*

*[. . .]*

**o. Personal Injury And Advertising Injury**

*"Bodily injury" arising out of "personal injury" or "advertising injury".*

**COVERAGE B – PERSONAL INJURY AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** *We will pay those sums that the insured be- comes legally obligated to pay as damages be- cause of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those*

*Auto-Owners*

*damages. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:*

*(1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and*

*(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.*

*No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments –Coverages **A** and **B**.*

***b.*** *This insurance applies to "personal injury" or "advertising injury" caused by an offense arising out of your business but only if:*

*(1) The "personal injury" or "advertising injury" is caused by an offense arising out of your business; and*

*(2) The offense causing the "personal injury" or "advertising injury" was committed in the "coverage territory" during the policy period.*

**2. Exclusions**

*This insurance does not apply to "personal injury" or "advertising injury":*

**a. Knowing Violation Of Rights Of Another Or Intended Injury**

*(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury"; or*

*(2) Expected or intended by any insured. This exclusion **a.(2),** does not apply to "personal injury".*

*[. . .]*

**d. Criminal Acts**

*Arising out of a criminal act or violation of a penal statute or ordinance committed by or at the direction of the insured.*

*[...]*

**SECTION II – WHO IS AN INSURED**

*Auto-Owners*

**1.** *If you are designated in the Declarations as:*

*a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.*

*b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.*

*c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.*

*d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.*

*e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.*

*[…]*

**4.** *Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:*

*a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;*

*b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and*

*c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.*

*No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.*

*[…]*

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

*Auto-Owners*

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

**a.** *You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:*

**(1)** *How, when and where the "occurrence" or offense took place;*

**(2)** *The names and addresses of any injured persons and witnesses; and*

**(3)** *The nature and location of any injury or damage arising out of the "occurrence" or offense.*

**b.** *If a claim is made or "suit" is brought against any insured, you must:*

**(1)** *Immediately record the specifics of the claim or "suit" and the date received; and*

**(2)** *Notify us as soon as practicable.*

*You must see to it that we receive written notice of the claim or "suit" as soon as practicable.*

**c.** *You and any other involved insured must:*

**(1)** *Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";*

**(2)** *Authorize us to obtain records and other information;*

**(3)** *Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and*

**(4)** *Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.*

**d.** *No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.*

### 3. Legal Action Against Us

*No person or organization has a right under this Coverage Part:*

**Auto-Owners**

**a.** *To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or*

**b.** *To sue us on this Coverage Part unless all of its terms have been fully complied with.*

*A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.*

*[...]*

### SECTION V – DEFINITIONS

**2.** *"Advertising injury" means injury, arising out of one or more of the following offenses:*

**a.** *Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;*

**b.** *Oral or written publication, in any manner, of material that violates a person's right of privacy;*

**c.** *The use of another's advertising idea in your "advertisement"; or*

**d.** *Infringing upon another's copyright, trade dress or slogan in your "advertisement".*

**4.** *"Bodily injury" means bodily injury, bodily sickness or bodily disease sustained by a person, including death resulting from any of these at any time.*

**5.** *"Coverage territory" means:*

**a.** *The United States of America (including its territories and possessions), Puerto Rico and Canada;*

**b.** *International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or*

**c.** *All other parts of the world if the injury or damage arises out of:*

*Auto-Owners*

*(1) Goods or products made or sold by you in the territory described in **a.** above;*

*(2) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or*

*(3) "Personal injury" or "advertising injury" offenses that take place through the Internet or similar electronic means of communication provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.*

*14. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.*

*15. "Personal injury" means other than "bodily injury" arising out of one or more of the following offenses:*

*a. False arrest, detention or imprisonment;*

*b. Malicious prosecution;*

*c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;*

*d. Oral or written publication, in any manner, of material that slander or libels a person or organization or disparages a person's or organization's good, products or services; or*

*e. Oral or written publication, in any manner, of material that violates a person's right of privacy*

*18. "Property damage" means:*

*a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or*

*b. Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.*

*For the purposes of this insurance, electronic data is not tangible property.*

*As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing*

*Auto-Owners*

*devices or any other media which are used with electronically controlled equipment.*

*21. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:*

*a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or*

*b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.*

The Policies contain the Commercial General Liability Plus Endorsement, Form 55352 (10-08), which contains the following provision addressing notice:

*5. BROADENED KNOWLEDGE OF OCCURRENCE*

*Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit, the following paragraph is added:*

*Paragraphs a. and b. of this condition will not serve to deny any claim for failure to provide us with notice as soon as practicable after an "occurrence" or an offense which may result in a claim:*

*a. If the notice of a new claim is given to your "employee"; and*

*b. That "employee" fails to provide us with notice as soon as practicable.*

*This exception shall not apply:*

*a. To you; or*

*b. To any officer, director, partner, risk manager or insurance manager of yours.*

**<u>Reservation of Rights</u>**

Owners continues to investigate the facts and allegations surrounding this claim and the Underlying Lawsuit to determine whether coverage exists under the Policies' insuring agreements, definitions, conditions, exclusions, endorsements, and limitations, including, but not limited to, the provisions quoted above and the provisions identified in Owners' prior reservation of rights

*Auto-Owners*

letters dated March 6, 2026, and March 9, 2026. Although Owners is continuing to provide you with a defense in the Underlying Lawsuit, that defense is being provided subject to a full and complete reservation of rights. Owners expressly reserves all rights under the Policies and applicable law.

If the allegations summarized above are true, you and the other named defendants knew in 2013 of a serious occurrence or offense at the insured motel involving the alleged sex trafficking of minors, law enforcement intervention, federal prosecution, and potential civil liability. The Complaint further alleges that the property was transferred to Meldimata LLC shortly thereafter in an attempt to avoid liability arising from the alleged sex trafficking. Owners did not receive notice of this matter until on or about February 12, 2026, more than twelve years later and after the Underlying Lawsuit had been filed.

Accordingly, Owners specifically reserves its right to deny any duty to defend or indemnify, and to deny any other coverage obligation under the Policies, based on the failure of any insured to comply with the Policies' notice conditions, including the obligation to provide notice as soon as practicable of an "occurrence" or offense which may result in a claim and the obligation to provide timely notice of a claim or suit. Because the Policies further provide that no person or organization may sue Owners unless all terms of the applicable Coverage Part have been fully complied with, Owners expressly reserves its position that timely compliance with the Policies' notice conditions is a condition precedent to coverage.

This reservation of rights is based on the information presently available to Owners. Owners does not waive, and expressly reserves, all rights, defenses, limitations, exclusions, and conditions available under the Policies and applicable law. This letter is not intended to identify every potential coverage issue, policy provision, exclusion, condition, or defense that may apply. Owners reserves the right to supplement or amend this reservation of rights as additional facts become known, as the pleadings are amended, as discovery is conducted, as additional claim materials are received, or as otherwise appropriate.

If you believe that any of the facts or information stated in this letter are inaccurate, please advise Owners immediately. Owners will continue its investigation and will take whatever steps are appropriate to protect its rights and your interests, with the understanding that it does so under a complete reservation of rights and without waiving its right to disclaim or deny coverage in the future. Owners reserves the right to supplement this reservation of rights letter upon receipt of additional information that may become available through its investigation, discovery, amended pleadings, or otherwise.

In light of the potential coverage concerns, you may wish to retain, at your own expense, personal counsel to represent your interests in this matter. In the event you have not already done so, you should place any and all other liability insurers on notice of the claim.

You are formally placed on notice that any activity by Owners, including investigation, settlement discussions, participation in the defense, retention or payment of defense counsel, filing or participation in a declaratory judgment action, or any other action taken with respect to the claim

**Auto-Owners**

or lawsuit, does not constitute a waiver of any rights, defenses, limitations, exclusions, conditions, or remedies available to Owners under the Policies or applicable law.

While Owners has attempted to identify the policy language relevant to its coverage concerns, the failure to identify any specific policy provision, exclusion, condition, limitation, or defense shall not be considered a waiver of any policy defenses, terms, rights, or conditions. Owners expressly reserves the right to deny coverage based upon any other defense, term, right, condition, limitation, or exclusion, regardless of whether it is specifically identified above.

Owners reserves the right to litigate the coverage issues outlined in this letter and to file a declaratory judgment action in a court of appropriate jurisdiction, if necessary. Nothing contained in this letter, or any act by Owners or its representatives, should be construed as an admission of coverage, waiver, or estoppel of any known or unknown coverage defense Owners may have under the Policies or applicable law. This letter does not waive or modify any provision or condition contained in the Policies.

You should not discuss this claim with anyone except an Owners representative, appointed defense counsel, or your own personal attorney.

All rights, terms, conditions, limitations, and exclusions in the Policies are in full force and effect and are completely reserved. No action by any employee, agent, attorney, representative, or other person on behalf of Owners, or retained by Owners, shall waive or be construed as waiving any right, term, condition, exclusion, limitation, or other provision of the Policies.

If you have any questions concerning this reservation of rights, please contact me at 770.237.5841, ext. 50582, or by email at Walters.Cole@aoins.com.

Sincerely,

Cole Walters
Claim Representative
Southern Casualty Claims Branch

Page Intentionally Blank

SOUTHERN CASUALTY CLAIMS BRANCH
PO BOX 100044
DULUTH, GA 30096-9344

Kanta B. Patel
6000 Harrison Road
Macon, Georgia 31206-4742

Claim 300-0134949-2026





**Southern Casualty Claims Branch**
PO Box 100044 | Duluth GA 30096-9344
p. 844-756-4154 | f. 517-886-8600 | auto-owners.com
SouthernCasualty.clm@aoins.com

June 1, 2026

Kanta B. Patel
6000 Harrison Road
Macon, Georgia 31206-4742
mbp1104@gmail.com

### VIA ELECTRONIC MAIL, U.S. FIRST CLASS & CERTIFIED MAIL – RETURN RECEIPT REQUESTED

|  |  |  |
|---|---|---|
| RE: | Claim Number: | 300-0134949-2026 |
|  | Insured: | Mata Enterprises, Inc. d/b/a Days Inn-Macon; Meldimata LLC |
|  | Policy Numbers: | 024618-48060782-11; 024618-48060782-12; 024618-80060782-13 |
|  | Date of Loss: | September 2011 - February 2013 |
|  | Location: | 6000 Harrison Road, Macon, Georgia 31206-4742 |
|  | Lawsuit: | *K.J. and N.J. v. Meldimata, LLC d/b/a Days Inn & Bridgeview Inn and Suites; Mata Enterprises, Inc.; Ankit Patel; B.B. Patel; and Kanta B. Patel* State Court of Bibb County, Georgia Case No. 25-SCCV-101565 |

### SUPPLEMENTAL RESERVATION OF RIGHTS

Dear Kanta B. Patel:

This letter supplements Owners Insurance Company's prior reservation of rights letters to Mata Enterprises Inc. and Meldimata, LLC, dated March 6, 2026, and March 9, 2026. Those letters are fully incorporated by reference.

Owners Insurance Company ("Owners") continues to provide you with a defense in the lawsuit styled as *K.J. and N.J. v. Meldimata, LLC d/b/a Days Inn & Bridgeview Inn and Suites; Mata Enterprises, Inc.; Ankit Patel; B.B. Patel; and Kanta B. Patel*, in the State Court of Bibb County, Georgia, Case No. 25-SCCV-101565 (the "Underlying Lawsuit"), subject to a full and complete reservation of all rights, remedies, and defenses available under the aforementioned Policies and applicable law. No action taken by Owners, including the continued defense of any defendant, constitutes a waiver of any coverage position or policy defense.

### BACKGROUND FACTS AND ALLEGATIONS

Serving our Policyholders and Agents Since 1916

*Auto-Owners*

Please understand that the discussion of allegations in the Underlying Lawsuit does not mean that Owners agrees the allegations are true or accurate. The allegations are summarized solely to explain the coverage issues and Owners' reservation of rights.

The Complaint filed in the Underlying Lawsuit alleges that two minor plaintiffs, K.J. and N.J., were trafficked for sex and falsely imprisoned at the Days Inn located at 6000 Harrison Road, Macon, Georgia, from approximately September 2011 through February 2013. The Complaint alleges that the motel was a longstanding public nuisance and that Defendants negligently, recklessly, knowingly, and/or intentionally permitted prostitution, sex trafficking, violence, drugs, and related criminal activity to continue on the premises.

The Complaint alleges that Mata Enterprises, Inc. owned and operated the motel from at least 1998 through October 21, 2013, including the entire time period when Plaintiffs were allegedly trafficked and falsely imprisoned at the property. The Complaint further alleges that Meldimata LLC was formed on October 15, 2013 and acquired the property from Mata Enterprises, Inc. on October 21, 2013, approximately eight months after Arthur Gerald Reid's arrest for sex trafficking minors at the motel and approximately two months after Reid's federal indictment.

The Complaint alleges that Ankit Patel served as Secretary of Mata Enterprises, Inc., B.B. Patel served as CEO, and Kanta B. Patel served as CFO during the relevant period. The Complaint further alleges that these same individuals owned, operated, managed, or controlled Meldimata LLC after the transfer.

The Complaint alleges that Defendants Meldimata LLC and Mata Enterprises, Inc. should be treated as a single entity under theories of successor liability, alter ego, and fraudulent transfer. Specifically, the Complaint alleges that the transfer from Mata Enterprises to Meldimata occurred shortly after Reid's arrest and indictment, was not an arm's-length transaction because the property was sold for substantially less than its prior sale price, and that the transfer was intended to shield assets and avoid liability arising from the "well-publicized" sex-trafficking prosecution at the property.

For the reasons detailed below, Owners continues to investigate this claim and defend you under a complete reservation of rights. Owners reserves its right to disclaim at any later date any obligation of Owners under the Policies, and to assert the defense of non-coverage under the Policies.

## THE POLICIES

We refer you to Commercial General Liability Coverage Form 55300 (7-05), which reads:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

*Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.*

*Auto-Owners*

*Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.*

*The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.*

*Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.*

### SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

*a.* *We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may at our discretion investigate any claim or "occurrence" and settle any claim or "suit" that may result. But:*

*(1) The amount we will pay for damages is limited as described in Section **III** - Limits of Insurance; and*

*(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.*

*No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.*

*b.* *This insurance applies to "bodily injury" and "property damage" only if:*

*(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";*

*(2) The "bodily injury" or "property damage" occurs during the policy period; and*

*(3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property*

*Auto-Owners*

*damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.*

*c. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:*

*(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;*

*(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or*

*(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.*

*d. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".*

## 2. Exclusions

*This insurance does not apply to:*

### a. Expected Or Intended Injury

*"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.*

*[. . .]*

### o. Personal Injury And Advertising Injury

*"Bodily injury" arising out of "personal injury" or "advertising injury".*

## COVERAGE B – PERSONAL INJURY AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

*a. We will pay those sums that the insured be- comes legally obligated to pay as damages be- cause of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those*

*Auto-Owners*

*damages. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:*

*(1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and*

*(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.*

*No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments –Coverages **A** and **B**.*

***b.*** *This insurance applies to "personal injury" or "advertising injury" caused by an offense arising out of your business but only if:*

*(1) The "personal injury" or "advertising injury" is caused by an offense arising out of your business; and*

*(2) The offense causing the "personal injury" or "advertising injury" was committed in the "coverage territory" during the policy period.*

***2. Exclusions***

*This insurance does not apply to "personal injury" or "advertising injury":*

***a. Knowing Violation Of Rights Of Another Or Intended Injury***

*(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury"; or*

*(2) Expected or intended by any insured. This exclusion **a.(2),** does not apply to "personal injury".*

*[. . .]*

***d. Criminal Acts***

*Arising out of a criminal act or violation of a penal statute or ordinance committed by or at the direction of the insured.*

*[...]*

***SECTION II – WHO IS AN INSURED***

*Auto-Owners*

*1. If you are designated in the Declarations as:*

*a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.*

*b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.*

*c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.*

*d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.*

*e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.*

*[…]*

*4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:*

*a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;*

*b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and*

*c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.*

*No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.*

*[…]*

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

*Auto-Owners*

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

***a.*** *You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:*

    ***(1)*** *How, when and where the "occurrence" or offense took place;*

    ***(2)*** *The names and addresses of any injured persons and witnesses; and*

    ***(3)*** *The nature and location of any injury or damage arising out of the "occurrence" or offense.*

***b.*** *If a claim is made or "suit" is brought against any insured, you must:*

    ***(1)*** *Immediately record the specifics of the claim or "suit" and the date received; and*

    ***(2)*** *Notify us as soon as practicable.*

    *You must see to it that we receive written notice of the claim or "suit" as soon as practicable.*

***c.*** *You and any other involved insured must:*

    ***(1)*** *Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";*

    ***(2)*** *Authorize us to obtain records and other information;*

    ***(3)*** *Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and*

    ***(4)*** *Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.*

    ***d.*** *No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.*

### 3. Legal Action Against Us

    *No person or organization has a right under this Coverage Part:*

*Auto-Owners*

*a. To join us as a party or otherwise bring us
into a "suit" asking for damages from an insured; or*

*b. To sue us on this Coverage Part unless all of
its terms have been fully complied with.*

*A person or organization may sue us to recover
on an agreed settlement or on a final judgment
against an insured obtained after an actual trial;
but we will not be liable for damages that are not
payable under the terms of this Coverage Part or
that are in excess of the applicable limit of insurance.
An agreed settlement means a settlement
and release of liability signed by us, the insured
and the claimant or the claimant's legal representative.*

*[...]*

### SECTION V – DEFINITIONS

*2. "Advertising injury" means injury, arising out of one or more of the following offenses:*

*a. Oral or written publication, in any manner, of material that slanders or libels a
person or organization or disparages a person's or organization's goods,
products or services;*

*b. Oral or written publication, in any manner, of material that violates a person's
right of privacy;*

*c. The use of another's advertising idea in your "advertisement"; or*

*d. Infringing upon another's copyright, trade dress or slogan in your
"advertisement".*

*4. "Bodily injury" means bodily injury, bodily sickness or bodily disease sustained by a person,
including death resulting from any of these at any time.*

*5. "Coverage territory" means:*

*a. The United States of America (including its territories and possessions), Puerto Rico and
Canada;*

*b. International waters or airspace, but only if the injury or damage occurs in the course of
travel or transportation between any places included in a. above; or*

*c. All other parts of the world if the injury or damage arises out of:*

*Auto-Owners*

*(1) Goods or products made or sold by you in the territory described in **a.** above;*

*(2) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or*

*(3) "Personal injury" or "advertising injury" offenses that take place through the Internet or similar electronic means of communication provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.*

**14.** *"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.*

**15.** *"Personal injury" means other than "bodily injury" arising out of one or more of the following offenses:*

**a.** *False arrest, detention or imprisonment;*

**b.** *Malicious prosecution;*

**c.** *The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;*

**d.** *Oral or written publication, in any manner, of material that slander or libels a person or organization or disparages a person's or organization's good, products or services; or*

**e.** *Oral or written publication, in any manner, of material that violates a person's right of privacy*

**18.** *"Property damage" means:*

**a.** *Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or*

**b.** *Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.*

*For the purposes of this insurance, electronic data is not tangible property.*

*As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing*

*Auto-Owners*

*devices or any other media which are used with electronically controlled equipment.*

**21.** *"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:*

   **a.** *An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or*

   **b.** *Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.*

The Policies contain the Commercial General Liability Plus Endorsement, Form 55352 (10-08), which contains the following provision addressing notice:

   **5. BROADENED KNOWLEDGE OF OCCURRENCE**

   *Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit,** the following paragraph is added:*

   *Paragraphs **a.** and **b.** of this condition will not serve to deny any claim for failure to provide us with notice as soon as practicable after an "occurrence" or an offense which may result in a claim:*

   **a.** *If the notice of a new claim is given to your "employee"; and*

   **b.** *That "employee" fails to provide us with notice as soon as practicable.*

   *This exception shall not apply:*

   **a.** *To you; or*

   **b.** *To any officer, director, partner, risk manager or insurance manager of yours.*

<u>**Reservation of Rights**</u>

Owners continues to investigate the facts and allegations surrounding this claim and the Underlying Lawsuit to determine whether coverage exists under the Policies' insuring agreements, definitions, conditions, exclusions, endorsements, and limitations, including, but not limited to, the provisions quoted above and the provisions identified in Owners' prior reservation of rights

*Auto-Owners*

letters dated March 6, 2026, and March 9, 2026. Although Owners is continuing to provide you with a defense in the Underlying Lawsuit, that defense is being provided subject to a full and complete reservation of rights. Owners expressly reserves all rights under the Policies and applicable law.

If the allegations summarized above are true, you and the other named defendants knew in 2013 of a serious occurrence or offense at the insured motel involving the alleged sex trafficking of minors, law enforcement intervention, federal prosecution, and potential civil liability. The Complaint further alleges that the property was transferred to Meldimata LLC shortly thereafter in an attempt to avoid liability arising from the alleged sex trafficking. Owners did not receive notice of this matter until on or about February 12, 2026, more than twelve years later and after the Underlying Lawsuit had been filed.

Accordingly, Owners specifically reserves its right to deny any duty to defend or indemnify, and to deny any other coverage obligation under the Policies, based on the failure of any insured to comply with the Policies' notice conditions, including the obligation to provide notice as soon as practicable of an "occurrence" or offense which may result in a claim and the obligation to provide timely notice of a claim or suit. Because the Policies further provide that no person or organization may sue Owners unless all terms of the applicable Coverage Part have been fully complied with, Owners expressly reserves its position that timely compliance with the Policies' notice conditions is a condition precedent to coverage.

This reservation of rights is based on the information presently available to Owners. Owners does not waive, and expressly reserves, all rights, defenses, limitations, exclusions, and conditions available under the Policies and applicable law. This letter is not intended to identify every potential coverage issue, policy provision, exclusion, condition, or defense that may apply. Owners reserves the right to supplement or amend this reservation of rights as additional facts become known, as the pleadings are amended, as discovery is conducted, as additional claim materials are received, or as otherwise appropriate.

If you believe that any of the facts or information stated in this letter are inaccurate, please advise Owners immediately. Owners will continue its investigation and will take whatever steps are appropriate to protect its rights and your interests, with the understanding that it does so under a complete reservation of rights and without waiving its right to disclaim or deny coverage in the future. Owners reserves the right to supplement this reservation of rights letter upon receipt of additional information that may become available through its investigation, discovery, amended pleadings, or otherwise.

In light of the potential coverage concerns, you may wish to retain, at your own expense, personal counsel to represent your interests in this matter. In the event you have not already done so, you should place any and all other liability insurers on notice of the claim.

You are formally placed on notice that any activity by Owners, including investigation, settlement discussions, participation in the defense, retention or payment of defense counsel, filing or participation in a declaratory judgment action, or any other action taken with respect to the claim

**Auto-Owners**

or lawsuit, does not constitute a waiver of any rights, defenses, limitations, exclusions, conditions, or remedies available to Owners under the Policies or applicable law.

While Owners has attempted to identify the policy language relevant to its coverage concerns, the failure to identify any specific policy provision, exclusion, condition, limitation, or defense shall not be considered a waiver of any policy defenses, terms, rights, or conditions. Owners expressly reserves the right to deny coverage based upon any other defense, term, right, condition, limitation, or exclusion, regardless of whether it is specifically identified above.

Owners reserves the right to litigate the coverage issues outlined in this letter and to file a declaratory judgment action in a court of appropriate jurisdiction, if necessary. Nothing contained in this letter, or any act by Owners or its representatives, should be construed as an admission of coverage, waiver, or estoppel of any known or unknown coverage defense Owners may have under the Policies or applicable law. This letter does not waive or modify any provision or condition contained in the Policies.

You should not discuss this claim with anyone except an Owners representative, appointed defense counsel, or your own personal attorney.

All rights, terms, conditions, limitations, and exclusions in the Policies are in full force and effect and are completely reserved. No action by any employee, agent, attorney, representative, or other person on behalf of Owners, or retained by Owners, shall waive or be construed as waiving any right, term, condition, exclusion, limitation, or other provision of the Policies.

If you have any questions concerning this reservation of rights, please contact me at 770.237.5841, ext. 50582, or by email at Walters.Cole@aoins.com.

Sincerely,

Cole Walters
Claim Representative
Southern Casualty Claims Branch

Page Intentionally Blank