IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MATA ENTERPRISES, INC.;<br>MELDIMATA, LLC d/b/a DAYS INN & BRIDGEVIEW INN AND SUITES; ANKIT PATEL;<br>B.B. PATEL; KANTA B. PATEL; K.J.; and N.J.<br><br>    Defendants. | Civil Action File No.<br>5:26-CV-00262-MTT |

## **OWNERS INSURANCE COMPANY'S JURISDICTIONAL STATEMENT**

OWNERS INSURANCE COMPANY hereby submits its Corporate Jurisdictional Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 87.2 of the Middle District of Georgia, showing the Court as follows:

1.

The undersigned counsel of record for Owners Insurance Company certifies that the following is a true and accurate statement of the Plaintiff's state of incorporation and the state where Plaintiff maintains its principal place of business:

**Owners Insurance Company is incorporated in the state of Ohio and has its principal place of business in the state of Michigan.**

This 26th day of June, 2026.

Respectfully submitted,

LAVENDER HOFFMAN, LLC

*/s/ Chad M. Brock*
Chad M. Brock
Georgia Bar No. 357719
Sarah S. Dumbacher
Georgia Bar No. 713171
*Attorneys for Owners Insurance Company*

750 Hammond Drive
Building 2, Suite 200
Atlanta, GA 30328
Phone/Fax: 404.400.4500
cbrock@lhefirm.com
sdumbacher@lhefirm.com